U.S. Dist. Court, Clerk
1301 Clay St., 400 S.
Oakland, Cal. 94612-5212

E-filing

Todd Ashker, C58191
Danny Troxell, B76578
Box 7500/D1-SHU
Crescent City Cal. 95532
Plaintiffs, In pro-se

— Nov. 30, 2009 —

RE: NEW 42 USC §1983 & RELATED CASES

Dear Court Clerk,

Enclosed please find our new civil action & demand for trial — per rules here, we're not able to forward the filing fee until we have the case number.

Also, please note this new case is directly related to (2) cases before Hon. Judge Wilken — Ashker and Troxell v. Schwarzenegger, et al., USDC·NDCal #C04-1967 CW / #C05-3286 CW

Thank You for your time and consideration —

Sincerely,
T. Ashker
Todd Ashker, plaintiff
In pro-se