IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER and DANNY TROXELL,<br><br>      Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>      Defendants.<br>_____/ | No. 09-05796 CW<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO SUBSTITUTE DEFENDANT AND FOR EXTENSION OF TIME TO REQUEST ASSISTANCE FOR SERVICE |

    Plaintiffs Todd Ashker and Danny Troxell move to substitute Greg Lewis, current Warden of Pelican Bay State Prison (PBSP), as a named Defendant for Derral Adams, the former acting warden of PBSP. This motion is granted. The clerk of the court shall make this change on the docket sheet of the Court's electronic filing system.

    Plaintiffs also move for an extension of time to notify the Court whether they wish the assistance of the United States Marshal in serving Defendants. This motion is granted. Plaintiffs shall have an additional twenty-one days from the date of this Order to notify the Court whether they wish the assistance of the United States Marshal to serve Defendants.

    IT IS SO ORDERED.

Dated: 1/14/2011

                                    CLAUDIA WILKEN<br>
                                    United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TODD ASHKER et al,

       Plaintiff,

  v.

ARNOLD SCHWARZENEGGER et al,

       Defendant.
_____/

Case Number: CV09-05796 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 14, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danny Troxell
Pelican Bay State Prison
B76578
P.O. Box 7500
D1-120
Crescent City, CA 95532

Todd Ashker C58191
Pelican Bay State Prison
P.O. Box 7500
D1-SHU
Crescent City, CA 95532

Dated: January 14, 2011

                                Richard W. Wieking, Clerk
                                By: Nikki Riley, Deputy Clerk

2