IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER and DANNY TROXELL,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants.                     / | No. 09-05796 CW<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS |

Pro se Plaintiffs Todd Ashker and Danny Troxell, inmates at Pelican Bay State Prison, move for an extension of time in which to determine whether they require the assistance of the Unites States Marshal to serve certain Defendants. For good cause appearing, the Court grants the motion. Plaintiffs shall have an additional thirty-five days from the date of this order to inform the Court whether they require the assistance of the United States Marshal to serve certain Defendants.

IT IS SO ORDERED.

Dated: 2/10/2011

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TODD ASHKER et al,

        Plaintiff,

v.

ARNOLD SCHWARZENEGGER et al,

        Defendant.

Case Number: CV09-05796 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 10, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danny Troxell
Pelican Bay State Prison
B76578
P.O. Box 7500
D1-120
Crescent City, CA 95532

Todd Ashker C58191
Pelican Bay State Prison
P.O. Box 7500
D1-SHU
Crescent City, CA 95532

Dated: February 10, 2011

                                    Richard W. Wieking, Clerk
                                    By: Nikki Riley, Deputy Clerk

2