1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7

8    TODD ASHKER and DANNY TROXELL              No. 09-05796 CW

9            Plaintiffs,                        ORDER
                                                SUBSTITUTING
10       v.                                     GOVERNOR EDMUND
                                                G. BROWN AS
11   EDMUND G. BROWN, JR., Governor, et         DEFENDANT
     al.,
12
             Defendants.
13   _____/

14

15       Plaintiffs named former Governor Arnold Schwarzenegger as a

16   Defendant in this action.  Governor Edmund G. Brown, Jr. is

17   substituted as Defendant pursuant to Federal Rule of Civil

18   Procedure 25(d) which provides that the successor to a public

19   official is automatically substituted as a party.  The Clerk of the

20   Court is directed to substitute Governor Edmund G. Brown, Jr. as

21   Defendant in this action.

22

23       IT IS SO ORDERED.

24

25   Dated: 2/14/2011                    _____
                                         CLAUDIA WILKEN
26                                       United States District Judge

27

28

United States District Court
For the Northern District of California

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

2

3

TODD ASHKER et al,

4                    Plaintiff,                    Case Number: CV09-05796 CW

5     v.                                          **CERTIFICATE OF SERVICE**

6

ARNOLD SCHWARZENEGGER et al,

7

8                    Defendant.
    _____/

9

10    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court,
      Northern District of California.

11    That on February 14, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
      copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12    envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
      in the Clerk's office.

13

14

15    Danny  Troxell
      Pelican Bay State Prison
16    B76578
      P.O. Box 7500
17    D1-120
      Crescent City,  CA 95532

18
      Todd  Ashker C58191
19    Pelican Bay State Prison
      P.O. Box 7500
20    D1-SHU
      Crescent City,  CA 95532

21
      Dated: February 14, 2011
22
                                          Richard W. Wieking, Clerk
23                                        By: Nikki Riley, Deputy Clerk

24

25

26

27

28
                                          2

United States District Court
For the Northern District of California