Todd Ashker, C58191
Danny Troxell, B76578
Box 7500/D1-SHU
Crescent City, Ca. 95532
Plaintiffs, In pro-se

FILED
MAR 11 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND-DIVISION

| | |
|---|---|
| TODD ASHKER and DANNY TROXELL, Plaintiffs, vs. ~~Matthew Cate~~ EDMUND BROWN, etal., Defendants | CASE No. C09-5796CW Plaintiff Ashker's, Support Declaration |

I, Todd Ashker, declare:

1) That I am a plaintiff in pro-se, in the above numbered case, and I submit this declaration in support of my accompanying "Motion To Correct and Clarify An Omission In Their First Amended Complaint," based on personal knowledge.

2) I have read the motion referenced above, and I verify the statements therein are true and correct pursuant to penalty of perjury on March 6, 2011, at Crescent City, California.

/s/ Todd Ashker
Todd Ashker, Plaintiff

⟨1⟩

Todd Ashker, C58191
Danny Troxell, B76578
Box 7500/D1-SHU
Crescent City, Ca. 95532
Plaintiffs, In pro-se ∗

UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND-DIVISION

| | |
|---|---|
| TODD ASHKER and DANNY TROXELL, Plaintiffs, vs. ~~ARNOLD SCHWARZENEGGER~~ EDMUND BROWN, et al., Defendants. | CASE No. C09-5796CW Plaintiff Troxell's, Support Declaration |

I, Danny Troxell, declare:

1) That I am a plaintiff in the above numbered action, and I submit this declaration in support of the accompanying "Motion To Correct and Clarify An Omission In Their First Amended Complaint," based on my personal knowledge.

2) That I have read the motion referenced above, and I verify the statements therein are true and correct pursuant to penalty of perjury, and this declaration is executed by me on March 6, 2011, at Crescent City, California.

/s/ Danny Troxell
Danny Troxell, Plaintiff

(1)

## PROOF OF SERVICE BY MAIL

(C.C.P. Section 101(a) # 2015.5, 28 U.S.C. 1746)

I, __Todd Ashker, C58191__, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the __7__ day of __March__, in the year of 20__11__, I served the following documents: (set forth the exact title of documents served)

RE: #C09-5796 CW

(1) Notice & Motion To Correct & Clarify An Omission In Their FAC

(2) Ashker & Troxell's Support Declarations

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

| U.S. District Court | Nicole Roman |
| 1301 Clay St, Ste #400 S | atty at Law |
| Oakland, Ca | 180 Grand Ave, Ste. 225 |
| 94612-5212 | Oakland, Ca 94612 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this __7__ day of __March__, 20__11__.

Signed: __T. Ashker__
(Declarant Signature)

Rev. 12/06