IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER, DANNY TROXELL,<br><br>    Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants.<br>_____/ | No. 09-05796 CW<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO PRESERVE OPTION OF REQUESTING SERVICE BY UNITED STATES MARSHAL |

    Pro se Plaintiffs Todd Ashker and Danny Troxell move for an extension of time in which to determine whether they require the assistance of the United States Marshal to serve certain Defendants.  Plaintiffs state that they have been informed by the attorney who is representing several Defendants that she is in the process of contacting Defendants she does not represent in order to get their approval to waive service but, to date, they have not heard back from this attorney.  Therefore, for good cause appearing, the Court grants the motion.  Plaintiffs shall have an additional sixty days from the date of this order to inform the Court whether they require the assistance of the United States Marshal to serve certain Defendants.

    IT IS SO ORDERED.


Dated: 3/28/2011

                                                CLAUDIA WILKEN
                                                United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TODD ASHKER et al,

        Plaintiff,

v.

ARNOLD SCHWARZENEGGER et al,

        Defendant.

Case Number: CV09-05796 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 28, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danny Troxell
Pelican Bay State Prison
B76578
P.O. Box 7500
D1-120
Crescent City, CA 95532

Todd Ashker C58191
Pelican Bay State Prison
P.O. Box 7500
D1-SHU
Crescent City, CA 95532

Dated: March 28, 2011

                                      Richard W. Wieking, Clerk
                                      By: Nikki Riley, Deputy Clerk

2