United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER and DANNY TROXELL<br><br>      Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, JR., Governor, et al.,<br><br>      Defendants. | No. 09-05796 CW<br><br>ORDER DENYING PLAINTIFFS' MOTION TO CORRECT OMISSION IN FIRST AMENDED COMPLAINT<br>(Docket No. 22) |

    Plaintiffs Todd Ashker and Danny Troxell move to correct and clarify an omission in their First Amended Complaint (1AC) and submit four pages of text that they wish to incorporate into their tenth cause of action.  This motion is denied.  The new text appears to be argument in support of their claim rather than factual allegations to support a cause of action.  If Plaintiffs wish to incorporate this text into their complaint, they must file a motion for leave to file a Second Amended Complaint, and lodge a copy of their proposed Second Amended Complaint, containing everything they wish to include and superseding their prior

1  complaints.
2      For the foregoing reasons, Plaintiffs' motion to correct
3  omission is denied.
4
5      IT IS SO ORDERED.
6
7  Dated: 3/28/2011
   CLAUDIA WILKEN
8                                  United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TODD ASHKER et al,

        Plaintiff,

v.

ARNOLD SCHWARZENEGGER et al,

        Defendant.

Case Number: CV09-05796 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 28, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danny Troxell
Pelican Bay State Prison
B76578
P.O. Box 7500
D1-120
Crescent City, CA 95532

Todd Ashker C58191
Pelican Bay State Prison
P.O. Box 7500
D1-SHU
Crescent City, CA 95532

Dated: March 28, 2011

                                    Richard W. Wieking, Clerk
                                    By: Nikki Riley, Deputy Clerk

3