Todd Ashker, C58191
Danny Troxell, B76578
Box 7500/D1-SHU
Crescent City, Ca. 95532
Plaintiffs, In pro-se +

FILED
APR - 4 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND-DIVISION

| | |
|---|---|
| TODD ASHKER and DANNY TROXELL, Plaintiffs, vs. EDMUND G. BROWN, ~~[redacted]~~, et al., Defendants. | CASE No. C09-5796 CW Plaintiff Troxell's Declaration In Support Of Motion For Order Permitting Taped-Depositions Of Defendants, & Agent Hawkes. |

I, Danny Troxell, declare:

1) That I am a plaintiff proceeding pro-se in the above numbered case, and I am submitting this declaration in support of the accompanying "Motion For Order Permitting Taped-Depositions Of Defendants, and Agent Hawkes," based on my personal knowledge and experience, and if called upon, I am willing, able, and competent to testify to such matters.

2) That I have read the accompanying motion, and I hereby verify the statements therein are true and correct pursuant to penalty of

<1>

perjury.

3) That my request to conduct tape-recorded depositions is made solely for the legitimate reasons summarized in the motion, and not based on any type of improper purpose.

I hereby swear the above is true and correct pursuant to penalty of perjury, and this declaration is executed March 28, 2011, at Crescent City, California.

/s/ Danny Troxell
   Danny Troxell, Plaintiff
      In pro-se

## PROOF OF SERVICE BY MAIL

(C.C.P. Section 101(a) # 2015.5, 28 U.S.C. 1746)

I, Danny Troxell, B76578, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the 29 day of MARCH, in the year of 2011, I served the following documents: (set forth the exact title of documents served)

RE: #C09-5796CW

① Plt's Notice & Motion For Order Permitting Taped-Depositions
② Plt's Declarations In Support Of Motion [Ashker's & Troxell's]

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

| US District Court | Nicole Roman |
| 1301 Clay St, Ste. 400S | atty at law |
| Oakland, Ca 94612-5212 | 180 Grand Ave, Ste 225 |
| | Oakland, Ca. 94612 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 29 day of MARCH, 2011.

Signed: Danny Troxell
(Declarant Signature)

Rev. 12/06