DANNY TROXELL
CDC No. B-76578  HOUSING: D1-120
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

US NORTHERN DIST COURT OF CA
1301 CLAY ST. SUITE 400 SOUTH
OAKLAND, CA 94612-5212

CDCR
#62026

3/29/11