1  J. RANDALL ANDRADA (SBN 70000)
   randrada@andradalaw.com
2  NICOLE ROMAN (SBN 267730)
   nroman@andradalaw.com
3  **ANDRADA & ASSOCIATES**
   **PROFESSIONAL CORPORATION**
4  180 Grand Avenue, Suite 225
   Oakland, California  94612
5  Tel.:   (510) 287-4160
   Fax:    (510) 287-4161
6
   Attorneys for Defendants
7  GOVERNOR EDMUND BROWN, MATTHEW CATE, JEANNE WOODFORD, JOE
   MCGRATH, GREG LEWIS, ROBERT HOREL, FRANCISCO JACQUEZ, WILLIAM BARLOW,
8  RICHARD JOHNSON, ROBERT RICE, BRYAN THORNTON, GARY WISE, AMANDA
   HERNANDEZ, DARRIN BRADBURY, JOHN MCKINNEY, AND JOHN HARRISON
9

10                       UNITED STATES DISTRICT COURT
11                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                              OAKLAND DIVISION
13

| | |
|---|---|
| TODD L. ASHKER and DANNY TROXELL,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNOR EDMUND G. BROWN, JR., MATHEW CATE, RODERICK HICKMAN, JEANNE WOODFORD, JOE MCGRATH, RICHARD KIRKLAND, ROBERT HOTEL, FRANCISCO JACQUES, WILLIAM BARLOW, R.L. JOHNSON, D.W. BRADBURY, J. MCKINNEY, ROBERT MARQUEZ, R. RICE, JOHN HARRISON, B. THORNTON, G.H. WISE, A. HERNANDEZ, ROBERT DOYLE, SUSAN FISHER, ROBERT HARMON, HOLLIS, GILLINGHAM, D. SMITH, AND S. TUCKER, et al.,<br><br>Defendants. | Case No.: 4:09-cv-05796-CW<br><br>**NOTICE OF REPRESENTATION AND NOTICE OF INTENT TO FILE ANSWER.** |

TO PLAINTIFFS TODD L. ASHKER and DANNY TROXELL, IN PRO SE:

   PLEASE TAKE NOTICE that attorneys of record for the above-captioned action on behalf of
recently-named defendants GOVERNOR EDMUND BROWN, MATTHEW CATE, JEANNE
WOODFORD, JOE MCGRATH, GREG LEWIS, ROBERT HOREL, FRANCISCO JACQUEZ,

1

WILLIAM BARLOW, RICHARD JOHNSON, ROBERT RICE, BRYAN THORNTON, GARY WISE, AMANDA HERNANDEZ, DARRIN BRADBURY, JOHN MCKINNEY, AND JOHN HARRISON, are J. Randall Andrada, lead attorney and attorney to be noticed, and Nicole Roman, attorney to be noticed, address and telephone/fax numbers: ANDRADA & ASSOCIATES, 180 Grand Avenue, Suite 225, Oakland, California 94612; telephone (510) 287-4160; fax (510) 287-4161.

Defendants respectfully request an extension of time in which to file a response to Plaintiffs' First Amended Complaint (FAC) and to file a dispositive motion. In order to cooperate in saving costs, the above-mentioned defendants have agreed to waive service and file an answer to Plaintiffs' First Amended Complaint. Defense counsel also cooperated with the plaintiffs by copying and serving the voluminous FAC on each of the above-referenced defendants. Defense counsel has been working diligently to contact the other named defendants to obtain permission to appear on their behalf.

The plaintiffs filed their FAC in May, 2010. The FAC is in excess of 100 pages. (Docket No. 10.) This court issued a screening order identifying the plaintiffs' causes of action on December 20, 2010. (Docket No. 12.) Plaintiffs filed a "Request for Further Guidance" on January 3, 2011, which added several additional causes of action. (Docket No. 14.) Plaintiffs attempted to amend their FAC _again_ on March 11, 2011 via a "Motion to Correct Omission in FAC" (Docket No. 22.) On March 28, 2011, the court issued an order denying their motion, stating that if the plaintiffs desired to amend their FAC, they needed to file a request for leave to file a second amended complaint. (Docket No. 25.)

It is unclear if Plaintiffs plan to request leave to amend their FAC. It would be incredibly burdensome for the defendants to prepare an answer to the 100-page FAC only to have the plaintiffs request leave to file an undoubtedly lengthy second amended complaint, which Defendants would also be required to answer.

Therefore, Defendants respectfully request that the court order the plaintiffs to inform the court whether they plan to request leave to amend their FAC. If Plaintiffs do not plan to amend their complaint, Defendants will file an answer within 60 days of receiving notice of the same. If

2

{00072566.DOC/} 0922                                                    *Ashker/Troxell. v. Brown, et al.*
NOTICE OF REPRESENTATION AND NOTICE OF INTENT TO FILE ANSWER        C 09 05796 CW

1  Plaintiffs plan to request leave to amend their FAC, Defendants request they be permitted to file their
2  answer sixty days after any such amendment is filed and screened by the court.  This will preserve
3  judicial economy by preventing the filing of numerous unnecessary documents.
4      Alternatively, the above-referenced defendants request sixty days to file an answer.
5      Defense counsel thanks the court for its consideration in this matter.

7  Dated:  April 11, 2011                    ANDRADA & ASSOCIATES

/s/ Nicole Roman
By _____
NICOLE ROMAN
Attorneys for Defendants
GOVERNOR EDMUND BROWN,
MATTHEW CATE, JEANNE
WOODFORD, JOE MCGRATH, GREG
LEWIS, ROBERT HOREL, FRANCISCO
JACQUEZ, WILLIAM BARLOW,
RICHARD JOHNSON, ROBERT RICE,
BRYAN THORNTON, GARY WISE,
AMANDA HERNANDEZ, DARRIN
BRADBURY, JOHN MCKINNEY, AND
JOHN HARRISON

3

{00072566.DOC/} 0922                  *Ashker/Troxell. v. Brown, et al.*
NOTICE OF REPRESENTATION AND NOTICE OF INTENT TO FILE ANSWER    C 09 05796 CW

## PROOF OF SERVICE

*Todd Ashker, et al. v.Governor Edmund g. Brown, Jr., et al.*
U. S. District Court, Northern District of Calif, Case No. 4:09-cv-05796-CW

I, the undersigned, declare that I am over the age of 18 years and not a party to the within action; that my business address is 180 Grand Avenue, Suite 225, Oakland, California 94612, and that on April 11, 2011, I served a true copy of the foregoing document(s) entitled:

**NOTICE OF REPRESENTATION AND NOTICE OF INTENT TO FILE ANSWER.**

on the parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Todd Ashker  C58191                                 **In Pro Per**
Pelican Bay State Prison
P. O. Box 7500/D1-SHU
Crescent City, CA  95532

Danny Troxell, B76578                               **In Pro Per**
Pelican Bay State Prison
Box #7500/D1-120
Crescent City, CA  95532

__X__   (By Mail)  I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Andrada & Associates.

_____   (By Hand)  I caused each envelope to be delivered by hand to the person(s) listed above.

_____   (By Telecopy)  I caused each document to be sent by fax to the fax as indicated above.

_____   (By Overnight Delivery)  I caused each envelope to be delivered by overnight delivery to the person(s) indicated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on April 11, 2011, at Oakland, California.

/s/ Georgia Lee

GEORGIA LEE