Todd Ashker, C58191
Danny Troxell, B76578
Box 7500/D1-SHU
Crescent City, Ca. 95532
Plaintiffs, In pro-se



FILED
APR 14 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND-DIVISION

| | |
|---|---|
| TODD ASHKER and DANNY TROXELL, Plaintiffs, VS. EDMUND G. BROWN, ~~Arnold Schwarzenegger~~, et al., Defendants. | CASE No. C09-5796 CW Plaintiff Ashker's Declaration, In Support Of Motion For Relief From Defendants' Interference. |

I, Todd Ashker, declare:

1) That I am the plaintiff in pro-se on the above numbered case, and I submit this declaration in support of the "Motion For Relief From Defendants' Interference With Ability To Prosecute This Case", based on my personal knowledge and experience with such matters. And, I am willing, able, and competent to testify to such if called upon.

2) That I have read the accompanying "Motion", and I verify the statements attributed to me therein, are true and correct per. penalty of perjury.

3) That I have personally witnessed the problems with photocopying that

⟨1⟩

my co-plaintiff Danny Troxell, has had - as described in the Motion.

4) That I have litigated many cases before the USDC-N.D.Cal., and other courts, while confined at PBSP-SHU, and have done so since 1990.

5) That it's my experience to contact similarly situated inmates as a part of my investigation and evidence gathering process, and I have often done so by creating a summary of my claims and attaching relevant documents, which I then would copy and send to various inmate witnesses; this was never a problem until recently - as described in the Motion.

6) That I have a permanent disability which is directly impacted by writing, and Mr. Troxell, has been my appointed writing assistant since 2004, in response to my A.D.A. reasonable accommodation request. Thus, any extra writing is a major burden - for both of us.

7) That this case is a major case, challenging numerous CDCR-PBSP, and BPH, policies and practices, and we will need to contact numerous similarly situated inmates whom we know will have supporting evidence. The best way for us to do this is to summarize the issue(s) and add relevant documents - if needed, make copies and give'm to the law library photocopy officer to drop off with the counselor for approval and processing [per, proceedure]. This way it's all the same material - for each inmate witness, thereby cutting down on the time staff need to review it.

I hereby swear the aforementioned is true and correct pursuant to penalty of perjury, and this is executed on April 6, 2011, at Crescent City, California.

/s/ T. Ashker

Todd Ashker, Plaintiff

In pro-se +