NAME: DANNY TROXELL
CDC NO: B-76578  HOUSING: D1-120
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

LEGAL MAIL

US NORTHERN DIST COURT OF CA
1301 CLAY ST. SUITE 400 SOUTH
OAKLAND, CA 94612-5212

C/o Kyo
#62076

4/8/11

