Todd Ashker, C58191
Danny Troxell, B76578
Box 7500/D1-SHU
Crescent City, Ca. 95532
Plaintiffs, In pro-se ++

**FILED**

APR 25 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND-DIVISION

| | |
|---|---|
| TODD ASHKER and DANNY TROXELL, Plaintiffs, <br><br> VS. <br> ~~EDMUND G. BROWN~~, etal., Defendants. | CASE No. C09-5796 CW <br><br> Plaintiffs Notice and Motion For Court To Order Defendants Agent Ms. McCumsey, To Photocopy Proposed S.A.C. |

To Defendants and their counsel of record, PLEASE TAKE NOTICE:

The above pro-se Plaintiffs are incarcerated in Pelican Bay State Prison, Security Housing Unit [PBSP-SHU], and they hereby respectfully request the Honorable Court To Order Defendants Agent [PBSP Ms. McCumsey] to photocopy their Proposed Second Amended Complaint [SAC], so they can File it with their related Motion For Leave To Amend [via Proposed SAC].

The requested Order is needed because the (SAC) is 100+ pages, and PBSP's Ms. McCumsey, will not authorize it to be photocopied absent specific Court Order, pursuant to CDCR-Department Operations Manual

⟨1⟩

D.O.M. § 101120.15, which states in part, "... In no event shall staff be required to duplicate a legal document exceeding (100) pages in length in the absence of a court order directing the duplication". [See Plaintiffs' related "Motion For Relief From Defendants' Interference With Ability To Prosecute Case", mailed on April 6, 2011] [April 6, 2011 Motion, at pp #4-7]

The present Motion, and related (SAC), is in response to the Court's March 28, 2011, Order "Denying, Plaintiffs' Motion To Correct Omission In First Amended Complaint", wherein, the Court directs Plaintiffs' to File a Motion For Leave To File An SAC, and the proposed SAC, if the wish to incorporate text into their complaint" [Doc #26]

This motion is supported by Plaintiffs' accompanying declarations.

## CONCLUSION

Having demonstrated good cause, based on this motion, declarations, and the File and record in this case, the pro-se plaintiffs' hereby respectfully requests the Hon. Court Grant the motion.

Dated: April 17, 2011

Respectfully Submitted,

Todd Ashker, & Danny Troxell

Todd Ashker     Danny Troxell

Plaintiffs, In pro-se **

<2>

3-9

## PROOF OF SERVICE BY MAIL

(C.C.P. Section 101(a) # 2015.5, 28 U.S.C. 1746)

I, Danny Troxell B76578, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the __18__ day of __April__, in the year of 20_11_, I served the following documents: (set forth the exact title of documents served)

Re:#C09-5796CW

(1) Plt's Notice & Motion For Court To Order Dfs' Agent Mr McClumsey To Photocopy Proposed SAC (2) Plt Ashker's Decl. (3) Plt Troxell's Decl

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

U.S. District Court
1301 Clay St, Ste #400 S.
Oakland, Cal 94612

Nicole Roman
atty at law
180 Grand Ave, Ste 225
Oakland, Cal 94612

I declare under penalty of perjury that the foregoing is true and correct.

Dated this __18__ day of __April__, 20_11_.

Signed: __Danny Troxell__
(Declarant Signature)

Rev. 12/06