NAME: Danny Troxell
CDC NO: E76578   HOUSING: D1-220
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

**CONFIDENTIAL LEGAL MAIL**

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532





02 1M
0004217666
MAILED FROM ZIPCODE 95531
$ 00.44⁰
APR 20 2011
PITNEY BOWES

US NORTHERN DIST COURT OF CA
1301 CLAY ST. SUITE 400 SOUTH
OAKLAND, CA 94612-5212




4/18/11



LEGAL MAIL