1
2
3
4
5
6
7

**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

TODD ASHKER and DANNY TROXELL,                    No. 09-05796 CW

9

        Plaintiffs,                    ORDER DENYING
                                                   PLAINTIFFS'
10
   v.                                         REQUEST TO ORDER
                                                   PHOTOCOPYING OF
11
EDMUND G. BROWN, JR., et al.,                      SECOND AMENDED
                                                   COMPLAINT
12
        Defendants.                    (Docket No. 31)
13
_____/

14

15    Pro-se Plaintiffs Todd Ashker and Danny Troxell, inmates at

16   Pelican Bay State Prison (PBSP) move for the Court to order Ms.

17   McCumsey, a staff person at PBSP, to photocopy their second amended

18   complaint (2AC), which is over 100 pages in length.  They indicate

19   that Ms. McCumsey cannot authorize the photocopying without an

20   order of the Court because the California Department of Corrections

21   and Rehabilitation's Operations Manual, § 101120.15, provides that

22   staff are not required to duplicate a legal document exceeding 100

23   pages in the absence of a court order directing the duplication.

24    In past orders, the Court has suggested to Plaintiffs that

25   they shorten their complaint by summarizing their general

26   allegations section and combining similar causes of action.

27   Although Plaintiffs are presenting many causes of action in one

28   complaint, there is no reason that the complaint should be over 100

pages in length.   Accordingly, Plaintiffs' motion directing
photocopying of their 2AC is denied.

     IT IS SO ORDERED.

Dated: 5/5/2011

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TODD ASHKER et al,

        Plaintiff,

  v.

ARNOLD SCHWARZENEGGER et al,

        Defendant.

_____/

Case Number: CV09-05796 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 5, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danny  Troxell
Pelican Bay State Prison
B76578
P.O. Box 7500
D1-120
Crescent City,  CA 95532

Todd  Ashker C58191
Pelican Bay State Prison
P.O. Box 7500
D1-SHU
Crescent City,  CA 95532

Dated: May 5, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

United States District Court
For the Northern District of California

3