IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER and DANNY TROXELL,<br><br>    Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants.<br>_____/ | No. 09-05796 CW<br><br>ORDER FOR RESPONSE FROM DEFENDANTS ON PLAINTIFFS' MOTION FOR RELIEF FROM INTERFERENCE |

    On April 14, 2011, pro-se Plaintiffs Todd Ashker and Danny Troxell, inmates at Pelican Bay State Prison (PBSP), filed this motion for relief from Defendants' interference with Plaintiffs' ability to prosecute this case. The essence of the motion is that PBSP staff are not allowing Plaintiffs to photocopy documents they feel are necessary for the prosecution of their case.

    Defendants have not yet filed an opposition. Therefore, Defendants are ordered to file an opposition within two weeks from the date of this order. If Defendants do not oppose this motion, they shall inform the Court of their non-opposition.

    IT IS SO ORDERED.

Dated: 5/5/2011

                                CLAUDIA WILKEN
                                United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TODD ASHKER et al,

        Plaintiff,

v.

ARNOLD SCHWARZENEGGER et al,

        Defendant.

Case Number: CV09-05796 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 5, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danny Troxell
Pelican Bay State Prison
B76578
P.O. Box 7500
D1-120
Crescent City, CA 95532

Todd Ashker C58191
Pelican Bay State Prison
P.O. Box 7500
D1-SHU
Crescent City, CA 95532

Dated: May 5, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

2