United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER and DANNY TROXELL,<br><br>    Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants.<br>_____/ | No. 09-05796 CW<br><br>ORDER DENYING PLAINTIFFS' MOTION FOR TAPED DEPOSITIONS AS PREMATURE<br>(Docket No. 27) |

    Pro-se Plaintiffs Todd Ashker and Danny Troxell, inmates at Pelican Bay State Prison (PBSP), move for the Court to order Defendants to allow Plaintiffs to depose two witnesses via audio-tape rather than with a stenographer.  Defendants oppose the motion on the ground that it is premature and that it would be burdensome for Defendants.

    Rule 26 of the Federal Rules of Civil Procedure provide the procedures and timing for discovery in civil cases.  However, Rule 26(a)(1)(B)(iv) exempts from the discovery rules pro-se actions brought by persons in custody of the state.  Therefore, this case is exempt from the requirements of Rule 26.  Because Defendants in this case have just been served and the time to answer the complaint has not yet elapsed, a request for depositions is premature.  Therefore, Plaintiffs' motion for audio-taped

depositions is dismissed without prejudice to re-filing at the appropriate time.

IT IS SO ORDERED.

Dated: 5/5/2011

CLAUDIA WILKEN
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TODD ASHKER et al,

    Plaintiff,

v.

ARNOLD SCHWARZENEGGER et al,

    Defendant.

Case Number: CV09-05796 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 5, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danny Troxell
Pelican Bay State Prison
B76578
P.O. Box 7500
D1-120
Crescent City, CA 95532

Todd Ashker C58191
Pelican Bay State Prison
P.O. Box 7500
D1-SHU
Crescent City, CA 95532

Dated: May 5, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

3