IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER and DANNY TROXELL,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants.　　　　　　　／ | No. 09-05796 CW<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR PHOTOCOPY OF SECOND AMENDED COMPLAINT |

　　Pro se Plaintiffs Todd Ashker and Danny Troxell, inmates at Pelican Bay State Prison (PBSP), file a motion for the Court to order Defendants' agents at PBSP to photocopy Plaintiffs' second amended complaint (2AC), which is ninety-nine pages in length. PBSP Captain Wood has denied Plaintiffs' request to photocopy the 2AC because of its length. California Code of Regulations, Title 15, § 3162(c) provides that a legal document to be duplicated for any inmate shall not exceed fifty pages in total length, except when necessary to advance litigation and, for any document over fifty pages, the inmate shall provide to PBSP staff a written explanation of the need for the excess length.

　　The 2AC is necessary to advance Plaintiffs' litigation. Therefore, it is necessary for this document to be duplicated and

1  the responsible PBSP staff person is ordered to do so within seven
2  days of the date of this order.  However, in future Court filings,
3  Plaintiffs are advised to condense further their factual
4  presentation and legal arguments.

7       IT IS SO ORDERED.

9  Dated: 10/5/2011

    CLAUDIA WILKEN
    United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TODD ASHKER et al,

        Plaintiff,

v.

ARNOLD SCHWARZENEGGER et al,

        Defendant.

Case Number: CV09-05796 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 5, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danny Troxell
Pelican Bay State Prison
B76578
P.O. Box 7500
D1-120
Crescent City, CA 95532

Todd Ashker C58191
Pelican Bay State Prison
P.O. Box 7500
D1-SHU
Crescent City, CA 95532

Dated: October 5, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

3