IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER and DANNY TROXELL,<br><br>    Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants.<br>_____/ | No. 09-05796 CW<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR COUNSEL TO PROVIDE COURT WITH INFORMATION REGARDING DEFENDANT AND FOR SERVICE BY UNITED STATES MARSHAL<br>(Docket No. 43) |

    Pro se Plaintiffs Todd Ashker and Danny Troxell, inmates at Pelican Bay State Prison, move for an order that Andrada & Associates, counsel for many of the named Defendants, provide the Court with the address of Defendant Richard Kirkland.  Plaintiffs believe that Andrada & Associates knows Mr. Kirkland's address because it is representing him in another case.  Plaintiffs also request that the United States Marshal serve Mr. Kirkland with the summons and complaint.  Plaintiffs served this motion on the Andrada firm; no opposition to this motion has been filed.

    Plaintiffs' requests are reasonable and their motion is granted.  The Andrada law firm is ordered to inform the Court, under seal, of Mr. Kirkland's present address and the Court will give this information to the United States Marshal.  The Marshal

shall inform Plaintiffs of the fee for serving Mr. Kirkland, Plaintiffs may make arrangements with the Marshal for paying this fee and the Marshal shall then serve Mr. Kirkland.  In the alternative, counsel may agree to accept service on Mr. Kirkland's behalf.  If Plaintiff has requested waiver of service from Mr. Kirkland and Mr. Kirkland has refused to waive service, Plaintiff may seek reimbursement of the Marshal's fee from Mr. Kirkland.

IT IS SO ORDERED.

Dated: 10/11/2011



CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TODD ASHKER et al,

    Plaintiff,

v.

ARNOLD SCHWARZENEGGER et al,

    Defendant.

Case Number: CV09-05796 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 11, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danny Troxell
Pelican Bay State Prison
B76578
P.O. Box 7500
D1-120
Crescent City, CA 95532

Todd Ashker C58191
Pelican Bay State Prison
P.O. Box 7500
D1-SHU
Crescent City, CA 95532

Dated: October 11, 2011

    Richard W. Wieking, Clerk
    By: Nikki Riley, Deputy Clerk

3