IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER and DANNY TROXELL,<br><br>      Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>      Defendants._____/ | No. C 09-05796 CW<br><br>ORDER DENYING PLAINTIFFS' MOTION FOR RELIEF FROM INTERFERENCE |

    Pro se Plaintiffs Todd Ashker and Danny Troxell, inmates at Pelican State Prison (PBSP) move for relief from Defendants' alleged interference with Plaintiffs' ability to prosecute this case.  The essence of Plaintiffs' motion is that members of PBSP staff are not allowing Plaintiffs to photocopy documents Plaintiffs feel are necessary for the prosecution of their case.  Defendants have filed an opposition.  The motion was taken under submission on the papers.  Having considered the papers filed by the parties, the Court denies Plaintiffs' motion.

    This motion is based on the following facts.  Plaintiffs submitted a request for the PBSP law library to photocopy a document that Plaintiffs wish to send to other PBSP inmates.  This document summarizes Plaintiffs' complaint and requests that the inmates send Plaintiffs declarations to use as evidence in support

of their civil rights claims. The law library denied this request because it was not clear if this correspondence fit the definition of "legal documents" pursuant to Department Operations Manual (DOM) § 14010.21. The law library stated that if the information Plaintiffs sought was not court-ordered discovery, Plaintiffs had to obtain written authorization from the warden to send it to other inmates, as required by DOM § 54010.22. Plaintiffs argue that it is unfair for PBSP staff to deny their photocopying request because the denial will "force them to handwrite many pages of documents for each of the many witness inquiries." The Court has reviewed the document Plaintiffs wish to duplicate and send to other inmates and concludes that PBSP staff did not misapply DOM § 14010.21 and § 54010.22. Plaintiffs do not need to send a summary of their case to potential inmate witnesses. With the warden's approval, Plaintiffs may send to potential inmate witnesses a list of questions to be answered under penalty of perjury. Plaintiffs, in accordance with prison regulations, may submit a request to the PBSP law library for the list to be photocopied.

Plaintiffs also argue that California Code of Regulations § 3162(a), which provides that a legal document submitted for duplication which is longer than fifty pages must be accompanied by the inmate's written explanation of the need for the number of pages, causes them lengthy delays in their litigation effort because they must substantiate their need for documents over fifty pages, and then file with the Court requests for extensions of time to file the documents. Plaintiffs make the same argument about DOM

2

§ 101120.15, which likewise requires, for duplication requests of documents in excess of fifty pages, a written explanation for the length, and which additionally requires a court order to duplicate a legal document in excess of 100 pages. The Court concludes that the PBSP law library staff is not exceeding its authority by applying § 3162(a) and § 101120.5 to Plaintiffs' requests for the duplication of lengthy documents. Contrary to Plaintiffs' view, it is not common practice for documents to be filed with the Court that are in excess of fifty pages. See Civil Local Rules 7-2(b)(1) (a motion is not to exceed twenty-five pages); 7-3(a) (opposition is not to exceed twenty-five pages); 7-3(c) (reply is not to exceed fifteen pages); 7-11 (administrative motion is required to obtain court order allowing the filing of a motion that exceeds the applicable page limit before filing such a motion).

## CONCLUSION

Based upon the foregoing, Plaintiffs' motion for relief from interference is denied.

Dated: 10/11/2011

CLAUDIA WILKEN
United States District Judge

3

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TODD ASHKER et al,

        Plaintiff,

v.

ARNOLD SCHWARZENEGGER et al,

        Defendant.

Case Number: CV09-05796 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 11, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danny Troxell
Pelican Bay State Prison
B76578
P.O. Box 7500
D1-120
Crescent City, CA 95532

Todd Ashker C58191
Pelican Bay State Prison
P.O. Box 7500
D1-SHU
Crescent City, CA 95532

Dated: October 11, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

4