1   J. RANDALL ANDRADA (SBN 70000)
    randrada@andradalaw.com
2   NICOLE ROMAN (SBN 267730)
    nroman@andradalaw.com
3   **ANDRADA & ASSOCIATES**
    **PROFESSIONAL CORPORATION**
4   180 Grand Avenue, Suite 225
    Oakland, California  94612
5   Tel.:   (510) 287-4160
    Fax:    (510) 287-4161
6
7   Attorneys for Defendants
    GOVERNOR EDMUND G. BROWN, JR., WILLIAM BARLOW,
    DARRIN BRADBURY, MATTHEW CATE, ROBERT DOYLE,
8   SUSAN FISHER, HOLLIS GILLINGHAM, ROBERT HARMON,
    JOHN HARRISON. AMANDA HERNANDEZ, ROBERT HOREL,
9   FRANCISCO JACQUEZ, RICHARD JOHNSON, RICHARD KIRKLAND,
    GREG LEWIS, ROBERT MARQUEZ, JOE MCGRATH, JOHN MCKINNEY,
10  ROBERT RICE, DENNIS SMITH, BRYAN THORNTON, STEVE TUCKER,
    GARY WISE, AND JEANNE WOODFORD
11

12                    UNITED STATES DISTRICT COURT

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                          OAKLAND DIVISION

15
    TODD L. ASHKER and DANNY TROXELL,          Case No.:  4:09-cv-05796-CW
16
                      Plaintiffs,
17
            v.                                  **DEFENDANTS' STATUS REPORT AND**
18                                              **RESPONSE TO COURT ORDER AT**
    GOVERNOR EDMUND G. BROWN, JR.,              **DOCKET NO. 60.**
19  MATHEW CATE,RODERICK HICKMAN,
    JEANNE WOODFORD, JOE MCGRATH,
20  RICHARD KIRKLAND, ROBERT HOTEL,
    FRANCISCO JACQUES, WILLIAM
21  BARLOW, R.L. JOHNSON, D.W.
    BRADBURY, J. MCKINNEY, ROBERT
22  MARQUEZ, R. RICE, JOHN HARRISON, B.
    THORNTON, G.H. WISE, A. HERNANDEZ,
23  ROBERT DOYLE, SUSAN FISHER, ROBERT
    HARMON, HOLLIS, GILLINGHAM, D.
24  SMTH, AND S. TUCKER, et al.,

25                    Defendants.

26

27
           Defendants GOVERNOR EDMUND G. BROWN, JR., WILLIAM BARLOW, DARRIN
28
    BRADBURY, MATTHEW CATE, ROBERT DOYLE, SUSAN FISHER, HOLLIS GILLINGHAM,

                                        1

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

1   ROBERT HARMON, JOHN HARRISON, AMANDA HERNANDEZ, ROBERT HOREL,

2   FRANCISCO JACQUEZ, RICHARD JOHNSON, RICHARD KIRKLAND, Greg Lewis, ROBERT

3   MARQUEZ, JOE MCGRATH, JOHN MCKINNEY, ROBERT RICE, DENNIS SMITH, BRYAN

4   THORNTON, STEVE TUCKER, GARY WISE, and JEANNE WOODFORD provide the following

5   status report and response to the court's order at Docket No. 60.

6          The court's order, dated October 11, 2011, instructed defense counsel to inform the court of

7   Defendant Richard Kirkland's present address so that the United States Marshals may serve him with

8   a summons and complaint.  Alternatively, the court stated that defense counsel may accept service on

9   Mr. Kirkland's behalf. [Docket No. 60]

10          Defense counsel waived service on behalf of Mr. Kirkland and filed an answer on June 15,

11   2011.  [Docket 49]  A copy of the endorsed filed answer is attached hereto as Exhibit A.

12          Based on the aforementioned facts, defense counsel believes no further action is necessary

13   with regard to Docket No. 60.  Defense counsel respectfully requests the court provide further

14   instruction if it believes additional action is required with regard to this matter.

15

16   Dated:  October 11, 2011                                    ANDRADA & ASSOCIATES

17

18                                                                    /s/ Nicole Roman
                                                              By _____
19                                                                 NICOLE ROMAN
                                                                   Attorneys for Defendants

20

21

22

23

24

25

26

27

28

{00076518.DOC/} 0922
STATUS REPORT RE: DOCKET NO. 60

Ashker/Troxell. v. Brown, et al.
C 09 05796 CW