# PROOF OF SERVICE

*Todd Ashker, et al. v. Governor Edmund g. Brown, Jr., et al.*
U. S. District Court, Northern District of California Case No. 4:09-cv-05796-CW

I, the undersigned, declare that I am over the age of 18 years and not a party to the within action; that my business address is 180 Grand Avenue, Suite 225, Oakland, California 94612, and that on October 11, 2011, I served a true copy of the foregoing document(s) entitled:

**DEFENDANTS' STATUS REPORT AND RESPONSE TO COURT ORDER AT DOCKET NO. 60**

on the parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Todd Ashker  C58191                              **In Pro Per**
Pelican Bay State Prison
P. O. Box 7500/D1-SHU
Crescent City, CA  95532

Danny Troxell  B76578                            **In Pro Per**
Pelican Bay State Prison
P. O. Box 7500/D1-120
Crescent City, CA  95532

__X__   (By Mail)  I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Andrada & Associates.

_____   (By Hand)  I caused each envelope to be delivered by hand to the person(s) listed above.

_____   (By Telecopy)  I caused each document to be sent by fax to the fax as indicated above.

_____   (By Overnight Delivery)  I caused each envelope to be delivered by overnight delivery to the person(s) indicated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on October 11, 2011, at Oakland, California.

/s/ Sherry Padilla
_____
SHERRY PADILLA