Todd Ashker, C58191
Danny Troxell, B76578
Box 7500/D1-SHU
Crescent City, Ca. 95532
Plaintiffs, In pro-se



FILED
OCT 19 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND-DIVISION

TODD ASHKER and DANNY TROXELL,
Plaintiffs,
vs.
EDMUND G. BROWN, et al.,
Defendants.

CASE No. C09-5796 CW

Plaintiffs' Notice & Motion For Leave To File A Second Amended Complaint [per F.R.C.P. #15(a)(2)]

To Defendants and their counsel of record, PLEASE TAKE NOTICE:

Pro-se Plaintiffs Ashker, and Troxell, do hereby respectfully request the Honorable Court's leave to file a second amended complaint, pursuant to Rule 15(a)(2), Fed.R.Civ.P., in order to add, and/or clarify, a liberty interest claim, and an equal protection claim. [See attached Proposed Second Amended Complaint at pp. #82, para's #209-210; #92, para #244; and # 95, para #251(4) and (5)]

This request for leave is not being made for any sort of improper purpose, these additions are related to the causes of action in the [F.A.C.], and the allowance of the filing of the [S.A.C.], will not prejudice Defendants. Thus, the Court should

⟨1⟩

grant the request [see: Foman v. Davis, 371 U.S. 178, 82-83, 83 S.Ct. 227 (1962); accord, Interroyal Corp. v. Sponseller, 889 F.2d 108, 112 [6thCir. 1990]

Plaintiffs' would also clarify that their included parole board claims are presented in detail in both the (F.A.C.) and proposed (S.A.C.); please see the (S.A.C.) at para's # 4-41, 141-161, 195-211, and 230-263.

And such parole board claims include causes of action for First, Fifth, Eighth, and Fourteenth Amendment, U.S. Constitutional violations [See Id., para's # 195-211, and 230-263]

In order to assist the Court's screening process re: proposed (SAC) additions re: liberty interest in not being coerced into being a known informant; and equal protection issue(s), please see "Plaintiffs' Motion To Correct and Clarify An Omission In Their F.A.C." [Doc. # 22, at pp. # 2-6, and cases cited at pp. # 5-6]

## CONCLUSION

Good cause being demonstrated, based on this motion, accompanying declarations of plaintiffs, and the file and record of this case, plaintiffs' do hereby respectfully request the Honorable Court to Grant this motion and Order the (SAC) be filed, and answered by defendants.

Dated: ~~April 15, 2011~~ May 12, 2011

Respectfully Submitted,

Todd Ashker  & Danny Troxell

Todd Ashker        Danny Troxell

Plaintiffs, In pro-se ++