IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER and DANNY TROXELL,<br><br>    Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants.                  / | No. 09-05796 CW<br><br>ORDER GRANTING DEFENDANTS MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION |

    Defendants move for an extension of time in which to file their dispositive motion.  For good cause, the motion is granted. Defendants shall file a motion for summary judgment or other dispositive motion within sixty days from the date the Court rules on Plaintiffs' motion for leave to file a second amended complaint.

    IT IS SO ORDERED.

Dated: 11/17/2011

                                          CLAUDIA WILKEN<br>                                          United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TODD ASHKER et al,

      Plaintiff,

v.

ARNOLD SCHWARZENEGGER et al,

      Defendant.

Case Number: CV09-05796 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 17, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danny Troxell
Pelican Bay State Prison
B76578
P.O. Box 7500
D1-120
Crescent City, CA 95532

Todd Ashker C58191
Pelican Bay State Prison
P.O. Box 7500
D1-SHU
Crescent City, CA 95532

Dated: November 17, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

2