# LEGAL MAIL

NAME _Danny Troxell_
CDC NO. _B-76578_ HOUSING _D1-120_
PELICAN BAY STATE PRISON
SHU LAW LIBRARY
PO BOX 7500
CRESCENT CITY, CA. 95532

US NORTHERN DIST COURT OF CA
1301 CLAY ST, SUITE 400 SOUTH
OAKLAND, CA 94612

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

$ 03.28⁰
MAILED FROM ZIP CODE 95531