IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER, et al., | No. C 09-05796 CW |
|     Plaintiffs, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
|   v. | |
| EDMUND G. BROWN, JR., et al., | |
|     Defendants. | |

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion for an order compelling the Defendants to answer interrogatories and produce documents and **all further discovery motions** filed in the above-captioned case is referred to Magistrate Judge Nandor J. Vadas.

Dated: 12/13/2011

CLAUDIA WILKEN
United States District Judge

cc: MagRef; NJV