JULES LOBEL
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: 212.614.6464
Fax: 212.614.6229

ANNE BUTTERFIELD WEILLS
SIEGEL & YEE
499-14th Street, Suite 220
Oakland, California 94612
Tel: 510.839.1200
Fax: 510.444.6698

CHARLES FRANCIS-ANTONIO CARBONE
EVAN CHARLES GREENBERG
LAW OFFICE OF CHARLES CARBONE
P.O. Box 2809
San Francisco, California 94126
Tel: 415.981.9773
Fax: 415.981.9774

Attorneys for Plaintiffs
TODD ASHKER and DANNY TROXELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TODD ASHKER and DANNY TROXELL,<br><br>    Plaintiffs<br><br>v.<br><br>EDMOND G. BROWN, Jr., MATTHEW CATE, RODERICK Q. HICKMAN, JEANNE WOODFORD, JOE MCGRATH, RICHARD KIRKLAND, ROBERT HOREL, FRANCISCO JACQUEZ, WILLIAM BARLOW, R.L. JOHNSON, D.W. BRADBURY, J. McKINNEY, ROBERT MARQUEZ, R. RICE, JOHN HARRISON, B. THORTON, G.H. WISE, A. HERNANDEZ, ROBERT DOYLE, SUSAN FISHER, ROBERT HARMON, HOLLIS GILLINGHAM, D. SMITH, S. TUCKER, and DOES, 1-20, inclusive,<br><br>    Defendants. | No. 4:09-cv-05796-CW<br><br>CASE MANAGEMENT CONFERENCE<br><br>(FED. R. CIV. P. 26(f) and CIV. L. R. 16)<br><br><br>Date:  March 28, 2012<br>Time:  2:00 p.m.<br>Dept.: Courtroom 2 |

    In accordance with Civil Local Rule 16-9 and F.R.C.P. 26(f), Plaintiff TODD ASHKER and DANNY TROXELL request a Case Management Conference in the above-entitled matter set for hearing on March 28, 2012, at 2:00 p.m. in Courtroom 2 before the Honorable Claudia Wilken in the Oakland Division of the above-entitled Court.

    Plaintiffs seek this conference so that their new counsel can discuss several issues as to their plans for the litigation of this case with the Court.  Plaintiffs intend to withdraw Plaintiffs' Second Amended Complaint, without prejudice, and seek leave to amend Plaintiffs' First Amended Complaint.  Plaintiffs also wish to discuss future discovery and motion issues as well as appropriate dates for the outstanding Motion to Compel.

    Plaintiffs' counsel, Jules Lobel, has met and conferred with Defendants' counsel, Nicole Lynne Roman, and she concurs with having a Case Management Conference for

1  March 28, 2012 at 2:00 p.m in Courtroom 2 of the Oakland Division of the Northern

2  District of the United States District Court.

3  DATED: March 2, 2012

                            SIEGEL & YEE

                            By_____
                              ANNE BUTTERFIELD WEILLS

                              Attorneys for Plaintiffs
                              TODD ASHKER and DANNY TROXELL

*Ashker, Troxell v. Brown, et al.*, Case No. 4:09-cv-05796-CW
Case Management Conference      - 3-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Ashker, Troxell v. Brown, et al.*, Case No. 4:09-cv-05796-CW
Case Management Conference            - 4-