IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER and DANNY TROXELL,<br><br>          Plaintiffs,<br><br>     v.<br><br>GOVERNOR EDMUND G. BROWN, JR., et al.,<br><br>          Defendants.<br>═══════════════════════════════/ | No. C 09-5796 CW<br><br>ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION TO FILE SUPPLEMENTS TO MOTIONS (Doc. No. 65), MOTION FOR A PROTECTIVE ORDER (Doc. No. 51), MOTION TO FILE SECOND AMENDED COMPLAINT (Doc. No. 67) AND GRANTING REQUEST FOR CASE MANAGEMENT CONFERENCE (Doc. No. 99) |

Pro se Plaintiffs[1] Todd Ashker and Danny Troxell, inmates at Pelican Bay State Prison, move for an extension of time to supplement their previous motions for relief from interference, filed on April 8, 2011 (docket no. 29), for an emergency protective order, filed on June 20, 2011 (docket no. 51) and to file a second amended complaint (docket no. 67).  Defendants oppose the motions.  The motions were taken under submission on the papers.

_____

[1] Since they filed these motions, Plaintiffs have obtained legal representation.

Having read all the papers submitted by the parties, the Court denies Plaintiffs' motion to supplement their previous motions.  The Court has already denied Plaintiffs' motion for relief from interference (docket no. 61) and, on October 12, 2011, issued an Order for further briefing on Plaintiff's motion for a protective order (docket no. 64).  In the October 12, 2011 Order, the Court denied Plaintiffs' claims based on retaliation but requested that Defendants submit clarification of the basis for confiscating Plaintiffs' documents that might be related to this case.  On October 26, 2011, Defendants filed a brief clarifying their reasons for confiscating Plaintiffs' papers (docket no. 71). On November 17, 2011, Plaintiffs filed a response to Defendants' clarification (docket no. 77).

Defendants' clarification and Plaintiffs' response indicate that many issues are in dispute.  Since the parties filed these briefs, Plaintiffs have obtained representation by counsel.  Now that Plaintiffs have legal representation, these disputes may be easier to resolve by the parties without the Court's intervention. Therefore, the Court denies Plaintiffs' motion for a protective order without prejudice and orders that the parties' attorneys meet and confer and attempt to resolve their disputes.

Plaintiffs' motion to file a second amended complaint (2AC) is denied without prejudice to re-filing by counsel.

CONCLUSION

Plaintiffs' motion for extension of time to supplement motions (docket no. 65) is denied.  The Court denies without prejudice Plaintiffs' motion for a protective order (docket no. 51) so that the attorneys may meet and confer and attempt to

United States District Court
For the Northern District of California

1   resolve the issues raised therein on their own.  The Court denies

2   without prejudice Plaintiffs' motion to file a 2AC (docket no.

3   67).  The parties have requested that a case management conference

4   (CMC) be held on March 28, 2012 (docket no. 99).  The Court grants

5   this request and orders that, before the date of the CMC, the

6   parties meet and confer regarding the issues in dispute and, at

7   the CMC, inform the Court of their progress.

8

9       IT IS SO ORDERED.

10

11  Dated: 3/13/2012                    _____
                                        CLAUDIA WILKEN
12                                      United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California