IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER and DANNY TROXELL,<br><br>    Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>    Defendants.<br>_____/ | No. C 09-5796 CW<br><br>ORDER REFERRING CERTAIN ISSUES, AND SETTLEMENT CONFERENCE, TO MAGISTRATE JUDGE NANDOR VADAS |

All discovery in this matter has previously been referred to Magistrate Judge Nandor Vadas. In addition, the Court refers to Judge Vadas the following requests by Plaintiffs' new counsel: access to Plaintiffs' prison files; regularly scheduled telephone calls between lead counsel and lead Plaintiffs; access to Plaintiffs' medical files for Plaintiffs' experts; tour and inspection of Pelican Bay State Prison Secured Housing Unit; contact visits and prolonged visitation days for Plaintiffs' experts when interviewing individual Plaintiffs; and any other similar disputes. Judge Vadas will set briefing schedules, and hearings by telephone or in person, if necessary. For time-sensitive requests, a party may seek an Order Shortening Time pursuant Local Civil Rule 6-3. This case is also referred to Judge Vadas for a settlement conference, to be scheduled at his discretion or on the request of either party.

IT IS SO ORDERED.

Dated: 3/29/2012

                                  CLAUDIA WILKEN
                                  United States District Judge

cc: NJV