## Law Office of Charles Carbone
*"Justice for the Incarcerated"*

**Evan C. Greenberg, Esq.**
*Attorney*

April 20, 2012

The Hon. Nandor J. Vadas
United States District Court
514 "H" Street, 2nd Floor, Courtroom 205A
Eureka, CA 95501-1038

      Re:    Requested information about Plaintiffs' experts.
             Ashker & Troxell v. Brown *et. al.*, Case No. 4:09-cv-05796-CW

Dear Judge Vadas,

      Plaintiffs offer this letter in response to Your Honor's request for additional information about Plaintiffs' experts. (Docket No. 113.) Plaintiffs need additional time to plan future expert visits, so we do not have all the requested information. Hence, we withdraw the request for contact visits between experts and inmates, but we reserve our right to move for this relief in the future.

Respectfully,

Evan Greenberg, Esq.

PO Box 2809
San Francisco, CA 94126-2809
Phone: 415-981-9773 or 310-980-3826
Fax: 415-981-9774

E-mail: evan@charlescarbone.com
Website: www.charlescarbone.com or www.prisonerattorney.com