UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TODD ASHKER and DANNY TROXELL,<br><br>    Plaintiffs<br><br>v.<br><br>GOVERNOR EDMUND G. BROWN, Jr., et. al.,<br><br>    Defendants. | Case No. 4:09-cv-05796-CW<br><br>[~~PROPOSED~~] **ORDER GRANTING PARTIES' STIPULATED REQUEST TO ENLARGE TIME**<br><br>**(Local Rule 7-12)** |

The Court hereby grants the parties' stipulated request for a court order enlarging time. The following dates apply:

| | | |
|---|---|---|
| Deadline to add additional parties or claims: | 5/31/12 | [or _____] |
| Date of next case management conference: | 12/20/12 | [or _____] |
| Completion of fact discovery: | 11/14/12 | [or _____] |
| Disclosure of identities and reports of expert witnesses: | 6/12/12 | [or _____] |
| Rebuttal: | 8/13/12 | [or _____] |
| Completion of expert discovery: | 11/14/12 | [or _____] |
| All case-dispositive motions to be heard at 2:00 p.m. on or before: | 12/20/12 | [or _____] |
| Final Pretrial Conference at 2:00 p.m. on: | 2/20/13 | [or _____] |
| A 14 day Court Trial will begin at 8:30 a.m. on: | ~~3/5/13~~ | [or 3/4/2013] |

Additional Matters: Counsel for Plaintiffs shall submit the proposed amended complaint to counsel for Defendants by 5/15/2012 [or _____]; counsel for Defendants shall determine whether they'll stipulate to the amended complaint by 5/22/2012 [or _____]; If counsel for Defendants won't stipulate, counsel for Plaintiffs shall file a motion for leave to amend the complaint by 5/31/2012 [or _____] and notice it for hearing five weeks thereafter. Plaintiff's opening brief due 11/01/2012 [or _____]; Defendant's opposition/cross motion (contained within a single brief) due 11/15/2012 [or _____]; Plaintiff's reply/opposition to cross motion (contained within a single brief) due 11/29/2012 [or _____]; Defendant's reply due 12/05/2012 [or _____]. If Plaintiff fails to file a dispositive motion, then Defendant's dispositive motion shall be filed 11/15/2012 [or _____]. **A Further Case Management Conference will be held on 12/20/12 [or _____] whether or not dispositive motions are filed (or on whatever date dispositive motions are set).**

    IT IS SO ORDERED

DATE: 5/31/2012

                                        CLAUDIA WILKEN
                                        United States District Judge