IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER and DANNY TROXELL,<br><br>    Plaintiffs,<br><br>  v.<br><br>GOVERNOR EDMUND G. BROWN, JR., et al.,<br><br>    Defendants.<br>_____/ | No. C 09-5796 CW<br><br>ORDER DENYING OBJECTION TO MAGISTRATE JUDGE'S ORDER |

    On April 27, 2012, Defendants filed an objection to Magistrate Judge Nandor Vadas' Order Granting in Part Plaintiffs' Visitation Requests filed April 13, 2012. Having considered all the papers filed by the parties and the magistrate judge's order, the Court denies the objection.

    Magistrate Judge Vadas has conducted numerous settlement conferences and other proceedings for this Court at Pelican Bay State Prison and many other California prisons, and has developed a high level of expertise regarding prison conditions and procedures. The Court relies on his experience in these matters. If the prison delays for hours the visits of attorneys who have undertaken lengthy and expensive travel to visit their clients,

Magistrate Judge Vadas may order further relief.

IT IS SO ORDERED.

Dated: 5/31/2012

CLAUDIA WILKEN
United States District Judge