UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER and DANNY TROXELL,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, et al.,<br><br>    Defendants.<br>_____/ | No. C-09-5796 CW (NJV)<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION TO COMPEL**<br><br>(Doc. No. 81) |

Acting in *pro per*, plaintiffs Todd Ashker and Danny Troxell moved to compel discovery from Defendants. Doc. No. 81. The district court referred all discovery, including the motion to compel, to the undersigned. Doc. No. 83. The hearing on the motion to compel was continued pursuant to Plaintiffs' requests. Doc. Nos. 87, 95. Plaintiffs then obtained counsel. Doc. No. 95. After an April 10, 2012 hearing on various matters, Plaintiffs' newly-appointed counsel represented that Plaintiffs intended to seek leave to amend the complaint and stipulated to delaying a ruling on the motion to compel until the pleadings were settled. Doc. Nos. 110, 112, 113. Plaintiffs filed a motion for leave to amend. Doc. No. 126. As of the date of this order, that motion remains under submission with the district court. In light of the time that has elapsed since the filing of the motion to compel, the appointment of counsel, and the uncertainty of the pleadings, the undersigned denies without prejudice Plaintiffs' motion to compel. Plaintiffs may renew their motion after the pleadings are settled.

**IT IS SO ORDERED**.

Dated: August 14, 2012

_____
Nandor J. Vadas
United States Magistrate Judge