IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER and DANNY TROXELL, | No. C 09-5796 CW |
| Plaintiffs, | ORDER GRANTING MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT |
| v. | |
| GOVERNOR EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

    Having reviewed and considered the papers filed in support of and in opposition to Plaintiffs' Motion for Leave to File a Second Amended Complaint and the relevant legal authority, the Court GRANTS the Motion pursuant to Federal Rule of Civil Procedure 15(a)(2). Plaintiffs must electronically file the Second Amended Complaint, submitted in its proposed form as Exhibit A to the Motion, within three Court days from the date of this Order. Defendants shall file and serve their responsive pleading within sixty (60) days from the date of this Order.

    At the case management conference set for December 20, 2012, the Court will set a hearing date and briefing deadlines for Plaintiffs' motion for class certification. Defendants may not move in advance to strike the class allegations, but must present their arguments in opposition to Plaintiffs' anticipated motion for class certification.

1      The parties may stipulate and submit a proposed order to
2 change deadlines in this action.

4      IT IS SO ORDERED.

6 Dated: 9/10/2012                   _____
7                                  CLAUDIA WILKEN
                                 United States District Judge