1  GREGORY D. HULL (Bar No. 57367)
   E-Mail:  greg.hull@weil.com
2  BAMBO OBARO (Bar No. 267683)
   E-Mail:  bambo.obaro@weil.com
3  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
4  Redwood Shores, CA  94065-1134
   Telephone:  (650) 802-3000
5  Facsimile:  (650) 802-3100

6  Attorneys for Plaintiffs
   TODD ASHKER and DANNY TROXELL
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                           OAKLAND DIVISION
11

12  TODD ASHKER and DANNY TROXELL,          Case No. 4:09 CV 05796 CW

13                      Plaintiffs,          **NOTICE OF APPEARANCE OF
                                             COUNSEL**
14         v.
                                             Judge:  Honorable Claudia Wilkin
15  GOVERNOR EDMUND G. BROWN, JR.,
    MATTHEW CATE, RODERICK Q. HICKMAN,
16  JEANNE WOODFORD, JOE MCGRATH, RICHARD
    KIRKLAND, ROBERT HOREL, FRANCISCO
17  JACQUEZ, WILLIAM BARLOW, R.L. JOHNSON,
    D.W. BRADBURY, J. McKINNEY, ROBERT
18  MARQUEZ, R. RICE, JOHN HARRISON, B.
    THORTON, G.H. WISE, A. HERNANDEZ, ROBERT
19  DOYLE, SUSAN FISHER, ROBERT HARMON,
    HOLLIS GILLINGHAM, D. SMITH, S. TUCKER,
20
21                      Defendants.

22

23  **TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

24         PLEASE TAKE NOTICE THAT Gregory D. Hull, a member of the bar of this Court,

25  hereby enters an appearance on behalf of Plaintiffs Todd Ashker and Danny Troxell.

26  Dated: October 17, 2012                  WEIL, GOTSHAL & MANGES LLP

27                                           By:    */s/Gregory D. Hull*
                                                    Gregory D. Hull
28                                           Attorneys for Plaintiffs
                                             TODD ASHKER AND DANNY TROXELL

NOTICE OF APPEARANCE                    1                    Case No. 4:09 CV 05796 CW