1  GREGORY D. HULL (Bar No. 57367)
   Email: greg.hull@weil.com
2  BAMBO OBARO (Bar No. 267683)
   Email: bambo.obaro@weil.com
3  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
4  Redwood Shores, CA  94065-1134
   Tel: (650) 802-3000
5  Fax: (650) 802-3100

6  Attorneys for Plaintiffs
   GEORGE RUIZ, JEFFREY FRANKLIN, TODD
7  ASHKER, GEORGE FRANCO, GABRIEL REYES,
   RICHARD JOHNSON, DANNY TROXELL, PAUL
8  REED, LUIS ESQUIVEL, and RONNIE DEWBERRY

9  (Additional counsel listed on attached page)

10                 UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| GEORGE RUIZ, JEFFREY FRANKLIN, TODD ASHKER, GEORGE FRANCO, GABRIEL REYES, RICHARD JOHNSON, DANNY TROXELL, PAUL REED, LUIS ESQUIVEL, and RONNIE DEWBERRY, on their own behalf, and on behalf of a class of similarly situated prisoners,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., Governor of the State of California, MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation (CDCR); ANTHONY CHAUS, Chief, Office of Correctional Safety, CDCR; and G.D. LEWIS, Warden, Pelican Bay State Prison,<br><br>Defendants. | Case No. 4:09 CV 05796 CW<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Honorable Claudia Wilkin |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   PLEASE TAKE NOTICE THAT Bambo Obaro, a member of the bar of this Court, hereby enters an appearance on behalf of Plaintiffs George Ruiz, Jeffrey Franklin, Todd Ashker, George Franco, Gabriel Reyes, Richard Johnson, Danny Troxell, Paul Reed, Luis Esquivel and Ronnie Dewberry.

Dated: October 23, 2012                    WEIL, GOTSHAL & MANGES LLP

                                           By:   */s/Bambo Obaro*
                                                   Bambo Obaro
                                           Attorneys for Plaintiffs

NOTICE OF APPEARANCE OF COUNSEL                                Case No. 4:09 CV 05796 CW

**ADDITIONAL PLAINTIFFS' COUNSEL**

JULES LOBEL (*pro hac vice*)
Email: jll3@pitt.edu
ALEXIS AGATHOCLEOUS (*pro hac vice*)
Email: aagathocleous@ccrjustice.org
RACHEL MEEROPOL (*pro hac vice*)
Email: rachelM@ccrjustice.org
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY  10012
Tel:  (212) 614-6478
Fax:  (212) 614- 6499

CHARLES F.A. CARBONE (SBN 206536)
Email:  charles@charlescarbone.com
EVAN CHARLES GREENBERG (SBN 271356)
Email:  evan@charlescarbone.com
LAW OFFICES OF CHARLES CARBONE
P.O. Box 2809
San Francisco, CA  94126
Tel:  (415) 981-9773
Fax:  (415) 981-9774

MARILYN S. MCMAHON (SBN 270059)
Email:  marilyn@prisons.org
CALIFORNIA PRISON FOCUS
1904 Franklin Street, Suite 507
Oakland, CA  94612
Tel:  (510) 734-3600
Fax:  (510) 836-7222

ANNE BUTTERFIELD WEILLS (SBN 139845)
Email:  aweills@aol.com
SIEGEL & YEE
499 14TH STREET, SUITE 300
OAKLAND, CA  94612
Tel:  (510) 839-1200
Fax:  (510) 444-6698

CAROL STRICKMAN (SBN 78341)
Email:  carol@prisonerswithchildren.org
LEGAL SERVICES FO PRISONERS WITH CHILDREN
1540 Market Street, Suite 490
San Francisco, CA  94102
Tel:  (415) 255-7036
Fax:  (415) 552-3150