JULES LOBEL (*pro hac vice*)
Email:  jll3@pitt.edu
ALEXIS AGATHOCLEOUS (*pro hac vice*)
Email:  aagathocleous@ccrjustice.org
RACHEL MEEROPOL (*pro hac vice*)
Email:  rachelm@ccrjustice.org
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY  10012
Tel:  (212) 614-6478
Fax:  (212) 614- 6499

GREGORY D. HULL (Bar No. 57367)
Email:  greg.hull@weil.com
BAMBO OBARO (Bar No. 267683)
Email:  bambo.obaro@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065-1134
Tel:  (650) 802-3000
Fax:  (650) 802-3100

Attorneys for Plaintiffs
(Additional counsel listed on attached page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEORGE RUIZ, JEFFREY FRANKLIN, TODD ASHKER, GEORGE FRANCO, GABRIEL REYES, RICHARD JOHNSON, DANNY TROXELL, PAUL REED, LUIS ESQUIVEL, and RONNIE DEWBERRY, on their own behalf, and on behalf of a class of similarly situated prisoners, <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., Governor of the State of California, MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation (CDCR); ANTHONY CHAUS, Chief, Office of Correctional Safety, CDCR; and G.D. LEWIS, Warden, Pelican Bay State Prison, <br><br> Defendants. | Case No. 4:09 CV 05796 CW <br><br> **DECLARATION OF EVAN C. GREENBERG IN SUPPORT OF PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF** <br><br> Honorable Claudia Wilken |

1    I, EVAN C. GREENBERG, declare:

2    1. I am an attorney licensed to practice law in California and the U.S. District Court for
3    the Northern District of California. My state bar number is 271356. I am an associate attorney in
4    the Law Office of Charles Carbone, and one of the attorneys representing the plaintiffs in *Ruiz et al.*
5    *v. Brown et al.*, case number 4:09-cv-05796-CW.

6    2. After the Court denied plaintiffs' motion for a case management conference (Doc.
7    No. 142), I proposed to defendants' counsel, Deputy Attorney General Adriano Hrvatin, that the
8    parties file a joint stipulation that would: vacate the case schedule and extend defendants' deadline
9    to file a responsive pleading by one week (but with the caveat that defendants would be free to move
10   to extend that time further). I further proposed that approximately one week after filing a joint
11   stipulation, around November 7, 2012, the parties would file a joint motion to reset the case
12   schedule, in which both parties would present proposed new schedules. Mr. Hrvatin declined and
13   indicated that defendants would seek an extension of time separately.

14   3. Over the past three or four weeks, Charles Carbone and I met and conferred several
15   times with Deputy Attorney General Adriano Hrvatin, counsel for the defendants. We attempted,
16   through several phone calls and emails, to negotiate a mutually agreeable briefing and discovery
17   schedule to no avail. Negotiations continued until October 18, 2012, when plaintiffs requested a
18   Case Management Conference.

21   I declare under penalty of perjury that the foregoing is true and correct based on my
22   knowledge and belief and that this declaration was executed on November 1, 2012, in San Francisco,
23   California.

25                                                         */s/ Evan C. Greenberg*
                                                           EVAN C. GREENBERG

DECLARATION OF EVAN C. GREENBERG                1                    Case No. 4:09 CV 05796 CW
ISO MOTION FOR ADMINISTRATIVE RELIEF

**ADDITIONAL PLAINTIFFS' COUNSEL**

CHARLES F.A. CARBONE (SBN 206536)
Email:  charles@charlescarbone.com
EVAN CHARLES GREENBERG (SBN 271356)
Email:  evan@charlescarbone.com
LAW OFFICES OF CHARLES CARBONE
P.O. Box 2809
San Francisco, CA  94126
Tel:  (415) 981-9773
Fax:  (415) 981-9774

MARILYN S. MCMAHON (SBN 270059)
Email:  marilyn@prisons.org
CALIFORNIA PRISON FOCUS
1904 Franklin Street, Suite 507
Oakland, CA  94612
Tel:  (510) 734-3600
Fax:  (510) 836-7222

ANNE BUTTERFIELD WEILLS (SBN 139845)
Email:  aweills@aol.com
SIEGEL & YEE
499 14TH STREET, SUITE 300
Oakland, CA  94612
Tel:  (510) 839-1200
Fax:  (510) 444-6698

CAROL STRICKMAN (SBN 78341)
Email:  carol@prisonerswithchildren.org
LEGAL SERVICES FO PRISONERS WITH CHILDREN
1540 Market Street, Suite 490
San Francisco, CA  94102
Tel:  (415) 255-7036
Fax:  (415) 552-3150

Attorneys for Plaintiffs