IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER, et al., | No. C 09-5796 CW |
| Plaintiffs, | ORDER AMENDING SCHEDULE AND GRANTING IN PART MOTIONS FOR ADMINISTRATIVE RELIEF (Docket Nos. 143 & 147) |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

On November 1, 2012, Plaintiffs, Todd Ashker, et al., filed a motion for administrative relief asking the Court to vacate the previous case management schedule and to set new dates for discovery and trial. Docket No. 143. The following day, Defendants, Governor Edmund G. Brown, et al., filed a motion for an extension of time to file a motion to dismiss and asking the Court to vacate inconsistent case management deadlines. Docket No. 147. The Court has reviewed both motions and now grants each motion in part.

Defendants will file their motion to dismiss by December 17, 2012. Plaintiffs will file their response by January 17, 2013 and Defendants will file their reply by January 31, 2013. The Court will hear the matter at 2:00pm on February 14, 2013. A case management conference will be held on the same date as the hearing on the motion and the parties will submit a joint case management statement one week in advance of the conference. The case management deadlines set forth in the Court's May 31, 2012

scheduling order (Docket No. 127) are hereby vacated.  The deadlines will be reset as needed at the case management conference on February 14, 2013.  Until then, the parties should continue to engage in fact discovery.

    IT IS SO ORDERED.

Dated: 11/16/2012

CLAUDIA WILKEN
United States District Judge