1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                             NORTHERN DISTRICT OF CALIFORNIA

10                                      OAKLAND DIVISION

11

| | |
|---|---|
| GEORGE RUIZ, JEFFREY FRANKLIN, TODD ASHKER, GEORGE FRANCO, GABRIEL REYES, RICHARD JOHNSON, DANNY TROXELL, PAUL REED, LUIS ESQUIVEL, and RONNIE DEWBERRY, on their own behalf, and on behalf of a class of similarly situated prisoners,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., Governor of the State of California, MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation (CDCR); ANTHONY CHAUS, Chief, Office of Correctional Safety, CDCR; and G.D. LEWIS, Warden, Pelican Bay State Prison,<br><br>Defendants. | Case No. 4:09 CV 05796 CW<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION**<br><br>Honorable Claudia Wilkin |

Having considered the papers and argument of counsel submitted in support of Plaintiffs George Ruiz, Jeffrey Franklin, Todd Ashker, George Franco, Gabriel Reyes, Richard Johnson, Danny Troxell, Paul Redd, Luis Esquivel, and Ronnie Dewberry, on their own behalf and on behalf of a class of similarly situated prisoners and finding good cause, therefor,

Plaintiffs' Motion for Preliminary Injunction is **GRANTED**.

1  **IT IS HEREBY ORDERED** Defendants return Plaintiff Todd Ashker to the prison cell in
2  E Pod at Pelican Bay State Prison that, prior to September of this year, he had inhabited since at least
3  2006, and Defendants are enjoined from relocating Ashker again during the pendency of this
4  litigation.

5  **IT IS SO ORDERED.**

7  DATED: _____

HONORABLE CLAUDIA WILKIN
CHIEF DISTRICT COURT JUDGE