JULES LOBEL (*pro hac vice*)
Email: jll3@pitt.edu
ALEXIS AGATHOCLEOUS (*pro hac vice*)
Email: aagathocleous@ccrjustice.org
RACHEL MEEROPOL (*pro hac vice*)
Email: rachelm@ccrjustice.org
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6478
Fax: (212) 614- 6499

GREGORY D. HULL (Bar No. 57367)
Email: greg.hull@weil.com
BAMBO OBARO (Bar No. 267683)
Email: bambo.obaro@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
Tel: (650) 802-3000
Fax: (650) 802-3100

Attorneys for Plaintiffs
(Additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEORGE RUIZ, JEFFREY FRANKLIN, TODD ASHKER, GEORGE FRANCO, GABRIEL REYES, RICHARD JOHNSON, DANNY TROXELL, PAUL REED, LUIS ESQUIVEL, and RONNIE DEWBERRY, on their own behalf, and on behalf of a class of similarly situated prisoners,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., Governor of the State of California, MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation (CDCR); ANTHONY CHAUS, Chief, Office of Correctional Safety, CDCR; and G.D. LEWIS, Warden, Pelican Bay State Prison,<br><br>Defendants. | Case No. 4:09 CV 05796 CW<br><br>**DECLARATION OF DANNY TROXELL IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: January 10, 2013<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 4th Floor<br><br>Honorable Claudia Wilkin |

DECLARATION OF DANNY TROXELL                                    Case No. 4:09 CV 05796 CW

I, Danny Troxell, declare,

1. I am currently living in the Security Housing Unit (SHU) at Pelican Bay State Prison (PBSP). My registration number is B-76578.

2. I have been held in solitary confinement for 27 years. I have lived in the PBSP SHU in the D1 Block and in Pod "E" since February 2006.

3. Todd Ashker and I have been celled together or housed in cells next to each other since 2003. Besides our being co-plaintiffs in the present lawsuit (Case No. 4:09-CV-05796-CW), I have been Todd's writing assistant for almost ten years due to his hand and arm disability, which are a result of permanent injuries inflicted when he was shot by a guard in 1990.

4. Todd is respected and liked by everyone I know and is always sought out by other SHU prisoners because of his legal expertise, which he freely gives to anyone who asks.

5. On September 6, 2012, Institutional Gang Investigations (IGI) moved Todd from his former cell away from me and a number of other co-plaintiffs in our Pod.

6. Everyone in our Pod has always gotten along well with each other. We all remain united in the cause and struggle to end long-term solitary confinement and the harsh conditions in the SHU. I am aware of no fighting or threats between prisoners in our Pod.

7. Todd and I have been celled next to each other for many years, with no conflict between us. I have worked well together with him as his writing assistant and co-plaintiff for many years. I rely on Todd for his legal advice.

8. Because Todd has been removed from his former cell, the plaintiffs' ability to have any serious input into the strategy and general direction of our joint litigation is significantly harmed. CDCR officials have taken away our rights to participate in our lawsuit and they should bring Todd back to his old cell so we can actually be involved in our litigation.

I declare under penalty of perjury that the foregoing is true and correct based on my knowledge and belief and that this declaration was executed on ~~November 28~~ December 19 D.T., 2012, at Pelican Bay State Prison, in Crescent City, California.

*Danny Troxell*
Danny Troxell – B-76578 – D1-120

DECLARATION OF DANNY TROXELL           1           Case No. 4:09 CV 05796 CW