IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **GEORGE RUIZ, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN, JR., et al ,**<br><br>Defendants. | Case No. C 09-05796 CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL** |

On December 6, 2012, Plaintiffs filed a motion for preliminary injunction. In connection with their opposition to Plaintiffs' motion, Defendants seek, in accordance with this District's Civil Local Rules 7-11 and 79-5(c), to file under seal portions of their opposition briefing and portions of a declaration supporting their opposition. The Court has considered Defendants' motion, including unredacted versions of the documents at issue submitted for *in camera* review and the declaration of Michael Ruff filed in support of Defendants sealing request. Defendants have established that the information they seek to file under seal implicates legitimate safety and security concerns and should be protected from disclosure to Plaintiffs and the public. Accordingly, the Court grants Defendants' motion for administrative relief to file certain information under seal.

1

With respect to Defendants' opposition to Plaintiffs' motion for preliminary injunction, the Clerk is instructed to maintain under seal the following: text beginning at the first full sentence on page 10, line 24 through page 12, line 11, but excluding the text of footnote 4. Separately, the Clerk is instructed to maintain under seal the following content of the declaration of Sergeant J. Frisk: (i) paragraphs 3-10; (ii) the text in paragraph 12, line 27 between the words "corridor" and "the IGI unit;" and (iii) paragraphs 14-15.

Defendants shall file these documents under seal electronically, in accordance with General Order No. 62.

IT IS SO ORDERED.

Dated: December 27, 2012

_____
The Honorable Claudia Wilken
United States District Court Judge

2

[Proposed] Order Granting Defs.' Mot. Admin. Relief File Under Seal (C 09-05796 CW)