AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | **District of** | California |

| Ruiz, et al., | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| Brown, et al., | **CASE NUMBER:** 09-5796 (CW) |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __Defendant Lewis__ substitutes
(Party (s) Name)

__Adriano Hrvatin, Deputy Attorney General__ , State Bar No. __220909,__ as counsel of record in
(Name of New Attorney)

place of __J. Randall Andrada and Matthew Roman of Andrada & Associates__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: __Office of the Attorney General__

Address: __455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102__

Telephone: __(415) 703-1672__ Facsimile __(415) 703-5843__

E-Mail (Optional): __adriano.hrvatin@doj.ca.gov__

I consent to the above substitution.

Date: __9|26|12__

(Signature of Party (s))

I consent to being substituted.

Date: __9/18/12__

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: __9.25. 2012__

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __3/15/2013__

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**