AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____California_____

Ruiz, et al.,
                    Plaintiff (s),
V.
Brown, et al.,
                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 09-5796 (CW)

Notice is hereby given that, subject to approval by the court, __Defendant Cate__ substitutes
                                                                    (Party (s) Name)

__Adriano Hrvatin, Deputy Attorney General__, State Bar No. __220909__, as counsel of record in
        (Name of New Attorney)

place of   __J. Randall Andrada and Matthew Roman of Andrada & Associates__.
                        (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:        Office of the Attorney General
    Address:          455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102
    Telephone:        (415) 703-1672            Facsimile  (415) 703-5843
    E-Mail (Optional): adriano.hrvatin@doj.ca.gov

I consent to the above substitution.
Date:   10/22/12

*(Signature of Party (s))*

I consent to being substituted.
Date:   9/18/12

*(Signature of Former Attorney (s))*

I consent to the above substitution.
Date:   9.25.2012

*(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date:   3/15/2013

*Judge*

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]