AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |
|---|---|---|

Ruiz, et al.,

Plaintiff (s),

V.

Brown, et al.,

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 09-5796 (CW)

Notice is hereby given that, subject to approval by the court, _Defendant Brown_ substitutes
(Party (s) Name)

_Adriano Hrvatin, Deputy Attorney General_ , State Bar No. _220909,_ as counsel of record in
(Name of New Attorney)

place of _J. Randall Andrada and Matthew Roman of Andrada & Associates_ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Office of the Attorney General

Address: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102

Telephone: (415) 703-1672         Facsimile (415) 703-5843

E-Mail (Optional): adriano.hrvatin@doj.ca.gov

I consent to the above substitution.

Date: 11/1/12

for Governor Brown
(Signature of Party (s))

I consent to being substituted.

Date: 9/18/12

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 9. 25. 2012

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/15/2013

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]