```
               UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
```

TODD ASHKER,

      Plaintiff,

   v.

EDMUND G. BROWN, JR., et al.,

      Defendants.

NO. C 09-05796 CW

**MINUTE ORDER**
Date: March 14, 2013

**The Honorable Claudia Wilken, Presiding**
**Clerk: Nikki D. Riley    Court Reporter:**

**Appearances for Plaintiff:**
Jules Lobel

**Appearances for Defendant:**
Adriano Hrvatin;

**Motions:**

| | | |
|---|---|---|
| Defendant | Motion to Dismiss | Under Submission |

Order to be prepared by: Court

**Case Management Conference -** HELD

Notes: Motion is argued and submitted by the parties, and taken under submission by the Court.

See minute and case management order this date for future dates.

Copies to:  Chambers