IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD ASHKER, et al.,

    Plaintiffs,

    v.

GOVERNOR OF THE STATE OF CALIFORNIA, et al.,

    Defendants.

No. C 09-5796 CW

ORDER SUBSTITUTING DEFENDANTS' NAMES

    Defendants' names are substituted as follows: Governor of the State of California; Secretary of the California Department of Corrections and Rehabilitation (CDCR); Warden of Pelican Bay State Prison; and Chief of the Office of Correctional Safety of CDCR. Lead Plaintiff remains Ashker, unless counsel moves to change it.

Dated: 3/18/2013

CLAUDIA WILKEN
United States District Judge