UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TODD ASHKER, et al., | No. 4:09-CV-5796 CW (NJV) |
| Plaintiffs, | ORDER VACATING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |
| v. | |
| BROWN, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to the status conference held on May 14, 2013, the settlement conference scheduled in this case for May 24, 2013, is HEREBY VACATED.

IT IS SO ORDERED.

Dated: May 15, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge