IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER, et al., | No. C 09-5796 CW |
| Plaintiffs, | ORDER DIRECTING PLAINTIFFS TO AMEND MOTION TO SEAL (Docket No. 215) |
| v. | |
| GOVERNOR OF THE STATE OF CALIFORNIA, et al., | |
| Defendants. | |

On May 28, 2013, Plaintiffs filed a renewed motion to seal portions of Dr. Terry Kupers' declaration in support of their motion for class certification. Although Plaintiffs' supporting declaration states that a "Redacted Kupers Declaration will be submitted to this Court," Declaration of Alexis Agathocleous ¶ 3, Plaintiffs failed to file the redacted declaration with their motion. Without this document, the Court cannot determine which portions of the Kupers Declaration Plaintiffs seek to seal. Plaintiffs are therefore directed to file the redacted version of the Kupers Declaration within three days of this order.

IT IS SO ORDERED.

Dated: 5/31/2013

CLAUDIA WILKEN
United States District Judge