IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **TODD ASHKER, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GOVERNOR OF THE STATE OF CALIFORNIA, et al. ,**<br><br>Defendants. | C 09-05796 CW<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Defendants have moved for an extension of time to respond to Plaintiffs' motion for class certification. The Court has considered Defendants' motion and supporting documents, as well as the pleadings and records in this action. For good cause, the Court grants Defendants' motion.

The following briefing schedule shall apply to Defendants' opposition and Plaintiffs' reply, and govern this matter leading up to a hearing on the motion and a further case management conference, as follows:

1. Defendants shall file their opposition to class certification by July 18, 2013 unless they also intend to file a cross-motion to dismiss. If Defendants do intend to file a cross-motion

1

[Proposed] Order Granting Defs.' Mot. Change Time Respond Pls.' Class Certification Mot. (C 09-05796 CW)

to dismiss, then the cross-motion shall be due July 11, 2013 and shall be contained in a single brief with their opposition to Plaintiffs' class certification motion.

2. Plaintiffs shall file their reply in support of their motion for class certification by August 8, 2013 unless Defendants file a cross-motion to dismiss. If Defendants file a cross-motion to dismiss, Plaintiffs shall file their reply in support of class certification on August 1, 2013 contained in a single fifteen-page brief with their opposition to Defendants' cross-motion.

3. If Defendants file a cross-motion to dismiss, they must file their reply in support of the cross-motion by August 8, 2013. The brief shall not exceed fifteen pages.

4. On August 22, 2013, the Court will hold a hearing on Plaintiffs' class certification motion and any cross-motion to dismiss filed by Defendants. A case management conference shall also be held on that date.

IT IS SO ORDERED.

Dated: June 19, 2013

_____
The Honorable Claudia Wilken
United States District Court Judge

SF2012204868
20700043.docx

2

[Proposed] Order Granting Defs.' Mot. Change Time Respond Pls.' Class Certification Mot. (C 09-05796 CW)