UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TODD ASHKER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MATHEW CATE, et al.,<br><br>　　　　　Defendants. | Case No.  09-cv-05796-CW (NJV)<br><br>**ORDER REQUIRING FURTHER SETTLEMENT CONFERENCE STATEMENTS** |

The parties are scheduled to appear for a further settlement conference with the undersigned on July 26, 2013.  No later than July 19, 2013, the parties shall lodge separate letter briefs with the undersigned describing any meaningful developments in the case and in their settlement positions.  The letter briefs should not exceed ten pages.  The parties may submit their letter briefs electronically to njvpo@cand.uscourts.gov.

**IT IS SO ORDERED**.

Dated: June 28, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge