1  KAMALA D. HARRIS
   Attorney General of California
2  WILLIAM C. KWONG
   Supervising Deputy Attorney General
3  ADRIANO HRVATIN
   Deputy Attorney General
4  State Bar No. 220909
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 703-6207
6   Fax:  (415) 703-5843
    E-mail:  Adriano.Hrvatin@doj.ca.gov
7  *Attorneys for Defendants*

8

9  IN THE UNITED STATES DISTRICT COURT

10  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  OAKLAND DIVISION

12

13  **TODD ASHKER, et al.,**                     C 09-05796 CW

14                              Plaintiffs,     **DEFENDANTS' STATEMENT OF NON-OPPOSITION TO CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION'S MOTION TO INTERVENE**

15        v.

16  **GOVERNOR OF THE STATE OF CALIFORNIA, et al.,**

17                                              Date: August 29, 2013
                                Defendants.     Time: 2:00 p.m.
18                                              Dept.: Courtroom 2, 4th Floor
                                                Judge: The Honorable Claudia Wilken
19

20       On June 26, 2013, the California Correctional Peace Officers Association (CCPOA) filed a

21  motion to intervene in this matter, as a matter of right, or alternatively, permissively, pursuant to

22  Rule 24 of the Federal Rules of Civil Procedure.  CCPOA's motion is set to be heard on August

23  29.  In accordance with Rule 7-3(b) of this District's Local Civil Rules, Defendants submit this

24  statement of non-opposition to CCPOA's motion to intervene.

25       Given, however, CCPOA's allegations that its interests are significant, unique, and

26  inadequately protected by any party to this litigation, the case's current schedule should be

27  adjusted to give CCPOA the full and fair opportunity to participate in this case going forward,

28

1

Defs.' Stmt. Non-Opp'n Mot. Intervene  (C 09-05796 CW)

should the Court determine that CCPOA has an interest worthy of intervention. CCPOA's motion to intervene is noticed to be heard on August 29. But Plaintiffs' motion for class certification is currently scheduled to be heard on August 22. The Court ordered that a further case management conference also proceed on August 22. Defendants intend to move for a further reasonable extension of time of the August 22 date, hopefully with Plaintiffs' stipulation, given Plaintiffs' continued failure to provide discovery relevant to class certification. Moreover, Magistrate Vadas set a further settlement conference in this matter for July 26, and CCPOA's motion to intervene indicates that CCPOA "is particularly interested in any settlement discussion that might change policies or procedures that impact officer safety." (Alexander Decl. ¶ 10, June 26, 2013, ECF No. 233-3.)

If CCPOA is indeed a proper party to this matter, Defendants submit that CCPOA should be allowed to file papers in response to Plaintiffs' motion for class certification, as well as participate in any discussions regarding the case schedule going forward. Whether CCPOA can do so, however, turns on the Court's ruling on CCPOA's motion to intervene. Defendants' anticipated motion to change time will contemplate CCPOA's motion to intervene and engage as a Defendant in this matter. Defendants submit the foregoing to make this litigation as efficient as possible to the Court and all interested parties.

Dated: July 1, 2013

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General

/s/ Adriano Hrvatin

ADRIANO HRVATIN
Deputy Attorney General
*Attorneys for Defendants*

SF2012204868
20705495.doc

2

Defs.' Stmt. Non-Opp'n Mot. Intervene (C 09-05796 CW)

# CERTIFICATE OF SERVICE

Case Name:   **Ashker v. Brown, et al.**          Case No.   **C 09-05796 CW**

I hereby certify that on <u>July 1, 2013</u>, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION'S MOTION TO INTERVENE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>July 1, 2013</u>, at San Francisco, California.

|  M. Xiang  |  /s/ M. Xiang  |
|:---:|:---:|
| Declarant | Signature |

20707367.doc