(a)(5)  A STG debrief report, reviewed and approved by the debriefing subject, for placement in the confidential section of the central file.

*Section 3323, Disciplinary Credit Forfeiture Schedule*, is amended to read:

(b) Division "A-1" offenses; credit forfeiture of 181-360 days.

(b)(10)  Behavior or activities defined as a division "A-1" offense that promotes, furthers, or assists a STG or demonstrates a nexus to the STG.

(c) Division "A-2" offenses; credit forfeiture of 151-180 days.

(c)(10)  Behavior or activities defined as a division "A-2" offense that promotes, furthers, or assists a STG or demonstrates a nexus to the STG.

(d) Division "B" Offenses; credit forfeiture of 121-150 days.

(d)(13)  Behavior or activities defined as a division "B" offense that promotes, furthers, or assists a STG or demonstrates a nexus to the STG.

(e) Division "C" offenses; credit forfeiture of 91-120 days.

(e)(14)  Behavior or activities defined as a division "C" offense that promotes, furthers, or assists a STG or demonstrates a nexus to the STG.

(f) Division "D" offenses; credit forfeiture of 61-90 days.

(f)(16)  Acting in a STG Leadership Role displaying behavior to organize and control other offenders.

(f)(17)  Behavior or activities defined as a division "D" offense that promotes, furthers, or assists a STG or demonstrates a nexus to the STG.

(g) Division "E" offenses; credit forfeiture of 31-60 days.

(g)(11)  Behavior or activities defined as a division "E" offense that promotes, furthers, or assists a STG or demonstrates a nexus to the STG.

(h) Division "F" offenses; credit forfeiture of 0-30 days.

(h)(11)  Harassment of another person, group, or entity either directly or indirectly through the use of the mail, telephone, or other means.

(h)(12)  Security Threat Group Behavior or Activity.
   (A)  Recording/documentation of telephone conversation evidencing active STG behavior;
   (B)  Communication between offenders regarding STG behavior or activities;
   (C)  Directing Active Participation in STG Roll Call;
   (D)  Directing Cadence for STG Group Exercise;

RUIZ010533

> (E) Wearing, possessing, using, distributing, displaying, or selling any clothing, jewelry, emblems, badges, symbols, signs, or other items with the intent to intimidate, promote membership, or depict affiliation in a STG.
> (F) In possession of self-created or original artwork clearly depicting recognized STG symbols;
> (G) In personal possession of STG related written material including membership or enemy list, constitution, organizational structures, codes, training material, etc.;
> (H) In personal possession of mail, notes, greeting cards, or other communications including coded messages evidencing active STG behavior.

(h)(13) Behavior or activities defined as a division "F" offense that promotes, furthers, or assists a STG or demonstrates a nexus to the STG.

*Section 3341.5, Segregated Program Housing Units,* is amended to read:

(c)(2) Length of SHU confinement. Assignment to a SHU may be for an indeterminate or a fixed period of time.

(c)(2)(A) Indeterminate SHU Segregation.

(c)(2)(A)2. Except as provided at section 3335(a), a validated STG-I member, a validated STG-I associate with current STG behavior/activity (in accordance with Section 600 of this Instructional Memorandum), or a validated STG-II member or associate with repetitive STG behavior/activity (in accordance with Section 600 of this Instructional Memorandum), is deemed to be a severe threat to the safety of others or the security of the institution and will be placed in a SHU for an indeterminate term.

*Section 3376.1, Departmental Review Board,* is amended to read:

(d) Referrals shall be made to the DRB when:

(d)(8) An institution head believes a DRB level decision for placement of an inmate is required to address alternative housing for an inmate who has completed steps 1-4 of the SDP and transfer to a Level IV 180-design institution is not warranted.

*3377.2, Criteria for Assignment of Close Custody,* is amended to read:

(b) Close Custody Case Factor Criteria:

(b)(5) An inmate assigned to step 5 of the SDP shall be required to undergo a period of observation and be designated by classification committee action as a Close B custody inmate for the entire period of time assigned in step 5 (unless case factors require a more restrictive designation of Close A).

*Section 3378. Documentation of Critical Case Information*:

In Section 3378, the requirement for completion of the CDC Forms 812-A and 812-B are eliminated.

RUIZ010534

Case4:09-cv-05796-CW   Document246-3   Filed07/18/13   Page3 of 58

## STATEMENT AS TO DURATION OF THE PILOT PROGRAM

The Security Threat Group Identification, Prevention, and Management Plan Pilot Program will remain in effect for 24 months from the date of filing with the Secretary of State. An on-going evaluation will be completed by DAI/OCS to determine the effectiveness of this program.

*Original Signed By:*

KATHLEEN L. DICKINSON
Director
Division of Adult Institutions

*Original Signed By:*

ANTHONY CHAUS, Chief
Office of Correctional Safety

Attachments

Authority cited: Penal Code Section 5058.1.  Reference: Penal Code Section 5058.1.

cc: Terri McDonald
Ben Rice
Brigid Hanson
Margarita Perez
George Giurbino

RUIZ010535

# ATTACHMENT



# A

RUIZ010536

## Security Threat Group Definitions

**Security Threat Group (STG)**
Any ongoing formal or informal organization, association or group of three or more persons which has a common name or identifying sign or symbol whose members and/or associates, individually or collectively, engage or have engaged, on behalf of that organization, association or group, in two or more acts which include, planning, organizing, threatening, financing, soliciting or committing unlawful acts of misconduct classified as serious pursuant to the California Code of Regulations (CCR), Title 15, Division 3, Section 3315.

**Affiliate**
Individual offenders identified as members, associates, or monitored who are connected or interact with a certified STG.

**Certification**
The formal designation of a group or gang as a security threat group based upon a STG Threat Assessment conducted by the Office of Correctional Safety (OCS).

**Confirmed STG Behavior**
STG behavior which is discovered and confirmed to have occurred. Confirmation can be obtained through two processes; 1) a guilty finding in a STG related Rules Violation Report; and/or 2) any document that clearly describes STG behavior/activities incorporated within the validation or continued STG behavior package; submitted to the OCS for Special Agent assessment and recommendation; and which is affirmed by an STG Unit Classification Committee.

**Debriefing**
The formal process by which a STG coordinator/investigator determines whether an offender has abandoned STG affiliation and dropped out of the STG. A subject shall only be debriefed upon their request, although staff may ask if he or she wants to debrief.

**Dropout**
A validated affiliate who is either a STG-I member or associate or an STG-II affiliate who is currently assigned to the Step Down Program, or has completed the Step Down Program, who has abandoned STG affiliation. This identification as a dropout requires the inmate to have cooperated in, and successfully completed the debriefing process.

**Gang**
Any ongoing formal or informal organization, association or group of three or more persons which has a common name or identifying sign or symbol whose members and/or associates, individually or collectively, engage or have engaged, on behalf of that organization, association or group, in two or more acts which include, planning, organizing, threatening, financing, soliciting or committing unlawful acts of misconduct outside of the California Department of Corrections and Rehabilitation jurisdiction.

**Inactive Status Affiliate**
A validated affiliate who was released from SHU prior to implementation of the Step Down Program. This inmate was not previously identified as having been involved in gang related activity for a period of six years, was reviewed by a Departmental Review Board and released from the SHU.

**Inactive-Monitored Status Affiliate**
A validated affiliate who was released from SHU concurrent to the implementation of the Step Down Program through a Case by Case Review.

**Prison Gang**
Any gang which originated and has its roots within the department or any other prison system. Credit earning for validated prison gang members and associates housed in ASU, SHU, PSU, or BMU as referenced in Penal Code Section 2933.6 shall now apply to inmates validated as STG-I members or associates who are housed in ASU, SHU, PSU, or BMU.

**Renunciation**
The process in which a non-validated inmate affirms and declares their disassociation with past, current, and future Security Threat Group bonds, recognition, participation, and illicit behavior. The renunciation process is a standard prerequisite for non-validated inmates requesting special housing consideration based upon personal needs or safety concerns.

**Security Threat Group I (STG-I)**
A term used to identify and prioritize the level of threat the group presents that affects the safety and security of the institution and public safety. STG-I designation will be reserved for STGs that pose the greater of these threats. STG-I designations include, but may not be limited to, traditional prison gangs or similar disruptive groups or gangs that the department has determined to have a history and propensity for violence and/or influence over subservient STGs.

**Security Threat Group II (STG-II)**
A term used to identify and prioritize the level of threat the group presents that affects the safety and the security of the institution and public safety. The STG-II designation may include, but is not limited to, traditional disruptive groups/street gangs.

**Security Threat Group (STG) Administrative Directive**
An administrative order, approved by the Secretary (or designee) of the CDCR, declaring a group's threat to the safety of staff, inmates, and the security of the institution based on a documented history of, and future propensity for violence.

**Security Threat Group Associate**
Any offender who, based on documented evidence, is involved periodically or regularly with the members or associates of a STG. STG associates will be identified by the STG Investigator through the validation process and reviewed by OCS. This identification requires at least three (3) independent source items with a combined weighted value of 10 points or greater coupled with information/activity indicative of an associate. Validation of an offender as an associate of a STG-I shall also require that at least one (1) source item be a direct link to a current or former validated member or associate of the STG, or to an offender or any person who is validated by the department within six (6) months of the established or estimated date of activity identified in the evidence considered.

**Security Threat Group Behavior**
Any documented behavior that promotes, furthers, or assists a STG. Conduct of any person that leads to and includes the commission of an unlawful act and/or violation of policy demonstrating a nexus to a STG.

