Kamala D. Harris
Attorney General of California
William C. Kwong
Supervising Deputy Attorney General
Jillian R. O'Brien
Deputy Attorney General
Martine N. D'Agostino
Deputy Attorney General
Adriano Hrvatin
Deputy Attorney General
State Bar No. 220909
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-6207
 Fax:  (415) 703-5843
 E-mail:  Adriano.Hrvatin@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **TODD ASHKER, et al.,**<br><br>                              Plaintiffs,<br><br>v.<br><br>**GOVERNOR OF THE STATE OF CALIFORNIA, et al.,**<br><br>                              Defendants. | C 09-05796 CW<br><br>**DECLARATION OF J. BRYAN ELROD IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**REDACTED** |

I, J. Bryan Elrod, declare as follows:

1. I am a convicted felon and an ex-member of the Aryan Brotherhood prison gang. I am currently incarcerated in the Security Housing Unit (SHU) at Pelican Bay State Prison. I submit this declaration in support of Defendants' opposition to Plaintiffs' motion for class certification. If called to testify, I could competently and truthfully testify as to these matters. I submit this declaration freely and voluntarily.

1

2. I am from east Texas. In 1991, when I was 17-years old, I was convicted of first degree murder and robbery in Bakersfield, California. My sentence was 29 years to life. It was the first time I had ever been in trouble with the law. At the time, I was addicted to methamphetamine. In 1992, I was sent to California Youth Authority in Stockton, California. In 1994, I was transferred to California Correctional Institution, in Tehachapi, California. While at Tehachapi, I received a 16-month determinate SHU term for stabbing an African-American inmate. Although I was not formally associated with the Aryan Brotherhood at the time, I had begun mentally associating with them. As a young white guy, I looked up to the Aryan Brotherhood, or "the Brand," as we call it, when I was on the mainline, although I had never met anyone from the Aryan Brotherhood. In 1995, I was transferred to Pelican Bay, where I was housed in the SHU. In 1996, my determinate SHU term ended, and I was transferred to the general population at Pelican Bay.

3. Once in the Pelican Bay general population, I was involved in a race riot between black and white inmates. We were ordered by the Aryan Brotherhood not to "make peace," or, in other words, we were ordered to participate in the riot. I stabbed a black inmate and received a two year determinate SHU term. I was sent back to the SHU.

4. In 1997, I was charged with the murder of my cellmate in the SHU at Pelican Bay, a crime I did in furtherance of my association with the Aryan Brotherhood. Aryan Brotherhood member ▮▮▮▮▮▮▮ ordered his murder. I knew that if I did not follow orders, I would be targeted by the gang for assault or murder. The local District Attorney prosecuted the case, and I was given an additional 16-year sentence. In addition, I was disciplined by Pelican Bay prison officials and given an additional determinate SHU term of four years. I served the determinate SHU term from 1997 to 2000, and was then released into the general population, or mainline, at Pelican Bay.

5  Once I was released to the Pelican Bay general population for the second time, I was ordered by Aryan Brotherhood member ▮▮▮▮▮▮▮ not to stay there too long, meaning I should commit an offense which would get me sent back to the SHU. I was given the name of an inmate that the Aryan Brotherhood wanted killed and told to make sure that it was done. The

2

1  inmate was not on the yard when I was there, so I stabbed another inmate that I knew the Aryan
2  Brotherhood also wanted killed. I was given another determinate SHU term and returned to the
3  PBSP SHU.

4      6.    In 2001, I was validated as an associate of the Aryan Brotherhood. I have been
5  incarcerated at Pelican Bay's SHU ever since. In 2008, I was re-validated as a member of the
6  Aryan Brotherhood.

7  **Gang Activity Within the SHU**

8      7.    Beginning in 1994 and over the course of the next seventeen years, I followed the
9  racist, criminal, and violent culture of the Aryan Brotherhood prison gang, participating in
10 murder, assaults, criminal racketeering, recruitment, mentorship, and enforcement. When I
11 arrived at Pelican Bay's SHU, I met other brothers and my association with the Brand solidified.

12     8.    The code of the Aryan Brotherhood is to protect other whites. In addition, brothers
13 vow to immediately kill any sex offender they meet in prison, or known informants. This is part
14 of the twisted mentality of the Brand, having someone to look down on to avoid processing their
15 own crimes.

16     9.    I personally know of seven in-cell murders and one attempted murder committed by
17 Aryan Brotherhood inmates in the SHU on behalf of the Aryan Brotherhood. While all of the
18 inmates killed were on bad terms with the gang, I believe this string of murders to be the Aryan
19 Brotherhood trying to reassert its dominance in the prison through intimidation and fear. The list
20 includes the cellmate I murdered in 1997 for the Brand, while in the SHU. I was instructed how
21 to kill him by a fellow Aryan Brotherhood member. This inmate I murdered had promised to do a
22 murder for the Aryan Brotherhood, but had later backed out. I also "speared," or shot with a
23 small projectile, another inmate, a member of the Nazi Low Riders gang while in the SHU.
24 Additionally, I was "gassed" (when another inmate throws feces and urine on you) three times,
25 and speared once, while in the SHU.

