# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

### CIVIL MINUTES

**Date:** July 19, 2013 **Time:** 11:37-11:58 **Judge:** NANDOR J. VADAS
**Case No.**: 09-cv-05796-CW **Case Name:** Ashker v. Brown

**Attorney for Plaintiff:** Carmen Bremer, Charles Carbone, Anne Weilles and Jules Lobel all by phone

**Attorney for Defendant:** Audriano Hrvatin and Simone Renteria by phone

**Deputy Clerk:** Gloria Masterson **Court Reporter:** FTR

### PROCEEDINGS

Discovery Hearing held.

**Order to be prepared by:**

[ ]   Plaintiff            [ ]   Defendant            [ ]   Court

Depositions of the four witnesses are to be held no later than August 2, 2013 at Pelican Bay State Prison.