1

2          IN THE UNITED STATES DISTRICT COURT

3        FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5    TODD ASHKER, et al.,                    No. C 09-5796 CW

6              Plaintiffs,                   ORDER GRANTING IN
                                             PART DEFENDANTS'
7         v.                                 MOTION TO SEAL
                                             (Docket No. 250)
8    GOVERNOR OF THE STATE OF
     CALIFORNIA, et al.,

9              Defendants.
   _____/
10

11       Defendants move to seal portions of two declarations filed in

12   opposition to Plaintiffs' motion for class certification.

13   Plaintiffs have not filed an opposition to Defendants' motion.

14   For the reasons set forth below, the motion is granted in part and

15   denied in part.

16       The public interest favors filing all court documents in the

17   public record.  Thus, any party seeking to file a document under

18   seal must demonstrate good cause to do so.  <u>Pintos v. Pac.</u>

19   <u>Creditors Ass'n</u>, 605 F.3d 665, 678 (9th Cir. 2010).  This cannot

20   be established simply by showing that the document is subject to a

21   protective order or by stating in general terms that the material

22   is considered to be confidential, but rather must be supported by

23   a sworn declaration demonstrating with particularity the need to

24   file each document under seal.  <u>See</u> Civil Local Rule 79-5(a).

25       Here, Defendants seek to seal Exhibit A to the declaration of

26   J. Zubiate.  Because Exhibit A is a letter from Zubiate to his

27   attorney regarding legal matters, it is privileged and therefore

28   sealable.  Civil L.R. 79-5(a) ("A sealing order may issue only

**United States District Court**
For the Northern District of California

1    upon a request that establishes that the document, or portions

2    thereof is privileged or protectable as a trade secret or

3    otherwise entitled to protection under the law.").

4        Defendants also seek to seal certain exhibits and excerpts of

5    J. Bryan Elrod's declaration.  The excerpts that Defendants seek

6    to seal identify several non-party inmates whose safety may be put

7    in jeopardy if their names are publicly disclosed.  Declaration of

8    J. Frisk ¶¶ 7-8.  Defendants have therefore established good cause

9    for sealing these excerpts.  They have also established good cause

10   for sealing Exhibit B to Elrod's declaration, which discloses

11   specific details about the California Department of Corrections

12   and Rehabilitation's (CDCR) "debriefing" procedures.

13       Defendants have not, however, demonstrated good cause for

14   sealing Exhibit A in its entirety.  Exhibit A is a letter that

15   Elrod wrote to a prisoners' rights attorney (not his own)

16   describing his experience at Pelican Bay, explaining his

17   motivations for participating in past hunger strikes, and

18   articulating his views of the instant lawsuit.  Much of this

19   information is duplicative of information that has already been

20   disclosed in the portions of Elrod's declaration that were filed

21   in the public record.  Defendants have not established good cause

22   for sealing this letter.[1]  Although they note that the letter has

23   been designated "confidential" pursuant to a protective order, the

24   local rules plainly state that neither a protective order nor

25

26

27       [1] The first page of Exhibit A, marked RUIZ14669, is a confidential
     communication between Elrod and a CDCR staff member that may be sealed
28   for security reasons.

stipulation is sufficient to establish that a document is sealable.  Civil L.R. 79-5(a).

CONCLUSION

For the reasons set forth above, Defendants' motion to file under seal (Docket No. 250) is GRANTED in part and DENIED in part. Within seven days of this order, Defendants shall file in the public record pages RUIZ14670 through RUIZ14675 of Exhibit A to J. Bryan Elrod's declaration.

IT IS SO ORDERED.


Dated: 8/2/2013

CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California