UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

MAGISTRATE JUDGE NANDOR J. VADAS

Date:  August 16, 2013                                Total Hearing Time: 1 hour 13 minutes

Case No.  C09-05796 CW (NJV)

Title: ASHKER, ET AL., v. BROWN, ET AL.,

Plaintiff Attorney: n/a

Defense Attorney: Jill O'Brien; William Kwong; Katherine Tebrock; Kelly Harrington the CDCR Representative

Deputy Clerk:  Dawn Toland                     Court Reporter: N/A

**PROCEEDINGS**

1)   Status Conference - HELD

2)

Continued to ___ for Telephonic Status Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**

Judge Vadas met with the representatives for CDCR and the AG's Office in his chambers.