UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASHKER, et al., on their own behalf, and on behalf of a class of similarly situated prisoners,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNOR OF THE STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 4:09 CV 05796 CW<br><br>**[PROPOSED] ORDER REGARDING ACCESS TO CLIENTS**<br><br>Honorable Nandor J. Vadas |

After due consideration of the positions articulated by Defendants and by Plaintiffs in their letters of November 1st and November 5th, respectively, the Court finds that good cause exists to compel Defendants to provide a facility to Plaintiffs and their counsel for an in-person meeting by and among the ten (10) named Plaintiffs and up to three of their counsel of record for the purpose of discussing and obtaining authority from the Plaintiffs to communicate a demand for a comprehensive settlement to Defendants.

THEREFORE, IT IS HEREBY ORDERED that:

1. The parties to meet and confer as to the time and configuration of the meeting and facility; said facility is to be provided on a mutually agreeable date on or before December 15, 2013, and must include a facility which will accommodate the presence of the aforementioned Plaintiffs and their counsel in a single location at the prison, and which will allow for dialogue by and among them in an in-person and confidential configuration with sufficient time to fully discuss the relevant issues, not to be less than 3.5 hours of uninterrupted, confidential discussion;

2. The Court is aware that such a facility was provided on a previous occasion in this litigation and use of that same facility in compliance with this Order is acceptable to the Court.

DATED: __November 19__, 2013



_____
Honorable
UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER RE: ACCESS TO CLIENTS      1      Case No. 4:09 CV 05796 CW