1  JULES LOBEL (*pro hac vice*)
   Email: jll4@pitt.edu
2  ALEXIS AGATHOCLEOUS (*pro hac vice*)
   Email: aagathocleous@ccrjustice.org
3  RACHEL MEEROPOL (*pro hac vice*)
   Email: rachelm@ccrjustice.org
4  CENTER FOR CONSTITUTIONAL RIGHTS
   666 Broadway, 7th Floor
5  New York, NY 10012
   Tel: (212) 614-6478
6  Fax: (212) 614- 6499

7  ANNE M. CAPPELLA (Bar No. 181402)
   Email: anne.cappella@weil.com
8  AARON Y. HUANG (Bar No. 261903)
   Email: aaron.huang@weil.com
9  BAMBO OBARO (Bar No. 267683)
   Email: bambo.obaro@weil.com
10 WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
11 Redwood Shores, CA 94065-1134
   Tel: (650) 802-3000
12 Fax: (650) 802-3100

13 Attorneys for Plaintiffs
   (Additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASHKER, et al., on their own behalf, and on behalf of a class of similarly situated prisoners,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNOR OF THE STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 4:09 CV 05796 CW<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY CARMEN E. BREMER**<br><br>Honorable Claudia Wilkin |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Carmen E. Bremer is no longer associated with Weil, Gotshal & Manges LLP and is hereby withdrawn as counsel of record for Plaintiffs. The Plaintiffs request that Ms. Bremer be removed from all applicable service lists, including for Notices of Electronic Filing. All other counsel of record for the Plaintiffs remain unchanged.

Dated: February 13, 2014

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By:      */s/ Bambo Obaro*

ANNE M. CAPPELLA (Bar No. 181402)
Email: anne.cappella@weil.com
AARON Y. HUANG (Bar No. 261903)
Email: aaron.huang@weil.com
BAMBO OBARO (Bar No. 267683)
Email: bambo.obaro@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
Tel: (650) 802-3000
Fax: (650) 802-3100

JULES LOBEL (*pro hac vice*)
Email: jll4@pitt.edu
ALEXIS AGATHOCLEOUS (*pro hac vice*)
Email: aagathocleous@ccrjustice.org
RACHEL MEEROPOL (*pro hac vice*)
Email: rachelM@ccrjustice.org
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6478
Fax: (212) 614- 6499

CHARLES F.A. CARBONE (SBN 206536)
Email: charles@charlescarbone.com
EVAN CHARLES GREENBERG (SBN 271356)
Email: evan@charlescarbone.com
LAW OFFICES OF CHARLES CARBONE
P.O. Box 2809
San Francisco, CA 94126
Tel: (415) 981-9773
Fax: (415) 981-9774

MARILYN S. MCMAHON (SBN 270059)
Email:  marilyn@prisons.org
CALIFORNIA PRISON FOCUS
1904 Franklin Street, Suite 507
Oakland, CA  94612
Tel:  (510) 734-3600
Fax:  (510) 836-7222

ANNE BUTTERFIELD WEILLS (SBN 139845)
Email:  aweills@aol.com
SIEGEL & YEE
499 14TH STREET, SUITE 300
OAKLAND, CA  94612
Tel:  (510) 839-1200
Fax:  (510) 444-6698

CAROL STRICKMAN (SBN 78341)
Email:  carol@prisonerswithchildren.org
LEGAL SERVICES FOR PRISONERS WITH CHILDREN
1540 Market Street, Suite 490
San Francisco, CA  94102
Tel:  (415) 255-7036
Fax:  (415) 552-3150

Attorneys for Plaintiffs
GEORGE RUIZ, JEFFREY FRANKLIN, TODD ASHKER, GEORGE FRANCO, GABRIEL REYES, RICHARD JOHNSON, DANNY TROXELL, PAUL REDD, LUIS ESQUIVEL, and RONNIE DEWBERRY