JULES LOBEL (*pro hac vice*)
Email:  jll4@pitt.edu
ALEXIS AGATHOCLEOUS (*pro hac vice*)
Email:  aagathocleous@ccrjustice.org
RACHEL MEEROPOL (*pro hac vice*)
Email:  rachelm@ccrjustice.org
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY  10012
Tel:  (212) 614-6478
Fax:  (212) 614- 6499

CARMEN E. BREMER (*pro hac vice*)
Email:  carmen.bremer@cojk.com
CHRISTENSEN O'CONNOR JOHNSON KINDNESS$^{PLLC}$
1201 Third Avenue
Suite 3600
Seattle, Washington  98101-3029
Tel:  206.682.8100
Fax:  206.224.0779

Attorneys for Plaintiffs
(Additional counsel listed on signature page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ASHKER, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>GOVERNOR OF THE STATE OF CALIFORNIA, et al.,<br><br>            Defendants. | Case No. 4:09 CV 05796 CW<br><br>**NOTICE OF CHANGE OF ADDRESS OF ATTORNEY CARMEN E. BREMER**<br><br>Honorable Claudia Wilkin<br>Courtroom 2, 4th Floor |

NOTICE OF CHANGE OF ADDRESS OF
ATTORNEY CARMEN E. BREMER
3614Change of Address.docx                                                        CASE No. 4:09 CV 05796 CW

1  TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  **PLEASE TAKE NOTICE** that Carmen E. Bremer, and the law firm of CHRISTENSEN
3  O'CONNOR JOHNSON KINDNESS^PLLC, one of the counsel of record for Plaintiffs, have relocated
4  their offices to 1201 Third Avenue, Suite 3600, Seattle, Washington 98101-3029.  Ms. Bremer's
5  Telephone Number remains 206-682-8100, and her Facsimile Number remains 206-224-0779.
6  Ms. Bremer's Email address also remains:  carmen.bremer@cojk.com.   Please update your
7  Correspondence Address records accordingly.

8  Dated: April 22, 2014

Respectfully submitted,

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS^PLLC

/s/ *Carmen E. Bremer*
Carmen E. Bremer (*pro hac vice*)
Email:  carmen.bremer@cojk.com
CHRISTENSEN O'CONNOR
JOHNSON KINDNESS^PLLC
1201 Third Avenue, Suite 3600
Seattle, Washington  98101-3029
Tel:  206.682.8100
Fax:  206.224.0779

ANNE M. CAPPELLA (Bar No. 181402)
Email:  anne.cappella@weil.com
AARON Y. HUANG (Bar No. 261903)
Email: aaron.huang@weil.com
BAMBO OBARO (Bar No. 267683)
Email:  bambo.obaro@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065-1134
Tel:  (650) 802-3000
Fax:  (650) 802-3100

JULES LOBEL (*pro hac vice*)
Email:  jll4@pitt.edu

ALEXIS AGATHOCLEOUS (*pro hac vice*)
Email:  aagathocleous@ccrjustice.org
RACHEL MEEROPOL (*pro hac vice*)
Email:  rachelM@ccrjustice.org
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY  10012
Tel:  (212) 614-6478
Fax:  (212) 614- 6499

CHARLES F.A. CARBONE (SBN 206536)
Email:  charles@charlescarbone.com
EVAN CHARLES GREENBERG (SBN 271356)
Email:  evan@charlescarbone.com
LAW OFFICES OF CHARLES CARBONE
P.O. Box 2809
San Francisco, CA  94126
Tel:  (415) 981-9773
Fax:  (415) 981-9774

MARILYN S. MCMAHON (SBN 270059)
Email:  marilyn@prisons.org
CALIFORNIA PRISON FOCUS
1904 Franklin Street, Suite 507
Oakland, CA  94612
Tel:  (510) 734-3600
Fax:  (510) 836-7222

ANNE BUTTERFIELD WEILLS (SBN 139845)
Email:  aweills@aol.com
SIEGEL & YEE
499 14TH STREET, SUITE 300
OAKLAND, CA  94612
Tel:  (510) 839-1200
Fax:  (510) 444-6698

CAROL STRICKMAN (SBN 78341)
Email:  carol@prisonerswithchildren.org
LEGAL SERVICES FOR PRISONERS WITH CHILDREN
1540 Market Street, Suite 490
San Francisco, CA  94102
Tel:  (415) 255-7036
Fax:  (415) 552-3150

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Attorneys for Plaintiffs
GEORGE RUIZ, JEFFREY FRANKLIN, TODD ASHKER, GEORGE FRANCO, GABRIEL REYES, RICHARD JOHNSON, DANNY TROXELL, PAUL REDD, LUIS ESQUIVEL, and RONNIE DEWBERRY

**PROOF OF SERVICE**

Case Name:     Ashker, et al. v. Brown, et al.

Case  No.:      4:09 CV 05796 CW

I hereby certify that on April 22, 2014, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF CHANGE OF ADDRESS OF ATTORNEY CARMEN E. BREMER**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 22, 2014 at Seattle, Washington.

/s/ *Carmen E. Bremer*
Carmen E. Bremer

NOTICE OF CHANGE OF ADDRESS OF
ATTORNEY CARMEN E. BREMER                    4
3614Change of Address.docx                                                                   CASE NO. 4:09 CV 05796 CW