UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY GONZALES, | No. C 10-1317 SI (pr) |
| Plaintiff, | **ORDER REFERRING CASE FOR RELATED CASE DETERMINATION** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS; et al., | |
| Defendants. | |

Pursuant to Northern District of California Local Rule 3-12(c), the undersigned refers this case to Judge Wilken with a request that Judge Wilken consider whether this case is related to *Ashker v. Brown*, No. C 09-5796 CW.

IT IS SO ORDERED.

Dated: September 30, 2014

_____
SUSAN ILLSTON
United States District Judge