JULES LOBEL (*pro hac vice*)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: 212.614.6478
Fax: 212.614.6499
Email: j114@pitt.edu

CHARLES F.A. CARBONE (SBN 206536)
LAW OFFICE OF CHARLES CARBONE
P.O. Box 2809
San Francisco, California 94126
Tel: 415.981.9773+
Fax: 415.981.9774
Email: Charles@charlescarbone.com

*Attorneys for Plaintiffs*
(Additional counsel listed on signature page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ASHKER et al., | Case No: 4:09-cv-05796-CW |
| Plaintiffs, | **DECLARATION OF CARMEN BREMER IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND THE PROCEDURAL SCHEDULE** |
| v. | |
| GOVERNOR OF THE STATE OF CALIFORNIA, et al., | |
| Defendants. | |

I, Carmen Bremer, declare as follows:

1.      I am an attorney duly admitted to practice before this Court, and a member at Christensen, O'Connor, Johnson, Kindness PLLC, attorneys of record for Plaintiffs in the above-captioned matter.  I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify thereto.

2.      Plaintiffs Ruiz, Franklin, Ashker, Franco, Reyes, Johnson, Troxell, Redd, Esquivel, Dewberry, and members of the classes (collectively, "Plaintiffs") are currently pursuing a class action against Defendants Governor Brown, former CDCR Secretary Cate, Pelican Bay Warden Lewis, and Chief of the Office of Correctional Safety Chaus (collectively "Defendants") in the United States District Court for the Northern District of California.

3.      As explained in the accompanying Memorandum of Law, Plaintiffs have good reason to believe that Defendants possess documents and information relevant to Plaintiffs' claims and key to the resolution of core issues in the action.

4.      On October 31, 2012, Plaintiffs served their First Set of Interrogatories on Defendants.

5.      On October 31, 2012, Plaintiffs served their First Set of Common Document Requests on Defendants.

6.      Plaintiffs filed a motion for class certification on May 2, 2013.  *See* ECF No. 195.

7.      On May 10, 2013, Plaintiffs filed a Motion to Compel certain discovery responses.  *See* ECF No. 207.

8.      On June 20, 2013, Defendant Governor served his First Supplement to his Responses to Plaintiff Ruiz's First Set of Common Interrogatories.  Attached hereto as Exhibit A is a true and correct copy of the First Supplement to Defendant Governor's Responses to Plaintiff Ruiz's First Set of Common Interrogatories.

9.      On July 12, 2013, Magistrate Judge Vadas granted in part and denied in part Plaintiffs' Motion to Compel.  *See* ECF No. 239.

10.     On September 20, 2013, Plaintiff Dewberry served his First Set of Interrogatories

on Defendants.

11.     On November 14, 2013, Plaintiffs served their Second Request for the Production of Documents on Defendants.

12.     On November 14, 2013, Plaintiff Esquivel served his First Set of Interrogatories on Defendants.

13.     Attached as Exhibit B is a true and correct copy of a February 28, 2014 E-mail from Adriano Hrvatin to Carmen Bremer.

14.     On March 14, 2014, this Court issued an Order staying this action.  *See* ECF Nos. 309-310.

15.     On May 16, 2014, this Court issued an Order lifting its stay of this action.  *See* ECF Nos. 314-315.

16.     On June 2, 2014, the Court granted in part Plaintiffs' motion for class certification.  *See* ECF No. 317.

17.     On June 16, 2014, Plaintiff Esquivel served his Second Set of Interrogatories on Defendants.

18.     On August 1, 2014, Plaintiffs served their Third Request for the Production of Documents on Defendants.

19.     On August 22, 2014, Plaintiff Esquivel served his Third Set of Interrogatories on Defendants.

20.     On August 22, 2014, Plaintiff Jeffrey Franklin served his First Set of Interrogatories on Defendants.

21.     On September 10, 2014, Plaintiffs served a Rule 30(b)(6) notice of deposition on Defendants.

22.     Attached hereto as Exhibit C is a true and correct copy of a September 15, 2014 Letter from Aaron Huang to Adriano Hrvatin.

23.     Attached hereto as Exhibit D is a true and correct copy of an October 6, 2014 Letter from Carmen Bremer to Adriano Hrvatin.

