IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants. <br> _____/ | No. C 09-5796 CW <br><br> ORDER GRANTING IN PART PLAINTIFFS' MOTION TO AMEND THE SCHEDULE AND DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE A MOTION FOR PARTIAL SUMMARY JUDGMENT <br> (Docket Nos. 331, 334) |

I.   Motion to Amend the Schedule

On November 13, 2014, Plaintiffs Todd Ashker, et al., filed a motion for administrative relief asking the Court to amend the previous case management schedule and to set new dates for discovery and briefing on case-dispositive motions.  Docket No. 331.  Defendants, Governor Edmund G. Brown, et al., have not responded to the motion.  The Court has reviewed the motion and grants it in part.

The Court now sets the following amended schedule:

| Event | Existing Date | Amended Date |
|---|---|---|
| Completion of Fact Discovery | 11/28/14 | 12/29/14 (extension only for depositions) |
| Disclosure of Identities and Reports of Expert Witnesses | 1/30/15 | 2/13/15 |

| | | |
|---|---|---|
| Rebuttal Expert Reports | 2/27/15 | 3/13/15 |
| Completion of Expert Discovery | 5/1/15 | 5/15/15 |
| Plaintiffs' Opening Brief on Motion for Summary Judgment | 7/2/15 | 7/2/15 |
| Defendants' Opposition and Cross-Motion (contained within a single brief) | 7/30/15 | 7/30/15 |
| Plaintiffs' Reply/Opposition (contained within a single brief) | 8/20/15 | 8/20/15 |
| Defendants' Reply | 8/27/15 | 8/27/15 |
| Further Case Management Conference and Case-Dispositive Motion Deadline | 9/17/15 | 9/17/15 |
| Final Pretrial Conference | 11/18/15 | 11/18/15 |
| Trial | 12/7/15 | 12/7/15 |

The Court will not alter the dates for case-dispositive motions, the pretrial conference or trial. If the parties agree, they may stipulate to change any discovery or briefing deadlines that do not impact these dates. Any modification to the briefing schedule must ensure that the cross-motions for summary judgment are fully briefed at least three weeks before the hearing date.

II. Motion for Leave to File a Motion for Partial Summary Judgment

Plaintiffs have also filed an administrative motion for leave to file a motion for partial summary judgment. Docket No. 334. Defendants oppose the motion. Having considered the parties' papers and the record in the case, the Court DENIES the motion. If the parties can agree to a stipulated briefing schedule, the Court will hear all motions for summary judgment on an earlier

2

date. The Court will not hear multiple motions for summary judgment.

IT IS SO ORDERED.

Dated: November 20, 2014

CLAUDIA WILKEN
United States District Judge