**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TODD ASHKER, | No. C-09-05796 |
| Plaintiff(s), | **ORDER SETTING HEARING** |
| v. | (Doc. No. 341) |
| EDMUND G. BROWN, et al., | |
| Defendant(s). | |

The court will hold a telephonic hearing at 11:00 a.m. on December 9, 2014, to address the issues raised in the letter brief filed December 5, 2014. The parties shall attend the hearing by dialing 888-684-8852 and entering access code 1868782.

IT IS SO ORDERED.

Dated: December 9, 2014

NANDOR J. VADAS
United States Magistrate Judge