UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TODD ASHKER, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOVERNOR OF THE STATE OF CALIFORNIA, *et al.*,<br><br>    Defendants. | Case No. 09-cv-05796-CW   (NJV)<br><br>**ORDER GRANTING IN PART DEFENDANTS' REQUEST**<br><br>Re: Doc. 341 |

    Before the court is the parties' Joint Letter Brief regarding Defendants' request to have their expert present while Plaintiffs' expert, Dr. Craig Haney, conducts interviews of general population inmates housed at Pelican Bay State Prison on December 15-19, 2014. (Doc. 341).  In the alternative, Defendants' request that the interviews be video recorded.  A telephonic discovery hearing regarding this dispute was held on December 9, 2014 at 11:00 a.m.

    Upon consideration of the Joint Letter Brief (Doc. 341) and the arguments heard from both parties at the hearing, it is hereby ORDERED that Defendants' request to video record the interviews conducted by Plaintiffs' expert, Dr. Craig Haney, of general population inmates housed at Pelican Bay State Prison, in connection with the above captioned litigation, is GRANTED. Defendants are to ensure that after the videographer begins recording, he or she exits the interview room and remains outside until the interview concludes.  Further, the entirety of the interview between Dr. Haney and the inmate is to be recorded.  If an inmate refuses to be interviewed while being videotaped, then that inmate will not be interviewed by either party.

1    **IT IS SO ORDERED**.

2    Dated: December 12, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge