UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TODD ASHKER, et al., | No. 4:09-CV-05796 |
| Plaintiffs, | |
| v. | **ORDER SETTING HEARING ON DISCOVERY LETTER BRIEF** |
| EDMUND G. BROWN, et al., | (Doc. No. 356) |
| Defendants. | |

The court will hold a hearing at 1:00 p.m. on January 5, 2015, to address the issues raised in the letter brief filed by the parties on December 30, 2014. The hearing will occur in Courtroom D of the Federal Courthouse in San Francisco.

IT IS SO ORDERED.

Dated: December 31, 2014

NANDOR J. VADAS
United States Magistrate Judge