UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

TODD ASHKER, *et al.*,

    Plaintiffs,

v.

GOVERNOR OF THE STATE OF CALIFORNIA, *et al.*,

    Defendants.

Case No. 09-cv-05796-CW   (NJV)

**ORDER ON DISCOVERY LETTER**

Re: Dkt. No. 356

On December 30, 2014, the parties filed a joint discovery letter regarding Plaintiffs' requests for relief related to four depositions (Doc. 356). On January 5, 2015, the Court held a hearing and heard argument from counsel (*see* Doc. 357). For the following reasons, Plaintiffs' requests for relief are GRANTED IN PART AND DENIED IN PART.

1. Plaintiffs' request that Tracy Puget and Charles Dangerfield sit for deposition by January 30, 2015 is GRANTED. The Court orders that Puget and Dangerfield sit for deposition by January 30 on dates specifically convenient to each witness.

2. Plaintiffs' request that Dr. Alene Levine sit again for deposition by January 30, 2015 is GRANTED IN PART. Similar to Puget and Dangerfield, the date chosen for Dr. Levine's deposition shall be specifically convenient to the witness. Moreover, if Plaintiffs choose to notice and complete Dr. Levine's deposition by January 30, Plaintiffs are ordered to pay Defendants' counsel's expenses and attorney's fees, and the costs and attorney's fees of Dr. Levine's personal attorney, Mr. David Tyra, that both counsel incurred in connection with attending Dr. Levine's original deposition, noticed to proceed on December 16, 2014.

3. Plaintiffs' request that Defendants produce eight categories of statistical information

concerning CDCR's step-down program (*see* Doc. 356 at 3-4) is DENIED.

**IT IS SO ORDERED**.

Dated: January 7, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge