1  GREGORY D. HULL
   State Bar No. 57367
2  ELLENBERG & HULL
   4 N 2nd Street, Suite 1240
3  San Jose, CA 95113
4  Telephone: (408) 998-8500
   Fax: (408) 998-8503
5  E-mail: greg@ellenberghull.com

6  Attorney for Plaintiffs

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    OAKLAND DIVISION
11

12 | TODD ASHKER, et al.,
   |
13 |                       Plaintiffs,           | Case No. 4:09 CV 05796 CW
   |
14 |         v.                                   | **NOTICE OF APPEARANCE AS ATTORNEY OF RECORD**
   |
15 | GOVERNOR OF THE STATE OF CALIFORNIA, et al.,
   |
16 |
   |                       Defendants.
17

18 TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

19      PLEASE TAKE NOTICE that the undersigned attorney Gregory D. Hull enters his
20
   appearance in this action as counsel for Plaintiffs and respectfully request service of pleadings
21
   and other papers filed in this action and any orders and notices from this Court:
22

23         GREGORY D. HULL
           State Bar No. 57367
24         ELLENBERG & HULL
           4 N 2nd Street, Suite 1240
25         San Jose, CA 95113
26         Telephone: (408) 998-8500
           Fax: (408) 998-8503
27         E-mail: greg@ellenberghull.com

28 I hereby attest that I have on file all holographic signatures corresponding to any signatures

NOT. APPEAR CO-COUNSEL (C 09-05796 CW)        1

indicated by a conformed signature (/S/) within this e-filed document.

Dated: January 15, 2015

Respectfully submitted,

GREGORY D. HULL

Attorney for Plaintiffs