JULES LOBEL (*pro hac vice*)
ALEXIS AGATHOCLEOUS (*pro hac vice*)
RACHEL MEEROPOL (*pro hac vice*)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: 212.614.6432
Fax: 212.614.6499
Email: jll4@pitt.edu

SAMUEL R. MILLER (State Bar No. 138942)
CENTER FOR CONSTITUTIONAL RIGHTS
Cooperating Counsel
445 Riverside Dr., No. 61
New York, NY 10027
Tel: 413-717-8382
Fax: 212-614-6499
E-mail: samrmiller@yahoo.com

*Attorneys for Plaintiffs*

(Additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| ASHKER, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GOVERNOR OF THE STATE OF CALIFORNIA, et al.,<br><br>        Defendants. | No. 4:09-cv-05796-CW<br><br>CLASS ACTION<br><br>**NOTICE OF APPEARANCE OF SAMUEL R. MILLER AS ATTORNEY OF RECORD**<br><br>Judge: Honorable Claudia Wilken |

NOTICE OF APPEARANCE

1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that the undersigned attorney, Samuel R. Miller, a member of the bar of this Court and admitted to practice before the courts of the State of California, enters an appearance in this action as counsel for Plaintiffs and respectfully requests service of pleadings and other papers filed in this action and orders and notices from this Court:

> Samuel R. Miller, State Bar No. 138942
> Center for Constitutional Rights, Cooperating Counsel
> 445 Riverside Dr., No. 61
> New York, NY 10027
> Tel: 413-717-8382
> Fax: 212-614-6499
> E-mail: samrmiller@yahoo.com

Dated: March 3, 2015                                   Respectfully submitted,

                                                       /s/ *Samuel R. Miller*
                                                       Samuel R. Miller
                                                       Email: samrmiller@yahoo.com
                                                       CENTER FOR CONSTITUTIONAL RIGHTS
                                                       Cooperating Counsel
                                                       445 Riverside Dr., No. 61
                                                       New York, NY 10027
                                                       Tel: (413)717-8382
                                                       Fax: (212) 614-6499

                                                       ALEXIS AGATHOCLEOUS (*pro hac vice*)
                                                       Email: aagathocleous@ccrjustice.org
                                                       RACHEL MEEROPOL (*pro hac vice*)
                                                       Email: rachelm@ccrjustice.org
                                                       JULES LOBEL (*pro hac vice*)
                                                       Email: jll4@pitt.edu
                                                       CENTER FOR CONSTITUTIONAL RIGHTS
                                                       666 Broadway, 7th Floor
                                                       New York, NY 10012
                                                       Tel: (212) 614-6432
                                                       Fax: (212) 614-6499

                                                       ANNE CAPPELLA (Bar No. 181402)
                                                       Email: anne.cappella@weil.com
                                                       AARON HUANG (Bar No. 261903)

---

NOTICE OF APPEARANCE

| | |
|---|---|
| 1 | Email: aaron.huang@weil.com |
| | BAMBO OBARO (Bar No. 267683) |
| 2 | Email: bambo.obaro@weil.com |
| | WEIL, GOTSHAL & MANGES LLP |
| 3 | 201 Redwood Shores Parkway |
| | Redwood Shores, CA 94065-1134 |
| 4 | Tel: (650) 802-3000 |
| 5 | Fax: (650) 802-3100 |
| 6 | CAROL STRICKMAN (SBN 78341) |
| 7 | Email: carol@prisonerswithchilodren.org |
| | LEGAL SERVICES FOR PRISONERS WITH |
| 8 | CHILDREN |
| | 1540 Market Street, Suite 490 |
| 9 | San Francisco, CA 94102 |
| 10 | Tel: (415) 255-7036 |
| | Fax: (415) 552-3150 |
| 11 | |
| 12 | CARMEN E. BREMER |
| | Email: Carmen.bremer@cojk.com |
| 13 | CHRISTENSEN, O'CONNOR, |
| | JOHNSON & KINDNESS PLLC |
| 14 | 1201 Third Avenue, Suite 3600 |
| 15 | Seattle, WA 98101-3029 |
| | Tel: (206) 695-1654 |
| 16 | Fax: (206) 224-0779 |
| 17 | CHARLES F.A. CARBONE (Bar No. 206536) |
| | Email: Charles@charlescarbone.com |
| 18 | LAW OFFICES OF CHARLES CARBONE |
| 19 | P. O. Box 2809 |
| | San Francisco, CA 94126 |
| 20 | Tel: (415) 981-9773 |
| | Fax: (415) 981-9774 |
| 21 | |
| 22 | MARILYN S. MCMAHON (SBN 270059) |
| | Email: Marilyn@prisons.org |
| 23 | CALIFORNIA PRISON FOCUS |
| | 1904 Franklin Street, Suite 507 |
| 24 | Oakland, CA 94612 |
| 25 | Tel: (510) 734-3600 |
| | Fax: (510) 836-7222 |
| 26 | |
| | ANNE BUTERFIELD WEILLS (SBN 139845) |
| 27 | Email: abweills@gmail.com |
| 28 | SIEGEL & YEE |

NOTICE OF APPEARANCE

3

499 14th Street, Suite 300
Oakland, CA 94612
Tel: (510) 839-1200
Fax: (510) 444-6698

*Attorneys for Plaintiff*

NOTICE OF APPEARANCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28