IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD ASHKER, et al.,

    Plaintiffs,

  v.

EDMUND G. BROWN, JR., et al.,

    Defendants.
_____/

No. C 09-5796 CW

ORDER AMENDING SCHEDULE

On March 9, 2015, the Court mistakenly stated the deadline for expert discovery as May 15, 2015.  The correct date is May 29, 2015.  All other dates remain the same.

IT IS SO ORDERED.

Dated: March 23, 2015

CLAUDIA WILKEN
United States District Judge