# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| TODD ASHKER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNOR OF THE STATE OF CALIFORNIA, et al., <br><br> Defendants. | No. 4:09-cv-05796-CW <br><br> [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' CROSS MOTION TO FURTHER AMEND SCHEDULING ORDER |

Before the Court is Plaintiffs' Response to Defendants' Motion to Amend Scheduling Order, or in the Alternative, Motion to Strike, and Cross Motion to Further Amend Scheduling Order.

Upon consideration of the cross motion, it is hereby ORDERED that Plaintiffs are permitted to take a further deposition of Dr. Robert D. Morgan by July 6, 2015.

**IT IS SO ORDERED.**

Dated:  05/07/2015

_____
HON. CLAUDIA WILKEN

PROPOSED ORDER - 1                                     Case No. 4:09-cv-05796-CW