KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
ADRIANO HRVATIN
Deputy Attorney General
State Bar No. 220909
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-1672
Fax: (415) 703-5843
E-mail: Adriano.Hrvatin@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **TODD ASHKER, et al.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**GOVERNOR OF THE STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | C 09-05796 CW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SUMMARY JUDGMENT BRIEFING SCHEDULE** |

Under Civil Local Rules 7-11 and 7-12, Plaintiffs and Defendants, through their attorneys, stipulate as follows:

Based upon the parties' ongoing settlement negotiations in this matter, presided over by Magistrate Judge Nandor J. Vadas, and to facilitate further negotiations, the parties agree that, if necessary, Plaintiffs' motion for summary judgment shall be filed on August 3, 2015. Defendants' opposition and cross-motion for summary judgment (contained within a single brief) shall also be filed on August 3, 2015. Plaintiffs' opposition to Defendants' cross-motion for summary judgment and Plaintiffs' reply supporting their summary-judgment motion shall be filed on August 21, 2015. This stipulation does not affect any other case deadlines.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: July 15, 2015

KAMALA D. HARRIS
Attorney General of California

/s/ Adriano Hrvatin

ADRIANO HRVATIN
Deputy Attorney General
*Attorneys for Defendants*

Dated: July 15, 2015

CENTER FOR CONSTITUTIONAL RIGHTS

/s/ Rachel Meeropol

RACHEL MEEROPOL
*Attorneys for Plaintiffs*

**[PROPOSED] ORDER**

On stipulation of the parties, and for good cause appearing, the Court orders that, if necessary, Plaintiffs will file their motion for summary judgment on August 3, 2015, Defendants will file their opposition and cross-motion for summary judgment (contained within a single brief) also on August 3, 2015, and Plaintiffs will file their opposition to Defendants' cross-motion for summary judgment and their reply supporting Plaintiffs' motion for summary judgment on August 21, 2015. All other dates remain the same.

**IT IS SO ORDERED.**

Dated: July ___, 2015

____________________________________
The Honorable Claudia Wilken
United States District Court Judge

SF2012204868
20761042.doc