# ATTACHMENT A

## Inmate Privilege Groups

**Step 1**
- S-1 Privileges:
    - No family visit
    - Non-contact visiting
    - 25% maximum monthly canteen draw
    - Emergency telephone calls
    - One (1) phone call every 90 days if programming and no serious RVRs in that time period
    - Yard access in accordance with Title 15, section 3343(h), which shall be a minimum of 10 hours per week
    - One (1) personal package not to exceed 30 pounds, exclusive of special purchases
    - One (1) photograph
    - Electrical appliances in accordance with Authorized Personal Property Schedule for SHU/PSU

**Step 2**
- S-2 Privileges:
    - No family visit
    - Non-contact visiting
    - 35% maximum monthly canteen draw
    - Emergency telephone calls
    - One (1) phone call every 60 days if programming and no serious RVRs in that time period
    - Yard access in accordance with Title 15, section 3343(h), which shall be a minimum of 10 hours per week
    - Receipt of (1) personal package not to exceed 30 pounds, exclusive of special purchases
    - Two (2) photographs if programming and no RVRs upon completion of Step 2
    - Electrical appliances in accordance with Authorized Personal Property Schedule for SHU/PSU

**Step 3**
- S-3 Privileges:
    - No family visit
    - Non-contact visiting
    - 45% maximum monthly canteen draw
    - Emergency telephone calls
    - One (1) phone call every 45 days if programming and no serious RVRs in that time period
    - Yard access in accordance with Title 15, section 3343(h), which shall be a minimum of 10 hours per week
    - Receipt of (1) personal package not to exceed 30 pounds, exclusive of special purchases
    - Three (3) photographs if programming and no RVRs upon completion of Step 3
    - Electrical appliances in accordance with Authorized Personal Property Schedule for SHU/PSU
    - Small Group Programs at least two hours per week
    - All inmates shall have access to GED, high school, and college level educational programs, with adequate academic support.

**Step 4**
- S-4 Privileges:
    - No family visit
    - Non-contact visiting
    - 50% maximum monthly canteen draw
    - Emergency telephone calls
    - One (1) phone call every 30 days if programming and no serious RVRs in that time period
    - Small group yard in groups as determined by ICC, which shall be a minimum of 10 hours per week
    - Receipt of (1) personal package not to exceed 30 pounds and one additional 15 pound food package, exclusive of special purchases
    - Four (4) photographs every 90 days if programming and no RVRs
    - Electrical appliances in accordance with Authorized Personal Property Schedule for SHU/PSU
    - Small Group Programs at least four hours per week
    - All inmates shall have access to GED, high school, and college level educational programs, with adequate academic support.

- S-5 Privileges: (Inmates assigned Administrative SHU status)
    - No family visit
    - Visiting during non-working/training hours, limited by available space within facility non-contact visiting rooms
    - 75% maximum monthly canteen draw
    - Emergency telephone calls
    - One (1) phone call per month
    - Yard access in accordance with Title 15, section 3343(h)
    - Four (4) personal packages per year not to exceed 30 pounds each. May also receive special purchases, as provided in subsections 3190(j) and (k).
    - One (1) photograph upon completion of each 180 day ICC review
    - Electrical appliances in accordance with Authorized Personal Property Schedule for SHU/PSU
    - The local Inter---Disciplinary Treatment Team may further restrict or allow additional authorized personal property, in accordance with the institution's Psychiatric Services Unit operation procedure, on a case by case basis above that allowed by the inmate's assigned privilege group.

**Restricted Custody General Population (RCGP)**
The RCGP is a Level IV 180-design facility commensurate with similarly designed high security general population facilities. Inmates may be transferred to the RCGP if:
- they have refused to participate in or refused to complete SDP Program components
- they have been found guilty of repeated STG violations while in the SDP
- identified safety concerns prevent their release to General Population and the RCGP is deemed to be appropriate
- they have been housed in a SHU for 10 or more continuous years and must complete the SDP because they have committed a SHU-eligible, STG-related violation within the preceding two years

