IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER, et al., | No. C 09-05796 CW |
| Plaintiff, | ORDER |
| v. | |
| GOVERNOR OF THE STATE OF CALIFORNIA, et al., | |
| Defendants. | |

The Court is inclined to grant the Motion for Conditional Certification of Settlement Class; Preliminary Approval of Settlement Agreement; Stay of the Proceedings; Notice to Class Members; and Schedule Setting Fairness Hearing for Final Approval (Docket No. 424). Although the Court recognizes that the parties have agreed to forego the hearing noticed for October 6, 2015, the Court does not wish to foreclose a hearing at this time. Parties not in the Northern District of California are granted leave to appear by telephone. If any party wishes to appear by telephone, that party must contact the Courtroom Deputy by 12:00 pm on Monday, October 5, for instructions for telephone appearances.

IT IS SO ORDERED.

Dated: October 2, 2015

CLAUDIA WILKEN
United States District Judge