UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MINUTE ORDER

Date: October 6, 2015 Time: 17 Minutes
Case No: 09-cv-5796-CW
Case Name: Ashker et al. v. Brown et al.

**The Honorable Claudia Wilken, Presiding**
**Clerk: Jean Ballard    Court Reporter:  Diane Skillman**

**Appearances for Plaintiff: Anne Weills; Carol Strickman; Jules Lobel – appearing by telephone; Samuel Miller – appearing by telephone**

**Appearances for Defendant: Adriano Hrvatin; Jay Russell**

Proceedings:

Joint Motion for Preliminary Approval of Settlement-GRANTED as stated on the record.  The parties shall meet and confer and submit an updated notice and proposed order to the Court by October 9, 2015.  Final Approval briefing shall be submitted by 1/12/16.  The Final Hearing will be held on 1/26/16 at 2:30 p.m. The Pretrial Conference and Trial dates are vacated.

Copies to:  Chambers