1  DERRICK SIMS J20913
   P.O. Box 3481  4B4L-45
2  Corcoran ca. 93212

FILED
OCT 22 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

3  UNITED STATES NORTHERN DISTRICT COURT

4  FOR THE NORTHERN DISTRICT OF CALIFORNIA

5  ASHKER et.al.

6         V.                                    Case No: 4:09-CV-05796 C.W.

7  GOVERNER et.al.

8         OPPOSITION/COMMENTS RE: FAIRNESS
9         OF SETTLEMENT IN ABOVE CAPTIONED.

10 TO: HONORABLE MAGISTRATE JUDGE:

11 Dear honorabe Judge:           My name is Derrick Sims J20913
12 I have been incarcerated since 1993. and validated wrongfully as an
13 alleged prison gang associate since Oct. 2002. I was sent to
14 Pelican Bay state prison security housing unit (PBSP)(SHU) on 2/7/04
15 I served a total of 10 years in PBSP's SHU. And on April, 14-2014
16 I was seen by -DRB- committee whose members consist of George. G.
17 Giurbino, Director (A), D. Rothchild, chief (A). M. Ruff, special agent in
18 charge (A) OCS.; R. Rushe, PHD. PBSP. & TAMMY CAMPBELL, CCII
19 CSP-COR. for PBSP. During this DRB committee all members were to
20 My surprise professional respectful. And I had absolutely no knowledge
21 that I was being lied to & missled. I was placed on step 5 of SDP
22 & Transfered to Corcoran SHU due to alleged safety concerns & placed
23 on Non-disiclplinary status. NDS. I was specifically told I get group
24 yard & a cellie with the same criteria i.e. NDS. that has not
25 happend. then on 7/21/2015 I finally received my copy of DRB
26 chrono, I read the section that stats: INMATE COMMENS/PARTICIPATION
27 and noticed DRB falsely documented that: Sims agreed with
28 DRB decision and requested to be released to a SNY Facility

1

That is a completely false documentation & violates my rights under ccr 3450, & D.O.M. § 13030 et seq. & 86070.1 et seq, as well as cal. civil code 1798.20. I Appealed this issue only to be told I may not appeal a DRB decision. However, this is not a decision I attempted to appeal it's the false documentation I attempted to appeal & have corrected. Maybe you can look into this matter by requesting to view cdcr 602 log # 15-4556-? & 602 # 15-5013. For the record I requested BP & expressed dissatisfaction with DRB decision.

It is also wroth noting that when I Appeared at c.s.p corcoran icc committee the captain was Tammy Campbell & all her professionalism & Respect were absent infact she was disrespectful and Greenwall characteristics.

1. I believe in the interest of fairness & Justice that this honorable court should Appoint a specialist independent of cdcr to sit in on all DRB SDP matters to record & ensure cdcr officials do not falsify documentation/ comments made by either parties.

2. For those prisoners who contend not to have alleged safety concerns, allow prisoner to be released to general population by signing a waiver releasing cdcr of any & all liability.

3. According to settlement RCPG prisoners will only be allowed contact visits every 60 days. For those prisoners on NDS status & placed into RCPG against our will this contact visits every 60 days violates our rights as we've done nothing to violate prison visiting priviledges to warrant contact visits every 60 days — and should

be afforded regular contact visits.

4. CDCR plans to open the RCPP yard at PBSP this is simply unacceptable and unfair to those prisoners who were housed in PBSP for decades +. And also not fair to their families due to they'd have to travel extreme distances and pay travel fees over a thousand dollars. The RCPP yard(s) should be in good faith in a geographically location for both Southern & Northern California prisoners families to be able to visit & travel. Thank you for your time and consideration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

September 29, 2015

Derrick Sims J20813

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY
(Fed. R. CIV. P. 5:28 U.S.C. 1746)

I, __Derrick Sims J29913__, declare:

I am over eighteen (18) years of age and am a party to this action. I am a resident of __California State - Corcoran__ Prison,

In the county of __Kern county__,

State of California. My prison address is __P.O. Box 3481 - 4B4L-45 Corcoran ca, 93212__

On __September 29-2015__
(Date)

I served the attached: __opposition/comments RE: FAIRNESS of settlement in re Asker et al v. Gov, et al__
(DESCRIBE DOCUMENT)

On the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States mail in a deposit box so provided at the above named correctional institution in which I am presently confined. The envelope was addressed as follows:

__Clerk of court U.S. District court__
__Northern District of California__
__1301 Clay Street__
__Oakland ca. 94612__

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __September 29-2015__    _____
(Declarant's Signature)