IN RE ASHKER V. BROWN SETTLEMENT.

RECEIVED
Filed
NOV -2 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO MAGISTRATE Judge NANdoR J. VAdAS

I AM WRITING THIS letter OVER CONCERN AbOUT A 'LOOPHOLE' THAT IS Allowing (AS OF THIS WRITING) CDCR TO Abuse its discRETION And NOT COMPLY WITH THE SPIRIT OF THE SETTLEMENT.

THERE ARE AN UNKNOWN NUMBER OF INMATES HERE IN CORCORAN SHU, ALONG WITH myself, who qUALIFY TO geT RELEASED TO THE geNERAL popULATION bUT ARE INSTEAd being RETAINed IN SOLITARY CONFINEMENT due TO WHAT AMOUNTS TO HEARSAY THAT WE HAVE "SAFETY CONCERNS".

ALThough THE CDCR does HAVE DISCRETION TO RETAIN INMATES IN THE SHU TILL THEY FIND ALTERNATE HOUSING FOR INSTANCE, "RESTRICTIVE CUSTOdY", BASed ON A "PREPOND-ERANCE OF EVIDENCE", This DISCRETION IS BEING ABUSEd. SUddENLY MEN WHO HAd NO SECURITY/SAFETY CONCERNS PREVIOUSLY ARE being WRITTEN UP FOR SAFETY CONCERNS IN ORDER TO RETAIN THE INDIVIDUAL IN THE SHU "FOR HIS OWN SAFETY".

IN my CASE it is SOLELY bASEd ON A STATEMENT allegedly MAde by A CONFIdENTIAL INFORMANT bACK IN NOV 2011 who STATEd THAT "I WAS TARGETEd FOR ASSAULT" which IS NOT TRUE. IN FACT THERE ARE TWO RECENT CONFIdENTIAL SOURCES THAT REFUTE THIS!

Despite this I WAS RECENTLY RETAINed IN SOLITARY CONFINEMENT ON 10/23/15 by A SPECIAL COMMITTEE HERE IN CORCORAN PRISON IN CHARGE OF REVIEWING CASES OF All those INMATES WHO HAVE bEEN IN THE SHU FOR TEN PLUS YEARS. I HAVE REPEATEdly

said on record that I have no such safety concerns yet I am still kept on single cell status with that false label. The problem seems to stem from what exactly constitutes "substantial justification" and the power CDCR has in getting to define how much is "overwhelming evidence".

We are concerned this loophole will continue to be abused by prison officials as a way to retain inmates in solitary confinement for as long as possible.

Please take this matter into consideration. Thank you for your time.

Respectfully

Moises Osuna

MOISES OSUNA #J-15168
4B/2R-58
P.O. BOX 3481
CORCORAN, CA
93212

10/25/15.