```
 1                    UNITED STATES DISTRICT COURT

 2           NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

 3             HONORABLE CLAUDIA WILKEN, U.S. DISTRICT JUDGE

 4                               - - -

 5   ASHKER, ET AL,                  )
                                     )
 6                  PLAINTIFFS,      )    Case No.
                                     )
 7         vs.                       )    09-cv-05796-CW
                                     )
 8   BROWN, ET AL.,                  )
                                     )
 9                  DEFENDANTS.      )
     _____)
10

11                       REPORTER'S TRANSCRIPT OF
                      FAIRNESS HEARING & MOTION HEARING
12                       TUESDAY, JANUARY 26, 2016
                            OAKLAND, CALIFORNIA
13

14   APPEARANCES:

15   FOR PLAINTIFFS:         LAW OFFICES OF JULES LOBEL
                             Attorneys at Law
16                           BY:  Jules Lobel, Esq.
                             3900 Forbes Avenue
17                           Pittsburgh, Pennsylvania  15260
                             412-648-1375
18                           Jll4@pitt.edu

19                           SIEGEL & YEE
                             Attorneys at Law
20                           BY:  Anne Butterfield Weills, Esq.
                             499 - 14th Street, Suite 220
21                           Oakland, California  94612
                             510-839-1200
22                           Aweills@aol.com

23                  (APPEARANCES CONTINUED ON PAGE 2)

24   REPORTED BY:            VICTORIA L. VALINE, CSR, RMR, CRR
                             CALIFORNIA CSR NO. 3036
25                           victoriavalinecsr@gmail.com
```

UNITED STATES DISTRICT COURT

```
FOR PLAINTIFFS:    LEGAL SERVICES FOR PRISONERS WITH CHILDREN
                   BY:  Carol Strickman, Staff Attorney
                   1540 Market Street, Suite 490
                   San Francisco, California  94102
                   415-255-7036
                   Carol@prisonerswithchildren.org


                   MARILYN S. McMAHON
                   California Prison Focus
                   P.O. Box 1128
                   2000 Allston Way
                   Berkeley, California  94701
                   510-734-3600
                   Marilyn@prisons.org

                   ELLENBERG & HULL
                   Attorneys at Law
                   BY:  Gregory D. Hull, Esq.
                   4 North Second Street, Suite 1240
                   San Jose, California  95113
                   408-998-8500
                   Greg@ellenberghull.com

                   WEIL, GOTSHAL & MANGES, LLP
                   Attorneys at Law
                   BY:  Anne M. Cappella, Esq.
                   201 Redwood Shores Parkway
                   Redwood Shores, California  94065
                   650-802-3141
                   Anne.cappella@weil.com

                   BREMER LAW GROUP, PLLC
                   Attorneys at Law
                   BY:  Carmen E. Bremer, Esq.
                   1700 Seventh Avenue, Suite 2100
                   Seattle, Washington  98101
                   206-357-8442
                   Carmen.bremer@bremerlawgroup.com

FOR DEFENDANTS:    STATE OF CALIFORNIA
                   Department of Justice
                   Office of the Attorney General
                   BY:  Adriano Hrvatin, Deputy Attorney General
                        Jay C. Russell, Deputy Attorney General
                   455 Golden Gate Avenue, Suite 11000
                   San Francisco, California  94102
                   415-703-1672
                   Adriano.hrvatin@doj.ca.gov
                   Jay.russell@doj.ca.gov
```

UNITED STATES DISTRICT COURT

```
 1    STATE OF CALIFORNIA
      Department of Corrections and Rehabilitation
 2    Office of Legal Affairs
      BY:  Patrick R. McKinney, II, General Counsel
 3    1515 S Street, Suite 5025
      Sacramento, California  95811
 4    916-323-6001
      Patrick.mckinney@cdcr.ca.gov
 5

 6    STATE OF CALIFORNIA
      Department of Corrections and Rehabilitation
 7    Office of Legal Affairs
      BY:  Patricia J. Lee, Attorney
 8    1515 S Street, Suite 314S
      Sacramento, California  95811
 9    916-324-7200
      Patricia.lee2@cdcr.ca.gov
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT

1          *OAKLAND, CALIFORNIA;   TUESDAY, JANUARY 26, 2016*

2                              *2:34 P.M.*

3                                *- - -*

4          THE CLERK:  Calling civil case number 09-5796, Ashker,
5   et al. versus Brown, et al.
6      Please line up and state your appearances.
7          MR. LOBEL:  Jules Lobel for the plaintiffs.
8          MR. HRVATIN:  Good afternoon, your Honor.  Adriano
9   Hrvatin for the defendants.
10         THE COURT:  And if you --
11         MR. HRVATIN:  At the table we have Jay Russell from
12  the Attorney General's Office.  From CDCR, Patrick McKinny, as
13  well as Patricia Lee.
