UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHER CONRAD SUAREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY BEARD, et al.,<br><br>    Defendants. | Case No. 15-cv-05756-HSG<br><br>**ORDER DENYING REQUEST TO RELATE CASES**<br><br>Re: Dkt. No. 8 |

Plaintiff has requested that the instant action be related to *Ashker v. Governor*, No. C 09-05796 CW (N.D. Cal.), and transferred to Judge Claudia Wilken. Docket No. 8. Plaintiff's request is DENIED without prejudice to refiling in *Ashker v. Governor*. Pursuant to Local Rule 3-12(b), an administrative motion to consider whether cases should be related should be filed in the lowest-numbered case. L. R. 3-12(b). Accordingly, Plaintiff's request to relate cases should be filed in *Ashker v. Governor*, No. C 09-05796 CW, with a courtesy copy filed in the instant action.

**IT IS SO ORDERED.**

Dated: 4/29/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge