JULES LOBEL (*pro hac vice*)
RACHEL MEEROPOL (*pro hac vice*)
ALEXIS AGATHOCLEOUS (*pro hac vice*)
SAMUEL MILLER, State Bar No. 138942
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: 212.614.6478
Fax: 212.614.6499
jll4@pitt.edu
aagathocleous@ccrjustice.org,
rachelm@ccrjustice.org

CARMEN E. BREMER (*pro hac vice*)
Email: carmen.bremer@bremerlawgroup.com
BREMER LAW GROUP PLLC
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Tel: (206) 357-8442
Fax: (206) 858-9730
carmen.bremer@bremerlawgroup.com

*Attorneys for Plaintiffs*
(Additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TODD ASHKER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNOR OF THE STATE OF CALIFORNIA, *et al.*, <br><br> Defendants. | Case No.: 4:09-cv-05796-CW <br><br> **CLASS ACTION** <br><br> **PUBLIC VERSION** <br><br> **MOTION TO ENJOIN CDCR FROM CONTINUING TO RETAIN FIVE PRISONERS IN SHU** <br><br> Date: June 14, 2016 <br> Time: 10:00 am <br> Location: Courtroom D, 15th Floor <br> Judge: Honorable Nandor Vadas |

**REDACTED VERSION OF DOCUMENT**

**SOUGHT TO BE FILED UNDER SEAL IN ITS ENTIRETY**

By: */s/ Carmen E. Bremer*
CARMEN E. BREMER (*pro hac vice*)
Email: carmen.bremer@bremerlawgroup.com
BREMER LAW GROUP PLLC
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Tel: (206) 357-8442
Fax: (206) 858-9730
carmen.bremer@bremerlawgroup.com

JULES LOBEL (*pro hac vice*)
ALEXIS AGATHOCLEOUS (*pro hac vice*)
Email: aagathocleous@ccrjustice.org
RACHEL MEEROPOL (*pro hac vice*)
Email: rachelm@ccrjustice.org
SAMUEL MILLER (Bar No. 138942)
Email: samrmiller@yahoo.com
SOMALIA SAMUEL (*pro hac vice*)
Email: ssamuel@ccrjustice.org
AZURE WHEELER (*pro hac vice*)
Email: awheeler@ccrjustice.org
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6478
Fax: (212) 614-6499

ANNE CAPPELLA (Bar No. 181402)
Email: anne.cappella@weil.com
AARON HUANG (Bar No. 261903)
Email: aaron.huang@weil.com
BAMBO OBARO (Bar No. 267683)
Email: bambo.obaro@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
Tel: (650) 802-3000
Fax: (650) 802-3100

CAROL STRICKMAN (SBN 78341)
Email: carol@prisonerswithchilodren.org
LEGAL SERVICES FOR PRISONERS WITH CHILDREN
1540 Market Street, Suite 490
San Francisco, CA 94102
Tel: (415) 255-7036
Fax: (415) 552-3150

GREGORY D. HULL (State Bar No. 57367)
E-mail: greg@ellenberghull.com
ELLENBERG & HULL
4 N 2nd Street, Suite 1240
San Jose, CA 95113
Telephone: (408) 998-8500
Fax: (408) 998-8503

CHARLES F.A. CARBONE (Bar No. 206536)
Email: Charles@charlescarbone.com
LAW OFFICES OF CHARLES CARBONE
P. O. Box 2809
San Francisco, CA 94126
Tel: (415) 981-9773
Fax: (415) 981-9774

MARILYN S. MCMAHON (SBN 270059)
Email: Marilyn@prisons.org
CALIFORNIA PRISON FOCUS
P.O. Box 1129
2000 Allston Way
Berkeley, CA 94701
Tel: (510) 734-3600
Fax: (510) 836-7222

ANNE BUTTERFIELD WEILLS (SBN 139845)
Email: abweills@gmail.com
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, CA 94612
Tel: (510) 839-1200
Fax: (510) 444-6698

*Attorneys for Plaintiffs*