JULES LOBEL (*pro hac vice*)
RACHEL MEEROPOL (*pro hac vice*)
ALEXIS AGATHOCLEOUS (*pro hac vice*)
SAMUEL MILLER, State Bar No. 138942
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: 212.614.6478
Fax: 212.614.6499
jll4@pitt.edu
aagathocleous@ccrjustice.org,
rachelm@ccrjustice.org

CARMEN E. BREMER (*pro hac vice*)
Email: carmen.bremer@bremerlawgroup.com
BREMER LAW GROUP PLLC
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Tel: (206) 357-8442
Fax: (206) 858-9730
carmen.bremer@bremerlawgroup.com

*Attorneys for Plaintiffs*
(Additional counsel listed on signature page)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| TODD ASHKER, *et al.*,<br><br>             Plaintiffs,<br><br>   v.<br><br>GOVERNOR OF THE STATE OF CALIFORNIA, *et al.*,<br><br>             Defendants. | Case No.: 4:09-cv-05796-CW<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENJOIN CDCR FROM CONTINUING TO RETAIN FIVE PRISONERS IN SHU**<br><br>Judge: Nandor J. Vadas |

The Court has received Plaintiffs' Motion to Enjoin CDCR from Continuing to Retain Five Prisoners in SHU. Having considered the motion, together with all supporting materials and all materials filed in opposition to the motion, and good cause appearing therefor, Plaintiffs' Motion is hereby GRANTED. Defendants are ENJOINED from reissuing RVRs for Conspiracy to Murder to George Franco, Samuel Luna, Matt Rocha, Rudolpho Miramontes,

1  Donald Moran, or Antonio Guillen; from retrying these prisoners on these charges; and from
2  continuing to house these prisoners in the SHU or Administration Segregation.  CDCR is
3  hereby ORDERED to immediately transfer Guillen, Luna, Franco, Moran, and Miramontes to
4  an appropriate General Population facility under paragraph 25 of the Settlement Agreement.
5  IT IS SO ORDERED.

Dated:  May __, 2016         By:  _____
                                  Honorable Nandor J. Vadas
                                  United States Magistrate Judge