# EXHIBIT 1

1    KAMALA D. HARRIS
     Attorney General of California
2    JAY C. RUSSELL
     Supervising Deputy Attorney General
3    ADRIANO HRVATIN
     Deputy Attorney General
4    State Bar No. 220909
      455 Golden Gate Avenue, Suite 11000
5     San Francisco, CA  94102-7004
      Telephone:  (415) 703-1672
6     Fax:  (415) 703-5843
      E-mail:  Adriano.Hrvatin@doj.ca.gov
7    *Attorneys for Defendants*

     JULES LOBEL (*pro hac vice*)
     ALEXIS AGATHOCLEOUS (*pro hac vice*)
     RACHEL MEEROPOL (*pro hac vice*)
     SAMUEL MILLER, State Bar No. 138942
     CENTER FOR CONSTITUTIONAL RIGHTS
      666 Broadway, 7th Floor
      New York, NY  10012
      Telephone:  (212) 614-6432
      Fax:  (212) 614-6499
      E-mail:  jll4@pitt.edu
     *Attorneys for Plaintiffs*

8

9                    IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                            OAKLAND DIVISION

12

13   **TODD ASHKER, et al.,**                    Case No. C 09-05796 CW

14                        Plaintiffs,             STIPULATION REGARDING
                                                  PLAINTIFFS' MOTION FOR
15              v.                                ATTORNEYS' FEES AND COSTS

16   **GOVERNOR OF THE STATE OF
     CALIFORNIA, et al.,**

17
                         Defendants.
18

19

20                              **INTRODUCTION**

21          1.    The parties enter into this stipulation to resolve Plaintiffs' motion for attorneys' fees

22   and costs, which Plaintiffs will file with the Court as contemplated by the settlement agreement

23   resolving Plaintiffs' claims for injunctive and declaratory relief in this class-action matter

24   (Settlement Agreement or Agreement).

25                               **BACKGROUND**

26          2.    On August 31, 2015, the parties executed a Settlement Agreement that resolved

27   Plaintiffs' claims for injunctive and declaratory relief.  The Agreement provided that Plaintiffs are

28   entitled to "attorneys' fees and costs for work reasonably performed on this case . . . at the hourly

                                            1

1    rate set forth under the Prison Litigation Reform Act [PLRA], 42 U.S.C. § 1997e(d)." (*See* ECF

2    No. 424-2 at ¶ 55.)  The Agreement provided that "Plaintiffs shall have sixty days from the entry

3    of a final order approving this Agreement to file their motion for attorneys' fees and costs for

4    work reasonably performed before that date." (*Id.*)

5        3.    On September 1, 2015, the parties filed a joint motion seeking preliminary approval

6    of the Agreement, which included a proposed notice to class members.  At that time, Plaintiffs

7    had not made a demand for an amount of attorneys' fees and costs.  Accordingly, the notice to

8    class members stated that  Plaintiffs would be filing a motion for attorneys' fees following entry

9    of a final order approving the Settlement, and that class members would be provided separate

10   notice regarding that motion.  (*See* ECF Nos. 424-4 & 443-8.)

11       4.    On October 14, 2015, the Court entered an order preliminarily approving the

12   Agreement.  (ECF No. 445.)

13       5.    On December 23, 2015, Plaintiffs submitted a formal request for attorneys' fees and

14   costs to Defendants.  That request included tables summarizing the number of hours worked by

15   attorneys, paralegals, and litigation-support staff from May 11, 2011 to September 1, 2015, and

16   expenses incurred over the same time period.  The request also included a table summarizing

17   Plaintiffs' billing judgment.  On January 8, 2016, Plaintiffs produced to Defendants billing

18   records to itemize the hours spent and services performed for 39 timekeepers for whom Plaintiffs

19   sought to recover fees.

20       6.    On January 26, 2016, the Court granted the parties' joint motion for final approval of

21   the Settlement Agreement.  (ECF No. 488.)

22       7.    On March 25 and April 26, 2016, the Court approved stipulations extending

23   Plaintiffs' deadline to apply for attorneys' fees and costs, given the parties' continuing

24   negotiations over the amount of Plaintiffs' request for fees and costs.  (ECF Nos. 505 & 516.)

25       8.    On May 2, 2016, the parties reached an agreement to resolve Plaintiffs' request, and

26   now enter into this stipulation to formalize that agreement.

27

28

2

1

**TERMS**

2    9.    Subject to Court approval, Defendants agree to pay $4,550,000 to resolve Plaintiffs'

3    request for attorneys' fees and costs for work reasonably performed in this case through

4    September 1, 2015.

5    10.    Under the Agreement, "[o]n a quarterly basis, Plaintiffs may file motions for

6    reasonable attorneys' fees accrued in monitoring and enforcing CDCR's compliance with this

7    Agreement." (*See* ECF No. 424-2 at ¶ 55.)  As provided under the Agreement, all further

8    requests for reasonable attorneys' fees will be at the hourly rate set forth under the PLRA.  (*Id.*)

9    **IT IS SO STIPULATED.**

10

11    Dated:  June  3 , 2016                    CENTER FOR CONSTITUTIONAL RIGHTS

12                                               *Samuel R. Miller*

13                                               SAMUEL MILLER
                                                 *Attorneys for Plaintiffs*
14

15    Dated:  June 3 , 2016                      KAMALA D. HARRIS
                                                 Attorney General of California
16

17                                               *A. Hrvatin*

18                                               ADRIANO HRVATIN
                                                 Deputy Attorney General
                                                 *Attorneys for Defendants*
19

20    SF2012204868
      Stipulation re attorneys' fees and costs (P final) (2).doc

21

22

23

24

25

26

27

28

Stip. Re Pls.' Mot. Attorneys' Fees & Costs (C 09-05796 CW)