# EXHIBIT 2

# IMPORTANT NOTICE

## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS IN CLASS ACTION REGARDING GANG MANAGEMENT AND SEGREGATED HOUSING

*Ashker*, *et al. v. Governor*, *et al.*, No. 09-5796 (N.D. Cal.)

On January 26, 2016, the Court granted final approval of the settlement in *Ashker*, *et al. v. Governor*, *et al.*, a federal civil-rights class-action lawsuit regarding the California Department of Corrections and Rehabilitation's (CDCR) gang management policies and practices and its use of segregated housing, including the Security Housing Units (SHU). Under the settlement, the class members' attorneys are entitled to attorneys' fees and costs for work reasonably performed on the case, subject to the Prison Litigation Reform Act's hourly attorney-fee cap. The parties previously provided notice that Plaintiffs' attorneys would move for fees and costs.

Plaintiffs' attorneys seek fees and costs for work performed by attorneys, paralegals, and litigation-support staff over a four-year period. Subject to Court approval, the parties have settled Plaintiffs' request for $4,550,000 for all work performed from May 11, 2011 to September 1, 2015. You can read Plaintiffs' motion in the law library.

The settlement agreement also provides that the class members' attorneys are entitled to fees and costs for work reasonably performed in monitoring and enforcing CDCR's compliance with the parties' settlement agreement. Those fees are also subject to the Prison Litigation Reform Act's hourly attorney-fee cap, and Defendants will pay those fees on a quarterly basis until the case is dismissed.

Class members are represented by the following organizations in this case: Center for Constitutional Rights, Legal Services for Prisoners with Children, Bremer Law Group, California Prison Focus, Ellenberg & Hull, Siegel & Yee, Law Office of Charles Carbone, and Weil, Gotshal & Manges. If you have any questions about Plaintiffs' motion for fees and costs, you can contact Plaintiffs' attorneys: Anne Cappella, Esq., Weil, Gotshal & Manges, 201 Redwood Shores Pkwy, Redwood Shores, CA 94065. Prison officials are represented by the California Attorney General's Office, Deputy Attorney General Adriano Hrvatin, 455 Golden Gate Ave., Suite 11000, San Francisco, CA 94102.

The Court may hold a hearing on Plaintiffs' motion on _____, 2016 at 2:30 p.m. at the United States Courthouse in Oakland, California, Courtroom 2.

This date may change or be cancelled without further notice to the class.

## Comments on Plaintiffs' Motion for Attorneys' Fees and Costs: Requirements and _____, 2016 Deadline

You can write to the Court about whether Plaintiffs' motion for attorneys' fees and costs is fair. The Court will consider written comments when deciding whether to grant Plaintiffs' motion. The Court will not consider any comments regarding issues other than the fairness of Plaintiffs' motion for fees and costs. Comments regarding Plaintiffs' motion MUST include at the top of the first page the case name, *Ashker, et al. v. Governor, et al.*, and case number, Case No. 09-5796 CW. Comments must be received by the Court by _____, 2016, and be sent to:

>Clerk of the Court
>United States District Court
>Northern District of California
>1301 Clay Street
>Oakland, CA  94612