IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOVERNOR OF THE STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | No. C 09-05796 CW<br><br>ORDER ON REQUEST FOR EMERGENCY INJUNCTION<br><br>(DOCKET NO. 563) |

　　　Richard Salazar indicates that he is a class member in the above-entitled case, appears to assert that the California Department of Corrections and Rehabilitation has falsified documents in relation to a separate state court proceeding, and seeks "injunctive relief to be released from custody pursuant to [his] release[] date of 1/10/16." Docket No. 563.

　　　The Court DENIES this request. This is a class action, attorneys represent the class, and a settlement agreement sets out a process for dispute resolution and enforcement. Thus, the Court only will consider individual requests for relief submitted by class counsel. To the extent Salazar makes allegations regarding a separate state court proceeding, he must litigate those issues in that state court proceeding.

　　　IT IS SO ORDERED.

Dated: 6/16/2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　United States District Judge