IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| **TODD ASHKER, et al.,**<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>**GOVERNOR OF THE STATE OF CALIFORNIA, et al.,**<br><br>　　　　　Defendants. | 4:09-05796 CW (NJV)<br><br>**ORDER DENYING PLAINTIFFS' MOTION TO COMPEL COMPLIANCE AND PLAINTIFFS' MOTION TO ENJOIN CDCR**<br><br>**Docs. 513, 524.** |

　　　On April 12, 2016, Plaintiffs filed a Motion to Compel Compliance.  (Doc. 513.)  On May 10, 2016, Plaintiffs filed a Motion to Enjoin CDCR from Continuing to Retain Five Prisoners in SHU."  (Doc. 524.)  Defendants opposed both motions.  (Docs. 517, 536.)  On June 10, 2016, the Court heard argument on each motion.  Having considered Plaintiffs' motions, the parties' briefing, the Court's files, and the argument of counsel, and for the reasons stated on the record at the June 10, 2016 hearing, the court DENIES Plaintiffs' Motions to compel compliance and to enjoin CDCR.

　　　With respect to the rules violation reports for conspiracy to commit murder reissued by the California Department of Corrections and Rehabilitation to inmates George Franco, Antonio

1

1  Guillen, Samuel Luna, and Donald Moran, Defendants shall produce copies of the reissued rules
2  violations to Plaintiffs' counsel by June 17, 2016.  The reissued rules violations shall be heard by
3  no later than July 15, 2016.
4  **IT IS SO ORDERED.**

6  Dated:  July 7, 2016                                      _____
7                                                            The Honorable Nandor J. Vadas
                                                             United States Magistrate Judge