JULES LOBEL (*pro hac vice*)
ALEXIS AGATHOCLEOUS (*pro hac vice*)
RACHEL MEEROPOL (*pro hac vice*)
SAMUEL MILLER
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6478
Fax: (212) 614-6499
Email: jll4@pitt.edu
Email: aagathocleous@ccrjustice.org
Email: rachelm@ccrjustice.org

*Attorneys for Plaintiffs*
(Additional counsel listed on signature page)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| TODD ASHKER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNOR OF THE STATE OF CALIFORNIA, et. al., <br><br> Defendants. | Case No.: 4:09-cv-05796-CW <br><br> **PLAINTIFFS' UNOPPOSED MEMORANDUM IN SUPPORT OF FINAL APPROVAL OF MOTION FOR ATTORNEYS' FEES AND COSTS** <br><br> CLASS ACTION <br><br> Judge:    Honorable Claudia Wilken |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF FINAL
APPROVAL OF MOTION FOR ATTORNEYS' FEES AND COSTS**

On July 1, 2016, the Court issued an Order providing notice to the Plaintiff classes and a scheduling order regarding Plaintiffs' unopposed motion for their merits-phase attorneys' fees and costs.  (Dkt. No. 579).  The parties have complied with all aspects of that Order to date.  Specifically, the parties prepared a final version of the class notice; CDCR timely posted the notice, as well as copies of the July 1, 2016 Order and Plaintiffs' Unopposed Motion, in all 32 male prisons; and Defendants filed a sworn verification of the timely posting.  (Dkt. No. 601).  The four-week comment period for prisoners to object to approval of the Fee Accord passed on August 16, 2016, with *no* objections filed.  (Declaration of Samuel Miller in Support of Plaintiffs' Memorandum, ¶ 2, filed herewith).

The scheduling order provided further that at the conclusion of the notice period, the parties have ten days in which to file a response to the objections, if any, raised by class members, and for Plaintiffs to submit a proposed order for approval of the Fee Accord.  (Dkt. No. 579).  Therefore, Plaintiffs submit this unopposed Memorandum, along with a proposed order, in support of final approval of the Fee Accord.  The parties reiterate that they will forgo an approval hearing, especially in light of the lack of objections, unless the Court determines otherwise.  (Miller Decl. ¶ 3).

Plaintiffs have addressed the grounds for approval of the Fee Accord in their Revised Unopposed Motion (Dkt. No. 577), and incorporate those points and authorities herein.  In essence, the parties' agreement as to attorneys' fees is accorded great weight and the Court's task here is "simply to determine whether the negotiated fee is facially fair and reasonable."  *Hernandez v. Kovacevich "5" Farms*, No. 1:04-cv-5515, 2005 WL 2345906, *8 (E.D. Cal. Sept. 30, 2005); *see also Cox v. Clarus Mktg. Grp., LLC*, 291 F.R.D. 473, 482 (S.D. Cal. 2013).  The amount of the Fee Accord -- $4,550,000 -- reasonably reflects the time and resources necessary to manage and litigate this lengthy and complex case, and its fairness is supported by Plaintiffs' briefing and the lack of any opposition during the notice period.  *See, e.g., Brailsford v. Jackson Hewitt Inc.*, No. 06-0700, 2007 WL 1302978, *5 (N.D. Cal., May 3, 2007) (Wilken, J.).

1

For the reasons discussed above, and in Plaintiffs' Unopposed Motion for Attorneys' Fees

2 and Costs, Plaintiffs request that the Court approve the Fee Accord and issue the proposed order

3 filed herewith.

4 Dated:  August 26, 2016              Respectfully submitted,

5                                      /s/   Samuel Miller

6                                      JULES LOBEL (*pro hac vice*)
                                       ALEXIS AGATHOCLEOUS (*pro hac vice*)
7                                      RACHEL MEEROPOL (*pro hac vice*)
                                       SAMUEL MILLER
8                                      CENTER FOR CONSTITUTIONAL RIGHTS
                                       666 Broadway, 7th Floor
9                                      New York, NY 10012
                                       Tel: (212) 614-6478
10                                     Fax: (212) 614-6499
                                       Email:  jll4@pitt.edu
11                                     aagathocleous@ccrjustice.org
                                       rachelm@ccrjustice.org
12                                     samrmiller@yahoo.com

13                                     CARMEN E. BREMER (*pro hac vice*)
                                       Email: carmen.bremer@bremerlawgroup.com
14                                     BREMER LAW GROUP PLLC
                                       1700 Seventh Avenue, Suite 2100
15                                     Seattle, WA 98101
                                       Tel: (206) 357-8442
16                                     Fax: (206) 858-9730

17
                                       GREG D. HULL (SBN 57367)
18                                     Email: Greg@ellenberghull.com
                                       4 North Second Street, Suite 1240
19                                     San Jose, CA 95113-1329
                                       Tel:  (408) 998-8500
20                                     Fax:  (408) 998-8503

21
                                       ANNE M. CAPPELLA (SBN 181402)
22                                     Email: anne.cappella@weil.com
                                       AARON Y. HUANG (SBN 261903)
23                                     Email: aaron.huang@weil.com
                                       BAMBO OBARO (SBN 267683)
24                                     Email: bambo.obaro@weil.com
                                       WEIL, GOTSHAL & MANGES LLP
25                                     201 Redwood Shores Parkway
                                       Redwood Shores, CA  94065
26                                     Tel: (650) 802-3000
                                       Fax: (650) 802-3100
27

28

MARILYN S. MCMAHON (SBN 270059)
Email: marilyn@prisons.org
CALIFORNIA PRISON FOCUS
1904 Franklin Street, Suite 507
Oakland, CA  94612
Tel: (510) 734-3600
Fax: (510) 836-7222

ANNE BUTTERFIELD WEILLS (SBN 139845)
Email: aweills@aol.com
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, CA  94612
Tel: (510) 839-1200
Fax: (510) 444-6698

CAROL STRICKMAN (SBN 78341)
Email: carol@prisonerswithchildren.org
LEGAL SERVICES FOR PRISONERS WITH CHILDREN
1540 Market Street, Suite 490
San Francisco, CA 94102
Tel: (415) 255-7036
Fax: (415) 552-3150

CHARLES F.A. CARBONE (SBN 206536)
Email: Charles@charlescarbone.com
LAW OFFICE OF CHARLES CARBONE
P.O. Box 2809
San Francisco, CA 94126
Tel: (415) 981-9773
Fax: (415) 981-9774

Attorneys for Plaintiffs