IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**TODD ASHKER, et al.,**

Plaintiffs,

**v.**

**GOVERNOR OF THE STATE OF CALIFORNIA, et al.,**

Defendants.

C 09-05796 CW

**[PROPOSED] ORDER GRANTING APPROVAL OF PLAINTIFFS' UNOPPOSED REVISED MOTION FOR ATTORNEYS' FEES AND COSTS**

This matter is before the Court pursuant to Plaintiffs' Revised Unopposed Motion for Attorneys' Fees and Expenses and their Unopposed Memorandum in Support of Final Approval of Attorneys' Fees and Costs. Having considered the briefing in support of the motion, the absence of any responses from class members, relevant legal authority, and the record in this case, the Court finds good cause to GRANT the motion.

On September 1, 2015, the parties reached a Stipulation and Settlement Agreement ("Settlement Agreement") to resolve Plaintiffs' constitutional challenges to Defendants' policies and practices related to gang management and their use of segregated housing, including the

Security Housing Unit (SHU) at Pelican Bay State Prison. (Dkt. No. 424-2). Following preliminary approval and a notice and comment period, the Court granted final approval of the Settlement Agreement on January 26, 2016. (Dkt. No. 488).

The Settlement Agreement provides for Plaintiffs' entitlement to their counsel's reasonable attorneys' fees and costs. (Dkt. No. 424-2, ¶ 55). The parties have negotiated an agreement ("Fee Accord") for payment of $4,550,000 to Plaintiffs for all attorneys' fees and costs incurred during the years of litigation leading to the date the Settlement Agreement was executed on September 1, 2015. (Miller Decl. in Support of Revised Unopposed Motion, Ex. 5 (Dkt. No. 577-1)).

Plaintiffs presented their Revised Unopposed Motion for Attorneys' Fees and Expenses, seeking approval of class notice and a scheduling order, in compliance with Fed.R.Civ.P. 23(h), on June 28, 2016. (Dkt. No. 577). The Court granted the motion on July 1, 2016. (Dkt. No. 579). The parties have complied with all aspects of that Order. Specifically, the parties prepared a final version of the class notice; CDCR timely posted the notice, as well as copies of the July 1, 2016 Order and Plaintiffs' Revised Unopposed Motion, in all 32 male prisons; and Defendants filed a sworn verification of the timely posting. (Dkt. No. 601). The four-week comment period for prisoners to object to approval of the Fee Accord passed on August 16, 2016, with no objections filed.

The Court has presided over the proceedings in the above-captioned action and has reviewed all relevant pleadings, records, and papers on file. The Court has reviewed the Revised Unopposed Motion for Approval of Class Settlement Regarding Attorneys' Fees and Costs, the supporting Memorandum, and the declarations and supporting charts submitted by Plaintiffs' counsel, which detail the work performed and describe the method by which counsel calculated, negotiated, and resolved their request for attorneys' fees and costs. After review of all briefing and evidence presented, the Court finds and concludes that the parties' Fee Accord of $4,550,000 is fair and reasonable.

Accordingly, Plaintiffs' unopposed request for $4,550,000 in attorneys' fees and costs for work conducted through September 1, 2015 in the above-captioned case is GRANTED. Payment shall be made within ten business days following entry of this Order.

**IT IS SO ORDERED.**

Dated: __________, 2016

______________________________
The Honorable Claudia Wilken
United States District Court Judge