UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TODD ASHKER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MATHEW CATE, et al.,<br><br>　　　　Defendants. | Case No. 09-cv-05796-CW (NJV)<br><br>**ORDER DENYING MOTION FOR JUDICIAL INTERVENTION AND TEMPORARY RESTRAINING ORDER AND MOTION FOR RELIEF FROM DEFENDANTS' RETALIATION**<br><br>Re: Dkt. No. 441 |

Stewart Manago filed a Motion for Judicial Intervention and Temporary Restraining Order (Doc. 441) and a Motion for Relief from Defendants' Retaliation (Doc. 483), stating that he was a member of the Ashker class of inmates. A search of the records of the California Department of Corrections and Rehabilitation does not reveal the presence of an inmate with Plaintiff's name or inmate number.

The court finds that Plaintiff, by being released from incarceration, has received the relief available to him under the terms of the settlement reached in this case. Accordingly, Plaintiff's motions are DENIED as moot.

**IT IS SO ORDERED**.

Dated: September 8, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge