1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          EUREKA DIVISION

11

| | |
|---|---|
| **TODD ASHKER, et al.,** | C 09-05796 CW (NJV) |
| Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANTS' SUPPLEMENTAL BRIEF AND SUPPORTING DOCUMENTS ADDRESSING JANUARY 5, 2017 ORDER ON PLAINTIFFS' MOTION REGARDING RETENTION OF FOUR CLASS MEMBERS IN SHU |
| v. | |
| **GOVERNOR OF THE STATE OF CALIFORNIA, et al.,** | |
| Defendants. | |

19

20         Under this District's Civil Local Rules 7-11 and 79-5 and General Order 62, Defendants

21 seek to file under seal an unredacted version of their supplemental brief addressing the Court's

22 January 5, 2017 order, the J. Jacquez declaration supporting Defendants' brief and the exhibit

23 attached to that declaration, and the exhibit attached to the A. Hrvatin supporting declaration,

24 which has otherwise been filed in the public record.  The Court has considered Defendants'

25 motion, the declaration supporting Defendants' motion for under-seal filing, and all other relevant

26 papers on file.  Defendants have established that there are compelling reasons to file the

27 information at issue under seal.  Defendants' request, under the circumstances and as required, is

28 narrowly tailored.  Accordingly, the Court grants Defendants' motion for administrative relief.

1

1    The Clerk is instructed to file under seal the unredacted version of Defendants' supplemental

2    brief, the J. Jacquez declaration and its exhibit, and the exhibit attached to the A. Hrvatin

3    declaration, all of which Defendants submit to address the Court's January 5, 2017 order.

4         **IT IS SO ORDERED.**

5

6    Dated:  February 13 , 2017

7                                                    _____
                                                     The Honorable Nandor J. Vadas
                                                     United States Magistrate Judge
8

9    SF2012204868
     20943719.doc

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting Defs.' Admin. Mot. File Under Seal (C 09-05796 CW)