UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TODD ASHKER, et al., <br> Plaintiffs, <br> v. <br> MATHEW CATE, et al., <br> Defendants. | Case No. 09-cv-05796-CW (NJV) <br><br> **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MOTION TO ENJOIN** <br><br> Re: Dkt. No. 710 |

The Court has received Plaintiffs' Administrative Motion to File Under Seal, and the Declaration of Carmen E. Bremer in support of the same. (Doc. 710.) Pursuant to Civil Local Rule 79-5(a), Plaintiffs have shown that the portions of the documents to be sealed are entitled to protection under the law because they contain confidential information that Defendants claim could harm CDCR institutional safety and security if disclosed. *See Dugan v. Lloyds TSB Bank, PLC*, No. 12-cv-02549-WHA (NJV), 2013 U.S. Dist. LEXIS 51162, at *5 (N.D. Cal. Apr. 9, 2013) (finding that good cause may exist to seal records "if disclosure of the information might harm a litigant's competitive standing").

Plaintiffs have met the "good cause" standard for sealing portions of Plaintiffs' Motion to Enjoin CDCR from Retaining Ashker in Administrative Segregation and for Order to Show Cause (Doc. 712), as well as portions of Exhibits A through C thereto, because Plaintiffs have shown that they contain confidential information that Defendants claim would harm institutional safety and security, and would further compromise ongoing investigations of alleged prison gang activity if disclosed. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

Having considered Plaintiffs' Administrative Motion to File Under Seal and the Declaration of Carmen E. Bremer in support of same, and good cause appearing therefor,

Plaintiffs' Motion is hereby GRANTED.

**IT IS SO ORDERED**.

Dated: June 21, 2017

NANDOR J. VADAS
United States Magistrate Judge