1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

EUREKA DIVISION

7

8 | TODD ASHKER, et al.,

          Plaintiffs,

Case No. 09-cv-05796-CW (NJV)

9

10

v.

**ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL MOTION TO COMPEL**

MATHEW CATE, et al.,

11

          Defendants.

Re: Dkt. No. 699

12

13

14       The court has received Plaintiffs' Administrative Motion to File Under Seal, and the

15 Declaration of Carmen E. Bremer in support of the same. (Doc. 699.) Pursuant to Civil Local Rule

16 79-5(a), Plaintiffs have shown that the portions of the documents to be sealed are entitled to

17 protection under the law because they contain confidential information that Defendants claim

18 could harm CDCR institutional safety and security if disclosed. *See Dugan v. Lloyds TSB Bank,*

19 *PLC*, No. 12-cv-02549-WHA (NJV), 2013 U.S. Dist. LEXIS 51162, at \*5 (N.D. Cal. Apr. 9,

20 2013) (finding that good cause may exist to seal records "if disclosure of the information might

21 harm a litigant's competitive standing").

22       Plaintiffs have met the "good cause" standard for sealing portions of Plaintiffs' Motion to

23 Compel Production of Disciplinary Documents (Doc. 702), as well as Exhibits A and B thereto

24 and Plaintiffs' proposed order granting the same, because Plaintiffs have shown that they contain

25 confidential information that Defendants claim would harm institutional safety and security, and

26 would further compromise ongoing investigations of alleged prison gang activity if disclosed. See

27 *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

28       Having considered Plaintiffs' Administrative Motion to File Under Seal and the

1  Declaration of Carmen E. Bremer in support of same, and good cause appearing therefor,

2  Plaintiffs' Motion is hereby GRANTED.

3        **IT IS SO ORDERED**.

4  Dated: June 21, 2017

5        _____

6        NANDOR J. VADAS
       United States Magistrate Judge