IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| **TODD ASHKER, et al.,** | C 09-05796 CW |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANTS' RESPONSE TO MAGISTRATE JUDGE VADAS'S JUNE 8, 2017 MINUTE ORDER** |
| v. | |
| **GOVERNOR OF THE STATE OF CALIFORNIA, et al.,** | |
| Defendants. | |

Under this District's Civil Local Rules 7-11 and 79-5 and General Order 62, Defendants seek to file under their letter brief addressing the Court's June 8, 2017 minute order, including the exhibits attached to Defendants' letter. The Court has considered Defendants' motion, the declaration supporting Defendants' motion for under-seal filing, and all other relevant papers on file. Defendants have established that there are compelling reasons to file the information at issue under seal. Defendants' request is narrowly tailored under the circumstances. Accordingly, the Court grants Defendants' motion for administrative relief. The Clerk is instructed to file under seal Defendants' letter brief.

1

**IT IS SO ORDERED.**

Dated: June 21, 2017  _____
The Honorable Nandor J. Vadas
United States Magistrate Judge

SF2012204868
20993859.doc