UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

TODD ASHKER, et al.,

          Plaintiffs,

   v.

MATHEW CATE, et al.,

          Defendants.

Case No.  09-cv-05796-CW (NJV)

**ORDER RE PLAINTIFFS' MOTION TO ENJOIN CDCR FROM RETAINING ASHKER IN ADMINISTRATIVE SEGREGATION**

Re: Dkt. No. 712

Plaintiffs' Motion to Enjoin CDCR from Retaining Ashker in Administrative Segregation and for Order to Show Cause came on for hearing on June 22, 2017.  Pursuant to the court's order at the hearing, Plaintiffs' Motion is HEREBY DENIED.

CDCR is HEREBY ORDERED to resolve the matter of the housing of Plaintiff Ashker within thirty days by transferring him to either restricted general population at Pelican Bay State Prison or to general population at Kern Valley State Prison.

**IT IS SO ORDERED**.

Dated:  June 22, 2017

NANDOR J. VADAS
United States Magistrate Judge