```
                                                       VOLUME 1

                                                       PAGES 1 - 20

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                  BEFORE THE HONORABLE NADOR J. VADAS

TODD ASHKER, ET AL.,                )
                                    )
          PLAINTIFFS,               )
                                    )
   VS.                              ) NO. C 09-05796-CW
                                    )
GOVERNOR OF THE STATE OF            )
CALIFORNIA, ET. AL.,                )
                                    ) SAN FRANCISCO, CALIFORNIA
          DEFENDANTS.               ) THURSDAY, JUNE 8, 2017
_____)


  **TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND**

    **RECORDING 1:35 P.M. - 1:39 P.M. AND 1:52 P.M. - 1:59 P.M.**


**APPEARANCES** (ALL COUNSEL APPEARED TELEPHONICALLY):


**FOR PLAINTIFFS**          BREMER LAW GROUP
                            1700 SEVENTH AVENUE
                            SUITE 2100
                            SEATTLE, WASHINGTON 98010
                       BY:  **CARMEN E. BREMER, ESQUIRE**

                            **JULES LOBEL, ESQUIRE**
                            3900 FORBES AVENUE
                            PITTSBURGH, PA 15260


(FURTHER APPEARANCES ON FOLLOWING PAGE)


*REPORTED BY:  JOAN MARIE COLUMBINI, CSR #5435, RPR*
              *RETIRED OFFICIAL COURT REPORTER, USDC*
```

```
 1  APPEARANCES (CONTINUED):

 2  FOR DEFENDANTS          OFFICE OF THE ATTORNEY GENERAL
                            455 GOLDEN GATE AVENUE
 3                          SUITE 11000
                            SAN FRANCISCO, CALIFORNIA
 4                     BY:  ADRIANO HRVATIN, ESQUIRE
                            J. CRAIG RUSSELL, ESQUIRE
 5
                            DEPARTMENT OF CORRECTIONS AND
 6                            REHABILITATION
                            OFFICE OF LEGAL AFFAIRS
 7                          1515 SOUTH STREET, 314 SOUTH
                            SACRAMENTO, CALIFORNIA 95814
 8                     BY:  PATRICIA J. LEE, ESQUIRE
                            MELISSA BENTZ, ESQUIRE
 9

10  ALSO PRESENT            CONNIE GIBSON (VIA TELEPHONE)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1  THURSDAY, JUNE 8, 2017                                    1:35 P.M
 2  (TRANSCRIBER'S NOTE: DUE AT TIMES TO COUNSELS' FAILURE TO
 3  IDENTIFY THEMSELVES WHEN SPEAKING, CERTAIN SPEAKER
 4  ATTRIBUTIONS ARE BASED ON EDUCATED GUESS.)
 5                           PROCEEDINGS
 6           THE CLERK:  CALLING CIVIL CASE 09-5796, ASHKER VERSUS
 7  BROWN.
 8           WOULD THE PARTIES PLEASE STATE THEIR APPEARANCES FOR
 9  THE RECORD?
10           MR. LOBEL:  JULES LOBEL FOR THE PLAINTIFFS.
11           MS. BREMER:  CARMEN BREMER FOR PLAINTIFFS.
12           MR. HRVATIN:  GOOD AFTERNOON.  ADRIANO HRVATIN AND
13  JAY RUSSELL FROM THE ATTORNEY GENERAL'S OFFICE FOR DEFENDANTS.
14  AND I BELIEVE WE ALSO HAVE SOME REPRESENTATIVES FROM CDCR ON
15  THE LINE.
16           MS. LEE:  PATRICIA LEE, MELISSA BENTZ, COUNSEL FOR
17  CDCR, AND I HAVE DEPUTY DIRECTOR CONNIE GIBSON WITH ME.
18           THE COURT:  ALL RIGHT, FOLKS.  I'VE LOOKED AT THE
19  PLEADINGS, BUT LET'S -- WHY I DON'T HEAR FROM MR. LOBEL?
20  SPECIFICALLY, WHAT IS IT YOU SEEM TO FEEL YOU'RE LACKING AT
21  THIS TIME?
22           MR. LOBEL:  YES.  MR. ASHKER IS BEING KEPT IN
23  ADMINISTRATION SEGREGATION INDEFINITELY WHERE THERE'S NO
24  PLAUSIBLE BASIS FOR KEEPING HIM THERE.  IN FACT, HE WAS
25  SUPPOSED TO BE TRANSFERRED TO GENERAL POPULATION BACK ON
```

