UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TODD ASHKER, *et al.*,<br><br>                 Plaintiffs,<br><br>    v.<br><br>GOVERNOR OF THE STATE OF CALIFORNIA, *et al.*,<br><br>                 Defendants. | Case No.: 4:09-cv-05796-CW<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date:     September 18, 2017<br>Time:    10:00 a.m.<br>Location: Courtroom D, 15th Floor<br>Judge:   Honorable Nandor J. Vadas |

1     The Court has received Plaintiffs' Administrative Motion to File Under Seal, and the Declaration of Carmen E. Bremer in support of the same. Pursuant to Civil Local Rule 79-5(a), Plaintiffs have shown that the portions of the documents to be sealed are entitled to protection under the law because they contain confidential information that Defendants claim could harm CDCR institutional safety and security if disclosed. *See Dugan v. Lloyds TSB Bank, PLC*, No. 12-cv-02549-WHA (NJV), 2013 U.S. Dist. LEXIS 51162, at *5 (N.D. Cal. Apr. 9, 2013) (finding that good cause may exist to seal records "if disclosure of the information might harm a litigant's competitive standing"). Plaintiffs have met the "good cause" standard for sealing portions of Plaintiffs' Reply in Support of Enforcement Motion Challenging the RCGP Placement of Class Member ("Plaintiffs' Reply"), together with Exhibits I and J thereto, because Plaintiffs have shown that they contain confidential information that Defendants claim would harm institutional safety and security, and would further compromise ongoing investigations of alleged prison gang activity if disclosed. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

    Having considered Plaintiffs' Administrative Motion to File Under Seal and the Declaration of Carmen E. Bremer in support of same, and good cause appearing therefor, Plaintiffs' Motion is hereby GRANTED.

IT IS SO ORDERED.

Dated: August 30, 2017      By: _____
                                                                       Honorable Nandor J. Vadas
                                                                       United States Magistrate Judge