1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TODD ASHKER, *et al.*, | Case No.: 4:09-cv-05796-CW |
| Plaintiffs, | CLASS ACTION |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| GOVERNOR OF THE STATE OF CALIFORNIA, *et al.*, | |
| Defendants. | Date:     October 24, 2017<br>Time:     10:00 a.m.<br>Location: Courtroom D, 15th Fl., SF<br>Judge:    Hon. Nandor J. Vadas |

1  The Court has received Plaintiffs' Administrative Motion to File Under Seal, and the
2  Declaration of Carmen E. Bremer in support of the same.  Pursuant to Civil Local Rule 79-5(a),
3  Plaintiffs have shown that the portions of the documents to be sealed are entitled to protection
4  under the law because they contain confidential information that Defendants claim could harm
5  CDCR institutional safety and security if disclosed.  *See Dugan v. Lloyds TSB Bank, PLC*, No.
6  12-cv-02549-WHA (NJV), 2013 U.S. Dist. LEXIS 51162, at *5 (N.D. Cal. Apr. 9, 2013)
7  (finding that good cause may exist to seal records "if disclosure of the information might harm
8  a litigant's competitive standing").  Plaintiffs have met the "good cause" standard for sealing
9  portions of Plaintiffs' Enforcement Motion Regarding Retention of Gang-Validated Readmitted
10 Inmates in Administrative Segregation, together with Exhibits B and D thereto, because
11 Plaintiffs have shown that they contain confidential information that Defendants claim would
12 harm institutional safety and security, and would further compromise ongoing investigations of
13 alleged prison gang activity if disclosed.  *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d
14 1172, 1179 (9th Cir. 2006).

15  Having considered Plaintiffs' Administrative Motion to File Under Seal and the
16 Declaration of Carmen E. Bremer in support of same, and good cause appearing therefor,
17 Plaintiffs' Motion is hereby GRANTED.

19 IT IS SO ORDERED.

21 Dated: ~~September __, 2017~~         By: _____
22         October 2, 2017                    Honorable Nandor J. Vadas
                                              United States Magistrate Judge

[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF   1   CASE NO. 4:09-CV-05796-CW