UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TODD ASHKER, *et al.*, | Case No.: 4:09-cv-05796-CW |
| Plaintiffs, | CLASS ACTION |
| v. | **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| GOVERNOR OF THE STATE OF CALIFORNIA, *et al.*, | |
| Defendants. | Honorable Robert M. Illman |

1   The Court has received Plaintiffs' Administrative Motion to File Under Seal, and the
2   Declaration of Carmen E. Bremer in support of the same. Pursuant to Civil Local Rule 79-5(a),
3   Plaintiffs have shown that the portions of the documents to be sealed are entitled to protection
4   under the law because they contain confidential information that Defendants claim could harm
5   CDCR institutional safety and security if disclosed. *See Dugan v. Lloyds TSB Bank, PLC*, No.
6   12-cv-02549-WHA (NJV), 2013 U.S. Dist. LEXIS 51162, at *5 (N.D. Cal. Apr. 9, 2013)
7   (finding that good cause may exist to seal records "if disclosure of the information might harm
8   a litigant's competitive standing"). Plaintiffs have met the "good cause" standard for sealing
9   portions of Plaintiffs' Reply in Support of Enforcement Motion Challenging the RCGP
10  Placement of an *Ashker* class member ("Plaintiffs' Reply") because Plaintiffs have shown that
11  they contain confidential information that Defendants claim would harm institutional safety and
12  security, and would further compromise ongoing investigations of alleged prison gang activity
13  if disclosed. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).
14      Having considered Plaintiffs' Administrative Motion to File Under Seal and the
15  Declaration of Carmen E. Bremer in support of same, and good cause appearing therefor,
16  Plaintiffs' Reply is hereby GRANTED.

18  IT IS SO ORDERED.

20  Dated:  November 30 , 2017    By:  _____
                                         Honorable Robert M. Illman
21                                       United States Magistrate Judge