TODD ASHKER, et al.,

       Plaintiffs,

    v.

MATHEW CATE, et al.,

       Defendants.

Case No. 09-cv-05796-CW

ORDER REGARDING MOTION FOR
LEAVE TO FILE MOTION FOR
RECONSIDERATION REGARDING
REASSIGNMENT OF FEES MOTION
TO MAGISTRATE JUDGE ILLMAN
AND REASSIGNMENT OF MOTIONS
FOR ATTORNEYS' FEES

(Dkt. Nos. 690, 756, 834, 876)

On November 2, 2017, Plaintiffs brought a motion for leave to file a motion for reconsideration of the Court's Order Referring Certain Duties and Motions to Judge Illman (Docket No. 856). Plaintiffs contend that Judge Illman should not decide Plaintiffs' Motion for Attorneys' Fees and Costs (Docket No. 690) and Plaintiffs' Request for Interim Payment of Undisputed Attorneys' Fees (Docket No. 756) because he participated in settlement conferences related to attorneys' fees as a law clerk to Judge Vadas. Because the parties previously agreed to Judge Vadas' dual role as a mediator and adjudicator of issues pertaining to the settlement agreement, the Court is not persuaded that Judge Illman's participation in settlement conferences now precludes him from adjudicating the attorneys' fees motions. In an abundance of caution, however, the Court will refer the attorneys' fees motions to another magistrate judge.

Accordingly, the Court construes Plaintiffs' motion as a

motion for reconsideration and hereby GRANTS the motion.  The

Clerk of the Court will randomly reassign Plaintiffs' Motion for

Attorneys' Fees and Costs (Docket No. 690) and Plaintiffs'

Request for Interim Payment of Undisputed Attorneys' Fees (Docket

No. 756) to a magistrate judge in this district other than Judge

Illman.  Plaintiffs' Administrative Motion to Set Hearing Date or

for Reassignment to Magistrate Judge, and for Interim Award

(Docket No. 834) concerns the same issues and shall be terminated

as moot.

        IT IS SO ORDERED.

Dated: November 30, 2017

_____
CLAUDIA WILKEN
United States District Judge