| | |
|---|---|
| 1 | XAVIER BECERRA<br>Attorney General of California |
| 2 | JAY C. RUSSELL<br>Supervising Deputy Attorney General |
| 3 | ADRIANO HRVATIN<br>Deputy Attorney General |
| 4 | State Bar No. 220909<br>  455 Golden Gate Avenue, Suite 11000 |
| 5 |   San Francisco, CA  94102-7004<br>  Telephone:  (415) 703-1672 |
| 6 |   Fax:  (415) 703-5843<br>  E-mail:  Adriano.Hrvatin@doj.ca.gov |
| 7 | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| **TODD ASHKER, et al.,** | C 09-05796 CW (RMI) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO CHANGE TIME REGARDING THE HEARINGS SCHEDULED FOR TWO OF PLAINTIFFS' PENDING MOTIONS** |
| v. | |
| **GOVERNOR OF THE STATE OF CALIFORNIA, et al.,** | |
| Defendants. | |

Under this District's Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendants, through their attorneys, stipulate as follows:

On October 13, 2017, Plaintiffs filed a motion regarding inmates assigned to walk-alone status in the Restricted Custody General Population (RCGP) housing unit (ECF No. 844), and a motion regarding the housing reviews RCGP inmates receive every 180 days (ECF No. 847). Both motions are set for hearing on January 30, 2018.  (ECF Nos. 892-893.)

Consistent with the Court's December 19, 2017 order, the parties met and conferred on January 17 and 26, 2018 regarding, among other topics, the issues raised by Plaintiffs' two

1

motions. To give the parties additional time to engage in further meet-and-confer discussions regarding various issues and proposals related to the motions, the parties agree to continue the hearings on Plaintiffs' two motions, presently scheduled for January 30, 2018, to February 13, 2018 at 10:00 a.m. The parties' briefing on both motions is complete and the modification to the hearing schedule is appropriate so that the parties may continue their meet-and-confer discussions and attempt to narrow or resolve the issues presented by Plaintiffs' motions.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: January 29, 2018

XAVIER BECERRA
Attorney General of California

/s/ Adriano Hrvatin

ADRIANO HRVATIN
Deputy Attorney General
*Attorneys for Defendants*

Dated: January 29, 2018

CENTER FOR CONSTITUTIONAL RIGHTS

/s/ Azure Wheeler

AZURE WHEELER
*Attorneys for Plaintiffs*

**[PROPOSED] ORDER**

On stipulation of the parties, and for good cause appearing, the Court orders that the hearings on Plaintiffs' motion regarding inmates assigned to walk-alone status in the RCGP (ECF No. 844) and Plaintiffs' motion regarding the reviews RCGP inmates receive every 180 days (ECF No. 847) are continued from January 30, 2018 to February 13, 2018 at ~~10:00 a.m.~~ 1:00 PM. The parties will appear telephonically for these hearings.

**IT IS SO ORDERED.**

Dated: January _30_, 2018

_____
The Honorable Robert M. Illman
United States Magistrate Judge

SF2012204868
21073500.doc