XAVIER BECERRA
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
ADRIANO HRVATIN
Deputy Attorney General
State Bar No. 220909
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3577
 Fax:  (415) 703-5843
 E-mail:  Adriano.Hrvatin@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **TODD ASHKER, et al.,**<br><br>                                    Plaintiffs,<br><br>     v.<br><br>**GOVERNOR OF THE STATE OF CALIFORNIA, et al.,**<br><br>                                    Defendants. | C 09-05796 CW (RMI)<br><br>**NOTICE OF UNAVAILABILITY OF DEFENDANTS' COUNSEL** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Adriano Hrvatin, Defendants' counsel, will be unavailable between June 4, 2018 and July 3, 2018.  As of the date of this notice, no motion deadline, hearing, or other litigation event is scheduled in the case during this time period.

Dated:  May 3, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California

/s/ Adriano Hrvatin

ADRIANO HRVATIN
Deputy Attorney General
*Attorneys for Defendants*

SF2012204868
41992387.doc