IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, et al.,<br><br>    Defendants. | Case No. 09-cv-05796-CW<br><br>ORDER REQUIRING DEFENDANTS TO SUBMIT DEPARTMENT REVIEW BOARD DECISION REGARDING PLACEMENT OF TODD ASHKER<br><br>(Dkt. Nos. 913, 1007) |

Plaintiffs filed a motion for de novo determination of the placement of and retaliation against Todd Ashker. Docket No. 913. On May 18, 2018, Plaintiffs filed a request for leave to file a supplemental submission which advised the Court that, on March 28, 2018, Todd Ashker received another Department Review Board (DRB) hearing, which determined that there were still safety concerns precluding his release to the General Population. Plaintiffs state that they do not have a copy of the DRB decision, but plan to submit a copy to the Court when they receive one. The Court ORDERS Defendants to file a copy of the DRB decision with the Court within three days, or to explain why the documents are not available and when they will be.

IT IS SO ORDERED.

Dated: June 15, 2018

CLAUDIA WILKEN
United States District Judge