JULES LOBEL (*pro hac vice*)
Email: jll4@pitt.edu
RACHEL MEEROPOL (*pro hac vice*)
Email: rachelm@ccrjustice.org
SAMUEL MILLER, State Bar No. 138942
Email: samrmiller@yahoo.com
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (216) 614-6432
Fax: (212) 614-6499

CARMEN E. BREMER (*pro hac vice*)
Email: carmen.bremer@bremerlawgroup.com
BREMER LAW GROUP PLLC
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Tel: (206) 357-8442
Fax: (206) 858-9730

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TODD ASHKER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNOR OF THE STATE OF CALIFORNIA, et al., <br><br> Defendants. | Case No. 4:09-cv-05796-CW <br><br> **CLASS ACTION** <br><br> **CERTIFICATE OF SERVICE** <br><br> Judge:   Honorable Claudia Wilken |

I declare that I am employed with the law firm of Weil, Gotshal & Manges LLP, whose address is 201 Redwood Shores Parkway, Redwood Shores, California 94065-1175 (hereinafter "WGM"). I am not a party to the within cause, and I am over the age of eighteen years. I further declare that on June 20, 2018, I served a copy of:

1. **PLAINTIFFS' REQUEST FOR LEAVE AND SECOND SUPPLEMENTAL SUBMISSION RE MOTION FOR DE NOVO DETERMINATION RE PLACEMENT AND RETALIATION RE TODD ASHKER**

2. **UNREDACTED EXHIBIT A TO THE DECLARATION OF SAMUEL MILLER IN SUPPORT OF PLAINTIFFS' SECOND SUPPLEMENTAL SUBMISSION REGARDING PLACEMENT AND RETALIATION RE TODD ASHKER**

3. **UNREDACTED EXHIBIT B TO THE DECLARATION OF SAMUEL MILLER IN SUPPORT OF PLAINTIFFS' SECOND SUPPLEMENTAL SUBMISSION REGARDING PLACEMENT AND RETALIATION RE TODD ASHKER**

**BY ELECTRONIC SERVICE** by electronically mailing a true and correct copy through WGM's electronic mail system to the email address(es) set forth in the service list below.

Adriano Hrvatin: adriano.hrvatin@doj.ca.gov

Patricia Lee: patricia.lee@cdcr.ca.gov

Melissa Bentz: melissa.bentz@cdcr.ca.gov

Executed on June 20, 2018, at Redwood Shores, California. I declare under penalty of perjury under the laws of The United States of America that the foregoing is true and correct.

*/s/ Tricia Dresel*
TRICIA DRESEL