IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOVERNOR OF THE STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No. 09-cv-05796-CW<br><br>ORDER GRANTING PLAINTIFFS' MOTION REGARDING VIOLATION OF SETTLEMENT AGREEMENT PROVISION REGARDING RCGP PRISONERS ON WALK-ALONE STATUS<br><br>(Dkt. No. 992) |

Plaintiffs filed a motion for de novo review of the magistrate judge's order on Restricted Custody General Population (RCGP) Prisoners on walk-alone status. Defendants filed an opposition and Plaintiffs filed a reply. Having considered the papers, the Court GRANTS Plaintiffs' motion to the extent that Defendants must provide small group yards and leisure time activities in groups.

The Settlement Agreement provides that inmates in the RCGP must be provided with "increased opportunities for positive social interaction with other prisoners and staff, including but not limited to: . . . yard/out of cell time commensurate with Level IV GP <u>in small group yards</u>, <u>in groups</u> as determined by the Institution Classification Committee . . . and <u>leisure time activity groups</u>." Settlement Agreement ¶ 28 (emphasis added). Plaintiffs have shown that a substantial percentage of Plaintiffs

in RCGP are on "walk-alone" status and are not permitted to exercise in small group yards or engage in group leisure activities. See Declaration of J. Berg (Berg Decl.) ¶¶ 6-9. This does not comply with the terms of the Settlement Agreement.

Defendants are hereby ordered to meet and confer with Plaintiffs' representatives and their counsel with the goal of presenting a proposed remedial plan for Court approval. The matter is referred to Magistrate Judge Illman to mediate the meet and confer. Absent agreement, the parties shall present their own respective proposed remedial plans. The joint or separate plans are to be submitted within seven days after the meet and confer session, which shall be scheduled as quickly as feasible.

IT IS SO ORDERED.

Dated: 7/3/18

CLAUDIA WILKEN
United States District Judge