UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TODD ASHKER, *et al.*,<br><br>                Plaintiffs,<br><br>   v.<br><br>GOVERNOR OF THE STATE OF CALIFORNIA, *et al.*,<br><br>                Defendants. | Case No.: 4:09-cv-05796-CW<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date:     October 24, 2017<br>Time:    2:30 p.m.<br>Location: Courtroom 2, 4th Floor<br>Judge:   Honorable Claudia Wilken |

| | |
|---|---|
| 1 | The Court has received Plaintiffs' Administrative Motion to File Under Seal, and the |
| 2 | Declaration of Carmen E. Bremer in support of the same. Pursuant to Civil Local Rule 79-5(a), |
| 3 | Plaintiffs have shown that the portions of the documents to be sealed are entitled to protection |
| 4 | under the law because they contain confidential information that Defendants claim could harm |
| 5 | CDCR institutional safety and security if disclosed. *See Dugan v. Lloyds TSB Bank, PLC*, No. |
| 6 | 12-cv-02549-WHA (NJV), 2013 U.S. Dist. LEXIS 51162, at *5 (N.D. Cal. Apr. 9, 2013) |
| 7 | (finding that good cause may exist to seal records "if disclosure of the information might harm |
| 8 | a litigant's competitive standing"). Plaintiffs have met the "good cause" standard for sealing |
| 9 | portions of Plaintiffs' Motion for De Novo Determination of dispositive Matter Referred to |
| 10 | Magistrate Judge Regarding CDCR Retaining Class Members in SHU ("Plaintiffs' Motion"), |
| 11 | Declaration of Carmen E. Bremer in Support of Plaintiffs' Motion for De Novo Determination |
| 12 | of dispositive Matter Referred to Magistrate Judge Regarding CDCR Retaining Class Members |
| 13 | in SHU ("Plaintiffs' Declaration"), together with Exhibits A through F thereto, and Plaintiffs' |
| 14 | [Proposed] Order Granting Plaintiffs' Motion for De Novo Determination of Dispositive Matter |
| 15 | Referred to Magistrate Judge Regarding CDCR Retaining Class Members in the SHU |
| 16 | ("Plaintiffs' [Proposed] Order"), because Plaintiffs have shown that they contain confidential |
| 17 | information that Defendants claim would harm institutional safety and security, and would |
| 18 | further compromise ongoing investigations of alleged prison gang activity if disclosed. *See* |
| 19 | *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). |
| 20 | Having considered Plaintiffs' Administrative Motion to File Under Seal and the |
| 21 | Declaration of Carmen E. Bremer in support of same, and good cause appearing therefor, |
| 22 | Plaintiffs' Motion is hereby GRANTED. |
| 23 | |
| 24 | IT IS SO ORDERED. |
| 25 | |
| 26 | Dated: July 6, 2018 , 2017    By: _____ |
| 27 | United States Magistrate Judge |
| 28 | |