IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **TODD ASHKER, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **GOVERNOR OF THE STATE OF CALIFORNIA, et al.,** <br><br> Defendants. | C 09-05796 CW <br><br> **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' DE NOVO MOTION FOR REVIEW OF ORDER DENYING PLAINTIFFS' MOTION TO ENJOIN CDCR FROM RETAINING TWO INMATES IN SHU** |

Under this District's Civil Local Rules 7-11 and 79-5 and General Order 62, Defendants seek to file under seal an unredacted version of their opposition brief to Plaintiffs' de novo motion challenging Magistrate Judge Vadas's August 30, 2017 order denying Plaintiffs' motion to enjoin the California Department of Corrections and Rehabilitation (CDCR) from retaining two inmates in a Security Housing Unit (SHU). Defendants also seek to file under seal an unredacted version a declaration supporting their opposition and four exhibits attached to the declaration. The Court has considered Defendants' motion, the declaration supporting Defendants' motion for under-seal filing, and all other relevant papers on file. Defendants have established that there are compelling reasons to file the information at issue under seal. Defendants' request, under the

1

| | |
|---|---|
| 1 | circumstances and as required, is narrowly tailored. Accordingly, the Court **GRANTS** Defendants' |
| 2 | motion for administrative relief. |
| 3 | The Clerk is instructed to file under seal the unredacted version of Defendants' opposition |
| 4 | to Plaintiffs' de novo motion challenging Magistrate Judge Vadas's August 30, 2017 order |
| 5 | denying Plaintiffs' motion to enjoin CDCR from retaining two inmates in SHU. The Clerk shall |
| 6 | also file under seal the unredacted version of the A. Hrvatin declaration supporting Defendants' |
| 7 | opposition, and the four exhibits attached to the A. Hrvatin declaration. |
| 8 | **IT IS SO ORDERED.** |

Dated: Lwn{ '8. 201:

The Honorable Tqdgtv'O0Kmcp
United States Ocikuvtcvg Judge

2

Order Granting Defs.' Admin. Mot. File Under Seal (C 09-05796 CW)