| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TODD ASHKER, *et al.*, | Case No.: 4:09-cv-05796-CW |
| Plaintiffs, | CLASS ACTION |
| v. | **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| GOVERNOR OF THE STATE OF CALIFORNIA, *et al.*, | |
| Defendants. | |

1    The Court has received Plaintiffs' Administrative Motion to File Under Seal and the
2    Declaration of Carmen E. Bremer in support of the same. Pursuant to Civil Local Rule 79-5(a),
3    Plaintiffs have shown that the portions of the document to be sealed are entitled to protection
4    under the law because they contain confidential information that Defendants claim would harm
5    CDCR institutional safety and security if disclosed. *See Dugan v. Lloyds TSB Bank, PLC*, No.
6    12-cv-0254-WHA (NDV), 2013 US.Dist.LEXIS 51162, at *5 (N.D.Cal.Apr.9, 2013)
7    (finding that good cause may exist to seal records "if disclosure of the information might harm
8    a litigant's competitive standing"). Plaintiffs have met the "good cause" standard for sealing
9    portions of the Declaration of Carmen E. Bremer in Support of Plaintiffs' Reply in Support of
10   Motion for De Novo Review of Dispositive Mauer Referred to Magistrate Judge Regarding
11   Production of Documents Required by Settlement Agreement ("Bremer Reply Declaration"),
12   together with Exhibit A thereto, because Plaintiffs have shown that they contain confidential
13   information that Defendants claim would harm institutional safety and security, and would
14   further compromise ongoing investigations of alleged prison gang activity if disclosed. *See*
15   *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir.2006).
16          Having considered Plaintiffs' Administrative Motion to File Under Seal and the
17   Declaration of Carmen E. Bremer in support of same, and good cause appearing therefor,
18   Plaintiffs' Motion is hereby GRANTED.

20   IT IS SO ORDERED.

22   Dated: July 6, 2018           By: _____
                                        Honorable Robert M. Illman
                                        United States Magistrate Judge