1
2
3
4
5
6
7
8
9           UNITED STATES DISTRICT COURT
10          NORTHERN DISTRICT OF CALIFORNIA
11                OAKLAND DIVISION

12  TODD ASHKER, *et al.*,                    Case No.: 4:09-cv-05796-CW

13              Plaintiffs,                   CLASS ACTION

14       v.                                   **ORDER GRANTING
                                              PLAINTIFFS' ADMINISTRATIVE
15  GOVERNOR OF THE STATE OF                  MOTION TO FILE UNDER SEAL**
    CALIFORNIA, *et al.*,
16
                Defendants.
17

The Court has received Plaintiffs' Administrative Motion to File Under Seal, and the Declaration of Carmen E. Bremer in support of the same. Pursuant to Civil Local Rule 79-5(a), Plaintiffs have shown that the portions of the documents to be sealed are entitled to protection under the law because they contain confidential information that Defendants claim could harm CDCR institutional safety and security if disclosed. *See Dugan v. Lloyds TSB Bank, PLC*, No. 12-cv-02549-WHA (NJV), 2013 U.S. Dist. LEXIS 51162, at *5 (N.D. Cal. Apr. 9, 2013) (finding that good cause may exist to seal records "if disclosure of the information might harm a litigant's competitive standing"). Plaintiffs have met the "good cause" standard for sealing portions of Plaintiffs' Reply in Support of De Novo Motion Regarding CDCR Retaining Class Members in SHU ("Plaintiffs' Reply") because Plaintiffs have shown it contains confidential information that Defendants claim would harm institutional safety and security, and would further compromise ongoing investigations of alleged prison gang activity if disclosed. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

Having considered Plaintiffs' Administrative Motion to File Under Seal and the Declaration of Carmen E. Bremer in support of same, and good cause appearing therefor, Plaintiffs' Motion is hereby GRANTED.

IT IS SO ORDERED.

Dated: ____July 6_____ , 2018      By: _____
                                          Honorable Robert M. Illman
                                          United States Magistrate Judge