UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TODD ASHKER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNOR OF THE STATE OF CALIFORNIA, *et al.*, <br><br> Defendants. | Case No.: 4:09-cv-05796-CW <br><br> CLASS ACTION <br><br> **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1   The Court has received Plaintiffs' Administrative Motion to File Under Seal, and the
2   Declaration of Samuel Miller in support of the same.  Pursuant to Civil Local Rule 79-5(a),
3   Plaintiffs have shown that the portions of the documents to be sealed are entitled to protection
4   under the law because they contain confidential information that Defendants claim could harm
5   CDCR institutional safety and security if disclosed.  *See Dugan v. Lloyds TSB Bank, PLC*, No.
6   12-cv-02549-WHA (NJV), 2013 U.S. Dist. LEXIS 51162, at *5 (N.D. Cal. Apr. 9, 2013)
7   (finding that good cause may exist to seal records "if disclosure of the information might harm
8   a litigant's competitive standing").  Plaintiffs have met the "good cause" standard for sealing
9   portions of Plaintiff's Motion for De Novo Determination of Non-Dispositive Matter Referred
10  to Magistrate Judge Regarding Placement and Retaliation re Todd Ashker, as well as the
11  Declaration of Samuel Miller in support of the Motion and Exhibits A-P thereto, because
12  Plaintiffs have shown that they contain confidential information that Defendants claim would
13  harm institutional safety and security, and would further compromise ongoing investigations of
14  alleged prison gang activity if disclosed.  *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d
15  1172, 1179 (9th Cir. 2006).

16  Having considered Plaintiffs' Administrative Motion to File Under Seal and the
17  Declaration of Samuel Miller in support of same, and good cause appearing therefor, Plaintiffs'
18  Motion is hereby GRANTED.

20  IT IS SO ORDERED.

22  Dated: _____Lwn{ '8_____, 201:          """""""""""""By: _____
                                            Honorable Tqdgtv'O 0'Kro cp
23                                          United States O ci kutcvg Judge

ORDER GRANTING MOTION
FOR ADMINISTRATIVE RELIEF          1          CASE NO. 4:09-CV-05796-CW