IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TODD ASHKER, et al.,** | C 09-05796 CW |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR DE NOVO REVIEW OF ORDER DENYING PLAINTIFFS' ENFORCEMENT MOTION REGARDING INMATE ASHKER'S HOUSING** |
| v. | |
| **GOVERNOR OF THE STATE OF CALIFORNIA, et al.,** | |
| Defendants. | |

Under this District's Civil Local Rules 7-11 and 79-5 and General Order 62, Defendants seek to file under seal an unredacted version of their opposition brief to Plaintiffs' motion seeking de novo review of Magistrate Judge Vadas's November 2, 2017 order, which was filed under seal (ECF No. 877), regarding Plaintiff Todd Ashker's housing. The Court has considered Defendants' motion, the declaration supporting Defendants' motion for under-seal filing, and all other relevant papers on file. Defendants have established that there are compelling reasons to file the information at issue under seal. Defendants' request, under the circumstances and as required, is narrowly tailored. Accordingly, the Court **GRANTS** Defendants' motion for administrative relief.

1

The Clerk will file under seal the unredacted version of Defendants' opposition to Plaintiffs' motion seeking de novo review of Magistrate Judge Vadas's November 2, 2017 order.

**IT IS SO ORDERED.**

Dated: Lwn{'8, 201:

_____
The Honorable Tqdgtv'O0'Kmcp
United States Oci kwtcvg Judge

2

[Proposed] Order Granting Defs.' Admin. Mot. File Under Seal (C 09-05796 CW)