UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TODD ASHKER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNOR OF THE STATE OF CALIFORNIA, *et al.*, <br><br> Defendants. | Case No.: 4:09-cv-05796-CW <br><br> CLASS ACTION <br><br> **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

| | |
|---|---|
| 1 | The Court has received Plaintiffs' Administrative Motion to File Under Seal, and the |
| 2 | Declaration of Samuel Miller in support of the same. Pursuant to Civil Local Rule 79-5(a), |
| 3 | Plaintiffs have shown that the portions of the documents to be sealed are entitled to protection |
| 4 | under the law because they contain confidential information that Defendants claim could harm |
| 5 | CDCR institutional safety and security if disclosed. *See Dugan v. Lloyds TSB Bank, PLC*, No. |
| 6 | 12-cv-02549-WHA (NJV), 2013 U.S. Dist. LEXIS 51162, at *5 (N.D. Cal. Apr. 9, 2013) |
| 7 | (finding that good cause may exist to seal records "if disclosure of the information might harm |
| 8 | a litigant's competitive standing"). Plaintiffs have met the "good cause" standard for sealing |
| 9 | portions of Plaintiffs' Reply re Motion for De Novo Determination of Dispositive Ruling by |
| 10 | Magistrate Judge Regarding Retaliation and Placement of Todd Ashker because Plaintiffs have |
| 11 | shown that they contain confidential information that Defendants claim would harm |
| 12 | institutional safety and security. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, |
| 13 | 1179 (9th Cir. 2006). |
| 14 | Having considered Plaintiffs' Administrative Motion to File Under Seal and the |
| 15 | Declaration of Samuel Miller in support of same, and good cause appearing therefor, Plaintiffs' |
| 16 | Motion is hereby GRANTED. |
| 17 | |
| 18 | IT IS SO ORDERED. |
| 19 | |
| 20 | Dated: _____, 201_ By: _____ |
| 21 | Honorable Judge [illegible] |
| | United States District Judge |

ORDER GRANTING MOTION
FOR ADMINISTRATIVE RELIEF     1     CASE NO. 4:09-CV-05796-CW