IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **TODD ASHKER, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GOVERNOR OF THE STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | C 09-05796 CW (RMI)<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST FOR DE NOVO REVIEW OF ORDER DENYING PLAINTIFFS' MOTION REGARDING INMATES ASSIGNED TO WALK-ALONE STATUS IN CDCR'S RESTRICTED CUSTODY GENERAL POPULATION UNIT** |

Under this District's Civil Local Rules 7-11 and 79-5 and General Order 62, Defendants seek to file under seal an unredacted version of Defendants' opposition to Plaintiffs' de novo motion regarding inmates who are assigned to Pelican Bay State Prison's Restricted Custody General Population housing unit for their safety and placed on "walk-alone" status and an unredacted version of the J. Jacquez declaration supporting Defendants' opposition. The Court has considered Defendants' administrative motion, the declaration supporting Defendants' motion for under-seal filing, and all other relevant papers on file. Defendants have established that there

1

are compelling reasons to file the information at issue under seal.  Defendants' request, under the circumstances and as required, is narrowly tailored.

Accordingly, the Court **GRANTS** Defendants' motion for administrative relief.  The Clerk is instructed to file under seal the unredacted version of Defendants' opposition brief and the unredacted version of the J. Jacquez declaration.

**IT IS SO ORDERED.**

Dated: July 8, 2018

_____
The Honorable Robert M. Illman
United States Magistrate Judge