UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

TODD ASHKER, et al.,

    Plaintiffs,

    v.

EDMUND G. BROWN, et al.,

    Defendants.

Case No. 09-cv-05796-CW (RMI)

**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of Ronnie Norris Dewberry, CDCR No. C35671, presently in custody at Salinas Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

**IT IS SO ORDERED.**

Dated: July 25, 2018

ROBERT M. ILLMAN
United States Magistrate Judge

THE UNITED STATES DISTRICT COURT

TO:    Warden, Salinas Valley State Prison

GREETINGS

WE COMMAND that you have and produce the body of Ronnie Norris Dewberry, CDCR No. C35671, in your custody in the hereinabove-mentioned institution, before the United States

District Court in Courtroom D of the Federal Courthouse at 450 Golden Gate Avenue in San Francisco at 9:30 a.m. on August 21, 2018, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Ashker v. Brown, et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Robert M. Illman, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: July 25, 2018

        SUSAN Y. SONG
        CLERK, UNITED STATES DISTRICT COURT

        By: Linn Van Meter
        Administrative Law Clerk

Dated: July 25, 2018,

_____
ROBERT M. ILLMAN
United States Magistrate Judge



2