XAVIER BECERRA
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
ADRIANO HRVATIN
Acting Supervising Deputy Attorney General
JEFFREY T. FISHER
Deputy Attorney General
State Bar No. 303712
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3568
  Fax:  (415) 703-5843
  E-mail:  Jeffrey.Fisher@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **TODD ASHKER, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GOVERNOR OF THE STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | Case No. 4:09-cv-05796 CW (RMI)<br><br>**NOTICE OF ASSIGNMENT OF COUNSEL**<br><br>Judge:     The Honorable Claudia Wilken<br>Action Filed: December 9, 2009 |

    PLEASE TAKE NOTICE that Deputy Attorney General Jeffrey T. Fisher is now assigned as co-counsel to represent Defendants in this case.  Please amend your proof of service and files to note that counsel for Defendants includes Mr. Fisher, with the below contact information:

    Jeffrey T. Fisher
    Deputy Attorney General
    455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
    Telephone:  (415) 510-3568
    Facsimile:  (415) 703-5843

| | | |
|---|---|---|
| 1 | Dated: July 27, 2018 | Respectfully Submitted, |
| 2 | | XAVIER BECERRA<br>Attorney General of California |
| 3 | | JAY C. RUSSELL<br>Supervising Deputy Attorney General |
| 4 | | ADRIANO HRVATIN<br>Acting Supervising Deputy Attorney General |

*s/ Jeffrey T. Fisher*
JEFFREY T. FISHER
Deputy Attorney General
*Attorneys for Defendants*

SF2012204868
42024770.docx

# CERTIFICATE OF SERVICE

Case Name:   **Ashker, et al. v. Brown, et al.**          No.   **4:09-cv-05796 CW (NJV)**

I hereby certify that on July 27, 2018, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## NOTICE OF ASSIGNMENT OF COUNSEL

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 27, 2018, at San Francisco, California.

|  G. Pang  |  */s/ G. Pang*  |
| :---: | :---: |
| Declarant | Signature |

SF2012204868
42025177.docx