XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General
LE-MAI D. LYONS
Deputy Attorney General
State Bar No. 285756
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3750
  Fax:  (415) 703-5843
  E-mail:  LeMai.Lyons@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **TODD ASHKER, et al.,** | 4:09-cv-05796 CW (RMI) |
| Plaintiffs, | **NOTICE OF APPEARANCE OF DEFENDANTS' COUNSEL** |
| v. | |
| **GOVERNOR OF THE STATE OF CALIFORNIA, et al.,** | |
| Defendants. | |

**TO THE COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Deputy Attorney General Le-Mai D. Lyons is now assigned as co-counsel to represent Defendants in this case.  Please amend your proof of service and files to note that counsel for Defendants includes Ms. Lyons, with the below contact information:

    Le-Mai D. Lyons
    Deputy Attorney General
    455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
    Telephone:  (415) 510-3750
    Facsimile:  (415) 703-5843
    Email:  LeMai.Lyons@doj.ca.gov

| | | |
|---|---|---|
| 1 | Dated: November 12, 2019 | Respectfully Submitted, |
| 2 | | XAVIER BECERRA |
| | | Attorney General of California |
| 3 | | ADRIANO HRVATIN |
| | | Supervising Deputy Attorney General |
| 4 | | |
| 5 | | */s/ Le-Mai D. Lyons* |
| | | LE-MAI D. LYONS |
| 6 | | Deputy Attorney General |
| | | *Attorneys for Defendants* |

26

SF2012204868
27  21703524.docx

28