JULES LOBEL (*pro hac vice*)
Email:  jll4@pitt.edu
RACHEL MEEROPOL (*pro hac vice*)
Email:  rachelm@ccrjustice.org
SAMUEL MILLER (Bar No. 138942)
Email:  samrmiller@yahoo.com
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY  10012
Tel:  (212) 614-6432
Fax:  (212) 614-6499

CARMEN E. BREMER (*pro hac vice*)
Email: carmen.bremer@bremerlawgroup.com
BREMER LAW GROUP PLLC
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Tel: (206) 357-8442
Fax: (206) 858-9730

*Attorneys for Plaintiffs*
(Additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TODD ASHKER, et al., | Case No. 4:09-cv-05796-CW (RMI) |
| Plaintiffs, | **CLASS ACTION** |
| v. | **ORDER REGARDING DECEMBER 3, 2019 MONITORING MEETING** |
| GOVERNOR OF THE STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Following a December 3, 2019 conference between the parties and the Court pursuant to Paragraph 49 of the Settlement Agreement that resolved this class action (ECF 424-2), the Court issues this order to memorialize its rulings during the conference.

1. The Court will modify the Joint Order submitted by the parties on October 22, 2019 to include language indicating that Plaintiffs can request additional confidential information by letter brief to the Court after first meeting and conferring with Defendants. The Court will issue the Joint Order as modified.[1]

2. Plaintiffs will, if they have issues with Defendants' redactions in the next quarterly 37(h) production, meet and confer with Defendants as to the redaction issues that Plaintiffs' counsel identify to resolve those issues. If Defendants' counsel fails to respond within the time allotted under the protective order, or if Plaintiffs' counsel believe that there are systemic issues with over-redactions, they can raise those issues with the Court by noticed motion.

3. Plaintiffs' request for training materials used by CDCR in BPH is denied.

4. Defendants will promptly allow Plaintiffs' counsel an in-person attorney-client visit with named plaintiff Ronnie Dewberry in the medical or rehabilitation facility where he is housed.[2] In addition, as soon as Mr. Dewberry is able to communicate by phone, Defendants will also meet and confer with counsel Jules Lobel to attempt to arrange a short phone call for Mr. Lobel to call Mr. Dewberry.

5. Plaintiffs will identify five confidential source interviews from CDCR's September 2019 quarterly 37(h) production. Defendants will ascertain whether recordings were made of these interviews and, if there are recordings, or if there are transcripts which were made of those recordings, will produce those unredacted recordings or transcripts to Plaintiffs' counsel Rachel Meeropol and Sam Miller, to review under the strictures of the Attorneys Eyes Only provisions of the Protective Order. The transcripts or recordings produced in connection with this production may only be viewed by Rachel Meeropol and Sam Miller. If Plaintiffs' identify a need to review further confidential source interviews,

---

[1] The Court issued the modified joint order on December 10, 2019. (ECF No. 1223.)

[2] On December 6, 2019, Defendants provided Plaintiffs' counsel with an in-person attorney client visit in connection with the Court's Order.

they can revisit their request for additional confidential source interview recordings and transcripts with the court. Plaintiffs' request for a 30(b)(6) deposition is denied, but the Court will revisit the necessity for such a deposition after CDCR responds to Plaintiffs' first sets of requests as set forth above to determine whether a deposition or interrogatories are necessary to facilitate future requests.

**IT IS SO ORDERED.**

Dated:  December 18, 2019          _____
The Honorable Robert M. Illman
United States Magistrate Judge