1   Xavier Becerra
    Attorney General of California
2   Adriano Hrvatin
    Supervising Deputy Attorney General
3   Kelly A. Samson
    Acting Supervising Deputy Attorney General
4   Le-Mai D. Lyons
    Deputy Attorney General
5   State Bar No. 285756
      455 Golden Gate Avenue, Suite 11000
6     San Francisco, CA  94102-7004
      Telephone:  (415) 510-3750
7     Fax:  (415) 703-5843
      E-mail:  LeMai.Lyons@doj.ca.gov
8   *Attorneys for Defendants*

9                  IN THE UNITED STATES DISTRICT COURT

10               FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                            EUREKA DIVISION

12

13

14  **TODD ASHKER, et al.,**                4:09-cv-05796 CW (RMI)

15                         Plaintiffs,      **DEFENDANTS' ADMINISTRATIVE**
                                            **MOTION TO FILE UNDER SEAL**
16         **v.**                           **DEFENDANTS' MOTION TO EXCLUDE**
                                            **PLAINTIFFS' EXPERTS ON TODD**
17                                          **ASHKER'S RETALIATION CLAIM**
    **GOVERNOR OF THE STATE OF**
18  **CALIFORNIA, et al.,**

19                         Defendants.

20

21         Under this District's Civil Local Rules 7-11 and 79-5 and General Order 62, Defendants

22  move to file under seal an unredacted version of Defendants' motion to exclude Plaintiffs' experts

23  on Todd Ashker's retaliation claim, an unredacted version of the Kelly A. Samson declaration

24  supporting Defendants' motion, and the exhibits attached to the declaration.

25         Defendants' motion papers concern Plaintiff Ashker's housing and confidential information

26  implicating inmate safety and institutional security.  Disclosure of this material in Defendants'

27  motion and supporting documents would reveal sensitive inmate information, and publish details

28  related to inmate housing issues and the investigative and deliberative process used by

                                            1

1   Defendants and the institution to make inmate housing recommendations.  The Court has

2   previously filed under seal the parties' submissions related to Ashker's housing and retaliation

3   allegations, including the Court's orders addressing those issues.  (*See, e.g.,* ECF Nos. 710, 865-

4   66, 877, 1148, 1169-71, 1190, 1194, 1200, 1201, 1202, 1203.)

5        Accordingly, Defendants request that the Court grant their administrative motion to file

6   under seal.

7   Dated:  December 24, 2019                     Respectfully submitted,

8                                                 XAVIER BECERRA
                                                  Attorney General of California
9                                                 ADRIANO HRVATIN
                                                  Supervising Deputy Attorney General
10

11                                                */s/ Le-Mai D. Lyons*
                                                  LE-MAI D. LYONS
12                                                Deputy Attorney General
                                                  *Attorneys for Defendants*

13   SF2012204868
     21755379.docx
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28