| | |
|---|---|
| 1 | XAVIER BECERRA<br>Attorney General of California |
| 2 | ADRIANO HRVATIN<br>Supervising Deputy Attorney General |
| 3 | KELLY A. SAMSON<br>Acting Supervising Deputy Attorney General |
| 4 | LE-MAI D. LYONS<br>Deputy Attorney General |
| 5 | State Bar No. 285756<br> 455 Golden Gate Avenue, Suite 11000 |
| 6 |  San Francisco, CA  94102-7004<br> Telephone:  (415) 510-3750 |
| 7 |  Fax:  (415) 703-5843<br> E-mail:  LeMai.Lyons@doj.ca.gov |
| 8 | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| **TODD ASHKER, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GOVERNOR OF THE STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | 4:09-cv-05796 CW (RMI)<br><br>**DECLARATION OF LE-MAI D. LYONS SUPPORTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' EXPERTS ON TODD ASHKER'S RETALIATION CLAIM** |

I, Le-Mai D. Lyons, declare as follows:

1. I am a Deputy Attorney General in the California Attorney General's Office, counsel of record for Defendants in this matter. I am competent to testify to the matters set forth in this declaration, and if called upon by the Court to testify, I would do so. I submit this declaration in support of Defendants' administrative motion to file under seal Defendants' motion to exclude Plaintiffs' experts on Todd Ashker's retaliation claim.

2. On February 6, 2013, the Court entered the parties' stipulated protective order, which remains in effect in this proceeding.

1

Lyons Decl. Supp. Defs.' Admin. Mot File Under Seal  (4:09-cv-05796 CW (RMI))

3. Defendants' motion papers concern Plaintiff Ashker's housing and confidential information implicating inmate safety and institutional security. I am informed and believe that the disclosure of this material in Defendants' motion and supporting documents would reveal sensitive inmate information, and publish details related to inmate housing issues and the investigative and deliberative process used by Defendants and the institution to make inmate housing recommendations.

4. The Court, Plaintiffs, and Defendants have previously filed under seal documents related to Ashker's housing in this matter, including five orders. (ECF Nos. 710, 865-66, 877, 1148, 1169-71, 1190, 1194, 1200, 1201, 1202, 1203.) Accordingly, Defendants make a similar request to seal this motion and supporting documents.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed in San Francisco, California, on December 24, 2019.

*/s/ Le-Mai D. Lyons*
Le-Mai D. Lyons

SF2012204868
21755412.docx

2

Lyons Decl. Supp. Defs.' Admin. Mot File Under Seal  (4:09-cv-05796 CW (RMI))