1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
   **TODD ASHKER, et al.,**                   Case No. 4:09-cv-05796 CW (RMI)
12
                                  Plaintiffs,  **[PROPOSED] ORDER GRANTING
13                                             DEFENDANTS' ADMINISTRATIVE
                                               MOTION TO FILE UNDER SEAL
14         v.                                  DEFENDANTS' MOTION TO EXCLUDE
                                               PLAINTIFFS' EXPERTS ON TODD
15   **GOVERNOR OF THE STATE OF**              ASHKER'S RETALIATION CLAIM**
     **CALIFORNIA, et al.,**
16
                                  Defendants.
17

18

19         Under this District's Civil Local Rules 7-11 and 79-5 and General Order 62, Defendants

20   seek to file under seal an unredacted version of Defendants' motion to exclude Plaintiffs' experts

21   on Todd Ashker's retaliation claim, an unredacted version of the Kelly A. Samson declaration

22   supporting Defendants' brief, and the exhibits attached to the Kelly A. Samson declaration.  The

23   Court has considered Defendants' motion, the declaration supporting Defendants' motion for

24   under-seal filing, and all other relevant papers on file.  Defendants have established that there are

25   compelling reasons to file the information at issue under seal.

26         Accordingly, the Court **GRANTS** Defendants' motion for administrative relief.  The Clerk

27   is instructed to file under seal the unredacted version of Defendants' motion to exclude Plaintiffs'

28

                                                 1

1   experts on Todd Ashker's retaliation claim, the unredacted version of the Kelly A. Samson

2   declaration, and the exhibits attached to the Kelly A. Samson declaration.

3        **IT IS SO ORDERED.**

4

5   Dated: _____                    _____
                                                        The Honorable Robert M. Illman
6                                                       United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28