| | |
|---|---|
| JULES LOBEL (*pro hac vice*) <br> Email: jll4@pitt.edu <br> RACHEL MEEROPOL (*pro hac vice*) <br> Email: rachelm@ccrjustice.org <br> SAMUEL MILLER (Bar No. 138942) <br> Email: samrmiller@yahoo.com <br> CENTER FOR CONSTITUTIONAL RIGHTS <br> 666 Broadway, 7th Floor <br> New York, NY 10012 <br> Tel: (212) 614-6432 <br> Fax: (212) 614-6499 <br><br> *Attorneys for Plaintiffs* | XAVIER BECERRA <br> Attorney General of California <br> ADRIANO HRVATIN <br> Supervising Deputy Attorney General <br> LE-MAI D. LYONS <br> Deputy Attorney General <br> KELLY A. SAMSON, State Bar No. 266927 <br> Acting Supervising Deputy Attorney General <br> 1300 I Street, Suite 125 <br> P.O. Box 944255 <br> Sacramento, CA 94244-2550 <br> Telephone: (916) 210-7317 <br> Fax: (916) 324-5205 <br> Email: Kelly.Samson@doj.ca.gov <br><br> *Attorneys for Defendants* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TODD ASHKER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNOR OF THE STATE OF CALIFORNIA, et al., <br><br> Defendants. | Case No.: 4:09-cv-05796-CW (RMI) <br><br> **CLASS ACTION** <br><br> **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME RE DEFENDANTS' MOTION TO EXCLUDE EXPERTS** <br><br> Judge:   Honorable Robert M. Illman |

WHEREAS, Defendants filed a motion to exclude Plaintiffs' experts on Todd Ashker's retaliation claim on December 24, 2019; and

WHEREAS, Plaintiffs need additional time to respond due to the intervening holidays; and

WHEREAS, the parties agree that Plaintiffs shall have an additional three days to file their opposition brief; and

WHEREAS, the parties to the above-captioned case, through their counsel of record, have agreed to a 3-day extension of the time for the filing of Plaintiffs' opposition brief until January 10, 2020, and that Defendants' reply would be filed within the ordinary 7 days following the opposition.

1   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
2   parties, through their counsel of record, that Plaintiffs shall have an extension of time up to and
3   including January 10, 2020, in which to file their opposition to the motion to exclude Plaintiffs'
4   experts on Todd Ashker's retaliation claim, that Defendants shall have up to and including
5   January 17, 2020 to file a reply, and that the hearing shall remain on schedule for January 28, 2020.

6   **IT IS SO STIPULATED.**

7   DATED:  January 8, 2020                              Respectfully submitted,

8                                                        XAVIER BECERRA
9                                                        Attorney General of California

10                                                       /s/ Kelly Samson

11                                                       KELLY SAMSON
                                                         Deputy Attorney General
12                                                       *Attorneys for Defendants*

13

14                                                       CENTER FOR CONSTITUTIONAL RIGHTS

15                                                       /s/ Samuel Miller

16                                                       SAMUEL MILLER
17                                                       *Attorneys for Plaintiffs*

18

19       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

20

21   DATED: January 8, 2020
                                                         _____
22                                                       The Honorable Robert M. Illman
                                                         United States Magistrate Judge
23