JULES LOBEL (*pro hac vice*)
Email:  jll4@pitt.edu
RACHEL MEEROPOL (*pro hac vice*)
Email:  rachelm@ccrjustice.org
SAMUEL MILLER (Bar No. 138942)
Email:  samrmiller@yahoo.com
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY  10012
Tel:  (212) 614-6432
Fax:  (212) 614-6499

*Attorneys for Plaintiffs*
(Additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TODD ASHKER, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOVERNOR OF THE STATE OF CALIFORNIA, et al.,<br><br>  Defendants. | Case No.: 4:09-cv-05796-CW (RMI)<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE RE EXPERT DESIGNATIONS AND MOTION TO EXCLUDE EXPERT TESTIMONY**<br><br>Judge:  Honorable Robert M. Illman |

Plaintiffs hereby provide notice pursuant to the Stipulation (ECF No. 1237) and Sealed Order (ECF No. 1203) that the experts noticed in Plaintiffs' December 6, 2019 Expert Disclosure re Retaliation Claim are hereby de-designated.

This de-designation fully satisfies Defendants' motion to exclude expert testimony, filed December 24, 2019, and Plaintiffs ask that the motion be withdrawn as moot.

DATED: January 10, 2020    Respectfully submitted,

By: */s/ Samuel Miller*
SAMUEL MILLER (Bar No. 138942)
Email: samrmiller@yahoo.com
JULES LOBEL (*pro hac vice*)
Email: jll4@pitt.edu
RACHEL MEEROPOL (*pro hac vice*)
Email: rachelm@ccrjustice.org
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6432
Fax: (212) 614-6499

CARMEN E. BREMER (*pro hac vice*)
Email: carmen.bremer@bremerlawgroup.com
BREMER LAW GROUP PLLC
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Tel: (206) 357-8442
Fax: (206) 858-9730

ANNE CAPPELLA (Bar No. 181402)
Email: anne.cappella@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
Tel: (650) 802-3000
Fax: (650) 802-3100

CHARLES F.A. CARBONE (Bar No. 206536)
Email: Charles@charlescarbone.com
LAW OFFICES OF CHARLES CARBONE
P. O. Box 2809
San Francisco, CA 94126
Tel: (415) 981-9773
Fax: (415) 981-9774

| | |
|---|---|
| 1 | |
| 2 | ANNE BUTTERFIELD WEILLS (Bar No. 139845) |
|   | Email: abweills@gmail.com |
| 3 | SIEGEL, YEE & BRUNNER |
|   | 475 14th Street, Suite 500 |
| 4 | Oakland, CA 94612 |
|   | Tel: (510) 839-1200 |
| 5 | Fax: (510) 444-6698 |
| 6 | |
|   | MATTHEW STRUGAR (Bar No. 232951) |
| 7 | Email: matthew@matthewstrugar.com |
|   | LAW OFFICE OF MATTHEW STRUGAR |
| 8 | 3435 Wilshire Blvd., Suite 2910 |
|   | Los Angeles, CA 90010 |
| 9 | Tel: (323) 696-2299 |
|   | Fax: (213) 252-0091 |
| 10 | |
| 11 | *Attorneys for Plaintiffs* |

PLAINTIFFS' NOTICE RE EXPERT DESIGNATIONS AND MOTION TO EXCLUDE EXPERT TESTIMONY            3            Case No. 4:09-cv-05796-CW (RMI)