XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General
KELLY A. SAMSON
Acting Supervising Deputy Attorney General
LE-MAI D. LYONS
Deputy Attorney General
State Bar No. 285756
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3750
 Fax:  (415) 703-5843
 E-mail:  LeMai.Lyons@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| **TODD ASHKER, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GOVERNOR OF THE STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | 4:09-cv-05796 CW (RMI)<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO EXCLUDE PLAINTIFFS' EXPERTS ON TODD ASHKER'S RETALIATION CLAIM**<br><br>Date: January 28, 2020<br>Time: 11:00 a.m.<br>Courtroom: Eureka-McKinleyville Federal Courthouse<br>Judge: The Hon. Robert M. Illman |

**TO THE COURT, PLAINTIFFS, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants withdraw their Motion to Exclude Plaintiffs' Experts on Todd Ashker's Retaliation Claim, previously noticed for hearing on January 28, 2020 before the Honorable Robert M. Illman.  (*See* ECF No. 1231.)  Instead of opposing Defendants' motion, Plaintiffs filed a notice de-designating their experts.  (ECF No. 1238.)  Defendants do not waive or otherwise withdraw their objections regarding Plaintiffs' incomplete and improper December 6, 2019 expert disclosure, failure to produce expert reports, and failure to comply with

1

Defs.' Withdraw Mot. Exclude Pls.' Experts  (4:09-cv-05796 CW (RMI))

1  the Court's stipulated order (ECF No. 1209) and Federal Rule of Civil Procedure 26(a)(2).  But

2  given Plaintiffs' response to Defendants' motion, Defendants withdraw the motion and request

3  that the January 28, 2020 hearing be taken off the Court's calendar.

4  Dated:  January 14, 2020                                        Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General


*/s/ Le-Mai D. Lyons*
LE-MAI D. LYONS
Deputy Attorney General
*Attorneys for Defendants*

SF2012204868
21773150.docx

2

Defs.' Withdraw Mot. Exclude Pls.' Experts  (4:09-cv-05796 CW (RMI))

# CERTIFICATE OF SERVICE

Case Name:   **Ashker, et al. v. Newsom, et al.**     No.   **4:09-cv-05796 CW (RMI)**

I hereby certify that on January 14, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO EXCLUDE PLAINTIFFS' EXPERTS ON TODD ASHKER'S RETALIATION CLAIM**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On January 14, 2020, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Michelle Bui**
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood City

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 14, 2020, at San Francisco, California.

|                    |                    |
|--------------------|--------------------|
| R. Caoile          | /s/ R. Caoile      |
| Declarant          | Signature          |

SF2012204868
21774867.docx