1  XAVIER BECERRA
   Attorney General of California
2  ADRIANO HRVATIN
   Supervising Deputy Attorney General
3  KELLY A. SAMSON
   Acting Supervising Deputy Attorney General
4  LE-MAI D. LYONS
   Deputy Attorney General
5  State Bar No. 285756
    455 Golden Gate Avenue, Suite 11000
6   San Francisco, CA  94102-7004
    Telephone:  (415) 510-3750
7   Fax:  (415) 703-5843
    E-mail:  LeMai.Lyons@doj.ca.gov
8  *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| **TODD ASHKER, et al.,** | 4:09-cv-05796 CW (RMI) |
| Plaintiffs, | **AMENDED PROOF OF SERVICE** |
| v. | |
| **GOVERNOR OF THE STATE OF CALIFORNIA, et al.,** | |
| Defendants. | |

# AMENDED CERTIFICATE OF SERVICE

Case Name:   **Ashker, et al. v. Newsom, et al.**         No.   **4:09-cv-05796 CW (RMI)**

I hereby certify that on January 14, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO EXCLUDE PLAINTIFFS' EXPERTS ON TODD ASHKER'S RETALIATION CLAIM**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On January 14, 2020, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Michelle Bui**
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood City, CA  94065-1134

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 14, 2020, at San Francisco, California.

| R. Caoile | /s/ R. Caoile |
|---|---|
| Declarant | Signature |

SF2012204868
21775177.docx