IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TODD ASHKER, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GOVERNOR OF THE STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | Case No. 4:09-cv-05796 CW (RMI)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO LIFT REDACTIONS UNDER PARAGRAPH 6 OF THE PROTECTIVE ORDER |

Under this District's Civil Local Rules 7-11 and 79-5 and General Order 62, Defendants seek to file under seal an unredacted version of Defendants' opposition to Plaintiffs' motion to lift redactions under paragraph 6 of the parties' protective order. The Court has considered Defendants' motion, the declaration supporting Defendants' motion for under-seal filing, and all other relevant papers on file. The Court finds good cause and **GRANTS** Defendants' motion for administrative relief. The Clerk is instructed to file under seal the unredacted version of Defendants' opposition to Plaintiffs' motion to lift redactions.

**IT IS SO ORDERED.**

Dated: May 5, 2020

_____
The Honorable Robert M. Illman
United States Magistrate Judge

1

[~~Proposed~~] Order (4:09-cv-05796 CW (RMI))