UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TODD ASHKER, et al., | Case No.: 4:09-cv-05796-CW (RMI) |
| Plaintiffs, | **CLASS ACTION** |
| v. | [~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| GOVERNOR OF THE STATE OF CALIFORNIA, et al., | |
| Defendants. | Judge:   Honorable Robert M. Illman |

The Court has received Plaintiffs' Administrative Motion to File Under Seal, and the Declaration of Rachel Meeropol in support of the same. Pursuant to Civil Local Rule 79-5(a), Plaintiffs have shown that the portions of the documents to be sealed are entitled to protection under the law because they contain confidential information that Defendants claim could harm CDCR institutional safety and security if disclosed. *See Dugan v. Lloyds TSB Bank, PLC*, No. 12-cv-02549-WHA (NJV), 2013 U.S. Dist. LEXIS 51162, at *5 (N.D. Cal. Apr. 9, 2013) (finding that good cause may exist to seal records "if disclosure of the information might harm a litigant's competitive standing"). Plaintiffs have met the "good cause" standard for sealing portions of the Reply Brief in Support of Motion to Lift Redactions, because Plaintiffs have shown that they contain confidential information that Defendants claim would harm institutional safety and security, and would further compromise ongoing investigations of alleged prison gang activity if disclosed. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

1  Having considered Plaintiffs' Administrative Motion to File Under Seal and the Declaration
2  of Rachel Meeropol in support of same, and good cause appearing therefor, Plaintiffs' Motion is
3  hereby GRANTED.
4  IT IS SO ORDERED.

Dated: May 5, 2020

_____
Honorable Robert M. Illman
United States Magistrate Judge