| | |
|---|---|
| JULES LOBEL (*pro hac vice*) | XAVIER BECERRA |
| Email: jll4@pitt.edu | Attorney General of California |
| RACHEL MEEROPOL (*pro hac vice*) | ADRIANO HRVATIN |
| Email: rachelm@ccrjustice.org | Supervising Deputy Attorney General |
| SAMUEL MILLER (Bar No. 138942) | LE-MAI D. LYONS |
| Email: samrmiller@yahoo.com | Deputy Attorney General |
| CENTER FOR CONSTITUTIONAL RIGHTS | State Bar No. 285756 |
| 666 Broadway, 7th Floor | 455 Golden Gate Ave., Suite 11000 |
| New York, NY 10012 | San Francisco, CA 94102-7004 |
| Tel: (212) 614-6432 | Telephone: (415) 510-3750 |
| Fax: (212) 614-6499 | Fax: (415) 703-5843 |
| | Email: LeMai.Lyons@doj.ca.gov |

*Attorneys for Plaintiffs*

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TODD ASHKER, et al., | Case No.: 4:09-cv-05796-CW (RMI) |
| Plaintiffs, | **CLASS ACTION** |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME RE PLAINTIFFS' MOTION TO EXTEND JURISDICTION** |
| GOVERNOR OF THE STATE OF CALIFORNIA, et al., | |
| Defendants. | Judge:   Honorable Claudia Wilken |

WHEREAS, the Settlement Agreement (Dkt. No. 424-2) was extended for a one-year period by Court Order of January 25, 2019 (Dkt. No. 1122). The extended monitoring period began on July 15, 2019 and expires on July 15, 2020, in accordance with this Court's Order of June 26, 2019 (Dkt. No. 1198).

WHEREAS, the Settlement Agreement (Dkt. No. 424-2, paras. 41 & 43) provides that Plaintiffs may file a subsequent motion to further extend the Court's jurisdiction over the above-captioned matter, and that the initial motion was to be filed within 30 days of the expiration of the original monitoring period, so that the presumptive filing deadline for this second motion to extend jurisdiction is presently August 14, 2020.

1    WHEREAS, due to the difficulties imposed on counsel by the Covid-19 pandemic and the
2 present status of discovery at the close of the current monitoring period, Plaintiffs, with good cause,
3 have requested, and Defendants have agreed to stipulate to, an extension of the filing deadline.
4    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
5 parties, through their counsel of record, that Plaintiffs shall have an extension of time up to and
6 including September 25, 2020 for the filing of a motion to extend jurisdiction; Defendants shall
7 have until December 4, 2020 to file an opposition; and Plaintiffs shall have until January 12, 2021 to
8 file a reply. The parties propose a hearing on the motion on February ~~2~~, 3, 2021, or at the Court's
9 earliest convenience.
10    IT IS SO STIPULATED.
11 DATED: July 15, 2020                    Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

/s/ Le-Mai D. Lyons

LE-MAI D. LYONS
Deputy Attorney General
*Attorneys for Defendants*


CENTER FOR CONSTITUTIONAL RIGHTS

/s/ Samuel Miller

SAMUEL MILLER
*Attorneys for Plaintiffs*


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 16, 2020                    _____
                                        The Honorable Claudia Wilken
                                        United States District Judge

STIP AND [PROPOSED] ORDER FOR        2        CASE NO.: 4:09-CV-05796-CW (RMI)
EXTENSION OF TIME