XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General
LE-MAI D. LYONS
Deputy Attorney General
State Bar No. 285756
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3750
 Fax:  (415) 703-5843
 E-mail:  LeMai.Lyons@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| **TODD ASHKER, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GOVERNOR OF THE STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | 4:09-cv-05796 CW (RMI)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING THE BRIEFING SCHEDULE FOR LOUIS J. AGUIRRE'S MOTION TO INTERVENE TO MODIFY THE PROTECTIVE ORDER**<br><br>Hearing Date: September 23, 2020<br>Time:  2:30 p.m.<br>Judge:  The Hon. Robert M. Illman |

Defendants and proposed intervenor Louis J. Aguirre submit this stipulation and proposed order regarding Aguirre's pending motion to intervene to modify the protective order and obtain production of deposition transcripts from the *Ashker* settled class action.  (ECF No. 1317.)  The parties have met and conferred as ordered by the Court to try to reach an accommodation for Aguirre's discovery requests.  (ECF No. 1318.)

The parties are discussing an agreement that should obviate the need for further briefing on the issue, and have stipulated to the following proposed briefing schedule.  The short extension of time to the current briefing schedule will provide the parties time to finalize the terms of the

agreement, while preserving their respective rights to brief the intervention issue if the parties reach an impasse.

**BRIEFING SCHEDULE**

|  | **Current Deadline** | **[Proposed] Amended Deadline** |
|---|---|---|
| Defendants' Opposition filing deadline: | September 2, 2020 | September 9, 2020 |
| Aguirre's Reply Brief filing deadline: | September 9, 2020 | September 16, 2020 |

If Defendants and Aguirre reach an agreement, Aguirre will file a notice withdrawing the pending intervention motion.

**IT IS SO STIPULATED.**

Dated:  September 2, 2020

XAVIER BECERRA
Attorney General of California

/s/ A. Hrvatin

ADRIANO HRVATIN
Supervising Deputy Attorney General
*Attorneys for Defendants*

Dated:  September 2, 2020

JEFF DOMINIC PRICE, ESQ.

/s/ Jeff Price

JEFF DOMINIC PRICE
*Attorneys for Proposed Intervenor Aguirre*

**IT IS SO ORDERED.**

Dated: September  3 , 2019

_____
Honorable Robert M. Illman
Magistrate Judge
United States District Court

SF2012204868
42332463.docx