UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 22 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TODD LEWIS ASHKER; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> GAVIN NEWSOM, Governor of the State of California; et al., <br><br> Defendants - Appellants. | No. 18-16427 <br><br> D.C. No. 4:09-cv-05796-CW <br> U.S. District Court for Northern California, Oakland <br><br> **MANDATE** |

The judgment of this Court, entered August 03, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

The parties shall bear their own costs.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7