IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 09-cv-05796 CW<br><br>ORDER REGARDING OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION<br><br>(Re: Dkt. Nos. 1473, 1474) |

　　　On May 6, 2021, Magistrate Judge Illman filed a report and recommendation with respect to the parties' entitlement to attorneys' fees.  Docket No. 1453.  Each side filed objections to that report and recommendation on May 20, 2021.  Docket Nos. 1473, 1474.

　　　Each side may file a response to the other side's objections no later than June 3, 2021.  Each side may file a reply in support of its objections no later than June 10, 2021.  The Court will resolve the objections on the papers.  The hearing scheduled for July 28, 2021, is VACATED.

　　　IT IS SO ORDERED.

Dated: May 21, 2021

　　　　　　　　　　　　　　　　　　　／s／ Claudia Wilken
　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　United States District Judge