UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TODD ASHKER, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MATHEW CATE, et al.,<br><br>　　　　Defendants. | Case No. 09-cv-05796-CW　(RMI)<br><br>**ORDER RE: DEFENDANTS' MOTION TO VACATE JUNE 15, 2021 HEARING**<br><br>Re: Dkt. No. 1478 |

Now pending before the court is Plaintiffs' second motion to extend the settlement agreement in this case (*see* dkts. 1357, 1411), Defendants have responded (dkt. 1418), and Plaintiffs have filed a reply (dkt. 1448) to which Defendants have lodged an objection (dkt. 1455) that remains pending. The extension matter is currently scheduled for oral argument on June 15, 2021, and Defendants have moved (dkt. 1478) to vacate the oral argument from the court's calendar due to the pendency of their motion (dkt. 1457) to stay litigation in this court relating to the second extension motion until after the resolution of their appeal from the entry of the first extension order (dkt. 1440). Plaintiffs have filed a response (dkt. 1482) in opposition. Having reviewed the papers attending the second extension motion, pursuant to Civil Local R. 7-1(b) and General Order 72-6, the undersigned finds that this matter is suitable for disposition without oral argument. Accordingly, the hearing scheduled for June 15, 2021, is hereby **VACATED** for that reason and Defendants' Motion (dkt. 1478) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: June 7, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT M. ILLMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge