| | |
|---|---|
| TODD ASHKER, et al., | Case No.: 4:09-cv-05796-CW (RMI) |
| Plaintiffs, | **CLASS ACTION** |
| v. | [PROPOSED] **ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| GOVERNOR OF THE STATE OF CALIFORNIA, et al., | |
| Defendants. | Judge: Honorable Robert M. Illman |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

The Court has received the Joint Administrative Motion to File Under Seal, and the Declaration of Carmen Bremer in support of the same. Pursuant to Civil Local Rule 79-5(a), The Parties have shown that the documents to be sealed are entitled to protection under the law because they contain confidential information that Defendants claim could harm CDCR institutional safety and security if disclosed. *See Dugan v. Lloyds TSB Bank, PLC*, No. 12-cv-02549-WHA (NJV), 2013 U.S. Dist. LEXIS 51162, at *5 (N.D. Cal. Apr. 9, 2013) (finding that good cause may exist to seal records "if disclosure of the information might harm a litigant's competitive standing"). The Parties have met the "good cause" standard for sealing the Parties' June 25, 2021 Joint Letter Brief Regarding Retaliation and Exhibits A through D to the letter because the Parties have shown that they contain confidential information that Defendants claim would harm institutional safety and

security, and would further compromise ongoing investigations of alleged prison gang activity if disclosed. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

Having considered the Joint Administrative Motion to File Under Seal and the Declaration of Carmen Bremer in support of same, and good cause appearing therefor, the Joint Motion is hereby GRANTED.

IT IS SO ORDERED.

Dated: June 28, 2021

Honorable Robert M. Illman
United States Magistrate Judge