IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. 09-cv-05796 CW<br><br>**ORDER REQUIRING DEFENDANTS TO PRODUCE TO PLAINTIFFS UNREDACTED VERSIONS OF CERTAIN DOCUMENTS**<br><br>(Re: Docket No. 1548) |

On November 19, 2021, the Court ordered Defendants to file under seal, for *in camera* review, unredacted versions of a limited set of documents relevant to Plaintiffs' second motion to extend the settlement agreement. Docket No. 1548. Within two days of the date this order is filed, Defendants shall produce to Plaintiffs any unredacted documents that Defendants filed under seal for *in camera review* in response to the Court's order of November 19, 2021, to the extent that they are cited in the Court's order resolving Plaintiffs' second motion to extend the settlement agreement. Defendants shall designate such documents as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" and their use and disclosure shall be governed by the terms of the protective order in this action, Docket No. 182. The Court finds that requiring Defendants to produce these unredacted documents to Plaintiffs is appropriate because the documents played a role in the Court's determination of Plaintiffs' second motion to extend the settlement agreement, and because the protections afforded by the protective order for any documents designated as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" are sufficient to ensure that the disclosure of sensitive information that could endanger the safety and security of an institution or person is limited to Plaintiffs' counsel. *See* Docket No. 182 ¶ 7.4 ("Unless otherwise ordered by the Court or permitted in writing by the Designating Party, only Counsel for the Receiving Party may have

access to and review any information or item designated 'CONFIDENTIAL-ATTORNEYS' EYES ONLY.'").

IT IS SO ORDERED.

Dated: February 2, 2022



CLAUDIA WILKEN
United States District Judge