IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>GAVIN NEWSOM, et al.,<br><br>   Defendants. | Case No. 09-cv-05796 CW<br><br>**ORDER GRANTING MOTION FOR CLARIFICATION**<br><br>(Re: Dkt. No. 1584) |

Now pending is Defendants' motion for clarification of the Court's order of February 2, 2022, which granted Plaintiffs' motion to extend the settlement agreement for a second twelve-month period, Docket No. 1579. Defendants request clarification of the Court's statement that the second twelve-month extension period "shall commence when this order becomes final," s*ee id.* at 72.

Defendants' motion for clarification is GRANTED and the Court's order of February 2, 2022, is clarified as follows:

Defendants shall, forthwith, begin preparing their production of the documents and data described in paragraph 37 of the settlement agreement, as well as the documents and data they had agreed to produce prior to the expiration of the first extension period. To the extent that Plaintiffs seek additional documents or data during the second extension period, the parties shall meet and confer with respect to such requests for documents and data no later than fourteen days of the date this order is filed. If the parties are unable to resolve any disagreements, they shall submit such disputes to Magistrate Judge Illman within two weeks thereafter. Once Magistrate Judge Illman issues a ruling, Defendants shall promptly collect and prepare for production any documents or data that he orders Defendants to produce, and Defendants shall notify the Court of the date on which they will be able to make a complete production of all documents and data, namely those

1  required under paragraph 37 of the settlement agreement, those the parties agreed upon, and those
2  that Magistrate Judge Illman orders Defendants to produce.  The Court's order of February 2,
3  2022, will be deemed final, and the second extension period shall begin, on the date that
4  Defendants make that production.
5      IT IS SO ORDERED.

7  Dated: February 24, 2022

        CLAUDIA WILKEN
        United States District Judge