IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD ASHKER, et al.,

        Plaintiffs,

      v.

GAVIN NEWSOM, et al.,

        Defendants.

Case No. 09-cv-05796 CW

**ORDER VACATING HEARING RE: MOTION TO STAY PENDING APPEAL**

(Re: Dkt. No. 1605)

On March 4, 2022, Defendants filed a motion to stay the Court's order of February 2, 2022, pending appeal, Docket No. 1579; that order granted Plaintiffs' motion to extend the settlement agreement for a second twelve-month period.  Defendants noticed the motion to stay for a hearing on March 23, 2022.  Because the motion is suitable for determination without oral argument, the Court VACATES the March 23, 2022, hearing.  Plaintiffs may file a response to the motion no later than March 18, 2022, and Defendants may file a reply no later than March 25, 2022.  The Court will decide the motion on the papers.

      IT IS SO ORDERED.

Dated: March 7, 2022

_____
CLAUDIA WILKEN
United States District Judge

United States District Court
Northern District of California