UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TODD ASHKER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOVERNOR OF THE STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No.: 4:09-cv-05796-CW (RMI)<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE REGARDING PRODUCTION OF DOCUMENTS REQUIRED BY SETTLEMENT AGREEMENT**<br><br>Judge:　　The Honorable Claudia Wilken |

　　　Before the Court is Plaintiffs' Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge Regarding Production of Documents Required by Settlement Agreement (the "De Novo Motion"). Having considered the De Novo Motion, as well as all materials filed in support thereof, and finding the De Novo Motion supported by good cause,

　　　THE COURT FINDS that Defendants have not substantially complied with the terms of the Settlement Agreement with respect to the requirement that confidential information shall only be redacted "where necessary." Doc. 424-2, ¶ 38. To achieve substantial compliance with the Settlement Agreement's terms, pursuant to Paragraph 53,

IT IS HEREBY ORDERED that Defendants shall adhere to the following protocol with respect to redaction of documents containing confidential information that are produced to Plaintiffs after the date of this Order pursuant to Paragraph 37 of the Settlement Agreement:

- CDCR will continue to produce redacted versions of confidential documents. However, within relevant pages, redactions shall only be made for source-identifying information, not for the purpose of excluding other prisoners' names or irrelevant information. (If an entire page is irrelevant, it may be redacted.)
- Plaintiffs will review this redacted material and may request that a subset of the material be produced without any redactions. Upon this request, Defendants will produce the pages in question, designated Attorneys' Eyes Only under the Stipulated Protective Order, ECF No. 181, without redactions.
- Plaintiffs will only request unredacted documents upon a good-faith belief that it is necessary to adequately review the material.

**IT IS SO ORDERED.**

Dated:_____    _____
                                                                   The Honorable Claudia Wilken
                                                                   United States District Judge