IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 09-cv-05796 CW<br><br>**ORDER VACATING HEARING RE: MOTION FOR DE NOVO DETERMINATION OF MAGISTRATE JUDGE'S RULING**<br><br>(Re: Dkt. No. 1632) |

　　　　On April 19, 2022, Plaintiffs filed a motion for de novo determination of the magistrate judge's ruling with respect to a dispute pertaining to Defendants' practices for redacting documents under paragraph 38 of the Settlement Agreement, Docket No. 1632. Plaintiffs noticed the motion for a hearing on June 2, 2022. Because the motion is suitable for determination without oral argument, the Court VACATES the June 2, 2022, hearing. Defendants may file a response to the motion no later than May 3, 2022, and Plaintiffs may file a reply no later than May 10, 2022. The Court will decide the motion on the papers.

　　　　IT IS SO ORDERED.

Dated: 4/20/2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　United States District Judge