IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TODD ASHKER, et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>**GOVERNOR OF THE STATE OF CALIFORNIA, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 4:09-cv-05796-CW (RMI)<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE REGARDING PRODUCTION OF DOCUMENTS REQUIRED BY SETTLEMENT AGREEMENT** |

The Court has received Defendants' Administrative Motion to File Under Seal Defendants' Opposition to Plaintiffs' Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge Regarding Production of Documents Required by Settlement Agreement. Having found good cause for the document to be sealed, Defendants' Administrative Motion to File Under Seal is hereby GRANTED, and the Court ORDERS that the following document is to be filed under seal:

/ / /

/ / /

/ / /

| Document | Portion to Be Sealed |
|---|---|
| Defendant's Opposition to Plaintiffs' Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge Regarding Production of Documents Required by Settlement Agreement | p. 4: 23-24, 27-28; p. 5: 1-18; p. 6: 1-14 |

IT IS SO ORDERED.

Dated: 6/15/2022

_____
The Honorable Claudia Wilken