UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TODD ASHKER, et al.,<br><br>                Plaintiffs,<br><br>        v.<br><br>GOVERNOR OF THE STATE OF<br>CALIFORNIA, et al.,<br><br>                Defendants. | Case No.: 4:09-cv-05796-CW (RMI)<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFFS'<br>ADMINISTRATIVE MOTION TO<br>CONSIDER WHETHER ANOTHER<br>PARTY'S MATERIAL SHOULD BE<br>SEALED**<br><br>Judge:     The Honorable Claudia Wilken |

The Court has received Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed submitted for Plaintiffs' Reply in Support of Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge Regarding Production of Documents Required By Settlement Agreement.

Having considered papers submitted by both parties, and having found the document listed in Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed contains material that is sealable pursuant to Local Rule 79-5, Plaintiffs' Administrative Motion is hereby GRANTED.

IT IS SO ORDERED.

Dated:     6/15/2022

_____
The Honorable Claudia Wilken
United States District Judge