JULES LOBEL (*pro hac vice*)
Email:  jll4@pitt.edu
SAMUEL MILLER (Bar No. 138942)
Email:  samrmiller@yahoo.com
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY  10012
Tel:  (212) 614-6432
Fax:  (212) 614-6499

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TODD ASHKER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOVERNOR OF THE STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No.: 4:09-cv-05796-CW (RMI)<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME RE OPPOSITION AND REPLY BRIEFING ON PLAINTIFFS' SECOND MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE REGARDING RETALIATION AGAINST CLASS MEMBER**<br><br>Judge:　The Honorable Claudia Wilken |

　　1.　WHEREAS, Plaintiffs filed a motion on September 19, 2022 for de novo review regarding their Second Motion to Enforce Anti-Retaliation Provision of Settlement Agreement. ECF No. 1702.

　　2.　WHEREAS, due to Plaintiffs' counsel's unavailability from October 4-11, 2022, Plaintiffs, with good cause, have requested, and Defendants have agreed to stipulate to, a one-week extension of the remaining filing deadlines.

　　3.　NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their counsel of record, that Defendants shall have up to and including October 10, 2022 for the filing of an Opposition, and Plaintiffs shall have up to and including October 17, 2022 for

their reply. This schedule allows that briefing will be completed 17 days prior to the scheduled hearing date of November 3, 2022. ECF No. 1702.

4. Defendants' agreement to this stipulated extension is made with the following reservation of rights: Defendants do not object to Plaintiffs' request to alter the briefing schedule reflected on the docket at ECF No. 1702; however, Defendants dispute that Plaintiffs are entitled to a reply and do not waive any argument to that effect by stipulating to the altered briefing schedule.

IT IS SO STIPULATED.

DATED: October 3, 2022                Respectfully submitted,

CENTER FOR CONSTITUTIONAL RIGHTS

*/s/ Samuel Miller*
SAMUEL MILLER
*Attorneys for Plaintiffs*


ROB BONTA
Attorney General of California

*/s/ Sarah M. Brattin*
SARAH M. BRATTIN
Deputy Attorney General
*Attorneys for Defendants*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 4, 2022

The Honorable Claudia Wilken
United States District Judge