UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TODD ASHKER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOVERNOR OF THE STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No.: 4:09-cv-05796-CW (RMI)<br><br>**CLASS ACTION**<br><br>**[~~PROPOSED~~] ORDER *AS MODIFIED* GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR RELEASE OF SEALED TRANSCRIPT OF NOVEMBER 3, 2022 PROCEEDINGS**<br><br>Judge:    The Honorable Claudia Wilken |

Plaintiffs request an order releasing the sealed transcript of proceedings held on November 3, 2022 in this matter to counsel for Plaintiffs.  Because good cause supports the request, Plaintiffs' motion is GRANTED.  The sealed transcript shall be released to counsel for Plaintiffs.

**IT IS SO ORDERED.**

Dated: November 9, 2022

_____
The Honorable Claudia Wilken
United States District Judge