Rob Bonta
Attorney General of California
Adriano Hrvatin
Supervising Deputy Attorney General
Jeremy C. Doernberger
Sarah M. Brattin
D. Mark Jackson
Deputy Attorneys General
State Bar No. 220909
 455 Golden Gate Avenue, Suite 1100
 San Francisco, CA 94102-7004
 Telephone: (415) 510-3577
 Fax: (415) 703-5843
 E-mail: Adriano.Hrvatin@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **TODD ASHKER, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GOVERNOR OF THE STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | 4:09-cv-05796-CW (RMI)<br><br>**STIPULATION AND ORDER CONFIRMING DATE FOR JOINT REPORT OR SEPARATE STATEMENTS ADDRESSING JANUARY 5, 2023 ORDER** |

On January 5, 2023, the Court issued an order regarding a class member's retaliation claim. (ECF No. 1750 [filed under seal].) The Court ordered that the parties meet and confer and provide a joint report or separate statements regarding those meet-and-confer discussions and proposing further steps within 45 days of the Court's January 5 order. (*Id.* at 64.) The Court's 45-day deadline falls on Sunday, February 19. The following day, February 20, is a federal and state holiday.

Defendants raised this calendar issue with Plaintiffs and proposed the parties stipulate to have until February 22 to meet the Court's filing deadline. The February 22 deadline will

1

continue the parties' filing deadline to a date that does not fall on a Sunday or holiday and provides the parties with a full business day (on February 21) to compile their joint or separate position statements. Plaintiffs do not oppose this revised schedule. Good cause supports this request as the proposed schedule change continues the parties' response deadline by just three days, allows the parties to work around weekend and holiday conflicts, and otherwise affects no other deadline regarding this matter.

**IT IS SO STIPULATED.**

Dated:  February 8, 2023            Respectfully submitted,

ROB BONTA
Attorney General of California

/s/ Adriano Hrvatin

ADRIANO HRVATIN
Supervising Deputy Attorney General
*Attorneys for Defendants*

Dated:  February 8, 2023            BREMER LAW GROUP PLLC

/s/ Carmen Bremer

CARMEN E. BREMER
*Attorneys for Plaintiffs*

## ORDER

Based on the parties' stipulation, and finding good cause, the Court APPROVES the parties' stipulation and revised schedule for submitting a joint statement or separate statements addressing the Court's January 5, 2023 order. The parties will file a joint statement or their separate statements by February 22, 2023.

**IT IS SO ORDERED.**

Dated:  February 9, 2023

_____
The Hon. Claudia Wilken
United States District Court Judge

SF2012204868
43567683.docx