IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>      Defendants. | Case No. 09-cv-05796 CW<br><br>**ORDER REGARDING PROPOSED REDACTIONS TO JANUARY 5, 2023, ORDER**<br><br>(Re: Dkt. No. 1770-3) |

Now before the Court are the parties' submissions regarding each side's proposed redactions to the Court's January 5, 2023, order. The Court finds that Defendants have shown that redacting the portions of the January 5, 2023, order that they highlighted in yellow in Docket Number 1770-5 (Exhibit B to the parties' joint submission of January 26, 2023) is necessary for the legitimate penological purpose of maintaining the safety and security of CDCR prisoners and staff. Accordingly, the Court GRANTS Defendants' request to redact the portions of the January 5, 2023, order that they highlighted in yellow in Docket Number 1770-5, with the caveat that, instead of using a black box for redactions of CDCR employees' names, a code name for each CDCR employee shall be used pursuant to the CDCR Personnel Key that Defendants filed under seal as Docket Number 1779-3. Within seven days of the date this order is filed, Defendants shall file a redacted version of the January 5, 2023, order that is consistent with the Court's rulings herein.

    IT IS SO ORDERED.

Dated: 2/23/2023

                                        CLAUDIA WILKEN
                                        United States District Judge