| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | ADRIANO HRVATIN<br>Supervising Deputy Attorney General |
| 3 | State Bar No. 220909<br> 455 Golden Gate Avenue, Suite 1100 |
| 4 |  San Francisco, CA 94102-7004<br> Telephone: (415) 510-3577 |
| 5 |  Fax: (415) 703-5843<br> E-mail: Adriano.Hrvatin@doj.ca.gov |
| 6 | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **TODD ASHKER, et al.,**<br><br>                        Plaintiffs,<br><br>      v.<br><br>**GOVERNOR OF THE STATE OF CALIFORNIA, et al.,**<br><br>                        Defendants. | 4:09-cv-05796-CW (RMI)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PARTIES TO MEET AND CONFER REGARDING JANUARY 5, 2023 ORDER** |

On January 5, 2023, the Court issued an order regarding a class member's retaliation claim. (ECF No. 1750 [filed under seal].) The Court ordered that the parties meet and confer and provide a joint report or separate statements regarding those meet-and-confer discussions (*id*. at 64). With the Court's approval (ECF No. 1777), the parties filed their statements on February 22. (ECF Nos. 1781 & 1782 [filed under seal].)

Following the parties' filings, they conferred and agree that their discussions regarding the class member's housing will benefit from a short, one-week extension of time to give the parties the opportunity to further discuss and potentially agree on a proposed general-population housing assignment for the class member, subject to Court order. The parties will provide the Court with a report regarding their discussions following the proposed extension of time. The parties also

agree that their discussions regarding the class member's documents will benefit from the sixty-day extension of time proposed by Plaintiffs to provide a further update to the Court. Good cause supports this request as the parties will use the additional time to continue their meet-and-confer efforts and provide the Court with a further informed record to address the parties' positions regarding the class member's housing and documents. The proposed extensions of time affect no other deadline regarding this matter.

**IT IS SO STIPULATED.**

Dated:  February 24, 2023            Respectfully submitted,

                                     ROB BONTA
                                     Attorney General of California

                                     /s/ Adriano Hrvatin

                                     ADRIANO HRVATIN
                                     Supervising Deputy Attorney General
                                     *Attorneys for Defendants*

Dated:  February 24, 2023            CENTER FOR CONSTITUTIONAL RIGHTS

                                     /s/ Jules Lobel

                                     JULES LOBEL
                                     *Attorneys for Plaintiffs*

### [PROPOSED] ORDER

Based on the parties' stipulation, and finding good cause, the Court approves the parties' stipulation for additional time to meet and confer regarding the Court's January 5, 2023 order. Within one week of this order, the parties shall file a joint statement or separate statements addressing the class member's housing. Within 60 days of this order, the parties will file a joint statement or separate statements addressing the class member's documents.

**IT IS SO ORDERED.**

Dated:  February  27, 2023

                                     _____
                                     The Hon. Claudia Wilken
                                     United States District Court Judge

SF2012204868
36047868.docx