IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TODD ASHKER, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GOVERNOR OF THE STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | Case No. 4:09-cv-05796-CW (RMI)<br><br>**CLASS ACTION**<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION AND ADMINISTRATIVE MOTION FOR RELEASE OF SEALED PORTION OF TRANSCRIPT OF FEBRUARY 28, 2023 STATUS CONFERENCE TO COUNSEL** |

The parties request an order releasing the sealed transcript of proceedings held on February 28, 2023 (ECF No. 1790) in this matter to counsel. Because good cause supports the request, the Administrative Motion is GRANTED. The sealed portion of the transcript shall be released to counsel if ordered.

Dated: March 2, 2023

_____
The Honorable Robert M. Illman
United States Magistrate Judge

1

[Proposed] Order Granting Joint Stip. & Admin. Motion for Release(4:09-cv-05796-CW (RMI))