UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TODD ASHKER, et al., | Case No.: 4:09-cv-05796-CW (RMI) |
| Plaintiffs, | **CLASS ACTION** |
| v. | [PROPOSED] **ORDER REGARDING DEADLINES CORRESPONDING TO REDACTION CHALLENGES** |
| GOVERNOR OF THE STATE OF CALIFORNIA, et al., | |
| Defendants. | Judge:    The Honorable Robert M. Illman |

     Having considered the parties' positions as presented in Plaintiffs' February 21, 2023 letter brief and the arguments of counsel at the February 28, 2023 monitoring meeting in this matter, the Court finds good cause to impose deadlines for Defendants to provide certain information and documentation pursuant to the protocol outlined in ECF No. 1662 (the "Redaction Order") for resolving disputes concerning redactions in Defendants' document productions.

     The Redaction Order provides that "[t]o the extent that Defendants apply redactions, within relevant pages, on information that is *not* source-identifying, and Plaintiffs question such redactions, Defendants shall explain to Plaintiffs why they believe it is necessary to redact the information in question." ECF No. 1662 at 5. Defendants are ORDERED to provide such explanation within twenty-one (21) days of Plaintiffs' inquiry (including production of less-redacted versions of any pages on which Defendants agree to lift redactions at this step).

The Redaction Order further provides that "[i]f a good-faith dispute as to the redactions continues to exist, Defendants shall make accessible to Carmen Bremer *and* Rachel Meeropol, counsel for Plaintiffs, unredacted versions of the pages containing the redactions in question." Defendants are ORDERED to produce such unredacted versions of the pages containing the redactions in question within fourteen (14) days of Plaintiffs' request for such.

**IT IS SO ORDERED.**

Dated:   March 3, 2023

The Honorable Robert M. Illman
United States Magistrate Judge