JULES LOBEL (*pro hac vice*)
Email: jll4@pitt.edu
SAMUEL MILLER (Bar No. 138942)
Email: samrmiller@yahoo.com
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

CARMEN E. BREMER (*pro hac vice*)
Email: carmen.bremer@bremerlawgroup.com
STEVEN D. BREMER (*pro hac vice*)
Email: steven.bremer@bremerlawgroup.com
BREMER LAW GROUP PLLC
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Tel: (206) 357-8442
Fax: (206) 858-9730

*Attorneys for Plaintiffs*
(Additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TODD ASHKER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOVERNOR OF THE STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No.: 4:09-cv-05796-CW (RMI)<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' STATEMENT UPDATING THE COURT OF THE STATUS OF THE MEET AND CONFER PROCESS AND PROPOSING FURTHER STEPS IN RESPONSE TO JANUARY 5, 2023 ORDER**<br><br>Judge:    The Honorable Claudia Wilken |

1  The parties filed statements on February 22, 2023, pursuant to the Court's January 5, 2023
2  Order, informing the Court of the status of their meet-and-confer efforts with respect to a remedy for
3  CDCR's retaliation against Mr. Ashker. *See* ECF Nos. 1781 & 1782. On February 27, 2023, the parties
4  filed, and the Court entered, a stipulation seeking a one-week extension of time to further discuss and
5  potentially agree on a General Population housing placement for Ashker. ECF No. 1789.
6  Unfortunately, despite this extension of time, the parties have not been able to reach an agreement on
7  Ashker's housing placement. Accordingly, Plaintiffs request that the Court decide the issues of RCGP
8  privileges and discovery that were presented in Plaintiffs' February 22 statement, ECF No. 1782.
9  Plaintiffs respectfully submit that these issues present some urgency, since Ashker should not be
10 denied RCGP privileges any longer than necessary given the Court's retaliation findings, and the
11 requested discovery will assist the parties in determining an appropriate housing placement.

DATED:  March 6, 2023

Respectfully submitted,

By:  /s/ Carmen E. Bremer
CARMEN E. BREMER (*pro hac vice*)
Email: carmen.bremer@bremerlawgroup.com
STEVEN D. BREMER (*pro hac vice*)
Email: steven.bremer@bremerlawgroup.com
BREMER LAW GROUP PLLC
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Tel: (206) 357-8442
Fax: (206) 858-9730

JULES LOBEL (*pro hac vice*)
Email: jll4@pitt.edu
SAMUEL MILLER (Bar No. 138942)
Email: samrmiller@yahoo.com
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

CJ SANDLEY (*pro hac vice*)
Email: csandley@ccrjustice.org
CENTER FOR CONSTITUTIONAL RIGHTS
P.O. Box 486
Birmingham, AL 35201
Tel.: (212) 614-6443

RACHEL MEEROPOL (*pro hac vice*)
Email: rmeeropol@aclu.org
AMERICAN CIVIL LIBERTIES UNION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2500

ANNE CAPPELLA (Bar No. 181402)
Email: anne.cappella@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
Tel: (650) 802-3000
Fax: (650) 802-3100

CHARLES F.A. CARBONE (Bar No. 206536)
Email: Charles@charlescarbone.com
LAW OFFICES OF CHARLES CARBONE
P. O. Box 2809
San Francisco, CA 94126
Tel: (415) 981-9773
Fax: (415) 981-9774

ANNE BUTTERFIELD WEILLS (Bar No. 139845)
Email: abweills@gmail.com
SIEGEL, YEE & BRUNNER
475 14th Street, Suite 500
Oakland, CA 94612
Tel: (510) 839-1200
Fax: (510) 444-6698

MATTHEW STRUGAR (Bar No. 232951)
Email: matthew@matthewstrugar.com
LAW OFFICE OF MATTHEW STRUGAR
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
Tel: (323) 696-2299
Fax: (213) 252-0091

REBECCA N. RABKIN (Bar No. 244638)
Email: rebeccarabkin@gmail.com
LAW OFFICE OF REBECCA RABKIN
P.O. Box 173
Berkeley, CA 94701
Tel.: (415) 359-6665

*Attorneys for Plaintiffs*