IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TODD ASHKER, et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**GOVERNOR OF THE STATE OF CALIFORNIA, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 4:09-cv-05796-CW (RMI)<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANTS' SUPPLEMENTAL STATEMENT ADDRESSING JANUARY 5, 2023 ORDER** |

　　　The Court has received Defendants' Administrative Motion to File Under Seal Defendants' Supplemental Statement Addressing January 5, 2023 Order. Having found good cause for the document to be sealed, Defendants' Administrative Motion to File Under Seal Defendants' Supplemental Statement Addressing January 5, 2023 Order is hereby GRANTED, and the Court ORDERS that the following document is to be filed under seal:

//

//

//

//

//

| Document | Portion to Be Sealed |
|---|---|
| Defendant's Supplemental Statement Addressing January 5, 2023 Order | Entirety |

IT IS SO ORDERED.

Dated: March 10, 2023

_____
The Honorable Claudia Wilken