JULES LOBEL (*pro hac vice*)
Email: jll4@pitt.edu
SAMUEL MILLER (Bar No. 138942)
Email: samrmiller@yahoo.com
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

CAITLIN J. SANDLEY (*pro hac vice*)
Email: csandley@ccrjustice.org
CENTER FOR CONSTITUTIONAL RIGHTS
P.O. Box 486
Birmingham, AL 35201
Tel.: (212) 614-6443

*Attorneys for Plaintiffs*
(Additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TODD ASHKER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOVERNOR OF THE STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No.: 4:09-cv-05796-CW (RMI)<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge:   The Honorable Robert M. Illman |

1  Plaintiffs submit this administrative motion for a sealing order pursuant to Civil Local Rules 79-5(f) and 7-11 so that the Court may consider whether Plaintiffs' Enforcement Motion Challenging RCGP Placement and Retention of Class Member 4, portions of the Declaration of Caitlin J. Sandley in Support Thereof, Exhibits A-S to the Declaration of Caitlin J. Sandley, and the Proposed Order Granting Plaintiffs' Enforcement Motion Challenging RCGP Placement and Retention of Class Member 4 (the "Confidential Materials") should be sealed. Plaintiffs identify the following information contained or reflected in the Confidential Materials that Defendants have designated as confidential or highly confidential – attorneys' eyes only under the Protective Order issued in this case (ECF No. 181):

| Document | Portion(s) to be sealed | Designating party |
|---|---|---|
| Plaintiffs' Enforcement Motion Challenging RCGP Placement and Retention of Class Member 4 | Entirety | Defendants |
| Declaration of Caitlin J. Sandley in Support Thereof | Highlighted | Defendants |
| Exhibits A-S to the Declaration of Caitlin J. Sandley | Entirety | Defendants |
| Proposed Order Granting Plaintiffs' Enforcement Motion Challenging RCGP Placement and Retention of Class Member 4 | Entirety | Defendants |

Plaintiffs expect that Defendants will submit a declaration in support of sealing these materials pursuant to N.D. Cal. Civil Local Rule 79-5(f). The unredacted versions of the above-listed documents accompany this sealing Motion.

DATED:  May 24, 2023            Respectfully submitted,

By:   /s/ Caitlin J. Sandley
CAITLIN J. SANDLEY (*pro hac vice*)
Email: csandley@ccrjustice.org
CENTER FOR CONSTITUTIONAL RIGHTS
P.O. Box 486
Birmingham, AL 35201
Tel.: (212) 614-6443

JULES LOBEL (*pro hac vice*)
Email: jll4@pitt.edu
SAMUEL MILLER (Bar No. 138942)
Email: samrmiller@yahoo.com
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor

New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

CARMEN E. BREMER (*pro hac vice*)
Email: carmen.bremer@bremerlawgroup.com
STEVEN D. BREMER (*pro hac vice*)
Email: steven.bremer@bremerlawgroup.com
BREMER LAW GROUP PLLC
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Tel: (206) 357-8442
Fax: (206) 858-9730

RACHEL MEEROPOL (*pro hac vice*)
Email: rmeeropol@aclu.org
AMERICAN CIVIL LIBERTIES UNION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2500

ANNE CAPPELLA (Bar No. 181402)
Email: anne.cappella@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
Tel: (650) 802-3000
Fax: (650) 802-3100

CHARLES F.A. CARBONE (Bar No. 206536)
Email: Charles@charlescarbone.com
LAW OFFICES OF CHARLES CARBONE
P. O. Box 2809
San Francisco, CA 94126
Tel: (415) 981-9773
Fax: (415) 981-9774

ANNE BUTTERFIELD WEILLS (Bar No. 139845)
Email: abweills@gmail.com
SIEGEL, YEE & BRUNNER
475 14th Street, Suite 500
Oakland, CA 94612
Tel: (510) 839-1200
Fax: (510) 444-6698

MATTHEW STRUGAR (Bar No. 232951)
Email: matthew@matthewstrugar.com
LAW OFFICE OF MATTHEW STRUGAR

|   |   |
|---|---|
| 1 | 3435 Wilshire Blvd., Suite 2910 |
| 2 | Los Angeles, CA 90010 |
|   | Tel: (323) 696-2299 |
| 3 | Fax: (213) 252-0091 |
| 4 | REBECCA N. RABKIN (Bar No. 244638) |
|   | Email: rebeccarabkin@gmail.com |
| 5 | LAW OFFICE OF REBECCA RABKIN |
|   | P.O. Box 173 |
| 6 | Berkeley, CA 94701 |
| 7 | Tel.: (415) 359-6665 |
| 8 | *Attorneys for Plaintiffs* |