| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAY 24 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| TODD LEWIS ASHKER; et al.,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>GAVIN NEWSOM, Governor of the State of California; et al.,<br><br>        Defendants-Appellants. | No.   23-15154<br><br>D.C. No. 4:09-cv-05796-CW<br>Northern District of California, Oakland<br><br>ORDER |

The dial-in assessment conference originally scheduled for May 30, 2023, is canceled.

Pursuant to the joint motion of the parties (Docket Entry No. 14), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own fees and costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

                                          FOR THE COURT:

                                          By: Robert Kaiser<br>
                                          Circuit Mediator