Rob Bonta
Attorney General of California
Adriano Hrvatin
Supervising Deputy Attorney General
Le-Mai D. Lyons
Deputy Attorney General
State Bar No. 285756
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7340
 E-mail: LeMai.Lyons@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **TODD ASHKER, et al.,**<br><br>                              Plaintiffs,<br><br>    v.<br><br>**GOVERNOR OF THE STATE OF CALIFORNIA, et al.,**<br><br>                              Defendants. | 4:09-cv-05796-CW (RMI)<br><br>**DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (ECF No. 1882-1) AND [PROPOSED] ORDER**<br><br>Judge:    The Honorable Claudia Wilken |

On June 12, 2023, Defendants filed their Opposition to Plaintiffs' Motion for Extension of Time Re Motion to Extend Settlement Agreement. (ECF No. 1882.) In support of their motion, Defendants submitted a Declaration by Le-Mai D. Lyons with an accompanying Exhibits A-C. Defense counsel inadvertently e-filed the incorrect version of Exhibits A and B without necessary redactions of sensitive and confidential information. Defendants now move to seek the incorrectly filed document ECF No. 1882-1 to be removed from the docket. Concurrently with this filing, Defendants will e-file a corrected version of ECF No. 1882-1.

Dated: June 13, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*/s/ Le-Mai D. Lyons*

LE-MAI D. LYONS
Deputy Attorney General
*Attorneys for Defendants*

SF2012204868
37260750.docx

## [PROPOSED] ORDER

Defendants' Motion to Remove Incorrectly Filed Document is GRANTED. The court clerk shall permanently remove the incorrectly filed document ECF No. 1882-1 from the docket. IT IS SO ORDERED.

Dated: _____

_____
The Honorable Claudia Wilken
United States District Court Judge