JULES LOBEL (*pro hac vice*)
Email: jll4@pitt.edu
SAMUEL MILLER (Bar No. 138942)
Email: samrmiller@yahoo.com
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

CARMEN E. BREMER (*pro hac vice*)
Email: carmen.bremer@bremerlawgroup.com
STEVEN D. BREMER (*pro hac vice*)
Email: steven.bremer@bremerlawgroup.com
BREMER LAW GROUP PLLC
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Tel: (206) 357-8442
Fax: (206) 858-9730

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TODD ASHKER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNOR OF THE STATE OF CALIFORNIA, et al., <br><br> Defendants. | Case No.: 4:09-cv-05796-CW (RMI) <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME RE PLAINTIFFS' REPLY RE MOTION FOR ATTORNEYS' FEES AND COSTS FOR THIRTY-FIRST QUARTER OF MONITORING AND ENFORCEMENT OF SETTLEMENT AGREEMENT** <br><br> Judge:   The Honorable Claudia Wilken |

1. WHEREAS, Plaintiffs filed a Motion for Attorneys' Fees and Costs for Thirty-First Quarter of Monitoring and Enforcement of Settlement Agreement on September 29, 2023. (ECF Nos. 1934 (sealed) & 1935.) Defendants filed an opposition on October 13, 2023. (ECF No. 1936.) The current deadline for Plaintiffs to file a reply is October 20, 2023. (Local Rule 7-3(c)).

2. WHEREAS, due to pressing family obligations of Plaintiffs' principal fees counsel at this time, Plaintiffs, with good cause, have requested, and Defendants have agreed to stipulate to, a one-week extension of the filing deadline.

3. NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their counsel of record, that Plaintiffs shall have up to and including October 27, 2023 to file their reply.

IT IS SO STIPULATED.

DATED: October 16, 2023                     Respectfully submitted,

                                            CENTER FOR CONSTITUTIONAL RIGHTS

                                            /s/ Samuel Miller
                                            SAMUEL MILLER
                                            *Attorneys for Plaintiffs*


                                            ROB BONTA
                                            Attorney General of California
                                            ADRIANO HRVATIN
                                            Supervising Deputy Attorney General

                                            /s/ Le-Mai D. Lyons
                                            LE-MAI D. LYONS
                                            Deputy Attorney General
                                            *Attorneys for Defendants*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/17/2024

_____
The Honorable Claudia Wilken
United States District Judge