ROB BONTA
Attorney General of California
JEFFREY T. FISHER
Supervising Deputy Attorney General
LE-MAI D. LYONS
Deputy Attorney General
State Bar No. 285756
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7340
  E-mail:  LeMai.Lyons@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **TODD ASHKER, et al.,**<br><br>                  Plaintiffs,<br><br>v.<br><br>**GOVERNOR OF THE STATE OF CALIFORNIA, et al.,**<br><br>                  Defendants. | 4:09-cv-05796-CW (RMI)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: FEE MOTIONS (ECF Nos. 1935 and 1937)**<br><br>Judge:      The Honorable Claudia Wilken |

Before this Court are Plaintiffs' fee motion for Quarter 31 and Defendants' fee motion for Quarter 19.  (ECF Nos. 1935 and 1937, collectively "Fee Motions.")  On December 14, 2023, this Court issued tentative rulings regarding the Fee Motions, granting in part and denying in part both motions.  (ECF No. 1955.)  The Court invited the parties to file supplemental briefing.  (*Id.* at 19.)

In the interest of judicial economy and minimizing unnecessary litigation, the parties agree not to challenge the Court's tentative rulings.  The parties make no admissions or concessions by way of this stipulation, but acknowledge that further briefing and litigation of the Fee Motions would be costly and timely, and they have opted instead to avoid any further litigation.

Therefore, the parties stipulate to the following:

1

1.    The parties submit to the Court's tentative rulings for the purpose of this settlement (ECF No. 1955);

2.    Defendants will pay Plaintiffs' counsel $227,603.68, as outlined in the Court's tentative rulings for Quarters 19 and 31;

3.    Defendants will pay Plaintiffs' counsel $121,697.08 to resolve all attorneys' fees and costs after Quarter 31; and

4.    The parties waive all other claims regarding past, current, or future attorneys' fees and costs.

IT IS SO STIPULATED.

Dated:  January 22, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
JEFFREY T. FISHER
Supervising Deputy Attorney General

*/s/ Le-Mai D. Lyons*
LE-MAI D. LYONS
Deputy Attorney General
*Attorneys for Defendants*

Dated:  January 22, 2024

CENTER FOR CONSTITUTIONAL RIGHTS

*/s/ Samuel Miller*
SAMUEL MILLER
*Attorneys for Plaintiffs*

## [PROPOSED] ORDER

Based on the parties' stipulation, with good cause appearing, the Court APPROVES the parties' stipulation.  IT IS SO ORDERED.

Dated: January __23_, 2024

_____
CLAUDIA WILKEN
United States District Judge

SF2012204868
37756585_2.docx