IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 09-cv-05796 CW<br><br>**ORDER OF DISMISSAL** |

　　The judgment of the Court of Appeals for the Ninth Circuit, entered August 24, 2023, having taken effect on November 22, 2023, the above-titled action and all pending motions are hereby DISMISSED. The Clerk of Court is DIRECTED to close the file.

　　IT IS SO ORDERED.

Dated: March 11, 2024

_____
CLAUDIA WILKEN
United States District Judge