**Security Threat Group Committee**
A unit classification committee responsible to review STG validation packages, after submission by the local STG Investigator and evaluation by OCS. The STG Committee will establish validation status (e.g., validated, rejected) and assign the level of the validation (e.g., member, associate). In addition, this committee will review other actions related to discipline and housing or program placement of validated STG affiliates.

RUIZ010538

## Security Threat Group Member
Any offender who, based on documented evidence, has been accepted into membership by a STG. STG Members will be identified by the STG Investigator through the validation process and reviewed by OCS. This identification requires at least three (3) independent source items with a combined weighted value of 10 points or greater coupled with information/activity indicative of a Member. Validation of an offender as a Member of a STG-I shall also require that at least one (1) source item be a direct link to a current or former validated member or associate of the STG, or to an offender or any person who is validated by the department within six (6) months of the established or estimated date of activity identified in the evidence considered.

## Security Threat Group Monitored
Any inmate who has successfully completed Steps 1-4 in the Step Down Program and has been released from the Security Housing Unit.

## Security Threat Group Suspect
Any offender who, based on documented evidence, is suspected of being involved in or assisting a STG in the commission of STG behaviors in violation of CDCR policy. The STG suspect is tracked by STG Investigative staff pending validation. Suspects have attained two or more points and would not be officially validated but tracked for intelligence purposes.

## Step Down Program (SDP)
Provides inmates placed in the Security Housing Unit (SHU) due to STG validation and/or documented STG behaviors, with a program which includes increased incentives to promote positive behavior including discontinuing participation in STG activities, with the ultimate goal of release from the SHU.

## Step Down Program, Step 1 and 2 SHU
First two of five steps in the step down process, generally accomplished within 12 months for each step, dependent upon compliance with program objectives. A SHU program specifically designated for housing of STG affiliates determined to pose a threat to the safety of staff, inmates, and the public, in addition to security of the prison based upon intelligence and/or confirmed STG behaviors. This housing designation is intended to segregate the most influential inmates and those who represent the greatest threat to others and institutional security. A high level of monitoring is placed on all avenues of communication during these steps.

## Step Down Program, Step 3 and 4 SHU
Two of five steps in the step down process with a minimum of 12 months in each step dependent upon successful completion of program requirements. A SHU program specifically designated for housing of STG affiliates who have completed steps 1 and 2 but based upon prior behavior are deemed to pose a continued threat to the safety of staff, inmates, and the public, in addition to security of the prisons. This housing designation is intended to begin reintegration of the STG affiliates by offering program and privilege incentives within a controlled setting and monitoring of program progress.

## Step Down Program, Step 5 General Population or SNY Housing
Upon successful completion of all four steps, as determined by Institutional Classification Committee (ICC) and based on individual inmate behavior, the inmate will be referred to the Classification Staff Representative (CSR) for endorsement to a Level IV, 180 design facility (male inmates only) for a 12-month observation period, regardless of the inmate's placement score. After completion of the 12-month observation period with no evidence of continued STG involvement, the inmate may be placed in a facility consistent with their placement score and case factors.

## STG Threat Assessment
An official assessment conducted by the OCS for use in the STG certification process. This

threat of violence and/or other serious STG behaviors, poses an immediate clear and present danger to the safety of any person or the security of the prison.

Validation
The formal and objective process for identifying and documenting STG affiliates. Validation is the term used to describe the quality control review of STG identifications and is done to ensure that STG affiliate identifications are in compliance with departmental regulations.

RUIZ010540

# ATTACHMENT

# B

RUIZ010541

NAME:                          NUMBER:                          INSTITUTION:

NOTICE OF CONDITIONS OF INACTIVE MONITORED STATUS

You are being scheduled for review by the Departmental Review Board (DRB) for a Security Threat Group (STG) case-by-case review.  Based upon a review of STG related behavior/activity during the proceeding four years, the DRB may elect to conditionally release you from a Security Housing Unit (SHU) to a general population facility.

You are hereby notified that as a condition of your release to the general population, you will be required to submit to a photograph of all tattoos and body markings and you must refrain from participation in any gang activity or association with any known gang/STG affiliates.

Any future involvement in STG behavior such as a finding of guilt in two administrative rules violation reports within a 12-month period with an STG nexus; or one serious rules violation with a STG nexus as described on the STG Disciplinary Matrix; or involvement in confirmed behavior, activity or intelligence with a STG nexus as described in the STG Disciplinary Matrix with source items totaling at least 10 points within the past four years and identified subsequent to the validation process will result in your placement into the Step Down Program.  The following are examples of behaviors listed in the Disciplinary Matrix:

1.   Self-admission of STG involvement / association.
2.   Any new tattoos or body markings deemed to be STG related.
3.   Use of hand signs, distinctive clothing, graffiti, etc., which have been identified by STG coordinators/investigators as being used by and distinctive to specific STGs.
4.   Possession of any material or document evidencing STG affiliation such as membership or enemy lists, constitutions, organizational structures, codes, training material, etc., of specific STGs.
5.   Possession of individual or group photographs with STG connotations such as those which include insignia, symbols, or validated STG affiliates.
6.   Documentation by staff of visual or audible observations, which reasonably indicate continued behavior and association with STG affiliates as outlined in the California Code of Regulations (CCR), Title 15, Section 3378(c).
7.   Confidential information indicative of STG behavior or activity that meets the criteria set forth in the CCR, Title 15, Section 3321 that evidences STG behavior or activity with a STG.

You are advised to relinquish to prison staff any materials in your property that meet the above conditions of your release to the general population.  Should any of these items be found in your property at any time, they will be viewed as potential evidence of current STG behavior.

I have read and understand the above conditions of my release to a general population facility.  I understand that a serious violation or pattern of administrative violations may result in my being placed into a SHU Step Down Program.

In signing this contract, I do not acknowledge or admit to the CDCR's documented validation of me as an STG Affiliate.


_____            _____
      Signature of Inmate                              Date


_____            _____
     Signature of staff witness                         Date

Orig.      Central File
Cc.        Receiving Institution
           Inmate

DATE:      (NOTICE OF CONDITIONS OF INACTIVE MONITORED STATUS)      CDC 128B STG1

RUIZ010542

# ATTACHMENT

# C

RUIZ010543

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
## SECURITY THREAT GROUP CERTIFICATION WORKSHEET

**A.   NAME OF GROUP**

**B.   NAME OF INSTITUTION**

**C.   HISTORY OF INCIDENTS, BEHAVIORS, AND ACTIONS OF THE GROUP**
*(Narrative - be specific with dates, incident log numbers, etc.)*

**D.   NUMBER OF OFFENDERS INVOLVED**

**E.   CURRENT HOUSING OF OFFENDERS IN GROUP**
*(GP, SNY, ASU)*

**F.   DESCRIPTION OF HISTORY AND PHILOSOPHIES (if known)**
*(Narrative – be specific with dates and document descriptions where this information was collected from)*

**G.   DESCRIPTION OF RANKING STRUCTURE**
*(Narrative – be specific)*

**H.   DESCRIPTION OF RECRUITMENT METHODS OR STRATEGIES**
*(Narrative – be specific with dates and document descriptions where this information was collected from)*

**I.   DESCRIPTION OF IDENTIFYING SIGNS AND SYMBOLS**
*(Narrative – be specific with descriptions and photographs (if available))*

**J.   ROSTER OF MEMBERS/ASSOCIATES/SUSPECTS**
*(Separate list may be attached)*

-----------------------------------------------------------------------------------------------------------------

For items C, F, G, H, and I – Submit copies of documentation supporting the statements included on this worksheet.

**K.   STAFF COMPLETING FORM**

NAME:                                    RANK:                        DATE:

**L.   SIGNATURE OF APPOINTING AUTHORITY**

John Q. Public                                    DATE:
Warden
California State Prison

RUIZ010544

# ATTACHMENT

# D

RUIZ010545

State of California                                                    Department of Corrections and Rehabilitation

# Memorandum

Date   :

To     :   Associate Directors, DAI
           Wardens

Subject:   **SECURITY THREAT GROUP ADMINISTRATIVE DIRECTIVE**

The Office of Correctional Safety (OCS) has received a request to designate the _____ group as a Security Threat Group. A formal threat assessment has been completed and there is sufficient information to designate the _____ group as a Security Threat Group I (STG-I). This document is official notification, the California Department of Corrections and Rehabilitation has certified the _____ group as an STG-I.

Please direct your staff to identify those offenders who have been previously validated by the OCS as Members of the _____ group, and place them in the Administrative Segregation Unit (ASU) pending program review.

Policy mandates that all validated STG-I Members be classified and referred to for placement in the Step Down Program. This policy shall be applied to offenders who are identified as _____ members. Those offenders validated as _____ associates shall be reviewed to determine if current disciplinary history (within the previous 4 years) exists that may warrant consideration for placement in the Step Down Program.

If you have any questions or require additional information, please contact your Associate Director.


MATTHEW L. CATE
Secretary

cc: T. McDonald, Undersecretary
    K. Dickinson, Director
    T. Chaus, Chief


RUIZ010546

# ATTACHMENT

# E

RUIZ010547

CDCR 2260 (10/12)                                                                          Attachment F

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
### Advisement of Expectations

It is the mission of the California Department of Corrections and Rehabilitation (CDCR) to preserve public safety and provide offenders with opportunities to take responsibility for their lives and improve their chances of becoming productive members of the community.

The CDCR maintains a zero tolerance for gang and security threat group activities and behavior. Within the CDCR, prison gangs, street gangs, and disruptive groups are referred to as Security Threat Groups (STG). CDCR maintains a pro-active approach to STG management.