26     10.    All Aryan Brotherhood decisions, including membership and the decision to order the
27 murder of another member, are taken by vote. I personally participated in countless votes while I
28 was a member of the Brand while in the SHU. These votes are taken by yelling through the

3

Elrod Decl. Supp. Defs.' Opp'n Pls.' Mot. Class Certification (C 09-05796 CW)

drains, talking in the law library, or sending kites (written messages between inmates), to name a few examples. Sometimes it would take months to complete voting in the SHU.

11. Another common Aryan Brotherhood activity is to ask for every white inmate's paperwork when he arrives at the SHU. When I arrived at the SHU, I gave an Aryan Brotherhood member my prison chronos (prison documents detailing medical or classification information), and my parole paperwork. These documents will indicate an inmate's commitment offense, where he is from, and his street gang affiliation, if any. Additionally, sometimes Aryan Brotherhood members will ask an inmate for the criminal trial transcripts from his commitment offense to see if he has ever testified against the Brotherhood, or any one else.

12. In eleven years as an active member of the Aryan Brotherhood, I only received one 115 Rule Violation Report. But, I was still an active member in the Aryan Brotherhood, who participated in enforcement, votes, communications, organization, and recruitment. Yet apart from material contained in my confidential central file, I have no documented gang activity. I have never been convicted of a gang-related crime, or received any CDCR rule infraction for gang activity.

**The SHU's Effectiveness in Curtailing Gang Activity**

13. It is my opinion, and the opinion of other Aryan Brotherhood members I know, that the short corridor at Pelican Bay's SHU has effectively killed the Brand. Because most of the Aryan Brotherhood leadership is housed in the short corridor, away from inmates with determinate SHU terms who will soon be released to the general population, it is very difficult for them to influence the mainline inmates anymore, because the lines of communication out there have been cut.

**The Security Housing Unit is not Torture**

14. The SHU is austere and no place for the mentally ill. But it is not inhumane, or torture. I came to Pelican Bay SHU's in 1995 and have been living under these conditions for about 16 1/2 of my 18 years, and I am in no way mentally debilitated. At 40, I will leave the SHU far saner than the out-of-control 22-year-old kid who arrived here.

4

Elrod Decl. Supp. Defs.' Opp'n Pls.' Mot. Class Certification (C 09-05796 CW)

15. In the SHU, we have many opportunities for social interaction with other inmates and even with correctional officers. Our cells have an open front, so we can talk to the up to seven other prisoners in our pod all the time. We would talk to each other this way every day, and we never received 115s for talking in our pod. We consistently see each other every day when we go to yard or showers, passing by one another's cells to say hi, and even having quiet personal conversations. We play chess with each other from our cells by calling the moves out loud.

16. Porters, or "tier tenders," are inmates who have been designated to clean their pod area. They come out twice a week to clean the tier. They are usually given some time by the correctional officers to come to the cell doors and socialize. Plaintiff Paul Redd was our tier tender for years in D-2 E-pod. I spent hours talking with and getting to know him.

17. Every time we go to yard, showers, or law library, the correctional officers will give us a few minutes to chat with our neighbors in our pod. We walk up to their cell fronts and chat.

18. Every time an inmate gets an annual package, it is customary to give everyone else in the pod a small gift from your annual package. The correctional officers allow us to come out of our cells and pass out bags to everyone. We also consistently share our canteen purchases with other inmates to make sure that inmates who don't have money don't go without canteen items. Food is very social here.

19. The food in the SHU is the same as in any other prison I have been in, no better or worse. The portions are not smaller.

20. We are provided far more recreational programming here in Pelican Bay SHU than your average Level IV mainline unit with active gang members because those mainline units have disturbances that cause the need for modified programming. In Pelican Bay's SHU, we receive 1 1/2 hours of yard, seven days a week, rain or shine. We can work out, jog, do pull-ups, or play handball.

21. Inmates in Pelican Bay's SHU have access to educational programming. We can earn our G.E.D. here and an A.A. degree from Coastline Community College for nothing but the price of books. We can order any books we like to study for our own personal education. I personally taught myself Spanish and German.

5

Elrod Decl. Supp. Defs.' Opp'n Pls.' Mot. Class Certification (C 09-05796 CW)

22. We have access to free self-help correspondence courses, including parenting courses, Alcoholics/Narcotics Anonymous, Anger Management, Gangs Anonymous and religious correspondence courses. Many of theses courses offer certificates of achievement that are recognized by the Parole Board and placed in our central files.