24.     Attached hereto as Exhibit E is a true and correct copy of an October 15, 2014 Letter from Carmen Bremer to Adriano Hrvatin.

25.     Attached hereto as Exhibit F is a true and correct copy of an October 27, 2014 Letter from Adriano Hrvatin to Carmen Bremer.

26.     Attached hereto as Exhibit G is a true and correct copy of an October 29, 2014 Letter from Adriano Hrvatin to Carmen Bremer.  The parties met and conferred on many dates, including September 23, October 3, 16, 23, 24, and 30, and November 12, 2014, resulting in the prioritizing and narrowing of certain of Plaintiffs' discovery requests.  On September 29, 2014, facing Defendants' failure to provide answers and production to numerous discovery requests, Plaintiffs identified nine specific priority discovery requests for which Plaintiffs' experts have a particularly urgent need.  The parties met and conferred about these priority requests on October 3, 2014, at which point the plaintiffs narrowed the priority requests even further.  A week later, on October 10, Defendants wrote back that they agreed to collect the discovery requested, as narrowed, and produce certain aspects of it by October 20, 2014 with the remainder to be provided promptly, as discussed in further meet and confer sessions.  Attached hereto as Exhibit H is a true and correct copy of the October 10, 2014 to November 3, 2014 E-mail chain between Adriano Hrvatin and Carmen Bremer.  This response was acceptable to Plaintiffs.

27.     Nonetheless, to date, Defendants have not produced most of the high priority discovery requested.  On October 27th, having received none of the requested prioritized discovery, I emailed Adriano Hvartin, noting that Plaintiffs had not received the anticipated discovery.  *See* Ex. H.  After follow-up requests by Jules Lobel were made, Adriano Hvartin finally responded on November 5, 2014 – over a week after I first raised the issue, and over two weeks after he had agreed the production would take place – and said that the Defendants intended to provide requested documents by the discovery deadline of November 28, 2014.

28.     During the October 30, 2014 meet-and-confer, I asked Adriano Hrvatin if he would agree to extend the fact discovery and other deadlines by three to six months, because it had become clear by that point that Defendants would not be producing much of the material

DECL OF CARMEN BREMER ISO PLAINTIFFS' MOTION TO AMEND PROCEDURAL SCHEDULE

CASE NO.  09-CV-05796-CW

WEIL:\95152741\6\99995.4431

1  responsive to Plaintiffs' discovery requests until the discovery deadline has passed.  Mr. Hrvatin
2  indicated that he would consult with his clients and provide Defendants' position at a later date.
3  On November 5, 2014, Mr. Hrvatin informed Plaintiffs that Defendants would agree to extend
4  the fact discovery cut-off by thirty days, up to and including December 29, 2014, but solely for
5  certain deponents.  Attached hereto as Exhibit I is a true and correct copy of a November 5, 2014
6  E-Mail from Adriano Hrvatin to Carmen Bremer.  On November 12, 2014, Mr. Hrvatin further
7  confirmed that Defendants would "not provide dates for [a] deposition in December" because
8  "[f]act discovery in this case closes on November 28."  Attached as Exhibit J is a true and correct
9  copy of a November 12, 2014 E-mail from Adriano Hrvatin to Michael Bell.

10      29.     Attached hereto as Exhibit K is a true and correct copy of a November 3, 2014
11  Letter from Adriano Hrvatin to Carmen Bremer.

12      30.     On November 4, 2014, Defendants produced 43 documents.  Attached as Exhibit
13  L is a true and correct copy of a production letter corresponding to supplemental production
14  RUIZ030769-031498.

15      31.     Attached hereto as Exhibit M is a true and correct copy of a November 5, 2014
16  Joint Discovery Letter Brief.  *See* ECF No. 325.

17      I declare under the penalty of perjury that the facts set forth above are true and correct to
18  the best of my knowledge.  Executed in Seattle, Washington, November 13, 2014.

Carmen Bremer

DECL. OF CARMEN BREMER ISO PLAINTIFFS' MOTION
TO AMEND PROCEDURAL SCHEDULE
WEIL:\95152741\6\99995.4431

CASE NO.  09-CV-05796-CW