- Available to all RCGP inmates:
    - Education – Alternative Education Program and/or small group education
    - Yard – commensurate with Level 4 GP, but with a minimum of 10 hours per week.
    - Access to religious services
    - Support services job assignments
    - Access to GED, high school, and college level educational programs, with adequate academic support.
    - Leisure Time Activity Groups
    - Small group yards as determined by ICC
    - Electrical appliances commensurate with the Authorized Personal Property Schedule for Level IV GP
    - Privileges:
        - Inmates transferred to RCGP due to refusal to participate in SDP and/or repeated STG RVRs: S-3 privilege group, unless modified by ICC based on program participation or continued STG RVRs
        - Inmates transferred into to the RCGP pilot program after 10+ continuous years in a SHU: commensurate with Level IV GP
        - Inmates transferred into to the RCGP for safety needs: commensurate with Level IV GP

- RCGP Visiting:
    - No Family Visits
    - Non-contact visits that are no less than those afforded to inmates in the Pelican Bay SHU
    - Contact visiting for all inmates in the RCGP shall be limited to immediate family and visitors pre-approved in accordance with existing Title 15 visiting regulations. Contact visits shall be of the same duration as allowed for General Population Level IV inmates, and occur on the following schedule:

        - Inmates transferred to RCGP due to refusal to participate in SDP and/or repeated STG RVRs
            - 1 contact visit every 120 days if programming and no repeated RVRs. ICC shall have the discretion to increase this schedule to 1 contact visit every 90 days, on a case by case basis.

        - Inmates transferred into to the RCGP pilot program after 10+ continuous years in a SHU:
            - 1 contact visit every 60 days unless the inmate incurs a disciplinary violation for which the loss of privileges imposed restricts visiting.

    - All other RCGP Inmates:
        - 1 contact visit every 60 days unless the inmate incurs a disciplinary violation for which the loss of privileges imposed restricts visiting

Small Group programming available in Steps 3, 4, and in the RCGP may include: anger management, parenting skills, understanding criminal thinking, drug & alcohol abuse counseling. These programs shall be provided based on the needs of the inmate.

# ATTACHMENT B

## SHU Term Assessment Chart

| OFFENSE | TYPICAL TERM (Mos) | | |
|---|---|---|---|
| | Low | Expected | High |
| (1) Homicide: | | | |
| (A) Murder, attempted murder, solicitation of murder, or voluntary manslaughter of a non-inmate. | 36 | 48 | 60 |
| (B) Murder, attempted murder, solicitation of murder, or voluntary manslaughter of an inmate. | 24 | 36 | 48 |
| (2) Violence Against Persons: | | | |
| (A) Battery on a non-inmate with a weapon capable of causing serious or mortal injury; caustic substance or other fluids capable of causing serious or mortal injury; or physical force causing serious injury. | 18 | 30 | 42 |
| (B) Assault on a non-inmate with a weapon, capable of causing serious or mortal injury; caustic substance or other fluids capable of causing serious or mortal injury. | 09 | 15 | 21 |
| (C) Rape, sodomy, or oral copulation on a non-inmate, or any attempt. | 18 | 30 | 42 |
| (D) Battery on an inmate with a weapon capable of causing serious or mortal injury; caustic substance or other fluids capable of causing serious or mortal injury or physical force causing serious injury. | 12 | 18 | 24 |
| (E) Assault on an inmate with a weapon capable of causing serious or mortal injury; caustic substance or other fluids capable of causing serious or mortal injury. | 6 | 9 | 12 |
| (F) Rape, sodomy, or oral copulation on an inmate accomplished against the inmate's will, or any Attempt. | 12 | 18 | 24 |
| (G) Battery on a non-inmate without serious injury. | 6 | 12 | 18 |
| (H) Assault on a non-inmate | 3 | 6 | 9 |
| (I) Battery on an inmate without serious injury. (2 or more offenses within a 12 month period or 1 with direct STG nexus). | 2 | 4 | 6 |
| (3) Threat to Kill or Assault Persons: | | | |
| (A) To take or use a non-inmate as a hostage. | 18 | 30 | 42 |
| (B) Threat of violence to non-inmate. | 2 | 5 | 8 |
| (4) Possession of a Weapon: | | | |
| (A) Possession of a firearm or possession or manufacturing of an explosive device. | 18 | 30 | 42 |