14         MR. LOBEL:  At our table we have Anne Weills, Carol
15  Strickman, Marilyn McMahon, Greg Hull, Anne Cappella, and
16  Carmen Bremer.
17         THE COURT:  Good afternoon.
18     So this is on for a joint motion for final approval of the
19  class action settlement and fairness hearing.  I had previously
20  preliminarily approved the settlement subject to notice and
21  possible further discussions on a few of the terms.
22     You've reported that you have, in fact, followed the notice
23  plan and given even more notice than initially thought, which
24  is good, and that everything else is in order.  There have been
25  a few letters received from prisoners, and those letters, I

1  believe all of them -- if not all of them, maybe you want to
2  address some of them now, but I think all or most of them were
3  addressed in the filings and ranged from people who don't
4  understand certain aspects of the settlement, or people who
5  wish the settlement could have been better, or wish for things
6  that aren't encompassed in the lawsuit or other sorts of
7  things, but none that would really cast any doubt on the
8  fairness of the settlement.
9      We do have a -- what is it, an objection, I guess, from the
10 California Correctional Officers Association.  I don't know if
11 anyone's here from that organization, or if they just wanted to
12 rely on the filing.  I did read it and if you all have anything
13 further you'd want to say about it, you may.  I think it, too,
14 doesn't cast any doubt on the fairness or appropriateness of
15 the settlement.  It addresses mainly issues about prison gangs,
16 as though that were separate from what is now being referred to
17 as security threat groups, which I think are, generally
18 speaking, overlapping if not the same as what used to be called
19 gangs.  So it seems as though some of the concerns are
20 addressed by the settlement, but I could be wrong.
21     So if anyone has anything they'd like to add, either with
22 respect to any prisoner letters that weren't addressed, or with
23 respect to the correctional officers' letter, or any other
24 matters, you can address them.
25     No?  Yes?

1    MR. HRVATIN: Your Honor, I think our position is
2 consistent with everything that you said, by way of the parties
3 having addressed any comments or objections that -- from
4 defendants' point of view and jointly with the plaintiffs. We
5 don't believe it takes the settlement agreement off track by
6 way of its overall -- as a whole in fairness, adequacy, and
7 reasonableness.
8    THE COURT: And certainly the CDCR and the Attorney
9 General's Office had in mind throughout the negotiations the
10 safety of the staff as well as the prisoners.
11    MR. HRVATIN: To this day, your Honor.
12    THE COURT: Did you have anything you wanted to add?
13 Were you able to address all the prisoners' letters?
14 Is there anything in the record that hasn't been addressed?
15    MR. LOBEL: No. I think we addressed all the prisoner
16 letters, and I agree with Mr. Hrvatin, as remarkable as that
17 may seem.
18    THE COURT: Well, I think the settlement is pretty
19 remarkable if you want my opinion.
20 I will approve the settlement. I think it is extremely
21 fair, extremely humane, and extremely innovative, and I
22 certainly hope that it will proceed smoothly and that it will
23 succeed. I think the attorney general in this particular case,
24 as well as the CDCR officials have been very responsive and
25 innovative in the things that they have considered, and the

1  plaintiffs' attorneys have done an excellent job, particularly
2  in light of the fact that some of them, at least, are working
3  pro bono from law firms, I take it.
4      I want to thank Magistrate Judge Nandor Vadas, who I think,
5  as I understand it, worked very, very hard to bring the
6  settlement about and will have a continuing role in resolution
7  of any issues that might come up about the settlement, and I
8  have great faith and trust in him to deal with that fairly.
9      So unless there's -- oh, and I guess you're trying to
10 settle the attorneys' fees issues, and if you're unable to,
11 you'll be filing motions on that and I'll resolve those.
12          MR. LOBEL:  Correct.
13          THE COURT:  Apart from that, then, I will approve the
14 settlement.
15          MR. HRVATIN:  Thank you.
16          THE COURT:  And I'll sign the proposed order.
17          MR. HRVATIN:  Thank you, your Honor.
18          MR. LOBEL:  Thank you, your Honor.
19          THE COURT:  All right.  Thank you all.
20          (Whereupon the matter concluded at 2:39 p.m.)
21                          --o0o--

UNITED STATES DISTRICT COURT

CERTIFICATE OF REPORTER

    I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

*Victoria L. Valine*

Victoria L. Valine, CSR 3036, RMR, CRR

THURSDAY, FEBRUARY 18, 2016

UNITED STATES DISTRICT COURT