1  THURSDAY PURSUANT TO AN ICC COMMITTEE HEARING, AND THEY -- A
2  RECOMMENDATION BY THE IGI AND THE DEPUTY WARDEN THAT HE BE SO
3  TRANSFERRED BACK TO FACILITY B IN GENERAL POPULATION.  HE WAS
4  ACTUALLY PUT ON THE BUS WITH THREE OTHER INMATES SENTENCED TO
5  FACILITY B.
6         WHEN THEY GOT TO FACILITY B, THE GENERAL POPULATION
7  FACILITY, HE WAS TOLD TO STAY ON THE BUS AND SENT BACK TO
8  ADMINISTRATIVE SEGREGATION.  SOMEONE TOLD HIM THAT IT WAS
9  BECAUSE THE WARDEN MADE A CALL SAYING, DON'T RELEASE HIM TO
10 GENERAL POPULATION.
11        HE THEN WAS GIVEN AN -- AFTER HIS PROTESTS AND
12 REQUESTS, HE WAS GIVEN AN AD-SEG FORM WHICH SAID, WE'RE
13 CONDUCTING AN INVESTIGATION INTO POSSIBLE ENEMY CONCERNS.  THEY
14 DON'T PRESENT HIM WITH ANY INFORMATION, ANY CONFIDENTIAL
15 INFORMATION OR OTHERWISE, ANY CONFIDENTIAL DISCLOSURE AS TO
16 WHAT THE POSSIBLE ENEMY CONCERNS ARE, AND THEY'RE KEEPING HIM
17 INDEFINITELY THERE.
18        IT'S DOING TREMENDOUS HARM TO HIS MENTAL HEALTH.  AND
19 HE WAS SUPPOSED TO GET A CONTACT VISIT IN A COUPLE OF WEEKS
20 FROM HIS FIANCE FROM ENGLAND.  SO I WANT THIS MATTER -- THAT'S
21 WHY I BROUGHT IT ON BY AN EMERGENCY MOTION, AN EMERGENCY
22 REQUEST.
23        **THE COURT:**  WELL, LET ME HEAR FROM CDCR OR THE AG'S
24 OFFICE.  SO WHAT'S GOING ON HERE?
25        **MS. LEE:**  YOUR HONOR, THIS IS PATRICIA LEE, AND I

1  HAVE DEPUTY DIRECTOR CONNIE GIBSON ON THE LINE WITH ME TO SHED
2  SOME LIGHT ON THE SITUATION.  WE WOULD ASK THAT THIS REMAIN
3  CONFIDENTIAL.
4          **THE COURT:**  ALL RIGHT.
5          **MS. GIBSON:**  GOOD AFTERNOON, EVERYONE.
6          **THE COURT:**  HOLD ON.  IF YOU'RE GOING TO ASK FOR IT
7  TO BE CONFIDENTIAL, DO YOU WANT THIS PORTION OF THE TRANSCRIPT
8  SEALED OR THE PROCEDURE SEALED?
9          **MS. LEE:**  I BELIEVE THAT WOULD BE APPROPRIATE.
10         **MR. LOBEL:**  NO OBJECTION FROM PLAINTIFF.
11         **THE COURT:**  ALL RIGHT.  BUT, YOU KNOW, THE CIRCUIT IS
12 RATHER, LET'S SAY, PICKY ABOUT THAT.  SO I NEED A BASIS TO SEAL
13 IT.
14         **MS. LEE:**  MS. GIBSON IS PREPARED TO TALK ABOUT
15 CONFIDENTIAL INFORMATION THAT COULD PLACE A PERSON OR THE
16 INSTITUTION'S SECURITY IN JEOPARDY.
17         **THE COURT:**  ALL RIGHT.  BASED ON THAT AND NO
18 OBJECTION FROM PLAINTIFF'S COUNSEL, THIS PORTION OF THE HEARING
19 WILL BE UNDER SEAL.
20         (SEALED PROCEEDINGS CONTAINED IN VOLUME 1A, PAGES
21         6-16)
22
23
24
25