Offenders found guilty of violating criminal or administrative statutes shall be dealt with in a manner consistent with department policy. This shall include, but not be limited to, loss of privileges, increase in custody level, loss of work credits, segregation from the general population, and/or referral for criminal prosecution.

It is your responsibility to abstain from activities that assist, promote, or endorse any STG within or outside this facility/institution. Your responsibility includes familiarizing yourself with laws and regulations that govern STG activity including the Security Threat Group Instructional Memorandum, California Code of Regulations (CCR), Title 15, Division 3, Sections 3000, 3023, 3314, 3315, 3323, 3341.5, and 3378, and Department Operations Manual Chapter 5, Article 22. Some of which are outlined below.

CCR (Pilot), <u>Section 3314, Administrative Rule Violations</u>, states in part:
    (a)(3)  Administrative rule violations include but are not limited to:
        (a)(3)(L)  Security Threat Group Contraband:  Possessing or displaying any distinctive materials, symbols, clothing, signs, colors, artwork, photographs, or other paraphernalia associated with any Security Threat Group.
        (a)(3)(M)  Security Threat Group Behavior:  Demonstrating or exhibiting any unique behaviors clearly associated with a STG that promotes, furthers or assists any Security Threat Group.

    Examples of this behavior or activities include:
- ❖ Active Participation in STG Roll Call;
- ❖ Participating in STG Group Exercise;
- ❖ Using hand signs, gestures, handshakes, slogans, distinctive clothing, graffiti which specifically relate to an STG;
- ❖ In Possession of Artwork (other than self created and not original) clearly depicting recognized STG symbols;
- ❖ In Possession of Photographs that depict STG Association.  Must include STG connotations such as insignia, symbols, or other validated STG affiliates.

CCR (Pilot), <u>Section 3315, Serious Rule Violations</u>, states in part:
    (a)(3)  Serious rule violations include but are not limited to:
        (a)(3)(Y)  Security Threat Group Directing or Controlling Behavior: Demonstrating activity, behavior or status as a recognized member and/or leader of an STG, which jeopardizes the safety of the public, staff, or other inmate(s), and/or the security and order of the institution.
        (a)(3)(Z)  Security Threat Group Disruptive or Violent Behavior: Demonstrating involvement in activities or an event associated with a STG, which jeopardizes the safety of the public, staff, or other inmate(s), and/or the security and order of the institution.

CCR (Pilot), <u>Section 3323, Disciplinary Credit Forfeiture Schedule</u>, states in part:
    (h) Division "F" offenses; credit forfeiture of 0-30 days.

RUIZ010548

# ATTACHMENT

# F

RUIZ010549

State of C California
CDCR Form 128-B3 STG (10/12)

## SECURITY THREAT GROUP IDENTIFICATION SCORE SHEET

Department of Corrections
and Rehabilitation

### A.   SUBJECT NAME  AND IDENTIFICATION NUMBER

NAME: _____   ID# _____   INSTITUTION: _____

### B.   SECURITY THREAT GROUP  IDENTIFIED AS:

### C.   IDENTIFICATION CRITERIA  AND  VALUE

| Criteria | Multiplier | | | Source Doc |
|---|---|---|---|---|
| SYMBOLS | ____ X 2 = | | | Source Doc:_____ |
| WRITTEN MATERIALS (Not in Possession) | ____ X 2 = | | | Source Doc:_____ |
| ASSOCIATION | ____ X 3 = | | | Source Doc:_____ |
| INFORMANTS | ____ X 3 = | | | Source Doc:_____ |
| DEBRIEFING REPORTS | ____ X 3 = | | | Source Doc:_____ |
| WRITTEN MATERIALS (Personal Possession) | ____ X 4 = | | | Source Doc:_____ |
| PHOTOGRAPHS | ____ X 4 = | | | Source Doc:_____ |
| STAFF INFORMATION | ____ X 4 = | | | Source Doc:_____ |
| OTHER AGENCIES | ____ X 4 = | | | Source Doc:_____ |
| VISITORS | ____ X 4 = | | | Source Doc:_____ |
| COMMUNICATION | ____ X 4 = | | | Source Doc:_____ |
| SELF ADMISSION | ____ X 5 = | | | Source Doc:_____ |
| OFFENSES | ____ X 6 = | | | Source Doc:_____ |
| TATTOOS AND/OR BODY MARKINGS | ____ X 6 = | | | Source Doc:_____ |
| LEGAL DOCUMENTS | ____ X 7 = | | | Source Doc:_____ |

**IDENTIFICATION CRITERIA TOTAL:**

Information obtained from a CDCR 128-B2 ☐ Yes ☐ No.  If Yes, 128-B2 dated:____/____/____

### D.   STG-I LEVEL OF IDENTIFICATION

| 10 + POINTS (Using 3 independent source items) | 2 to 9 POINTS |
|---|---|
| ☐ MEMBER   ☐ ASSOCIATE   ☐ DIRECT LINK (Required) | ☐ SUSPECT |

### E.   STG-II LEVEL OF IDENTIFICATION

| 10 + POINTS (Using 3 independent source items) | 2 to 9 POINTS |
|---|---|
| ☐ MEMBER   ☐ ASSOCIATE | ☐ SUSPECT |

### F.   STAFF COMPLETING FORM

NAME (PRINTED & SIGNATURE) _____   CLASSIFICATION/RANK _____   DATE _____

RUIZ010550

# ATTACHMENT

# G

RUIZ010551

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 128-B STG2 (10/12)

| NAME | CDC NUMBER | INSTITUTION/PRISON | HOUSING |
|------|------------|--------------------|---------|
|      |            |                    |         |

On _____ an investigation was completed into your suspected membership and/or association with a Security Threat Group (STG) I and/or STG II recognized by the California Department of Corrections and Rehabilitation as defined in Section 3000 of the California Code of Regulations. The investigation revealed sufficient evidence to identify you as a:

☐ MEMBER     ☐ ASSOCIATE     ☐ DROPOUT     OF THE     ☐ STG I:_____     ☐ STG II:_____

An interview relative to this investigation and suspected STG affiliation shall be held not less than 72-hours from the date of this notification unless otherwise requested by you in writing. During this interview, you will be given an opportunity to be heard and have your opinion documented relative to the evidence considered in this validation. Written rebuttals may be submitted at the time of the interview.

DISCLOSURE OF EVIDENCE
The following source documents were considered in your identification as a member or associate of the aforementioned STG. All confidential documents shall be disclosed via CDC Form 1030, Confidential Information Disclosure Form. Each source document shall be identified by type (I.E. CDC 128-B, CDC 115, Confidential Report, etc.) and date of the report.

☐ SYMBOLS:
☐ WRITTEN MATERIALS (Not in Possession):
☐ ASSOCIATION:
☐ INFORMANTS:
☐ DEBRIEF REPORTS:
☐ WRITTEN MATERIALS (Personal Possession):
☐ PHOTOGRAPHS:
☐ STAFF INFORMATION:
☐ OTHER AGENCIES:
☐ VISITORS:
☐ COMMUNICATIONS:
☐ SELF ADMISSION:
☐ OFFENSES: (STG RELATED):
☐ TATTOOS AND/OR BODY MARKINGS:
☐ LEGAL DOCUMENTS:

Copies of all documents and/or disclosures were provided to the inmate as required per CCR Section 3378 and Departmental Operations Manual (DOM) by:

| NAME | CLASSIFICATION | DATE | TIME |
|------|----------------|------|------|
|      |                |      |      |

Additional comments: (Use this space to record any comments made by the inmate at the time of disclosure)

Orig:  C-File
cc:    OCS
       STG Investigator
       Inmate

**DATE:**

**SECURITY THREAT GROUP VALIDATION
EVIDENCE DISCLOSURE AND INTERVIEW NOTIFICATION**          CDCR 128B STG2

RUIZ010552

# ATTACHMENT

# H

RUIZ010553

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 128-B STG3 (10/12)

NAME:                    NUMBER:                HOUSING:            INSTITUTION:

On _____, the Security Threat Group (STG) Investigations Unit completed an investigation of Inmate _____ (CDC #) regarding his current STG status. (Hereafter _____ will be referred to as SUBJECT) Per the California Code of Regulations (CCR) Title 15, Section 3378, there is sufficient evidence to refer SUBJECT to the STG Unit Classification Committee for consideration of validation as **Member/Associate** of the _____ STG.

The following documents are being submitted relative to this investigation (provide a brief narrative of each source item directly below:

1) **Source Document** _____
   (Narrative)
2) **Source Document** _____
   (Narrative)
3) **Source Document** _____
   (Narrative)

## DISCLOSURE AND NOTIFICATION

Mental Health Assessment: Subject **is/is not** a participant in the MHSDS.  Subject's reading level is ___ as indicated on _____ (DECS, TABE).  Staff assistant **was/was not** assigned.  If assigned Staff Assistant: **Staff member's name/title**, met with Subject at least 24 hours prior to the source item interview and **was/was not** present during the interview.  Effective communication was achieved by utilizing simple language.

On _____, at _____ hours SUBJECT was disclosed all information being utilized in the validation process. If applicable, SUBJECT was disclosed confidential information via CDCR Form 1030, Confidential Information Disclosure Form. SUBJECT was further advised an interview regarding the information obtained during this investigation would be held not less than 72-hours from the time of the disclosure.

## INTERVIEW

On _____, at approximately _____ hours SUBJECT was interviewed regarding the documents utilized in the validation package.  SUBJECT **provided/did not provide** a written response addressing all documents used in the review process.