23. I have never experienced coercive denial of medical care at Pelican Bay's SHU. In fact, while in the Pelican Bay SHU, I had my wisdom teeth removed, was treated for Hepatitis C twice, had three liver biopsies, and received medical treatment at an outside hospital during the 2011 hunger strikes. I have never seen any inmate denied medical care or told to debrief to get better care.

24. When inmates do not receive mental health care in the SHU, it is because gang members view mental distress as a sign of weakness. Talking to a psychologist, in private or not, is frowned upon in the SHU. This is a matter of gang culture, not inadequate care. Most men will not acknowledge a psychologist walking past their cell.

25. During my time in the SHU, I personally did not experience the "unrelenting and crushing mental anguish, pain, and suffering" that the Plaintiffs describe in the second amended complaint, which I have read. Although for many years I suffered tough times, it was due to my own horrific choices that resulted in my placement in prison, and ultimately, the SHU. For many years I was caught up in my own pain, failure, and misery. I felt angry and emotional often. But it was not due to the conditions in the SHU; rather, it was centered around my own failures and lack of future.

26. Long-term inmates like me know how to serve long periods of time in prison, and they try to help each other do their time. For example, I have seen younger inmates experience repetitive anxious thoughts about a perceived slight from another inmate. Often, when this occurred, another inmate in my pod would engage him in a conversation about how to do time, and tell him to avoid over thinking.

27. For many inmates, their whole thought process on the mainline is consumed with physical safety because of the regular threat of violence on the mainline. When they arrive in the

6

Elrod Decl. Supp. Defs.' Opp'n Pls.' Mot. Class Certification (C 09-05796 CW)

SHU, it is a relief because they know that they are physically safer than they would be in the general population.

28. If you have been in the SHU for ten or more years, like I have, it is for no other reason than your choice to remain loyal to and active in the gang you are associated with, or because it is the prison environment in which you feel the safest.

**The Institutional Gang Investigators Get Validation Right**

29. Although I had never been charged with a gang-related rule violation or criminal charge in my seventeen years in the SHU, I was heavily involved in gang activity from 1995 onward. The Institutional Gang Investigators (IGI) not only knew I was an Aryan Brotherhood member, they could list almost every detail of my gang involvement and activity since I arrived at Pelican Bay.

30. Many inmates split hairs on details of the validation process, but the IGIs get the validations right. When I was validated as an associate of the Aryan Brotherhood, I was indeed an associate. And later when I was validated as a member of the Aryan Brotherhood it was because I was in fact a member.

31. There is no such thing as an inactive gang member. Once you commit your life to a prison gang, the only out is death. Prison gangs are not casual associations; I am not talking about four or five guys who all grew up on the same corner. Organizations like the Aryan Brotherhood have shown their willingness to kill repeatedly over the years.

**Personal Knowledge of the Plaintiffs**

32. Plaintiff Ashker is a former brother of mine who is active in the Aryan Brotherhood. I met him in the Pelican Bay Administrative Segregation Unit (ASU) during the 2011 hunger strikes. Although I found him unlikeable, he was very engaging and eager to discuss Aryan Brotherhood politics and business.

33. Plaintiff Troxell is another former brother of mine who is active in the Aryan Brotherhood. I spent a month with him during the 2011 hunger strikes in the Pelican Bay SHU, and again on a medical transfer to Corcoran SHU. He was engaging, conversational, and very likable. He was eager to plan Aryan Brotherhood business if we were released from the SHU.

7

Elrod Decl. Supp. Defs.' Opp'n Pls.' Mot. Class Certification (C 09-05796 CW)

34. Plaintiff Paul Redd is a known active BGF member. He is also one of the most likeable, engaging, and well-rounded men I have ever met in prison. Not only is he sane, he is one of the smartest men I know. I spent five years in the same pod with him, and I never saw him exhibit symptoms suggesting that he was mentally suffering, as he alleges in this case.

35. Plaintiff George Ruiz is an active affiliate of the Mexican Mafia. I know because my neighbor of five years, ███████, a Mexican Mafia member, would accidentally receive his mail frequently and would tell me about it.

36. Plaintiff Richard Johnson is a known active BGF member. He and I were on the same tier for five years. We joked and talked politics regularly. I never saw him exhibit behavior that indicated he was mentally suffering.

**Participation in the Hunger Strikes**

37. When fellow Aryan Brotherhood members asked me if I wanted to participate in the 2011 hunger strikes, I was not interested. I participated in the 2002 hunger strikes, and felt that we had gained nothing since we were still in the SHU.

38. My fellow Aryan Brotherhood member, ███████, met me in the law library and told me that the hunger strikes were not going to be like 2002. He said that Ashker and Troxell were willing to "go out in a box." At that point, I realized it was serious and agreed to participate.