| | | | |
|---|---|---|---|
| (B) Possession or manufacture/manufacturing of a Weapon including materials altered from their original manufactured state or purpose and which can be made into a weapon–other than a firearm or explosive device and which has been manufactured or modified so as to have the obvious intent or capability of inflicting serious injury, and which is under the immediate or identifiable control of the inmate. | 4 | 8 | 12 |
| (5) Distribution of Controlled Substances as defined in section 3000. | 6 | 12 | 18 |
| (6) Escape: | | | |
| (A) With force or Attempted Escape with force against a person. | 12 | 24 | 36 |
| (B) Or attempted Escape from any departmental prison or institution other than a camp, MSF or reentry facility. | 6 | 12 | 18 |
| (7) Disturbance, Riot, or Strike: | | | |
| (A) Leading a disturbance, riot or strike. | 6 | 12 | 18 |
| (B) Active participation in a disturbance, riot or Strike (2 or more offenses within a 12 month period or1 with direct STG nexus). | 3 | 6 | 9 |
| (C) Inciting conditions likely to threaten institution security | 3 | 6 | 9 |
| (8) Harassment: a willful course of conduct that terrorizes a specific person, group, or entity either directly or indirectly . | 6 | 12 | 18 |
| (9) STG Disruptive Behavior: | | | |
| (A) Acting in a leadership role by directing or controlling STG behavior that is a behavior listed in this SHU Assessment Chart. | 6 | 12 | 18 |
| (B) Recruiting inmates to become an STG affiliate, or to take part in STG activities that is a behavior listed in this SHU Assessment Chart. | 3 | 6 | 9 |
| (C) Acting in a leadership role to generate, move, orfacilitate assets or proceeds as a result of, or in support of, prohibited STG business dealings. | 3 | 6 | 9 |
| (10) Theft or destruction of State property by any means where the loss or potential loss exceeds $10,000 or threatens the safety of others. | 2 | 8 | 12 |
| (11) Extortion or Bribery: | | | |
| (A) Extortion or bribery of a non-inmate. | 4 | 8 | 12 |

| | | | |
|---|---|---|---|
| (B) Extortion or bribery of an inmate. | 2 | 3 | 4 |
| (12) Sexual Misconduct: | | | |
| (A) Indecent Exposure. | 3 | 6 | 9 |
| (B) Sexual Disorderly Conduct (two or more offenses within a twelve month period). | 3 | 6 | 9 |
| (13) Except as otherwise specified in this section or identified as an assault, proven attempts to commit any of the above listed offenses shall receive one-half (1/2) of the term specified for that offense. | | | |
| (14) Any inmate who conspires to commit or solicits another person to commit any of the offenses above shall receive the term specified for that offense. | | | |

## ATTACHMENT C

## STG DISCIPLINARY MATRIX

| STG DISCIPLINARY MATRIX | | |
|---|---|---|
| Behavior/Activity With Nexus to STG | Administrative or Serious | SDP Placement Options (Section 3378.4(b) |
| Section 1:<br>a) Murder, attempted murder, solicitation of murder, or voluntary manslaughter of a non-offender or offender;<br>b) Assault or Battery capable of causing serious injury; Assault or battery with a deadly weapon or caustic substance capable of causing serious injury, solicitation for offense;<br>c) Taking a hostage;<br>d) Possession of a firearm, explosive device, or weapon which has been manufactured or modified so as to have the obvious intent or capability of inflicting traumatic injury, and which is under the immediate or identifiable control of the offender;<br>e) Escape or attempted escape with force or violence<br>f) Rape, sodomy, or oral copulation against the victim's will. | Serious | 3378.4(b)(2)<br>3378.4(b)(3)<br>3378.4(b)(6)<br>3378.4(b)(7) |
| Section 2:<br>a) Introduction, Trafficking, or Distribution of any Controlled Substance (as defined in Section 3000);<br>b) Arson involving damage to a structure or causing serious bodily injury.<br>c) Possession of flammable, explosive, or combustible material with intent to burn any structure or property;<br>d) Extortion or Threat by Means of Force or Violence, including requiring payment for protection/insurance or intimidating any person on behalf of the STG;<br>e) Threatening to kill or cause serious bodily injury to a public official, their immediate family, their staff, or their staffs' immediate family;<br>f) Any other felony involving violence or injury to a victim and not specifically identified on this chart. | Serious | 3378.4(b)(2)<br>3378.4(b)(3)<br>3378.4(b)(5)<br>3378.4(b)(6)<br>3378.4(b)(7) |
| Section 3:<br>a) Battery on a Peace Officer or non-offender not involving use of a weapon;<br>b) Assault on a Peace Officer or non-offender by any means likely or not likely to cause great bodily injury;<br>c) Assault or battery on a prisoner with no serious injury;<br>d) Destruction of state property valued in excess of $400 dollars during a riot or disturbance; | Serious | 3378.4(b)(2)<br>3378.4(b)(3)<br>3378.4(b)(5)<br>3378.4(b)(6)<br>3378.4(b)(7) |