| | |
|---|---|
| 1 | (PROCEEDINGS RESUMED IN OPEN COURT.) |
| 2 | **THE COURT:** ALL RIGHT. SO WE ARE NOW BACK ON THE |
| 3 | RECORD WITHOUT IT BEING SEALED. |
| 4 | I'M SORRY, MR. LOBEL. YOU WERE SAYING? |
| 5 | **MR. LOBEL:** I HAVE TWO POINTS THAT, IN MY VIEW PART, |
| 6 | OF AN ONGOING CAMPAIGN BY THE OFFICIALS AT KERN VALLEY WHO |
| 7 | PRESENT MR. ASHKER AS HAVING SAFETY CONCERNS, AND THIS HAS |
| 8 | HAPPENED FROM THE TIME HE GOT THERE, AND IT CONTINUES TO THIS |
| 9 | DAY. AND, SECOND, WHAT I WAS SAYING BEFORE IS THAT MR. ASHKER |
| 10 | HAS A RIGHT AT THE MINIMUM TO GET SOME CONFIDENTIAL DISCLOSURE, |
| 11 | AND IF IT IS TRUE THAT THIS WAS BASED ON CONFIDENTIAL |
| 12 | INFORMATION, WHY WAS THE BOX THAT SAYS, IS THERE ANY |
| 13 | CONFIDENTIAL INFORMATION ON HIS AD-SEG NOTICED, NOT CHECKED AND |
| 14 | WAS HE (INDISCERNIBLE) IN ANY CONFIDENTIAL DISCLOSURE. |
| 15 | **THE COURT:** LET ME ASK, MS. LEE. IS IT NORMAL |
| 16 | PROCEDURE -- I ALSO KNOW WE HAVE THE DEPUTY DIRECTOR ON THE |
| 17 | LINE. IS IT NORMAL PROCEDURE FOR MR. ASHKER TO GET SOME |
| 18 | INFORMATION OF THE GENERAL TYPE THAT MR. LOBEL HAS INDICATED IN |
| 19 | THIS KIND OF A MATTER? |
| 20 | **MS. LEE:** MR. ASHKER DID RECEIVE A CONFIDENTIAL |
| 21 | DISCLOSURE ON JUNE 6TH. |
| 22 | **THE COURT:** ALL RIGHT. SO HE DID RECEIVE THAT? |
| 23 | **MR. LOBEL:** OKAY. I SPOKE TO HIM, I GUESS, JUNE 6TH |
| 24 | IN THE MORNING, SO MAYBE HE GOT THAT DISCLOSURE AFTERWARDS, BUT |
| 25 | THE BOX -- AS HE SAID, THERE'S A BOX EXPLICITLY DESIGNATED FOR |

1 IS THIS CONFINEMENT (INDISCERNIBLE) IS NOT CHECKED.

2       **THE COURT:** WELL, I UNDERSTAND, BUT, APPARENTLY, THE

3 INFORMATION WAS GIVEN YOUR CLIENT SO THAT YOU'LL HAVE A CHANCE

4 TO TALK TO HIM. IF FOR SOME REASON THAT WAS A MISTAKE ON THE

5 PART OF MS. LEE, PLEASE CONTACT HER, AND I'M SURE SHE'LL BE

6 ABLE TO GET THAT INFORMATION TO MR. ASHKER OR TO YOU FORTHWITH.

7       I DO HAVE TO ADMIT THAT IT IS OF CONCERN TO ME THAT,

8 YOU KNOW, WE CONTINUE TO HAVE THESE ISSUES OF HOUSING FOR SOME

9 OF THESE INMATES WHERE THE DEPARTMENT COMES BACK AND SAYS, IT'S

10 A SECURITY ISSUE, IT'S A SECURITY ISSUE, AND YET WHAT THEY

11 INDICATE IS A SECURITY ISSUE TENDS TO SOUND A LITTLE NEBULOUS

12 CERTAINLY TO THE COURT, AND I'M -- PROBABLY WITHOUT PUTTING

13 WORDS IN MR. LOBEL OR MS. BREMER'S MOUTH ALSO SEEMS A LITTLE

14 NEBULOUS TO THEM, AND THE COURT WILL RAISE THE ISSUE THAT WE

15 HOPE -- THAT I HOPE THAT THIS IS NOT SOME SORT OF PRETEXT TO

16 KEEP THE NAMED PLAINTIFFS AND OTHERS IN MORE RESTRICTED HOUSING

17 UNDER THE PRETEXT OF SAFETY.

18       BUT HAVING SAID THAT, I'LL SEE EVERYBODY ON THE 22ND,

19 SEE WHERE WE ARE WITH THIS ISSUE REGARDING MR. ASHKER.

20       I WOULD LIKE, MS. LEE, IF WHATEVER YOU HAVE PLANNED

21 TO FILE, IF YOU COULD GET THAT TO MY P.O. BOX AND TO MR. LOBEL

22 AND MR. BREMER AT LEAST THE DAY BEFORE THE 21ST, IF NOT THE

23 20TH, SO WE CAN ALL DIGEST IT ON THE HEARING ON THE 27TH.