## CONCLUSION

Upon reviewing the written response and after a thorough review of the evidence, it was determined SUBJECT'S claims **have/have no** merit and **warrant/do not warrant** further investigation.

The STG Investigator has concluded there **is/is not** sufficient evidence to support referral to OCS and the STG Unit Classification Committee for consideration of validation as a **member/associate** of the _____ STG.

The aforementioned information will be forwarded to the Office of Correctional Safety for review of SUBJECT'S STG validation.

_____                    _____
STG Investigator                                    STG Lieutenant

Orig:   C-File
cc:     OCS
        Investigative Unit
        Inmate

DATE:

**SECURITY THREAT GROUP VALIDATION
CHRONO**

**CDCR 128B STG3**

RUIZ010554

# ATTACHMENT

# I

RUIZ010555

STATE OF CALIFORNIA
CDCR FORM 1030STG (10/12)

DEPARTMENT OF CORRECTIONS
AND REHABILITATION

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: _____   INMATE NAME: _____   INSTITUTION: _____

1) Use of Confidential Information.

Information received from a confidential source(s) has been considered in the:

   a) CDC Form 115, Rules Violation Report (log number _____ ),

   dated _____ submitted by _____ (Staff Name & Title) _____.

   b) CDC Form 114-D, Order and Hearing for Placement in Segregated Housing dated _____.

   c) Validation Package as a <u>Member/Associate</u> of the _____ Security Threat Group.

2) Reliability of Source.

The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.  This information is reliable because:

☐ This source has previously provided confidential information, which has proven to be true.
☐ This source participated in and successfully completed a Polygraph examination.
☐ More than one source independently provided the same information.
☐ This source incriminated himself/herself in a criminal activity at the time of providing the information.
☐ Part of the information provided by the source(s) has already proven to be true.
☐ Other (Explain) _____

_____

3) Disclosure of information received.
**The information received indicated the following:**

_____

_____

_____

(If additional space is needed, attach another sheet.)

4) Type and current location of documentation. (i.e., CDC Form 128B of 5/15/2010 in the confidential section of the central file)

_____

_____

_____   _____
STAFF SIGNATURE/TITLE                          DATE DISCLOSED

DISTRIBUTION: WHITE—Central File;   GREEN—Inmate;   YELLOW—Institutional Use

RUIZ010556

# ATTACHMENT

# J

RUIZ010557

STATE OF CALIFORNIA                                      DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 128-B2 (Rev. 10/12)
NAME:                                                    CDC NUMBER:

On _____(Date)_____, a Security Threat Group (STG) validation package regarding subject was received from Institution STG
Investigator _____(Name)_____ at _____(Institution)_____ .

TOTAL NUMBER OF ITEMS SUBMITTED FOR REVIEW: (   )

The following items **meet** the validation requirements:
1)
2)
3)
4)
5)
6)
7)
8)

TOTAL NUMBER OF ITEMS WHICH MEET VALIDATION REQUIREMENTS: (   )

The following items **do not meet** the validation requirements and were/shall not be used as a basis for validation:
1)
2)
3)

TOTAL NUMBER OF ITEMS WHICH DO NOT MEET VALIDATION REQUIREMENTS: (   )

## **ACTION OF REVIEWER**

Pursuant to the validation requirements established in CCR, Title 15, Section 3378, ___(Offender Name)_____ is
recommended for the following action:

_____ VALIDATION          _____ REJECTION OF VALIDATION

as a **Member/Associate** of the _____(Name of the STG)_____ Security Threat Group.


_____          _____
SPECIAL AGENT, REVIEWER                  SPECIAL AGENT, REVIEWER


_____          _____
PRINTED NAME                             PRINTED NAME


| DISTRIBUTION: | STG Unit/Institutional Classification Committee Review Date: |
|---|---|
| Original – Central File<br>Copy – Classification & Parole Representative/Parole Administrator I<br>Copy – Institution STG Investigator/Region STG Coordinator<br>Copy – Office of Correctional Safety – Special Service Unit<br>Copy – Offender/Parolee date: _____ by _____ | Designation (i.e., STG-I (EME) Associate): |

DATE:              SECURITY THREAT GROUP VALIDATION/REJECTION REVIEW          GENERAL CHRONO

# ATTACHMENT

# K

RUIZ010559

STATE OF CALIFORNIA
CDCR 128-B1 STG (10/12)

DEPARTMENT OF CORRECTIONS
AND REHABILITATION

## SECURITY THREAT GROUP UNIT CLASSIFICATION COMMITTEE – NOTIFICATION OF HEARING

| OFFENDER NAME (Last, FI): | CDCR Number: | Institution: |
|---|---|---|
| | | |

PURPOSE OF COMMITTEE HEARING:

| ☐  Validation Hearing | ☐   Confirmed STG Behavior or Intelligence | ☐   Monitored, Inactive, Inactive-Monitored, or Drop-out Status |
|---|---|---|

An official investigation into allegations that you are a Security Threat Group (STG) member or associate has been completed.  Using multiple sources of weighted evidence, disciplinary reports, other evidentiary documentation, and/or confirmed STG behavior, the STG Unit Classification Committee will be convened to determine if sufficient evidence exists to validate you as a member or associate of the _____ STG. The CDCR has a zero tolerance for STG behavior, which represents a clear and present danger to staff and other inmates, the community, and the security of the institution.

OR

As a validated inmate who is living in the general population, you are expected to refrain from participating in STG related behavior or activities.  Intelligence has been received and was corroborated that you continue to participate in confirmed STG behavior that has a direct nexus to the STG that you were previously associated with.  Based on this information, you are being referred to the STG Unit Classification Committee who will determine if sufficient evidence exists to demonstrate on-going participation with the _____ STG.

OR

As a validated inmate on **monitored status/ inactive status/ drop-out status** living in the general population, you are expected to refrain from participating in STG related behavior or activities.  **You have been found guilty of a rule violation that may have a direct nexus to the STG or Intelligence has been received and was corroborated that you continue to participate in confirmed STG behavior that has a direct nexus to the STG that you were previously associated with.**  Based on this, you are being referred to the STG Unit Classification Committee who will determine if sufficient evidence exists to support a change in your validation status from **Monitored/ Inactive/ Inactive-Monitored/ Drop-out** status to **Member/Associate** of the _____ STG.

EVIDENCE TO BE INTRODUCED (Document Type/Date):

| 1 | 2. |
|---|---|
| 3. | 4. |
| 5. | 6. |
| 7. | 8. |

HEARING:

Be advised that a STG Committee Hearing has been scheduled on _____ .  Copies of all evidence to be used in support of this committee action are attached to this notice.  Upon receipt of this notice, you will have at least 72 hours to prepare for this hearing, unless you waive the preparation time, in writing.  Witnesses may be allowed to attend this hearing; however, an Investigative Employee will be assigned to assist in gathering the evidence that you request in the Evidence/Witness Statements being Requested by Offender Box.  If you wish to have witnesses interviewed, you are required to provide the questions to be asked.  In addition, a Staff Assistant may be assigned as required per CCR, Title 15, Section 3318-Staff Assistance.

STAFF ASSISTANCE:

| Name/Title of Assigned Investigative Employee: | Date Assigned: |
|---|---|
| | |
| Name/Title of Assigned Staff Assistant: | Date Assigned: |
| | |

RUIZ010560

OFFENDER STATEMENT:

| | |
|---|---|
| ☐ I will appear at the STG Committee Hearing | ☐ I waive my right to appear at the STG Committee Hearing |
| ☐ I waive assignment of an Investigative Employee | |
| ☐ I request evidence and/or witness statements be gathered as documented below. | ☐ I do not request any evidence or witness statements to be gathered. |

EVIDENCE/WITNESS STATEMENTS BEING REQUESTED BY OFFENDER:

| Staff Witness Name/Title: | Offender Witness Name/CDCR #: |
|---|---|
| ☐ Approved<br>☐ Denied – Reason: | ☐ Approved<br>☐ Denied – Reason: |
| Staff Witness Name/Title: | Offender Witness Name/CDCR #: |
| ☐ Approved<br>☐ Denied – Reason: | ☐ Approved<br>☐ Denied – Reason: |
| Staff Witness Name/Title: | Offender Witness Name/CDCR #: |
| ☐ Approved<br>☐ Denied – Reason: | ☐ Approved<br>☐ Denied – Reason: |
| Other Evidence: | Other Evidence: |

SIGNATURES:

| Offender's Signature: | Date: |
|---|---|
| Signature/Title of Staff who Served Notice: | Date: |

Distribution: Original – Offender; Copies: Central File, Correctional Counselor, STG Investigator

RUIZ010561

# ATTACHMENT

# L

RUIZ010562

SECURITY THREAT GROUP UNIT CLASSIFICATION COMMITTEE – RESULTS OF HEARING

| OFFENDER NAME (Last, FI): | CDCR Number: | INSTITUTION: |
|---|---|---|
| | | |

☐ VALIDATION          ☐ CONFIRMED STG BEHAVIOR          ☐ MONITORED, INACTIVE, INACTIVE-
                          OR INTELLIGENCE                    MONITORED, OR DROP-OUT STATUS

STATEMENT OF FINDINGS:

STATEMENT OF FINDINGS:

This finding is based on the following evidence:

DEBRIEFING PROCESS:

You have the option to renounce your association with the STG by participating in the Debriefing Process and attaining "dropout" status.   Debriefing is a comprehensive two step process, which includes an interview/investigative phase and an observation phase.  The purpose of the debriefing interview is to provide staff with information about the STG's structure, activities, and affiliates.  A debriefing is not for the purpose of acquiring incriminating evidence against you. Failure to participate in the Debriefing Process will indicate that you are unwilling to renounce your STG affiliation and may result in placement into the Step Down Program at **Assigned SHU Institution**.