39. The goal of the 2011 hunger strikes, from the perspective of the Aryan Brotherhood, was to get out of the SHU because we knew it would kill the organization. We believed that if we were in the general population, we could sell drugs, make money, and develop an influence on the streets.

40. Plaintiffs Ashker and Troxell told us that they were in touch with attorneys on the outside who had told them they we would have representation and support in the public.

41. During the 2011 hunger strikes, I went twenty days on nothing but water. During that time, Pelican Bay medical staff weighed me and took my blood pressure on a regular basis. It was very difficult, I often felt weak and sick. After I started eating again, I had a seizure. I was taken to an outside hospital and put on an I.V., and was in the I.C.U. for three days. I later found

8

Elrod Decl. Supp. Defs.' Opp'n Pls.' Mot. Class Certification (C 09-05796 CW)

out that Plaintiffs Ashker and Troxell had continued to eat from their canteen during the hunger strike.

42. Although the hunger strikes were temporarily called off, they started up again later in 2011. I again participated. We knew we could tap big time support through this tactic, but we weren't trying to improve the conditions in the SHU; we were trying to get out of the SHU to further our gang agenda on the mainline. Pelican Bay officials placed all of the leaders of the hunger strike in the ASU together. It was easier the second time; I did not get as sick. But because I was losing weight, I was medically transferred to the Corcoran SHU, along with Plaintiff Troxell. While there, we made an agreement as to new rules when we returned to the SHU. We agreed that the Aryan Brotherhood should lay low and not commit any acts of violence, so that we could spread out the organization without detection by prison officials.

43. I know that the outside groups that were involved in the hunger strikes were made up of compassionate people, including some of the lawyers that represent Plaintiffs in this case. In many ways, this source of positive support was what motivated me to disassociate from the gang lifestyle. I do regret generating that support under false pretenses, however. Attached as Exhibit A is a true and correct copy of a letter I wrote to Marilyn McMahon, an attorney for California Prison Focus who advocates on behalf of the hunger strike negotiators and represents the Plaintiffs in this case.

**Debriefing**

44. On November 20, 2012, I came to the decision to leave my life in the Pelican Bay SHU and contact the IGIs about my desire to enter the debriefing program. I had reached a point where I came to see how incredibly blessed I was, with a loving family and many good friends who never gave up on me. I had hurt so many people, and I knew I had to change my life. The first step was leaving the Aryan Brotherhood.

45. To SHU inmates, the debriefing program is very controversial. We told each other horror stories, such as stories of IGIs feeding inmates information in a debrief session, or that you'd be branded a lying informant if you debriefed. But, before I debriefed, I had never actually spoken to an inmate who had debriefed.

9

Elrod Decl. Supp. Defs.' Opp'n Pls.' Mot. Class Certification (C 09-05796 CW)

46. Overall, the debriefing process was the most positive experience I've had in prison. Throughout the process, I was told to only speak about information I knew to be true. At no point in the process was I to lie or speculate.

47. All of the inmates I've met in the SHU unit for debriefers are on the same page: they are done with the gang lifestyle. There are many reasons for an inmate's decision to drop out: family, children, religion, fear of being killed by other gang members, or simply outgrowing the lifestyle. But no matter the reason, everyone just wants to do their own time, and to free himself from the garbage of gang life.

48. In mid-May 2013, I finished my final debriefing interview with the Office of Correctional Safety (OCS). These men were the definition of professionalism. I told them about my most shameful and darkest days. Yet over the course of three days of interviewing, they never blinked an eye, never judged, and never once seemed to be critical. They clearly understood the hundreds of paths that we gang members have taken that have led to this level of failure. It was also obvious that they are committed not only to combating gangs, but also helping men such as myself disassociate from the lifestyle.

49. Every day I grow stronger in my decision to leave the Aryan Brotherhood. I have never been in a better place spiritually or emotionally as a man. Earlier this year, I met with State Assemblyman Tom Ammiano, to discuss conditions in the Pelican Bay SHU and my decision to debrief. Attached as Exhibit B is a true and correct copy of the letter I wrote him after we met, explaining why I decided to disavow myself from the Aryan Brotherhood.

50. I am aware that debriefing, and assisting law enforcement generally, poses a threat to my personal safety by my former brothers in the Aryan Brotherhood. However, it is worth it to me to live a life free from the gang lifestyle.

///

///

///

10

Elrod Decl. Supp. Defs.' Opp'n Pls.' Mot. Class Certification (C 09-05796 CW)

51. I am awaiting final approval of my debrief package from OCS. After that is complete, I understand that I will be transferred to a Transitional Housing Unit within CDCR.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed in Crescent City, California, on July 11, 2013.

*J. Bryan Elrod*

J. Bryan Elrod

SF2012204868
20708128.doc

11

Elrod Decl. Supp. Defs.' Opp'n Pls.' Mot. Class Certification (C 09-05796 CW)