| | | |
|---|---|---|
| e) Theft, embezzlement, arson, destruction, or damage to another's personal property, state funds, or state property valued in excess of $400;<br>f) Any felony not involving violence or the use of a weapon not listed in this schedule with a direct nexus to STG Behavior. | | |
| Section 4:<br>a) Bribery of a non-offender;<br>b) Leading/Inciting a disturbance, riot, or strike;<br>c) Active participation in, or attempting to cause conditions likely to threaten institution security;<br>d) Willfully resisting, delaying, or obstructing any peace officer in the performance of duties;<br>e) Possession of Cell Phone or Components;<br>f) Acting in a Leadership Role displaying behavior to organize and control other offenders within the STG; | Serious | 3378.4(b)(2)<br>3378.4(b)(3)<br>3378.4(b)(4)<br>3378.4(b)(5)<br>3378.4(b)(7) |
| Section 5:<br>a) Gambling;<br>b) Tagging, or otherwise defacing state property valued at less than $950, with symbols or slogans intended to promote affiliation with a STG. | Serious | 3378.4(b)(2)<br>3378.4(b)(4)<br>3378.4(b)(7) |
| Section 6:<br>a) STG Related Tattoos and/or Body Markings (new since most recent arrival in CDCR and not previously documented);<br>b) Recording/documentation of conversations, the content of which evidences active STG behavior;<br>c) Harassment of another person, group or entity either directly or indirectly through the use of the mail, telephone, or other means;<br>d) Communications between offenders/others, the content of which evidences active STG behavior;<br>e) Leading STG Roll Call;<br>f) Directing Cadence for STG Group Exercise;<br>g) In Personal Possession of STG related Written Material including Membership or Enemy List, Roll Call Lists, Constitution, Organizational Structures, Codes, Training Material, etc.;<br>h) In Personal Possession of mail, notes, greeting cards or other communication (electronic or non-electronic) which include coded or explicit messages evidencing active STG behavior; | Serious | 3378.4(b)(2)<br>3378.4(b)(4)<br>3378.4(b)(7) |
| Section 7:<br>Except as otherwise specified in this section, proven attempts to commit or an offender who conspires to commit any of the above listed offenses shall receive the term range specified for that offense. | Serious | Identified in Section 3378.4(b) |
| Section 8:<br>a) Active Participation in STG Roll Call;<br>b) Participating in STG Group Exercise; | Administrative | 3378.4(b)(1)<br>3378.4(b)(4)<br>3378.4(b)(7) |

|  |  |  |
|---|---|---|
| c) Using hand signs, gestures, handshakes, slogans, distinctive clothing, graffiti which specifically relate to an STG;<br>d) Wearing, possessing, using, distributing, displaying, or selling any clothing, jewelry, emblems, badges, certified symbols, signs, or other STG items which promote affiliation in a STG;<br>e) In Possession of artwork, mail, notes, greeting cards, letters or other STG items clearly depicting certified STG symbols;<br>f) In Possession of photographs that depict STG association. Must include STG connotations such as insignia, certified symbols, or other validated STG affiliates.<br>g) In possession of contact information (i.e., addresses, telephone numbers, etc.) for validated STG affiliates or individuals who have been confirmed to have assisted the STG in illicit behavior. |  |  |