24       ALL RIGHT, EVERYONE?

25       **MR. LOBEL:** YOUR HONOR, CAN I -- JUST ONE OTHER

1  QUESTION.  I HAD A QUESTION.
2         **THE COURT:**  YES, PLEASE.
3         **MR. LOBEL:**  IF THIS IS GOING TO CONTINUE, I WOULD
4  LIKE -- I HAVE A PLAN -- I HAVE PLANS TO MAKE A FORMAL MOTION
5  AND MOTION FOR SOME KIND OF EMERGENCY RELIEF.  I WANTED TO
6  RAISE THAT BEFORE I JUST DID THAT, BUT IF THIS CONTINUES INTO
7  NEXT WEEK, I WOULD LIKE TO MAKE A FORMAL MOTION TO BE HEARD ON
8  THE 22ND, SO THAT YOU'LL BE IN A POSITION NOT TO SIMPLY TO URGE
9  CDCR TO DO SOMETHING, BUT TO ACTUALLY ORDER THEM TO DO
10 SOMETHING IF YOU SO DESIRED.
11        **THE COURT:**  ALL RIGHT.  GO AHEAD AND DO THAT.  I'LL
12 GIVE YOU A SHORTENED SCHEDULE, BRIEFING SCHEDULE.
13        MR. LOBEL, I'M SURE YOU'VE GIVEN IT SOME THOUGHT, SO
14 DO YOU THINK YOU COULD HAVE THIS FILED, LET'S SAY, NO LATER
15 THAN NEXT WEDNESDAY.
16        **MR. LOBEL:**  I WILL DO SO.
17        **THE COURT:**  ALL RIGHT.  AND IF I COULD HAVE A
18 RESPONSE, LET'S SAY, MR. HERVATIN, BY A WEEK AFTER THAT, THAT
19 WOULD BE THE DAY BEFORE THE HEARING, WHICH AT LEAST WE HAVE
20 SOMETHING IN FRONT OF US.
21        **MR. RUSSELL:**  YOUR HONOR -- YOUR HONOR, THIS IS JAY
22 RUSSELL.
23        YOU KNOW, THIS IS ALL COMING IN THE MIDST OF OUR
24 REFERENCE TO RESPOND TO THE PLAINTIFF'S MOTION FOR ATTORNEYS
25 FEES.  YOU KNOW, I JUST FIND IT CURIOUS THAT THIS IS ALL

```
 1  HAPPENING AT THIS JUNCTURE.
 2          MR. LOBEL:  MR. RUSSELL, I'D BE HAPPY TO MAKE IT GO
 3  AWAY IF YOU MOVE MY CLIENT OUT OF -- OUT OF AD-SEG.
 4          THE COURT:  WHY DON'T YOU GUY'S --
 5          MR. LOBEL:  I DIDN'T BRING THIS ON.  I WAS VERY HAPPY
 6  DOING NOTHING.
 7          THE COURT:  I THOUGHT WE HAD -- I THOUGHT WE HAD
 8  WORKED TOUT ATTORNEYS FEES, BUT APPARENTLY --
 9          MR. LOBEL:  THAT WAS OUR HOPE, YOUR HONOR.
10          THE COURT:  ALL RIGHT.  SO, YEAH, I UNDERSTAND,
11  MR. RUSSELL, BUT THIS IS AN ISSUE -- IT IS AN ONGOING ISSUE,
12  AND BOTH PARTIES HAVE EXTREMELY DIFFERENT TAKES AS TO THE
13  MOTIVATING FACTOR FOR THE RETURN OF SOME OF THE NAMED
14  PLAINTIFFS LIKE MR. ASHKER BACK INTO AD-SEG.  SO LET'S SEE IF
15  WE CAN'T RESOLVE THIS AND GO FORWARD.
16          I DON'T NEED THE GREAT AMERICAN NOVEL.  AFTER, ALL
17  WE'VE ALL BEEN WORKING THESE ISSUES NOW FOR QUITE A WHILE AND
18  ARE PRETTY CLEAR ABOUT THEM.  A SIMPLE STRAIGHTFORWARD MOTION
19  IN RESPONSE, EVEN OF A FEW PAGES, FOCUSING IN ON THE REAL
20  ISSUES HERE WOULD BE MORE THAN SUFFICIENT.
21          HAVING SAID THAT, I'VE GIVEN A SCHEDULING ORDER,
22  BASICALLY, AND I WILL SEE EVERYBODY -- I'LL SPEAK WITH
23  EVERYBODY ON THE 22ND.  THANK YOU ALL.
24          (PROCEEDINGS ADJOURNED AT 1:59 P.M.)
25
```

1  **CERTIFICATE OF TRANSCRIBER**

2

3     I CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT

4  TRANSCRIPT, TO THE BEST OF MY ABILITY, OF THE ABOVE PAGES OF

5  THE OFFICIAL ELECTRONIC SOUND RECORDING PROVIDED TO ME BY THE

6  U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OF THE

7  PROCEEDINGS TAKEN ON THE DATE AND TIME PREVIOUSLY STATED IN THE

8  ABOVE MATTER.

9     I FURTHER CERTIFY THAT I AM NEITHER COUNSEL FOR,

10 RELATED TO, NOR EMPLOYED BY ANY OF THE PARTIES TO THE ACTION IN

11 WHICH THIS HEARING WAS TAKEN; AND, FURTHER, THAT I AM NOT

12 FINANCIALLY NOR OTHERWISE INTERESTED IN THE OUTCOME OF THE

13 ACTION.

14

15     *[signature: jmcolumbini]*

16        JOAN MARIE COLUMBINI

17           JULY 25, 2017