STEP DOWN PROGRAM:

Provides offenders placed in a Security Housing Unit (SHU) for STG validation and/or confirmed STG behaviors, with a program and increased incentives to promote positive behavior including refraining from participation in STG activities.  The Step Down Program is designed to be completed in 4 years.  Completion of the Step Down Program may ultimately afford the offender with the ability to return to a GP or SNY setting.

COMMITTEE REQUIREMENTS:

☐ **Offender is not literate or non-English speaking** -- Staff Assistant Required.
☐ Complexity is such that assistance is necessary to ensure comprehension – Staff Assistant Required.
☐ Disability is such that assistance is necessary for full participation in committee – Staff Assistant Required.
☐ Required ADA assistive devices were available to the offender during committee.

SIGNATURES:

| Signature/Title of Committee Chairperson | Date: |
|---|---|
| Signature/Title of Committee Recorder | Date: |
| Offender's Signature (Certifies that a copy of this document was received) | Date Received: |

Distribution:  Original: Offender; Copies: Central File, Correctional Counselor, STG Investigator

RUIZ010563

# ATTACHMENT

# M

RUIZ010564

SECURITY THREAT GROUP UNIT CLASSIFICATION COMMITTEE – RESULTS OF HEARING

| OFFENDER NAME (Last, FI) | CDCR Number: | INSTITUTION: |
|---|---|---|
|  |  |  |

☐ VALIDATION      ☐ CONFIRMED STG BEHAVIOR OR INTELLIGENCE      ☐ MONITORED, INACTIVE, INACTIVE-MONITORED, OR DROP-OUT STATUS

STATEMENT OF FINDINGS:

STATEMENT OF FINDINGS:

This finding is based on the following evidence:

DEBRIEFING PROCESS:

You have the option to renounce your association with the STG by participating in the Debriefing Process and attaining "dropout" status.    Debriefing is a comprehensive two step process, which includes an interview/investigative phase and an observation phase.  The purpose of the debriefing interview is to provide staff with information about the STG's structure, activities, and affiliates.  A debriefing is not for the purpose of acquiring incriminating evidence against you. Failure to participate in the Debriefing Process will indicate that you are unwilling to renounce your STG affiliation and may result in placement into the Step Down Program at **Assigned SHU Institution**.

STEP DOWN PROGRAM:

Provides offenders placed in a Security Housing Unit (SHU) for STG validation and/or confirmed STG behaviors, with a program and increased incentives to promote positive behavior including refraining from participation in STG activities.  The Step Down Program is designed to be completed in 4 years.  Completion of the Step Down Program may ultimately afford the offender with the ability to return to a GP or SNY setting.

COMMITTEE REQUIREMENTS:

☐ Offender is not literate or non-English speaking -- Staff Assistant Required.
☐ Complexity is such that assistance is necessary to ensure comprehension – Staff Assistant Required.
☐ Disability is such that assistance is necessary for full participation in committee – Staff Assistant Required.
☐ Required ADA assistive devices were available to the offender during committee.

SIGNATURES:

| Signature/Title of Committee Chairperson | Date: |
|---|---|
| Signature/Title of Committee Recorder | Date: |
| Offender's Signature (Certifies that a copy of this document was received) | Date Received: |

Distribution:  Original: Offender; Copies: Central File, Correctional Counselor, STG Investigator

RUIZ010565

# ATTACHMENT

# N

RUIZ010566

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 128-B2STG Supplement (10/12)
NAME:                                    CDC NUMBER:              **INSTITUTION:**

On _____(Date)_____, _____(Inmate Name/CDCR #)_____ was reviewed by the STG Unit Classification
Committee and validated as a **Member/Associate** of the _____(Group Name)_____ which is **certified as a STG-I/recognized as a
STG-II**.

Based upon the inmate's continued confirmed STG behavior or receipt of confirmed intelligence items, this inmate was seen by the
**STG Unit Classification Committee/Institution Classification Committee** on _____(Date)_____ to rescind his/her
designation.  The committee has made the following decision:

[ ]   RESCIND MONITORED STATUS – Return to Validation Status as a **Member/Associate** of the _____(Group
       Name)_____ .

[ ]   RESCIND INACTIVE STATUS – Return to Validation Status as a **Member/Associate** of the _____(Group
       Name)_____ .

[ ]   RESCIND INACTIVE-MONITORED STATUS – Return to Validation Status as a **Member/Associate** of the
       _____(Group Name)_____ .


_____          _____          _____
Printed Name of Committee Chairperson              Signature of Chairperson                     Date Signed


Distribution:  Original – Central File; Copies to:  Classification & Parole Representative/Parole Administrator I, Institution STG Investigator/Region STG Coordinator,
                Office of Correctional Safety – Special Service Unit, Offender.

*(ATTACH TO ASSOCIATED CDCR FORM 128-B2 STG)*
SECURITY THREAT GROUP
DATE:                        VALIDATION/REJECTION REVIEW SUPPLEMENT                        GENERAL CHRONO

RUIZ010567

# ATTACHMENT

# O

RUIZ010568

SECURITY THREAT GROUP UNIT CLASSIFICATION COMMITTEE – RESULTS OF HEARING

| OFFENDER NAME (Last, FI): | CDCR Number: | INSTITUTION: |
|---|---|---|

☐ VALIDATION          ☐ CONFIRMED STG BEHAVIOR OR INTELLIGENCE          ☐ MONITORED, INACTIVE, INACTIVE-MONITORED, OR DROP-OUT STATUS

STATEMENT OF FINDINGS:

STATEMENT OF FINDINGS:

This finding is based on the following evidence:

DEBRIEFING PROCESS:

You have the option to renounce your association with the STG by participating in the Debriefing Process and attaining "dropout" status. Debriefing is a comprehensive two step process, which includes an interview/investigative phase and an observation phase. The purpose of the debriefing interview is to provide staff with information about the STG's structure, activities, and affiliates. A debriefing is not for the purpose of acquiring incriminating evidence against you. Failure to participate in the Debriefing Process will indicate that you are unwilling to renounce your STG affiliation and may result in placement into the Step Down Program at **Assigned SHU Institution**.

STEP DOWN PROGRAM:

Provides offenders placed in a Security Housing Unit (SHU) for STG validation and/or confirmed STG behaviors, with a program and increased incentives to promote positive behavior including refraining from participation in STG activities. The Step Down Program is designed to be completed in 4 years. Completion of the Step Down Program may ultimately afford the offender with the ability to return to a GP or SNY setting.

COMMITTEE REQUIREMENTS:

☐ Offender is not literate or non-English speaking -- Staff Assistant Required.
☐ Complexity is such that assistance is necessary to ensure comprehension – Staff Assistant Required.
☐ Disability is such that assistance is necessary for full participation in committee – Staff Assistant Required.
☐ Required ADA assistive devices were available to the offender during committee.

SIGNATURES:

| Signature/Title of Committee Chairperson | Date: |
|---|---|
| Signature/Title of Committee Recorder | Date: |
| Offender's Signature (Certifies that a copy of this document was received) | Date Received: |

Distribution: Original: Offender; Copies: Central File, Correctional Counselor, STG Investigator

RUIZ010569

# ATTACHMENT

# P

RUIZ010570

NAME and NUMBER: _____ INSTITUTION:_____

## STEP DOWN PROGRAM PARTICIPANT CONTRACT (STEP 1)

Based upon your validation/STG Behavior, you have been assigned to the Security Threat Group (STG) Step Down Program (SDP). The SDP is a 5 Step program which allows offenders who have been validated as STG members or associates to remove themselves from STG activity and discontinue STG behavior; thus demonstrating to California Department of Corrections and Rehabilitation (CDCR) staff that they are no longer involved with the STG. This will afford offenders the opportunity to achieve designated privileges (see attachment) according to improvements and continuation of acceptable custodial adjustment.

As a participant in Step 1 of this program, you are required to meet the following expectations:

1.  Participate in and successfully complete all mandated educational and cognitive instruction, as well as risk and educational assessment, as determined by the Institution Classification Committee (ICC).
2.  Participate in all classification actions.
3.  Follow all staff recommendations and directives.
4.  Remain disciplinary free adhering to all departmental rules and regulations.
5.  Cease any and all STG related activity including but not limited to; planning, organizing, recruiting, promoting, training, communicating in code, using known STG symbolisms, participating in and/or communicating STG activities.
6.  Maintain proper hygiene and ensure living area is neat and orderly, including the bed being made when not in use.

ICC reviews will be completed after each 180 day period in the SDP. You will advance to the next step if the ICC determines you participated in the program in a sincere and significant manner and met all of the program expectations.

You may choose to enter the Debriefing Process at any time during your participation in the SDP, by notifying your counselor, Investigative Services Unit, or SDP staff.

You are advised to release to prison staff any materials in your possession which may be considered STG related. Should any of these items be found in your property at any time during your participation in the SDP, they will be viewed as evidence of continued STG behavior or other misconduct. You will be subject to appropriate disciplinary action.

If you choose not to progress through any step of the program, you may be returned to a previous step until you demonstrate both a desire and appropriate behavior for movement into the next step. Failure to maintain acceptable behavior and/or refrain from STG activity may result in the loss of privileges and/or regression to a previous step.

I have read and understand the above conditions of my participation in Step 1 of the SDP. By signing this document, I do not acknowledge or admit to the CDCR's documented validation of me as an STG Affiliate.


_____    _____    _____    _____
Signature of Inmate              Date           Signature of Staff Witness          Date

Orig:     Central File
Cc:       Receiving Institution
          Inmate


**DATE:** _____    **(STEP DOWN PROGRAM CONTRACT – STEP 1)**    **CDCR 128B SDP1**
***************************************************************************

RUIZ010571

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
Security Threat Group – Step Down Program Privilege Breakdown

| Privilege | SDP-Step 1 | SDP-Step 2 | SDP-Step 3 | SDP-Step 4 | SDP-Step 5 |
|---|---|---|---|---|---|
| Canteen | Canteen draw limit per CCR, Title 15, Section 3044 Privilege Group S @ 25% of the maximum monthly canteen draw utilizing the approved SHU Canteen List. | Canteen draw limit per CCR, Title 15, Section 3044 Privilege Group S @ 30% of the maximum monthly canteen draw utilizing the approved SHU Canteen List. | Canteen draw limit per CCR, Title 15, Section 3044 Privilege Group S @ 40% of the maximum monthly canteen draw utilizing the approved SHU Canteen List. | Canteen draw limit per CCR, Title 15, Section 3044 Privilege Group S @ 50% of the maximum monthly canteen draw utilizing the approved SHU Canteen List. | Canteen draw limit per CCR, Title 15, Section 3044 Privilege Group, as assigned by the GP Institution. |
| Mail | Mail procedures in accordance with CCR, Title 15, Division 3, Subchapter 2, Article 4 | Mail procedures in accordance with CCR, Title 15, Division 3, Subchapter 2, Article 4 | Mail procedures in accordance with CCR, Title 15, Division 3, Subchapter 2, Article 4 | Mail procedures in accordance with CCR, Title 15, Division 3, Subchapter 2, Article 4 | Mail procedures in accordance with CCR, Title 15, Division 3, Subchapter 2, Article 4 |
| Personal Property | Items listed in DOM, Section 54030.17, Authorized Personal Property Schedule and all other items as provided for in Current SHU. | Items listed in DOM, Section 54030.17, Authorized Personal Property Schedule and all other items as provided for in Current SHU.

Allow possession of playing cards as defined in DOM Section 54030.17.8 Games. | Items listed in DOM, Section 54030.17, Authorized Personal Property Schedule and all other items as provided for in Current SHU.

In addition to items allowed previously, allow plastic tumbler; plastic bowl; 1 pair of personal tennis shoes, combination of 10 books newspapers, or magazines; and a domino game. | Items listed in DOM, Section 54030.17, Authorized Personal Property Schedule and all other items as provided for in Current SHU.

In addition to items allowed previously, allow photo album; and chess and checkers games | As authorized for General Population offenders. |

1

RUIZ010572

ATTACHMENT

Q

RUIZ010573

NAME and NUMBER: _____   INSTITUTION: _____

### STEP DOWN PROGRAM PARTICIPANT CONTRACT (STEP 2)

You have been approved by the Institution Classification Committee (ICC) for transition into Step 2 of the Security Threat Group (STG) Step Down Program (SDP). This Step will allow you to continue to demonstrate to CDCR staff that you are no longer involved with the STG. Movement into this step will afford you an opportunity to achieve expanded privileges (see attachment) according to acceptable custodial adjustment and positive programming.

Step 2 of the SDP will be administered from a Security Housing Unit (SHU). Meals will be consumed in your assigned cell. Showers will be allowed three times per week, except in situations of institutional emergencies. Programming during this phase will generally be conducted in the assigned cell.

As a participant in Step 2 of this program, you are required to meet the following expectations:

1.  Participate in and successfully complete all mandated educational and cognitive instruction as determined by the ICC.
2.  Attend all classification actions.
3.  Follow all staff recommendations and directives.
4.  Remain disciplinary free adhering to all departmental rules and regulations.
5.  Cease any and all STG related activity including but not limited to; planning, organizing, recruiting, promoting, training, communicating in code, using known STG symbolism, participating in and/or communicating STG activities.
6.  Maintain proper hygiene and ensure living area is neat and orderly, including the bed being made when not in use.

ICC reviews will be completed after each 180 day period in the SDP. You will advance to the next step if the ICC determines you participated in the program in a sincere and significant manner and met all of the program expectations.

You may choose to enter in the Debriefing Process at any time during your participation in the SDP, by notifying your counselor, Investigative Services Unit, or SDP staff.

Any items reflecting STG activity found in your property <u>at any time</u> during your participation in the SDP will be viewed as evidence of continued STG behavior or other misconduct. You will be subject to appropriate disciplinary action.

If you choose not to progress through any step of the program, you may be returned to a previous step until you demonstrate both a desire and appropriate behavior for movement into the next step. Failure to maintain acceptable behavior and/or refrain from STG activity may result in disciplinary action, the loss of privileges, and/or regression to a previous step.

If you elect not to participate beyond Step 2, you will be retained in Step 2 indefinitely, unless you display unacceptable behavior or participate in STG activity, which may result in regression to Step 1.

I have read and understand the above conditions of my participation in Step 2 of the SDP. In signing this contract, I do not acknowledge or admit to the CDCR's documented validation of me as an STG Affiliate.


_____   _____        _____   _____
Signature of Inmate                Date              Signature of Staff Witness                Date

Orig:   Central File
Cc:     Receiving Institution
        Inmate

**DATE:**                    **(STEP DOWN PROGRAM CONTRACT – STEP 2)**                    **CDCR 128B SDP2**
*********************************************************************************************

RUIZ010574

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
Security Threat Group – Step Down Program Privilege Breakdown

| Privilege | SDP-Step 1 | SDP-Step 2 | SDP-Step 3 | SDP-Step 4 | SDP-Step 5 |
|---|---|---|---|---|---|
| Canteen | Canteen draw limit per CCR, Title 15, Section 3044 Privilege Group S @ 25% of the maximum monthly canteen draw utilizing the approved SHU Canteen List. | Canteen draw limit per CCR, Title 15, Section 3044 Privilege Group S @ 30% of the maximum monthly canteen draw utilizing the approved SHU Canteen List. | Canteen draw limit per CCR, Title 15, Section 3044 Privilege Group S @ 40% of the maximum monthly canteen draw utilizing the approved SHU Canteen List. | Canteen draw limit per CCR, Title 15, Section 3044 Privilege Group S @ 50% of the maximum monthly canteen draw utilizing the approved SHU Canteen List. | Canteen draw limit per CCR, Title 15, Section 3044 Privilege Group, as assigned by the GP Institution. |
| Mail | Mail procedures in accordance with CCR, Title 15, Division 3, Subchapter 2, Article 4 | Mail procedures in accordance with CCR, Title 15, Division 3, Subchapter 2, Article 4 | Mail procedures in accordance with CCR, Title 15, Division 3, Subchapter 2, Article 4 | Mail procedures in accordance with CCR, Title 15, Division 3, Subchapter 2, Article 4 | Mail procedures in accordance with CCR, Title 15, Division 3, Subchapter 2, Article 4 |
| Personal Property | Items listed in DOM, Section 54030.17, Authorized Personal Property Schedule and all other items as provided for in Current SHU. | Items listed in DOM, Section 54030.17, Authorized Personal Property Schedule and all other items as provided for in Current SHU.<br><br>Allow possession of playing cards as defined in DOM Section 54030.17.8 Games. | Items listed in DOM, Section 54030.17, Authorized Personal Property Schedule and all other items as provided for in Current SHU.<br><br>In addition to items allowed previously, allow plastic tumbler; plastic bowl; 1 pair of personal tennis shoes; combination of 10 books newspapers, or magazines; and a domino game. | Items listed in DOM, Section 54030.17, Authorized Personal Property Schedule and all other items as provided for in Current SHU.<br><br>In addition to items allowed previously, allow photo album; and chess and checkers games | As authorized for General Population offenders. |

1

RUIZ010575

ATTACHMENT

R

RUIZ010576

NAME and NUMBER: _____    INSTITUTION: _____

## STEP DOWN PROGRAM PARTICIPANT CONTRACT (STEP 3)

You have been approved by the Institution Classification Committee (ICC) for transition into Step 3 of the Security Threat Group (STG) Step Down Program (SDP).  Transition into Step 3 will generally require an institutional transfer.  This step will allow you to continue to demonstrate to CDCR staff that you are no longer involved with the STG.  Movement into this step will afford you an opportunity to achieve expanded privileges (see attachment) according to acceptable custodial adjustment and positive programming.

Step 3 of the SDP will be administered from a Security Housing Unit (SHU).  Meals will be consumed in your assigned cell.  Showers will be allowed three times per week (except in situations of institutional emergencies).  Movement to showers will be unrestrained and unescorted, with your cell partner.   Programming during this phase may be conducted in the assigned cell and program areas utilizing individual treatment modules.

As a participant in Step 3 of this program, you are required to meet the following expectations:

1. Comply with double cell housing policy.
2. Attend, participate in, and successfully complete all mandated educational and cognitive instruction as determined by the ICC.
3. Attend all classification actions.
4. Follow all staff recommendations and directives.
5. Interact with offenders from other STGs in a cooperative and non-threatening manner.
6. Remain disciplinary free adhering to all departmental rules and regulations.
7. Cease any and all STG related activity including but not limited to; planning, organizing, recruiting, promoting, training, communicating in code, using known STG symbolism, participating in and/or communicating STG activities.
8. Maintain proper hygiene and ensure living area is neat and orderly, including the bed being made when not in use.

ICC reviews will be completed after each 180 day period in the SDP. You will advance to the next step if the ICC determines you participated in the program in a sincere and significant manner and met all of the program expectations.

You may choose to enter the Debriefing Process at any time during your participation in the SDP, by notifying your counselor, Investigative Services Unit, or SDP staff.

Any items reflecting STG activity found in your property at any time during your participation in the SDP will be viewed as evidence of continued STG behavior or other misconduct.  You will be subject to appropriate disciplinary action.

If you choose not to progress through any step of the program, you may be returned to a previous step until you demonstrate both a desire and appropriate behavior for movement into the next step.  Failure to maintain acceptable behavior and/or refrain from STG activity may result in the loss of privileges and/or regression to a previous step.

I have read and understand the above conditions of my participation in Step 3 of the SDP.  In signing this contract, I do not acknowledge or admit to the CDCR's documented validation of me as an STG Affiliate.

_____     _____     _____     _____
Signature of Inmate                              Date                 Signature of Staff Witness                      Date

Orig:       Central File
Cc:         Receiving Institution
            Inmate

**DATE:**            **(STEP DOWN PROGRAM CONTRACT – STEP 3)**            **CDCR 128B SDP3**
*********************************************************************************************

RUIZ010577

CONTRACT ATTACHMENT

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
Security Threat Group – Step Down Program Privilege Breakdown

| Privilege | SDP-Step 1 | SDP-Step 2 | SDP-Step 3 | SDP-Step 4 | SDP-Step 5 |
|---|---|---|---|---|---|
| Canteen | Canteen draw limit per CCR, Title 15, Section 3044 Privilege Group S @ 25% of the maximum monthly canteen draw utilizing the approved SHU Canteen List. | Canteen draw limit per CCR, Title 15, Section 3044 Privilege Group S @ 30% of the maximum monthly canteen draw utilizing the approved SHU Canteen List. | Canteen draw limit per CCR, Title 15, Section 3044 Privilege Group S @ 40% of the maximum monthly canteen draw utilizing the approved SHU Canteen List. | Canteen draw limit per CCR, Title 15, Section 3044 Privilege Group S @ 50% of the maximum monthly canteen draw utilizing the approved SHU Canteen List. | Canteen draw limit per CCR, Title 15, Section 3044 Privilege Group, as assigned by the GP Institution. |
| Mail | Mail procedures in accordance with CCR, Title 15, Division 3, Subchapter 2, Article 4 | Mail procedures in accordance with CCR, Title 15, Division 3, Subchapter 2, Article 4 | Mail procedures in accordance with CCR, Title 15, Division 3, Subchapter 2, Article 4 | Mail procedures in accordance with CCR, Title 15, Division 3, Subchapter 2, Article 4 | Mail procedures in accordance with CCR, Title 15, Division 3, Subchapter 2, Article 4 |
| Personal Property | Items listed in DOM, Section 54030.17, Authorized Personal Property Schedule and all other items as provided for in Current SHU. | Items listed in DOM, Section 54030.17, Authorized Personal Property Schedule and all other items as provided for in Current SHU.<br><br>Allow possession of playing cards as defined in DOM Section 54030.17.8 Games. | Items listed in DOM, Section 54030.17, Authorized Personal Property Schedule and all other items as provided for in Current SHU.<br><br>In addition to items allowed previously, allow plastic tumbler; plastic bowl; 1 pair of personal tennis shoes; combination of 10 books newspapers, or magazines; and a domino game. | Items listed in DOM, Section 54030.17, Authorized Personal Property Schedule and all other items as provided for in Current SHU.<br><br>In addition to items allowed previously, allow photo album; and chess and checkers games | As authorized for General Population offenders. |

1

RUIZ010578

# ATTACHMENT

# S

RUIZ010579

NAME and NUMBER: _____   INSTITUTION: _____

### STEP DOWN PROGRAM PARTICIPANT CONTRACT (STEP 4)

You have been approved by the Institution Classification Committee (ICC) for transition into Step 4 of the Security Threat Group (STG) Step Down Program (SDP). This step will allow you to continue to demonstrate to CDCR staff that you are no longer involved with the STG. Movement into this step will afford you an opportunity to achieve expanded privileges (see attachment) according to acceptable custodial adjustment and positive programming.

Step 4 of the SDP will be administered from a Security Housing Unit (SHU). Meals will be consumed either in your assigned cell or on the dayroom floor unrestrained with other SDP offenders. Showers will be allowed three times per week (except in situations of institutional emergencies). Movement to showers will be unrestrained and unescorted, with your cell partner. Programming during this phase will be conducted in the assigned cell, in a program area, utilizing individual treatment modules, and/or with small groups of unrestrained offenders in a dayroom setting. Work assignment within the housing units may be allowed.

As a participant in Step 4 of this program, you are required to meet the following expectations:

1. Comply with double cell housing policy.
2. Attend, participate in, and successfully complete all mandated educational and cognitive instruction as determined by the ICC.
3. Attend all classification actions.
4. Follow all staff recommendations and directives.
5. Interact with offenders from other STGs in a cooperative and non-threatening manner.
6. Remain disciplinary free adhering to all departmental rules and regulations.
7. Cease any and all STG related activity including but not limited to; planning, organizing, recruiting, promoting, training, communicating in code, using known STG symbols, participating in and/or communicating STG activities.
8. Maintain proper hygiene and ensure living area is neat and orderly, including the bed being made when not in use.

ICC reviews will be completed after each 90 day period in the SDP. You will advance to the next step if the ICC determines you participated in the program in a sincere and significant manner and met all of the program expectations.

You may choose to enter the Debriefing Process at any time during your participation in the SDP, by notifying your counselor, Investigative Services Unit, or SDP staff.

Any items reflecting STG activity found in your property at any time during your participation in the SDP will be viewed as evidence of continued STG behavior or other misconduct. You will be subject to appropriate disciplinary action.

If you choose not to progress through any step of the program, you may be returned to a previous step until you demonstrate both a desire and appropriate behavior for movement into the next step. Failure to maintain acceptable behavior and/or refrain from STG activity may result in the loss of privileges and/or regression to a previous step.

I have read and understand the above conditions of my participation in Step 4 of the SDP. In signing this contract, I do not acknowledge or admit to the CDCR's documented validation of me as an STG Affiliate.

_____   _____   _____   _____
Signature of Inmate              Date          Signature of staff witness         Date

Orig:    Central File
Cc:      Receiving Institution
         Inmate

**DATE:**              **(STEP DOWN PROGRAM CONTRACT – STEP 4)**              **CDCR 128B SDP4**
*********************************************************************************

RUIZ010580

CONTRACT ATTACHMENT

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
Security Threat Group – Step Down Program Privilege Breakdown

| Privilege | SDP-Step 1 | SDP-Step 2 | SDP-Step 3 | SDP-Step 4 | SDP-Step 5 |
|---|---|---|---|---|---|
| Canteen | Canteen draw limit per CCR, Title 15, Section 3044 Privilege Group S @ 25% of the maximum monthly canteen draw utilizing the approved SHU Canteen List. | Canteen draw limit per CCR, Title 15, Section 3044 Privilege Group S @ 30% of the maximum monthly canteen draw utilizing the approved SHU Canteen List. | Canteen draw limit per CCR, Title 15, Section 3044 Privilege Group S @ 40% of the maximum monthly canteen draw utilizing the approved SHU Canteen List. | Canteen draw limit per CCR, Title 15, Section 3044 Privilege Group S @ 50% of the maximum monthly canteen draw utilizing the approved SHU Canteen List. | Canteen draw limit per CCR, Title 15, Section 3044 Privilege Group, as assigned by the GP Institution. |
| Mail | Mail procedures in accordance with CCR, Title 15, Division 3, Subchapter 2, Article 4 | Mail procedures in accordance with CCR, Title 15, Division 3, Subchapter 2, Article 4 | Mail procedures in accordance with CCR, Title 15, Division 3, Subchapter 2, Article 4 | Mail procedures in accordance with CCR, Title 15, Division 3, Subchapter 2, Article 4 | Mail procedures in accordance with CCR, Title 15, Division 3, Subchapter 2, Article 4 |
| Personal Property | Items listed in DOM, Section 54030.17, Authorized Personal Property Schedule and all other items as provided for in Current SHU. | Items listed in DOM, Section 54030.17, Authorized Personal Property Schedule and all other items as provided for in Current SHU.<br><br>Allow possession of playing cards as defined in DOM Section 54030.17.8 Games. | Items listed in DOM, Section 54030.17, Authorized Personal Property Schedule and all other items as provided for in Current SHU.<br><br>In addition to items allowed previously, allow plastic tumbler; plastic bowl; 1 pair of personal tennis shoes; combination of 10 books newspapers, or magazines; and a domino game. | Items listed in DOM, Section 54030.17, Authorized Personal Property Schedule and all other items as provided for in Current SHU.<br><br>In addition to items allowed previously, allow photo album; and chess and checkers games | As authorized for General Population offenders. |

1

RUIZ010581

# ATTACHMENT

# T

RUIZ010582

STATE OF CALIFORNIA
CDCR 2261(10/12)

DEPARTMENT OF CORRECTIONS
AND REHABILITATION

## STEP DOWN PROGRAM PROGRESS NOTES

RATINGS:
1=Exceptional
2=Above Average
3=Satisfactory
4=Below Average
5=Unsatisfactory
Comments: _____

ASSIGN RATINGS TO IDENTIFIED CATEGORIES:

| | |
|---|---|
| _____ Demonstrated Skill & Knowledge | _____ Teamwork & Participation |
| _____ Attitude Toward Fellow Inmates & Workers | _____ Attitude Toward Staff |
| _____ Quality of Completed Assignments | _____ Degree of Participation |
| _____ Quantity of Completed Assignments | _____ Interest in Assignments |
| _____ Effort Displayed in Completing Assignments | _____ Complying with SDP Plan |

_____
_____

| Inmate Assigned to Step:<br><br>1     2     3     4 | Date Assigned to Step: | Date of this Review: |
|---|---|---|
| In Preparation for what type of Review:<br>_____ 90 Day ICC Review<br>_____ 180 Day ICC Review<br>_____ Program Review | Recommendation:<br>_____ Retain In Existing Step<br>_____ Transition to Next Step<br>_____ Other:_____ | _____ Remove from SDP<br>_____ Return   to   Beginning   of<br>           Current Step |

| Inmate Name: | CDCR Number: | Institution: | Date: |
|---|---|---|---|
| Staff Name: | | Staff Signature: | |

Distribution:  Original:  Central File;  Copies:  Inmate, STG Investigator

RUIZ010583

# ATTACHMENT

# U

RUIZ010584

STATE OF CALIFORNIA
CDCR 812STG (10/12)

DEPARTMENT OF CORRECTIONS
AND REHABILITATION

## NOTICE OF CRITICAL CASE INFORMATION-SAFETY OF PERSONS (Non-Confidential Enemies)

This non-confidential form is used to document offenders or potential offenders who should be kept separate and offenders suspected of affiliation with a security threat group (STG). Indicate "None" under CDCR number and/or group section if there are no enemies and/or security threat group concerns. Refer to CCR, title 15, Section 3378 for additional information.

| NON-CONFIDENTIAL ENEMIES | | | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|---|---|
| CDCR Number | Print Name | Primary/ Supporting Documentation | Current Location | Current Location | Current Location | Current Location | Current Location | Current Location |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

### DELETION OF PRIOR ENEMIES

| CDCR Number | Print Name | Document Deleting Enemy Issue | Delete Date | Print Name, Title, Inst/Region, Initials of Person Deleting |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### SUSPECTED SECURITY THREAT GROUP (STG) AFFILIATION

| STG Name | Type of Affiliation (Member/Associate) | Date | Primary Supporting Documentation |
|---|---|---|---|
| STG-I: | | | |
| STG-II: | | | |

### STAFF COMPLETING UPDATE

| Print Name and Write Initials | Title | Institution/Region | Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| CDCR Number: | Offender Name: | Page _____ of _____ |
|---|---|---|

RUIZ010585

# ATTACHMENT

# V

RUIZ010586

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDCR 128B SDP5 (10/12)

NAME and NUMBER: _____   INSTITUTION: _____

## NOTICE OF CONDITIONS OF MONITORED STATUS

You are being scheduled for review by the Institution Classification Committee as a validated Monitored Security Threat Group (STG) Member/Associate.  Based on your newly designated monitored status, ICC may elect to conditionally release you from a Security Housing Unit (SHU) to a general population facility for Step 5 of the Step Down Program (SDP).

You are hereby notified that as a condition of your release to the general population, you will be required to submit to a photograph of all tattoos and body markings and you must refrain from participation in any STG behavior or patterned/repetitive association with any STG affiliates.

Participation in STG related behavior or activities as described on the STG Behavior Disciplinary Matrix shall be addressed through the disciplinary process and reviewed by a classification committee for removal from monitored status and return to the SHU Step Down Program.  In addition, intelligence received that has been corroborated demonstrating continued participation in the STG will be reviewed by a classification committee for removal from monitored status and return to the SHU Step Down Program.  It would be to your benefit to familiarize yourself with the STG Instructional Memorandum.

You are advised to release to prison staff any materials in your property that do not meet the above conditions of your release to the general population.  Should any of these items be found in your property at any time, they will be viewed as evidence of active STG behavior or other misconduct.  You will be subject to appropriate disciplinary action.

Upon your release to the general population, you are required to meet the following expectations:

1.   Comply with double cell housing policy.
2.   Comply with random urinalysis testing for 1 year.
3.   Participate in all classification actions.
4.   Follow all staff directives.
5.   Remain disciplinary free adhering to all departmental rules and regulations.

You may choose to enter the Debriefing Process at any time, by notifying your counselor, Investigative Services Unit, or housing unit staff.

I have read and understand the above conditions of my release to a general population facility. I understand that violation of any of these conditions may result in my monitored status being revoked and I may be subject to return to the SDP program.  In signing this contract, I do not acknowledge or admit to the CDCR's documented validation of me as an STG Affiliate.

_____   _____     _____   _____
Signature of Inmate                Date           Signature of Staff Witness         Date

Orig:   Central File
Cc:     Receiving Institution
        Inmate

**DATE:**            **(NOTICE OF CONDITIONS OF MONITORED STATUS)**            **CDCR 128B SDP5**
*************************************************************************************

RUIZ010587

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
Security Threat Group – Step Down Program Privilege Breakdown

| Privilege | SDP-Step 1 | SDP-Step 2 | SDP-Step 3 | SDP-Step 4 | SDP-Step 5 |
|---|---|---|---|---|---|
| Canteen | Canteen draw limit per CCR, Title 15, Section 3044 Privilege Group S @ 25% of the maximum monthly canteen draw utilizing the approved SHU Canteen List. | Canteen draw limit per CCR, Title 15, Section 3044 Privilege Group S @ 30% of the maximum monthly canteen draw utilizing the approved SHU Canteen List. | Canteen draw limit per CCR, Title 15, Section 3044 Privilege Group S @ 40% of the maximum monthly canteen draw utilizing the approved SHU Canteen List. | Canteen draw limit per CCR, Title 15, Section 3044 Privilege Group S @ 50% of the maximum monthly canteen draw utilizing the approved SHU Canteen List. | Canteen draw limit per CCR, Title 15, Section 3044 Privilege Group, as assigned by the GP Institution. |
| Mail | Mail procedures in accordance with CCR, Title 15, Division 3, Subchapter 2, Article 4 | Mail procedures in accordance with CCR, Title 15, Division 3, Subchapter 2, Article 4 | Mail procedures in accordance with CCR, Title 15, Division 3, Subchapter 2, Article 4 | Mail procedures in accordance with CCR, Title 15, Division 3, Subchapter 2, Article 4 | Mail procedures in accordance with CCR, Title 15, Division 3, Subchapter 2, Article 4 |
| Personal Property | Items listed in DOM, Section 54030.17, Authorized Personal Property Schedule and all other items as provided for in Current SHU. | Items listed in DOM, Section 54030.17, Authorized Personal Property Schedule and all other items as provided for in Current SHU. Allow possession of playing cards as defined in DOM Section 54030.17.8 Games. | Items listed in DOM, Section 54030.17, Authorized Personal Property Schedule and all other items as provided for in Current SHU. In addition to items allowed previously, allow plastic tumbler; plastic bowl; 1 pair of personal tennis shoes; combination of 10 books, newspapers, or magazines; and a domino game. | Items listed in DOM, Section 54030.17, Authorized Personal Property Schedule and all other items as provided for in Current SHU. In addition to items allowed previously, allow photo album; and chess and checkers games | As authorized for General Population offenders. |

1

RUIZ010588

# ATTACHMENT

# W

RUIZ010589

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS
                                                                       CDCR 128B STG5 (10/12)

NAME and NUMBER: _____ INSTITUTION: _____

### RENUNCIATION OF STG AFFILIATION, ASSOCIATION, AND ILLICIT BEHAVIOR

You are being scheduled for review by the Institution Classification Committee based upon your request for placement on a Sensitive Needs Yard (SNY). This request is based upon:

    ☐  STG-II Drop-out Status           ☐  Significant Enemy Concerns
    ☐  Victim of Assault                    ☐  Other Safety Concerns

Completion of this form is a requirement for your placement onto a SNY. In reviewing your central file, it contains:

    ☐  Documentation identifying you as being affiliated with the _____ Security Threat Group (STG). The documents describe your role in the STG as _____.

    ☐  No documentation of affiliation with a STG.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Upon your release to the SNY, you are expected to:

1. Refrain from participation in STG related behavior or activities.
2. Comply with the double cell housing policy, as directed by a classification committee. You may be housed with anyone with similar safety concerns regardless of their commitment offense, race, prior STG association, sexual orientation, or age.
3. Work with staff to resolve enemy situations that may have been documented on the CDC Form 812.
4. Remain disciplinary free adhering to all departmental rules and regulations.

Participation in STG related behavior or activities as described on the STG Behavior Disciplinary Matrix shall be addressed through the disciplinary process and reviewed by a classification committee for consideration of validation, and/or removal from SNY and placement in the Security Housing Unit and/or Step Down Program. It would be to your benefit to familiarize yourself with the STG Instructional Memorandum.

I agree to renounce my association with and allegiance to the _____ or any other Security Threat Group. I have read and understand the above conditions of my transfer to a SNY and agree to abide by these expectations. I understand that violation of any of these conditions may result in my receiving disciplinary action. In signing this contract, I do not acknowledge or admit to current association with any STG.


_____ _____ _____ _____
Signature of Inmate         Date        Signature of Staff Witness        Date

Orig:   Central File
Cc:     Receiving Institution
        Inmate


**DATE:** _____                  **CDCR 128B STG5**
    **(RENUNCIATION OF STG AFFILIATION, ASSOCIATION, AND ILLICIT BEHAVIOR)**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RUIZ010590